ORIGINAL

RECEIVED
SEP 26 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
**Dorothy L. Biery, for Herself and as Representative of a Class of Similarly Situated Persons**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): **J. Robert Sears**

Firm N: **Lathrop & Gage L.C.**

Pos' Margolis **07-693 L**

St: **10 South Broadway, Suite 1300**

Ci: **St. Louis, MO 63102**

Telephone & Facsimile Numbers: **(314) 613-2500; (314) 613-2550 (fax)**

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O J
See attached sheet for three-digit codes.

Amount Claimed: $ **1,000,000 +**
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ **N/A**
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: **N/A**

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.