IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BIERY, | ) | |
| | ) | |
| Plaintiff | ) | No. 07-693 L |
| | ) | |
| v. | ) | Judge Margolis |
| | ) | (electronically filed October 23, 2007) |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of G. Evan Pritchard as counsel for Defendant United States of America. Service of all papers by U.S. Mail should be addressed as follows:

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0203 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW, Room 3542
Washington, D.C. 20004

Dated: October 23, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

s/ G. Evan Pritchard
G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0203 (phone)
(202) 305-0506 (fax)
g.evan.pritchard@usdoj.gov