# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DOROTHY L. BIERY, *
For Herself and As Representative of a Class of Similarly Situated Persons, *
Plaintiff, *
v. * No. 07-693L
THE UNITED STATES, * (Filed: November 19, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER TRANSFERRING CASE WITHIN THE COURT**

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Nancy B. Firestone, it is **ORDERED** that this civil action shall be transferred to Judge Nancy B. Firestone. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims