UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOROTHY L. BIERY et. al., Plaintiffs, | ) | No. 07-693 L |
| v. | ) | Honorable Nancy B. Firestone |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of William J. Shapiro as counsel for Defendant, the United States of America. Service of all papers by U.S. Mail, overnight and hand deliveries should be addressed as follows:

William J. Shapiro
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

Respectfully submitted: November 20, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

_/s William J. Shapiro_______________
WILLIAM SHAPIRO
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
501 - I Street, Suite 9-700
Sacramento, CA 95814-2322
Phone: 916-930-2207
Fax: 916-930-2210
Email: William.Shapiro@usdoj.gov

Attorney of Record for Defendant