**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY et. al., Plaintiffs, v. | ) | No. 07-693 L |
| THE UNITED STATES OF AMERICA, Defendant. | ) | Honorable Nancy B. Firestone |

**THE UNITED STATES' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Defendant, the United States of America, hereby moves for an enlargement of time of three (3) weeks, up to and including December 17, 2007, in which to file an Answer to Plaintiffs' Complaint. The Answer is currently due on November 26, 2007. This is the United States' first request for an enlargement of time.

This enlargement of time is necessary, in part, because there has a been a change in the United States' attorney of record from G. Evan Pritchard to William Shapiro. In addition, the enlargement of time is necessary given existing travel plans associated with the upcoming Thanksgiving holiday. This additional time will allow the undersigned counsel to coordinate with agency counsel and prepare the Answer.

Counsel for the United States has conferred with counsel for Plaintiffs, and counsel for Plaintiffs has indicated that Plaintiffs are not opposed to this motion for an extension of time.

Accordingly, the United States respectfully requests the Court grant this motion, and permit the United States to file an Answer to Plaintiffs' Complaint on or before December 17,

2007.

Respectfully submitted: November 20, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

_/s William J. Shapiro________________
WILLIAM SHAPIRO
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
501 - I Street, Suite 9-700
Sacramento, CA 95814-2322
Phone: 916-930-2207
Fax: 916-930-2210
Email: William.Shapiro@usdoj.gov

Attorney of Record for Defendant