**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY et. al., | ) | No. 07-693 L |
| Plaintiffs, | ) | |
| v. | ) | Honorable Nancy B. Firestone |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6 and 6.1 of the Rules of the United States Court of Federal Claims, the parties hereby move for an enlargement of time of eight (8) days, up to and including February 15, 2008, in which to file a Joint Preliminary Status Report. A Joint Preliminary Status Report is currently due February 7, 2008. This is the first request for an enlargement of time with respect to this motion.

The parties request additional time in which to confer prior to filing the Joint Preliminary Status Report in accordance with Appendix A of the Rules of the Court of Federal Claims. The parties have been unable to confer earlier due to other case commitments. In addition, although the parties have exchanged a draft Joint Preliminary Status Report, the parties have not yet finalized that document.

This Joint Motion was jointly prepared by the parties, and counsel for Plaintiff has authorized counsel for the United States to file on both parties' behalf.

Respectfully submitted: February 7, 2008

LATHROP & GAGE, L.C.

/s/ J. Robert Sears
J. Robert Sears
Mark F. (Thor) Hearne II
Steven M. Wald
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
swald@lathropgage.com

Counsel for Plaintiff

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

_/s William J. Shapiro
WILLIAM SHAPIRO
AYAKO SATO
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
501 - I Street, Suite 9-700
Sacramento, CA 95814-2322
Phone: 916-930-2207
Fax: 916-930-2210
Email: William.Shapiro@usdoj.gov

Counsel for Defendant