# In the United States Court of Federal Claims

**No. 07-693L**
**(Filed: February 8, 2008)**

* * * * * * * * * * * * * * * * *
*
**DOROTHY L. BIERY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion, filed February 7, 2008, for an eight day enlargement of time within which to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Friday, February 15, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge