**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, | ) | |
| | ) | |
| For Herself and As Representative of a Class of | ) | |
| Similarly Situated Persons, | ) | No. 07-693 L |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6 and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiffs hereby move for an enlargement of time to Tuesday, February 19, 2008, in which to file a Joint Preliminary Status Report. A Joint Preliminary Status Report is currently due February 15, 2008. This is the second request for an enlargement of time with respect to this Report. Government's counsel does not oppose this request.

Plaintiff requests additional time because Plaintiffs' attorney, who has been working with Defendant's attorney on the Report is traveling today and unable to access the latest document. The parties have conferred and shared several drafts and are close to agreement on the final version.

WHEREFORE, Plaintiff respectfully requests that this Court grant this unopposed request for an enlargement of time to and including February 19, 2008 in which to file the Joint Preliminary Status Report.

Respectfully submitted: February 15, 2008

LATHROP & GAGE, L.C.

__/s/ Steven M. Wald_________________
Steven M. Wald
J. Robert Sears
Mark F. (Thor) Hearne II
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Phone: (314) 613-2500
Fax: (314) 613-2550 (fax)
Email: swald@lathropgage.com

Counsel for Plaintiff