**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, | ) | |
| | ) | |
| For Herself and As Representative of a Class of Similarly Situated Persons, | ) | No. 07-693 L |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD**

Pursuant to Rules 11 and 83.16 of the United States Court of Federal Claims, Plaintiffs hereby move for a substitution of their attorney of record. Plaintiffs move to substitute Mark F. (Thor) Hearne, II for Steven M. Wald as their attorney of record. Previous attorney of record Steven M. Wald consents to this substitution.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion for Substitution of Attorney of Record and substitute Mark F. (Thor) Hearne, II for Steven M. Wald as their attorney of record.

Respectfully submitted: February 18, 2008

LATHROP & GAGE, L.C.

/s/ Mark F. (Thor) Hearne, II
Mark F. (Thor) Hearne, II
J. Robert Sears
Lindsay S.C. Brinton
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Phone: (314) 613-2500

Fax: (314) 613-2550 (fax)
Email: thornet@ix.netcom.com

Counsel for Plaintiff