# In the United States Court of Federal Claims

**No. 07-693L**
**(Filed: February 19, 2008)**

* * * * * * * * * * * * * * * * *

**DOROTHY L. BIERY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion, filed February 15, 2008, for an enlargement of time within which to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Tuesday, February 19, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge