# In the United States Court of Federal Claims

**No. 07-693L**
**(Filed: February 26, 2008)**

* * * * * * * * * * * * * * * * *
*
**DOROTHY L. BIERY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion, filed February 19, 2008, to substitute Mark F. (Thor) Hearne, II for Steven M. Wald as their attorney of record is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge