# In the United States Court of Federal Claims

**No. 07-693L**
**(Filed: February 28, 2008)**

* * * * * * * * * * * * * * * * *
*
**DOROTHY L. BIERY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** a joint preliminary status conference for **Tuesday, March 4, 2008 at 11:00 am eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (314) 613-2500; counsel for plaintiff at (916) 930-2207 and at (202) 305-0239. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge