# In the United States Court of Federal Claims

**No. 07-693L**
**(Filed: March 4, 2008)**

* * * * * * * * * * * * * * * * *
*
**DOROTHY L. BIERY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Following the status conference with the parties on March 4, 2008, the court **ORDERS** the following:

**April 18, 2008** The plaintiff shall amend her complaint to add any additional named plaintiffs.

**May 5, 2008** The parties shall file a joint status report setting forth the parties' proposal(s) for a discovery schedule.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge