**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, | ) | |
| | ) | |
| For Herself and As Representative of a Class of | ) | |
| Similarly Situated Persons, | ) | No. 07-693 L |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.1(c)(6) of the United States Court of Federal Claims, Plaintiff's counsel, J. Robert Sears, hereby requests this Court to withdraw his appearance as counsel in this matter. Mark F. (Thor) Hearne, II will remain the attorney of record and Meghan S. Largent and Lindsay S.C. Brinton will remain as co-counsel. Counsel certifies that the Plaintiff has received notice of Mr. Sear's withdrawal as her attorney.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion for Withdrawal of Counsel and withdraw J. Robert Sears as counsel in this matter.

Respectfully submitted: March 17, 2008

LATHROP & GAGE, L.C.

/s/ Mark F. (Thor) Hearne, II
Mark F. (Thor) Hearne, II
Meghan S. Largent
Lindsay S.C. Brinton
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
Phone: (314) 613-2500

Fax: (314) 613-2550 (fax)
Email: thornet@ix.netcom.com

Counsel for Plaintiff