WARRANTY DEED (Following Kansas Statutory Warranty Form)

Entered in Transfer Record in my Office this 5 day of June 1981 County Clerk

WAYNE WEBSTER, a single person,

CONVEYS AND WARRANTS TO

DOROTHY L. BIERY,

, all the following described REAL ESTATE in the County of Reno and the State of Kansas to-wit:

A tract of land described as follows: Beginning at a point 2395 feet west of the southeast corner of the Northeast Quarter (NE/4) of Section 23, Township 23 South, Range 6 West of the 6th P.M., thence west 193-1/3 feet; thence north 450 feet; thence east 193-1/3 feet; thence south 450 feet to the place of beginning, containing 2 acres,

for the sum of one dollar and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements and restrictions of record.

Dated May , 1981

Wayne Webster

STATE OF KANSAS, RENO COUNTY, ss

BE IT REMEMBERED, That on this 29 day of May A. D. 19 81, before me, the undersigned, a notary public in and for the County and State aforesaid, came

Wayne Webster, a single person,

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Notary Public.

NOTARY PUBLIC KANSAS

Term expires 24 May 19 84

INDEXED
ORIGINAL COMPARED WITH RECORD
NUMERICAL

STATE OF KANSAS }
RENO COUNTY } ss

This instrument was filed for record on the 5 day of June A.D. 19 81 at 12:31 o'clock P M. and duly recorded in Book 455 on Page 482 (1)

Fee $ 5.00

REGISTER OF DEEDS

455-1

EXHIBIT

A

IN THE DISTRICT COURT OF NESS COUNTY, KANSAS

IN THE MATTER OF THE ESTATE OF
GEORGE ARTHUR HOLLOWAY, Deceased

CASE NO. 92-P-30

**ORDER ADMITTING AUTHENTICATED COPY OF FOREIGN WILL TO PROBATE AND RECORD**

NOW on this 17th day of July, 1992, comes on for hearing the Petition to Admit Foreign Will to Probate and Record, filed herein by Gordon Arthur Holloway.

Petitioner appears by his attorney, Tom Smyth. There are no other appearances.

After examining the files, hearing the evidence, statements, and arguments of counsel, and being duly advised in the premises, the Court finds:

1. Due diligence has been exercised in the search for names, ages, relationships, residences, and addresses of heirs, devisees, and legatees, and notice of this hearing has been given as required by law and the order of this Court, and proof thereof has been duly filed herein and is hereby approved.

2. The allegations of the petition are true.

3. The petitioner has an interest in decedent's estate as a devisee and legatee in the Last Will and Testament of George Arthur Holloway, deceased.

4. George Arthur Holloway died testate at Houston, Texas, on July 30, 1990; more than six (6) months have expired since the date of his death; and at the time of his death, decedent was a resident of Harris County, Texas, and a citizen of the United States.

EXHIBIT B

5. Decedent left a Last Will and Testament dated October 26, 1973, which was duly executed, proved, and admitted to probate according to the laws of Texas on August 29, 1990, in the Probate Court of Harris County, Texas; and a duly authenticated partial transcript of proceedings in the Estate of George Arthur Holloway, deceased, from the Probate Court of Harris County, Texas, is filed herein; and the order of the Court is still in full force and effect.

6. Decedent was the owner, at the time of his death, of the following described real estate:

> The Southwest Quarter (SW/4) Section Twenty-one (21), Township Thirty-one (31) South, Range One (1) East of the 6th P.M., Sumner County, Kansas, consisting of approximately 139.6 acres, this property being acquired by G. A. Holloway and wife, Rita B. Holloway, as joint tenants with rights of survivorship, by deed dated May 4, 1943;
>
> The Northwest Quarter Southeast Quarter (NW/4 SE/4) Section Twenty-six (26), Township Twenty-three (23) South, Range Six (6) West of the 6th P.M., Reno County, Kansas, containing 40 acres, more or less, except for the 100 feet of right-of-way of the railway along the West side thereof;
>
> The Northeast Quarter Southeast Quarter (NE/4) SE/4) Section Twenty-six (26), Township Twenty-three (23) South, Range Six (6) West of the 6th P.M., Reno County, Kansas, containing 40 acres, more or less, except for a strip on the Easterly side thereof previously conveyed by decedent;
>
> All the interest of George Arthur Holloway under the Will of his wife, Rita Bondurant Holloway.

7. All taxes imposed by the State of Kansas have been paid.

8. No administration of the estate in Kansas is necessary.

9. The decedent's Last Will and Testament is construed to distribute the above described real estate as follows:

Gordon Arthur Holloway - entire interest.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED:

(A) The above findings are hereby made a part of the order and decree of this Court.

(B) The above authenticated copy of the Last Will and Testament of George Arthur Holloway, deceased, is hereby admitted to probate and record in the District Court of Ness County, Kansas.

(C) The above described real estate, subject to any lawful disposition heretofore made, is assigned, pursuant to the terms of decedent's Last Will and Testament, as follows:

Gordon Arthur Holloway - entire interest.

Opal Burdett

District Magistrate Judge

Entered in Transfer Record in my office the 23 day of May 1994
County Clerk
Roxanne L. Whitley

INDEXED
FINAL COMPARED
MICROFILM RECORD
NUMERICAL

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 23 day of May A.D. 19 94 at 9:00 o'clock A M. and duly recorded in Book 511 on Page 528 (2+)
Fee $ 12.00
Mary W. Frank
REGISTER OF DEEDS

# QUITCLAIM DEED

Stacy E. Judy and Martha Helen Judy, husband and wife,

**QUITCLAIM TO**

Stacy E. Judy as Trustee of the Stacy E. Judy Trust dated March 7, 1994

all the following described real estate located in Reno County, Kansas:

See Exhibit "A" attached.

EXCEPT AND SUBJECT TO: Easements, restrictions and rights of way of record, if any.

This transfer of title is to a trust without consideration, and a Real Estate Sales Validation Questionnaire is not required pursuant to K.S.A. 79-1437e(a) Exception (7).

DATED: March 7, 1994.

Stacy E. Judy

Martha Helen Judy

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED that on this March 7, 1994, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Stacy E. Judy and Martha Helen Judy, husband and wife, who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

NOTARY PUBLIC - State of Kansas
JOHN S. SCHMIDT
My Appt. Exp. 5-26-96

Notary Public

EXHIBIT
C

529-1

**TRUST DEED**

THIS INDENTURE, made this 21 day of December, 1984, between JULIA ANN CHALFANT, a/k/a JULIA R. CHALFANT and C. STEPHEN CHALFANT, her husband, first parties, and THE FIRST NATIONAL BANK OF HUTCHINSON, KANSAS, as Trustee under the Trust Agreement dated April 30, 1984, executed by Julia R. Chalfant as Settlor, second party.

W I T N E S S E T H:

That the said parties of the first part, in consideration of the sum of One Dollar and other valuable consideration, grant and convey unto the second party as Trustee and its successors IN TRUST, all of the following described real estate situated in Reno County, Kansas, to wit:

> All of Grantors' interest in and to the West Half of the Northeast Quarter of Section 35, Township 23 South, Range 6 West of the 6th P.M.; subject to restrictions, easements and rights of way of record, oil and gas leases of record, if any, and highway rights of way of record.

TO HAVE AND TO HOLD the same, as Trustee IN TRUST for the uses and purposes and subject to the terms and provisions set forth in the said Trust Agreement dated April 30, 1984, same being incorporated herewith by reference.

IN WITNESS WHEREOF, the first parties have hereunto set their hands the day and year first above written.

Julia Ann Chalfant
Julia Ann Chalfant, a/k/a
Julia R. Chalfant

C. Stephen Chalfant
C. Stephen Chalfant

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED, that on this 21st day of December, 1984, came Julia Ann Chalfant, a/k/a Julia R. Chalfant and C. Stephen Chalfant, her husband, and duly acknowledged before me the execution of the foregoing instrument.

Carol Shaft
Notary Public

CAROL SHAFT
STATE NOTARY PUBLIC
My Appt. Exp. Sept. 12, 1985
RENO COUNTY, KANSAS

INDEXED ✓
ORIGINAL COMPARED ✓
WITH RECORD
NUMERICAL ✓

Entered in Transfer Record in my Office the 2 Day of April 1985
County Clerk
Gleniss L. Hildenbrand

STATE OF KANSAS }
RENO COUNTY } ss

This instrument was filed for record on the 2 day of April A.D. 1985 at 4:20 o'clock P. M. and duly recorded in Book 470 on Page 529(1)
Fee $ 5.00
Rosa Mary Moore
REGISTER OF DEEDS

EXHIBIT
D

49

WARRANTY DEED (Following Kansas Statutory Warranty Form)

Entered in Transfer Record in my office the 12 day of March 1976
[illegible signature]
COUNTY CLERK

WILLIAM M. KIRK and LOUISE R. KIRK, husband and wife,

CONVEY____ AND WARRANT____TO

KAK FARMS, INC.

, all the following described REAL ESTATE in the County of Reno and the State of Kansas to-wit:

East Half of Northwest Quarter of Section 35, Township 23, Range 6, less Bar Pit and Highway

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements and rights of way of record.

Dated February 5, 1976

STATE OF KANSAS, Reno COUNTY, ss

BE IT REMEMBERED, That on this 5th day of February A. D. 1976, before me, the undersigned, a notary public in and for the County and State aforesaid, came

WILLIAM M. KIRK and LOUISE R. KIRK, husband and wife,

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Marjorie Keller
Notary Public.

MARJORIE KELLER
NOTARY PUBLIC
Reno County, Kansas
My Commission Expires

Term expires June 23, 1978

William M. Kirk
William M. Kirk

Louise R. Kirk
Louise R. Kirk

STATE OF KANSAS
RENO COUNTY } ss

This instrument was filed for record on the 12 day of March A. D. 1976 at 4:50 o'clock P M. and duly recorded in Book 426 on Page 49
Fee $3.00

Rose Mary Moore
REGISTER OF DEEDS

VC

INDEXED ✓
✓ORIGINAL COMPARED
WITH RECORD
✓NUMERICAL

EXHIBIT
E
tabbies

Entered in Transfer Record in my Office the 30 Day of Apr 1987
County Clerk
Jerry M Franklin

WARRANTY DEED

EVANS BOX MANUFACTURING CORPORATION

a corporation duly organized, incorporated and existing under and by virtue of the laws of the State of Oklahoma, and having its principal place of business at Tulsa, Oklahoma,

CONVEYS AND WARRANTS TO

AMERICAN PACKAGING CORPORATION

all the following described REAL ESTATE in the County of RENO and the State of Kansas, to-wit:

Commencing at the southwest corner of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence East along the South line of said Southeast 1/4 124.95 feet for a place of beginning; thence continuing East along the South line of said southeast 1/4 344.05 feet; thence with a deflection angle 90° 56' left-North 829.85 feet to a point on a 13° 28'53" curve of 425.0 feet radius; thence deflecting left-West to Southwesterly along said curve 399.35 feet; said arc subtending a chord length of 384.75 feet, to a point on the East right-of-way line of the A.T.&S.F. R.R. that is 645.0 feet North of the South line of said Southeast 1/4; thence South along the said right-of-way line 645.0 feet to the place of beginning; EXCEPT the South 60.0 feet thereof for Blanchard Street

for the sum of ONE DOLLAR ($1.00) and other good and valuable consideration.

EXCEPT AND SUBJECT TO: Easements, restrictions and rights-of-way of record, if any.

DATED: April 30, 1987

INDEXED ✓
ORIGINAL COMPARED WITH RECORD ✓
NUMERICAL ✓

EXHIBIT F

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 30 day of April A.D. 1987 at 4:00 o'clock P M. and duly recorded in Book 479 on Page 543(1)
Fee $ 5.00

Rose Mary Moore
mt REGISTER OF DEEDS

EVANS BOX MANUFACTURING CORPORATION

By: Howard L. Evans
Howard L. Evans, President

STATE OF KANSAS )
) ss:
COUNTY OF RENO )

The foregoing instrument was acknowledged before me this 30th day of April, 1987, by Howard L. Evans, President of Evans Box Manufacturing Corporation, an Oklahoma corporation, on behalf of the corporation.

NOTARY PUBLIC - State of Kansas
BEVERLY ROBERTS
My Appt. Exp.

Beverly Roberts

42-1

JUL 31 1984

468/42

KANSAS WARRANTY DEED

THIS INDENTURE, Made this 31st day of July, A. D., 1984, between Collins Industries, Inc., a corporation, duly organized, incorporated and existing under and by virtue of the laws of the State of Missouri and having its principal place of business at Hutchinson in the State of Kansas, party of the first part, and City of South Hutchinson, Kansas of Reno County, in the State of Kansas, party of the second part:

WITNESSETH, THAT THE SAID PARTY OF THE FIRST PART, in consideration of the sum of ONE DOLLAR AND OTHER VALUABLE CONSIDERATIONS, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey unto said party of the second part, its heirs and assigns, all of the following described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit:

Tract 1: A tract of land in the West Half of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principle Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of said Section 23; thence West along the North line of the Southeast Quarter, Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90° 37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North Section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North Section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90° 37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90° 37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89° 23 minutes right and North for a distance of 25 feet; thence turning an angle of 90° 37 minutes left and West for a distance of 12 feet; thence turning an angle of 89° 23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89° 23 minutes right and East for a distance of 570 feet to a point and place of beginning.

Tract 2: Beginning at a point in the South line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in BLANCHARD'S THIRD ADDITION to City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90° 37' in a Westerly direction and parallel with said South line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the center line of The Atchison, Topeka and Santa Fe Failway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

TO HAVE AND TO HOLD THE SAME, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining forever.

EXHIBIT G

And said Collins Industries, Inc. for itself, its successors and assigns, does hereby covenant, promise and agree, to and with said party of the second party, that at the delivery of these presents, it is lawfully seized and in its own right of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and encumbrances, of what nature and kind soever,

and that it will WARRANT and FOREVER DEFEND the same unto said party of the second part, its heirs and assigns, against said party of the first part, its successors and assigns, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part has hereunto caused this Deed to be signed on its behalf by its President, thereunto duly authorized so to do, and to be attested by its Secretary, and has caused its common seal to be hereunto affixed, the day and year last above written.

COLLINS INDUSTRIES, INC. (CORPORATE SEAL, MISSOURI)

INDEXED ORIGINAL COMPARED WITH RECORD NUMERICAL

By Donald L. Collins

Donald L. Collins, President

ATTEST:

Charles F. Crews

Charles F. Crews, Secretary

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 31 day of July A.D. 1984 at 2:00 o'clock P M. and duly recorded in Book 468 on Page 42
Fee $ 6.00

Rosa Mary Moore
REGISTER OF DEEDS

KANSAS CORPORATION ACKNOWLEDGEMENT

STATE OF KANSAS)
) SS
COUNTY OF RENO )

BE IT REMEMBERED, That on this 31st day of July, A. D., 1984, before me the undersigned, a Notary Public in and for the County and State aforesaid, came Donald L. Collins, President of Collins Industries, Inc., a corporation duly organized, incorporated and existing under and by virtue of the laws of Missouri and Charles F. Crews, Secretary of said corporation, who are personally known to me to be such officers, and who are personally known to me to be the same persons who executed, as such officers, the within instrument on behalf of said corporation, and such persons duly acknowledged the execution of the same to be the act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my offical seal, the day and year last above written,

Eugene J Wohletz

________________, Notary Public

My Commission Expires:
12/20/84

EUGENE J. WOHLETZ STATE NOTARY PUBLIC RENO COUNTY, KANS.

Entered in Transfer Record in my Office this 31
Day of July 19 84
County Clerk
Gloria L. Hildenbrand

42-2