5-209

REPORT OF COMMISSIONERS

Be it Remembered, That on this 10 the day of June, 1891, at a special meeting of the Board of County Commissioners of Reno County, Kansas, duly called and held in the office of the County Clerk of Reno County Kansas, came the Hutchinson & Southern Railroad Company, a corporation duly organized and existing under and by virtue of the laws of the State of Kansas, by its attorney, F.M. Whitelaw and applied in writing to the said Board of County Commissioners of Reno County, Kansas, to lay off along the line of its proposed railroad, as located by such company, a route for such proposed railroad. That said Board of County Commissioners having duly considered said application made their order in the following words and figures to wit:

Be it Remembered, that on this 10th day of June, 1891, came the Hutchinson and Southern Railroad Company, by its attorney F.M. Whitelaw and presented its application in writing to the Board of County Commissioners of Reno County, Kansas, praying the said Board to lay off according to law for the railroad of said Company a route along the line as located by said Company in Reno County, Kansas, and not exceeding 100 feet in width according to law in such cases made and provided, and it appearing to the board that the said Hutchinson & Southern Railroad Company is a duly chartered and organized railway corporation organized and existing under the laws of the State of Kansas and that said prayer was reasonable.

It is hereby ordered by the Board of County Commissioners of Reno County, Kansas, that such Board proceed to lay off according to law for the Hutchinson & Southern Railroad Company along the line of its proposed a route for said proposed railroad not exceeding One hundred feet in width.

EXHIBIT H

EXHIBIT "B"-1

REPORT OF COMMISSIONERS

Be it Remembered, that on this 10 the day of June, 1891 at a special meeting of the Board of County Commissioners of Reno County, Kansas, duly called and held in the office of the County Clerk of Reno County, Kansas, came the Hutchinson & Southern Railroad Company, a corporation duly organized and existing under and by virtue of the laws of the State of Kansas, by its attorney, A.M. Whitelaw and applied in writing to the said Board of County Commissioners of Reno County, Kansas, to lay off along the line of its proposed railroad, as located by such company, a route for such proposed railroad. That said Board of County Commissioners having duly considered said application made their order in the following words and figures to wit:

Be it Remembered, that on this 10th day of June, 1891, came the Hutchinson and Southern Railroad Company, by its attorney, A.M. Whitelaw and presented its application in writing to the Board of County Commissioners of Reno County Kansas, praying the said Board to lay off according to law for the railway of said Company a route along the line as located by said Company in Reno County, Kansas, and not exceeding 100 feet in width according to law in such cases made and provided, and it appearing to the board that the said Hutchinson & Southern Railroad Company is a duly chartered and organized railway corporation organized and existing under the laws of the State of Kansas and that said prayer was reasonable.

It is hereby ordered by the Board of County Commissioners of Reno County, Kansas, that such Board proceed to lay off according to law for the Hutchinson & Southern Railroad Company along the line of its proposed a route for said proposed railroad not exceeding One Hundred feet in width.

[illegible] it shall be necessary to take more for the proper constructions and security of the road through its [illegible] of said County as may be designed by said Company, and also such lands as may be deemed necessary for side tracks, depots, workshops, water stations, material for construction, except timber, the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and the rights of making proper drains and carefully survey and ascertain the quantity of land for such purposes out of each quarter section or other lot of land through which said road, side tracks &c., is located, and appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto according to law.

It is further ordered that this Board commence to lay off said route, side tracks &c., as aforesaid, along the line of said Company's railroad as located at the Northwest corner of Lot No. One Hundred and Twenty Seven (127) Tenth (10th) Avenue West in A. Blanchard's Second Addition to the City of South Hutchinson, Reno County, Kansas at 10 o'clock A.M. on said 13th day of July, 1891.

Signed

G. M. Zimmerman
Chairman
A. P. D. Fleming
William Potter

Whereupon said Board of County Commissioners caused to be published in the Hutchinson News, a newspaper printed and published and of general circulation in Reno County, Kansas a notice of condemnation which said notice is in following words and figures, to wit:

Notice of Condemnation

Notice is hereby given that we, the undersigned, the board of county commissioners of the county of Reno and State of Kansas, will on the 13th day of July, A.D. 1891, proceed to lay off according to law for

the Hutchinson and Southern Railroad Company along the line of its proposed road a route for said proposed railroad, not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road through as much of said county as may be desired by said Company and also such lands as may be deemed necessary for side tracks, depots, workshops, water stations, material for construction, except timber, the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and a right to conduct water by aqueducts and the right of making proper drains, and will carefully survey and carefully ascertain the quantity of land for such purposes out of each quarter section or other lot of land through which said route, side tracks etc, is so located and appraise the value of such portion of any such quarter section, or other lot of land and assess the damage thereto, and when we shall ascertain that such portion of such quarter section or lot belongs to different owners we will appraise the value and assess the damages of each such owners interest. We will commence to lay off said route, side tracks, etc. as aforesaid, on the line of said companys railroad, as located at the northwest corner of Lot No. 127 Tenth Avenue west, in Blanchard's second addition to the city of South Hutchinson, Reno County, Kansas, at 10 o'clock on said day, and will adjourn from time to time until our labors in this behalf are completed.

Dated this 10th day of June A.D. 1891.

Seal

G. W. Zimmerman
W. R. Fleming
William Cotter

Attest:
S. J. Morris
County Clerk.

4

which said notice was published for thirty before the time fixed for proceeding to lay off such route:

That afterwards, to wit: on the 13th day of July, 1891, at the time and place mentioned in said notice aforesaid the said Board of County Commissioners met and proceeded to lay off for such road, side tracks &c, for such distance through said county as was desired and of said width within the limits aforesaid and upon such location as was desired by said company as shown by the map and profile of said railroad filed in the office of the County Clerk of said County, viewing the same carefully surveyed and ascertaining carefully the quantity of land necessary for such purposes, out of each quarter section or other lot of land through which said road, side tracks &c. as so located, and did appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto; and when said Board ascertained that said portion of such quarter section or other lot of land belonged to different owners the said Board appraised the value and assessed the damages of each owners interest.

All of which proceedings are fully shown by schedules attached to this report and made a part thereof and marked Exhibits "A", "B", "C", "D" and "E", respectively, which proceedings were had on the day named and at a meeting held for such purpose.

| Name of Owner | Description of land over which Road is Located | Amount of Land Taken | Total |
| --- | --- | --- | --- |
| Iowa Town Company | Lot 127 Ninth Ave St. | 1/3 of Lot. | |

Exhibit A.

| Name of Owner | Description of Land Over which Road is Located | Amount of Land Taken | Value of Land Taken | Total |
| --- | --- | --- | --- | --- |
| Iowa Town Company | Lot 127 Ninth Ave. St. | 1/3 of Lot. | $ .62½ | $ .62½ |
| " " " | " 125 | none | | |
| " " " | " 128 Eight Ave St. | All | 1.87½ | 1.87½ |
| " " " | 126 " " " | 14/15 | 1.87½ | 1.87½ |
| " " " | 127 " " " | All | 1.87½ | 1.87½ |
| " " " | 125 " " " | " | 1.87½ | 1.87½ |
| " " " | 128 Seventh Ave St. | " | 1.87½ | 1.87½ |
| " " " | 126 " " " | " | 1.87½ | 1.87½ |
| " " " | 127 " " " | " | 1.87½ | 1.87½ |
| " " " | 125 | " | 1.87½ | 1.87½ |
| " " " | 128 Sixth Ave. St. | " | 1.87½ | 1.87½ |
| " " " | 126. | " | 1.87½ | 1.87½ |

The above sixteen lots are all in Blanchard's Second Addition to the City of South Hutchinson, Reno County, Kansas.

[illegible] 31.7- 36 [illegible] O.K. B.

Commencing at the intersection of the Arkansas river with the west line of the S. E. 1/4 of section 11 23 6, [illegible], thence east along course of said river 247 feet, thence north 190 feet, thence west 247 feet, thence south 190 feet to place of beginning, being one acre. Deeded to the Cozard Powder Company, land taken, 1/2 acre.

Appraisement $35.00

Pd to H Whiteside Atty 11/3/99.

Pd in 8/1/99. No. 34 - A strip of land 50 feet wide on the west side of the centre of the railroad of said Company, as now located in the north west quarter of Section 23, town 23, south, range 6, west in in Reno County, Kansas, land taken 61/100 of an acre, name of owner Joy Morton, Cook County, Ill.

Appraisement $36.00

Pd in 8/1/99. No. 35 - A strip of land 50 feet wide east of the centre of the railroad of said Company, as now located in the land of the Kansas Salt Company, in the north east quarter of section 23, town 23, range 6, west in Reno County, Kansas, land taken, 48/100 of an acre, name of owner, The Kansas Salt Company

Appraisement $40.00

Pd in 8/1/99. No. 36 - A strip of land 50 feet wide on the west side of the centre of the railroad of said Company, as now located south of the C. R. I. & P. Ry. Co., in the north west quarter of section 23, town 23, range 6 west in Reno County, Kansas, land taken 55/100 of an acre, name of owner, The Phillips Investment Company.

Pd back to W. A. Bradford 8/1/99

Appraisement $33.00

X No. 37 - A strip of land described as follows: Begining at a point 23 feet north of the north east corner of lot 85, South Main Street in the City of Hutchinson, Kansas, thence north 35 feet, thence west 162 1/2 feet, thence south 35 feet, thence east 162 1/2 feet to place of begining, land taken 13/100 of an acre, name of owner, J. E. Conklin.

X Appraisement $100.00

[illegible]

FILED FOR RECORD October 27, 1899 and duly recorded in Book 5 at Page 209.

Case 1:07-cv-00693-NBF Document 22-3 Filed 04/18/2008 Page 8 of 19

5/237

May 28 ...

## Report of Condemnation Commissioners

Whereas That Honorable L. Houk Judge of the District Court of Reno County, in the State of Kansas, did, on the 16 day of May, A.D. 1889, upon the written application of the Hutchinson, Oklahoma & Gulf Ry. Company, a duly chartered and organized railway corporation under the laws of the State of Kansas appoint in writing the undersigned commissioners to lay off for said company through said County of Reno, for its proposed railroad, and along the line of such proposed railroad as located by such company, a route for such proposed railroad, not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such land as may be deemed necessary for side-tracks, depots and workshops, and water stations, material for construction, except timber, a right of way over adjacent land sufficient to enable said company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains, and which said application and appointment are recorded in the office of Register of Deeds of said Reno County, Kansas, in Book 2 pages 501 & 502, and are hereby referred to for greater certainty, and,

Whereas, by such appointment and according to law, said commissioners are required to embody their doings in a written report and file the same in the office of the County Clerk of said County:

Now, therefore, we, the undersigned, acting as such commissioners, so appointed as aforesaid, make this, our supplemental report, as follows, to wit:

That on the 29 day of June, A.D. 1889, we duly qualified by taking and subscribing an oath, of which the following is a copy, to wit:

We, the undersigned, do solemnly swear that we will support the Constitution of the United States, the Constitution of the State of Kansas, and faithfully discharge the duties of Commissioners to lay off and condemn a route and lands for the Hutchinson Oklahoma & Gulf Railway Company, as required by the appointment of the Honorable L. Houk, Judge of the District Court of Reno County Kansas, to the best of our abilities, so help us God.

J. H. Ramaga.
Rivers Banks.
Nelson Constant.

Subscribed and sworn to before me this 29 day of Jun
A.D. 1889.

(Seal)

S. J. Morris
County Clerk.

And afterward, on the 29 day of May A.D. 1889, we caused to be published in the Hutchinson Daily News, a newspaper published in said Reno County, a notice of which the following is a copy.

Notice of Condemnation.

Notice is hereby given that we, the undersigned Commissioners thereunto duly appointed by the Hon. L. Houk Judge of the District Court of Reno Co. Ks. will on the 28th day of June, A.D. 1889 proceed to lay off according to law, for the Hutchinson, Oklahoma and Gulf Railroad Company along the line of its proposed road as located through the County of Reno, a route for said proposed railroad not exceeding one hundred feet in width except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such lands as may be deemed necessary for side-tracks, depots workshops, water stations, material for construction except timber, the right of way over adjacent lines, sufficient to enable such Company to construct and repair its road and stations and a right to conduct water by aqueducts and the right of making proper drains and will carefully survey and carefully ascertain the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route, side-tracks etc is so located and appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto and when we shall ascertain that such portion of such quarter section or lot belongs to different owners we will appraise the value and assess the damages of each such owners interest.

We will commence to lay off said route, side track etc as aforesaid on the line of said Company's railroad as located at the N. E. corner of the N. W. quarter

Exhibit

| Name of Owner | Description of land over which Road is located | Sec. | Twp. | Range | E or W. | Amt. of land taken |
|---|---|---|---|---|---|---|
| Ben Blanchard | S.E.¼ | 26- | 23- | 6 | W. | 6.08 |
| Thos. A. Fair | E.½ | 35- | " | " | " | 11.74 |
| Chas. Hubbard ⅛ | | | | " | " | |
| Leonard P. Tumley ½ | | | | " | " | |
| Saml J. Hitchcock ¼ | N.E.¼ | 2- | 24- | " | " | 6.34 |
| Francis J. Clute ⅛ | | | | | | |
| Alexander M. Switzer | S.E.¼ | 2- | 24- | 6 | W. | 6.06 |
| John Fernie | E.½ | 11- | " | " | " | 12.06 |
| Samuel Ungstot | N.E.¼ | 14- | " | " | " | 6.13 |
| Chas. & Wm. E. McMurry | S.E.¼ | 14- | " | " | " | 6.05 |
| Wm. H. McMurry | N.E.¼ | 23- | " | " | " | 6.08 |
| Mary H. Stewart | N.½ of S.E.¼ | " | " | " | " | 3.04 |
| Stephen A. Freeman | S.½ " " " | " | " | " | " | 3.04 |
| Madison J. Dicks | N.E.¼ | 26 | " | " | " | 6.15 |
| David Shaw | S.E.¼ | 26 | " | " | " | 6.15 |
| James A. Moore Heirs of | E.½ | 35 | " | " | " | 10.42 |
| Deceased - To wit - | Elenor B. Moore, Martha D. Freeman, Caroline & Geo. W. Moore. James C. Moore, William D. M | | | | | |
| R. A. Campbell | S.W.¼ | 35- | 24- | 6 | W. | 1.45 |
| Horace Wheeler | W.½ | 2- | 25- | 6 | " | 13.31 |
| David Stewart | N.E.¼ | 11- | 25- | 6 | " | .42 |
| Clarissa Albright | N.E.¼ | 10- | 25- | 6 | " | 7.58 |
| John A. Myers | S.E.¼ | 10- | 25- | 6 | " | 6.15 |
| Jacob C. Ringle | E.½ & S.W.¼ | 15- | 25- | 6 | " | 12.30 |
| William H. Cole | W.½ | 22- | 25- | 6 | " | 13.00 |
| Aaron Ford | Part of N.W.¼ | 27- | 25- | 6 | " | .375 |
| John Medbery | Part of N.W.¼ | 27- | 25- | 6 | " | 4. 31/200 |
| Unknown | N.E.¼ | 28- | 25- | 6 | " | 1.90 |
| Anthony O'Malley | S.E.¼ | 28- | 25- | 6 | " | 7.29 |
| W. F. Williams | N.E.¼ | 33- | 25- | 6 | " | 2.45 |
| Michael Roach | N.W.¼ | 33- | 25- | 6 | " | 5.26 |
| L. A. Biggers | S.W.¼ | 33- | 25- | 6 | " | 6.79 |
| John H. Medbery | N.E.¼ | 5- | 26- | 6 | " | 9.08 |
| John W. Collingwood | W.½ | 5- | 26- | 6 | " | 6.80 |
| John C. Graber | N.W.¼ | 8- | 26- | 6 | " | 8.10 |
| J. B. Collingwood | S.² of N.E.¼ | 7- | 26- | 6 | " | about .05 |
| Daniel W. Schmidt | S.E.¼ | 7- | 26- | 6 | " | 8.04 |
| James A. Collingwood | N.E.¼ | 18- | 26- | 6 | " | 4.14 |
| Mary Collingwood | N.W.¼ | 18- | 26- | 6 | W. | 2.26 |
| John A. Collingwood | S.W.¼ | 18- | 26- | 6 | " | 3.91 |
| Joseph L. Fisher | S.E.¼ | 18- | 26- | 6 | " | 2.24 |
| John A. Collingwood | N.½ | 19- | 26- | 6 | " | 6.10 |
| Mary Albright | S.W.¼ | 19- | 26- | 6 | " | 1.69 |
| Peter A. Graber | S.E.¼ | 19- | 26- | 6 | " | 4.44 |
| [illegible] | Lots 8 & 9 | 30- | 26- | 6 | W. | 5.25 |

of section 35- Twp. 23- Rng. 6 W. at 10 o'clock on said day and will adjourn from time to time until our labors in this behalf are completed.

Dated this 29th day of May A.D. 1889.

J. W. Kamaga.
Rivers Banks.
Nelson Constant.

Which said notice was published for thirty days before the time fixed for proceeding to lay off such route.

And afterwards, and on, to wit: the 29 day of June A.D. 1889, at the time and place mentioned in said notice aforesaid, we met and proceeded to lay off such route, side-tracks, etc, for such distance through said county as was desired, and of such width, within the limits aforesaid, and upon such location as was desired by said company, as shown by the map and profile of said railroad filed in the office of the County Clerk of said County, having the same carefully surveyed, and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section, or other lot of land through which said route, side-tracks, etc, is so located, and did appraise the value of such portion of any such quarter section, or other lot of land, and assess the damages thereto; and when we ascertained that such portion of such quarter section or lot belonged to different owners, we appraised the value and assessed the damages of each owner's interest, all of which proceedings are fully shown by schedule attached to this report and made a part thereof and marked Exhibit A. & B., all of which proceedings were had on the day named, and at meetings held from time to time upon adjournment according to law.

Witness our hands this 1st day of August A.D. 1889.

J. W. Kamaga
Rivers Banks
Nelson Constant } Commissioners

<see next page>

| Value of Land Taken | Amount of Damages to Land Taken | Damage to Crops. | Total | Remarks |
|---|---|---|---|---|
| 364.80 | | 15.00 | 379.80 | |
| 645.70 | | 30.00 | 675.70 | |
| 317.00 | | 15.00 | 332.00 | Pd. |
| 303.00 | | 30.00 | 333.00 | Pd. |
| 542.70 | | 7.50 | 550.20 | Pd. |
| 245.20 | | 20. | 265.20 | Pd. |
| 242.00 | | 10.00 | 252.00 | Pd. |
| 212.80 | | 65.00 | 277.80 | |
| 106.40 | | | 106.40 | Pd. |
| 106.40 | | 15.00 | 121.40 | Pd. |
| 184.50 | | 15.00 | 199.50 | Pd. |
| 184.50 | | 15.00 | 199.50 | |
| 312.60 | | 53.00 | 365.60 | Pd. |
| Elizabeth Tucker, P. T. Peachy and Vernon, Bertha & Dewitt Peachy, Mary A. Moore, Louisa Moore and Barcie Moore | | | | |
| 43.50 | | .60 Pd. | 44.10 | |
| 199.65 | 800.00 | 12.00 Paid | 1011.65 | Cattle Gap. |
| 7.00 | none | | 7.00 | |
| 113.70 | 186.30 | | 300.00 | Cattle Gap. |
| 92.25 | 207.75 | | Pd. 300.00 | Cattle Gap. |
| 184.50 | 315.50 | | Pd. 500.00 | Cattle Gap. |
| 162.50 | 337.50 | 10.00 | Pd. 510.00 | |
| 5.65 | | 1.35 | Pd. 7.00 | |
| 62.30 | 187.70 | | Pd. 250.00 | |
| 28.50 | 71.50 | | Pd. 100.00 | Nothing of Record |
| 109.35 | 240.65 | | Pd. 350.00 | |
| 36.75 | 113.25 | | Pd. 150.00 | |
| 78.90 | 221.10 | | Pd. 300.00 | Cattle Gap |
| 101.85 | 198.15 | | Pd. 300.00 | 162.00 The estimate of $34. for crops was by mistake not entered on this report until Aug. 6-1889 |
| 136.20 | 213.80 | | Pd. 350.00 | |
| 102.00 | 60.00 | 34.00 | 196.00 Pd. | |
| 121.50 | 378.50 | 20.00 | Pd. 520.00 | |
| 7.50 | 17.50 | | Pd. 25.00 | Damage on S. ½ Lot 4 by error was not assessed until Aug. 6-1889 |
| 120.60 | 379.40 | 20.00 | 520.00 Pd. 390.00 | |
| 62.10 | 37.90 | 20.00 | 120.00 | |
| 33.90 | | 18.00 | 51.90 | |
| 58.50 | | 19.50 | 78.00 | |
| 33.60 | | 101.40 | 135.00 | Paid |
| 91.50 | | 30.00 | 121.50 | |
| 40.35 | | 5.00 | 45.35 | Paid |
| 66.60 | | 5.00 | 71.60 | Paid |
| 7.75 | | | 7.75 | Paid |

| Name of Owner. | Description of Land over which road is [illegible] | Sec. | Twp. | Range | E. or W. |
|---|---|---|---|---|---|
| Ky. Kan. and Tex. Land & Cattle Co. | N.E. 1/4 | 30- | 26- | 6- | W. |
| " | N.W. 1/4 | 30- | 26- | 6 | " |
| John L. Shore | S.W. 1/4 | 30- | 26- | 6 | " |
| Oassena M. McClellan | $S^2$ of N.W. 1/4 | 31- | 26- | 6 | " |
| Samuel McCowan | $N^2$ of N.W. 1/4 | 31- | 26- | 6 | " |
| L. Mathews | S.W. 1/4 | 31- | 26- | 6 | " |

(see next page)

| Amount of Land Taken | Value of Land Taken | amount of Damages to Land not taken | Damages to Crops | Total | Remarks |
|---|---|---|---|---|---|
| .45 | 7.50 | | | 7.50 | Paid |
| 5.84 | 87.60 | 62.40 | | 150.00 | Paid |
| 6.29 | 94.35 | 105.65 | 30.00 | 230.00 | Paid |
| 3. 23/200 | 46.73 | 53.27 | | 100.00 | Paid |
| 3. 23/200 | 46.73 | 53.27 | | 100.00 | Paid |
| 6.45 | 96.75 | 128.25 | | 225.00 | Paid |

| Mortgagor | Mortgagee | Consideration of Mortgage |
|---|---|---|
| Ben Blanchard et ux | Kansas Loan & Trust Company | 2000.00 |
| —— | —— | —— |
| —— | —— | —— |
| —— | —— | —— |
| Robert H. Myers et ux | Scott & Brier | 1600.00 |
| Alexander M. Switzer et ux | Equitable Trust & Investment Co. assigned to Hartford Steam Boiler Inspection & Insurance Co. | 2200.00 |
| Do | Equitable Trust & Investment Co. | 55.00 |
| Henry P. Miller et ux | J. W. Tinkle | 900.00 |
| W. H. McMurry et ux | T. E. Bowman assigned to Mrs Maria E. Todd | 300.00 |
| Wm E. McMurry et ux | T. E. Bowman | 600.00 |
| Daniel McStewart et ux | Central Loan & Land Co. assigned to Francis Hall. | 1800.00 |
| | Central Loan & Land Co. | 80.00 |
| Stephen A. Freeman et ux | Kansas First Mortgage Co. | 600.00 |
| John W. Pool et al | Warren & Harrison assigned to Amelia C. Weaver | 1000.00 |
| | Warren & Harrison | 150.00 |
| Madison J. Dicks | Sophia Rhoades | 300.00 |
| David Shaw et ux | John Fernie | 700.00 |
| R. A. Campbell et ux | H. C. Bowman assigned to H. Quincy | 500.00 |
| Horace T. Wheeler et ux | Kansas First Mortgage Co. assigned to The Mortgage Trust Company of Pennsyl. | 1500.00 |
| | Mrs Mary E. Becker | 1000.00 |
| | Citizens Bank of Haven | 1665.00 |
| | " | 869.00 |
| David Stewart | Pennsylvania Mutual Life Insur. Co. | 15000.00 |
| Clarissa Albright & hus. | G. W. Shurtleff | 1625.00 |
| John Myers et ux | Scott & Brier | 800.00 |
| Jacob C. Ringle et ux | Kansas First Mortgage Co. assigned to The Mortgage Trust Co. of Pennsylvania | 2500.00 |
| | Simon A. Ringle | 1000.00 |
| | " | 1500.00 |
| Aaron Ford et ux | John H. Medbery | 900.00 |

(Over.)

| Name of Owner. | Portion of Land Covered by Mortgage. | | P.t.c. |
|---|---|---|---|
| Ben Blanchard | N.$^2$ + S.E.$^4$ of S.E.$^4$ Sec. | 26-23-6 | 1.00 |
| Inter State Investment Co. | N.W.$^4$ + S.E.$^4$ Sec. | 26-23-6 | |
| Thomas A. Fair | E.$^2$ of Sec. | 35-23-6 | |
| Charles Hobbard | 1/8 Interest in N.E.$^4$ Sec. | 2-24-6 | |
| Leonard P. Temley | 1/2 " " " " " " " | | 1.00 |
| Samuel J. Hitchcock | 1/4 " " " " " " " | | |
| Francis J. Clute | 1/8 " " " " " " " | | |
| Alexander M. Switzer | S.E.$^4$ | 2-26-6 | 1.00 |
| | | | 1.00 |
| John Fernie | E.$^2$ Sec. | 11-24-6 | |
| Samuel Unstott | N.E.$^4$ | 14-24-6 | 1.00 |
| Charles McMorry | S.$^2$ of S.E.$^4$ Sec. | 14-24-6 | 1.00 |
| William E. McMorry | N.$^2$ of S.E.$^4$ Sec. | 14-24-6 | 1.00 |
| W. H. McMorry | N.E.$^4$ | 23-24-6 | |
| Mary H. Stewart | N.$^2$ of S.E.$^4$ | 23-24-6 | 1.00 |
| | | | 1.00 |
| Stephen A. Freeman | S.$^2$ of S.E.$^4$ | 23-24-6 | 1.00 |
| | | | 1.00 |
| Madison J. Dicks | N.E.$^4$ | 26-24-6 | 1.00 |
| | | | 1.00 |
| David Shaw | S.E.$^4$ | 26-24-6 | 1.00 |
| James A. Moore | E.$^2$ | 35-24-6 | |
| R. A. Campbell | S.W.$^4$ | 35-24-6 | 1.00 |
| | | | 1.00 |
| Horace F. Wheeler | N.W.$^4$ | 2-25-6 | 1.00 |
| | | | 1.00 |
| | S.W.$^4$ | 2-25-6 | 1.00 |
| David Stewart | N.E.$^4$ | 11-25-6 | 1.00 |
| Clarissa Albright | N.E.$^4$ | 10-25-6 | 1.00 |
| John A. Myers | S.E.$^4$ | 10-25-6 | 1.00 |
| Jacob C. Ringle | N.E.$^4$ S.E.$^4$ + S.W.$^4$ | 15-25-6. | 1.00 |
| " | | | 1.00 |
| " | | | 1.00 |
| William H. Cole | W.$^2$ | 22-25-6. | |
| Aaron Ford | Part of N.W.$^4$ | 27-25-6. | 1.00 |

| Mortgagor | Mortgagee | Consideration of Mortgages |
|---|---|---|
| John H. Medbery et ux | Timothy B. Swift / W. H. Hurd | 1100.00 / 1100.00 |
| Anthony O'Malley et ux | Lombard Investment Co. | 800.00 |
| John W. Kennedy et ux | Timothy B. Swift | 1400.00 |
| Michael Roach et ux | Western Farm Mortgage Trust Co. / " | 2000.00 / 200.00 |
| Amos H. Robinson et ux | Timothy B. Swift / E. M. Sheldon | 3000.00 / 150.00 |
| | Timothy B. Swift / E. M. Sheldon | 3000.00 / 150.00 |
| John C. Graber et ux | W. J. Neill assigned to American Loan & Trust Co. | 3600.00 |
| | Western Farm Mortgage Co. | 360.00 |
| Daniel W. Schmidt et ux | Kansas First Mortgage Co. assigned to Board of Trustees of Oberlin College | 1700.00 |
| John McKenzie et ux | National Loan & Trust Co. | 1200.00 |
| Joseph L. Foster et ux | Anna T. Brownlee | 400.00 |
| Jacob Albright et ux | Globe Investment Co. | 2000.00 |
| Peter A. Graber et ux | Shupe Tressler & Lark / " | 1600.00 / 160.00 |
| Ky. Kans. & Tex. Land & Cattle Co. | National Loan & Trust Co. | 2000.00 |
| John L. Shore et ux | Kansas Loan & Trust Co. | 1400.00 |
| Cassena M. McClellan | Peoples Savings Bank | 250.00 |
| Samuel McCowan et ux | " | 350.00 |
| Cassena M. McClellan | Davidson Loan Co. | 25.00 |
| Samuel McCowan et ux | " | 35.00 |
| Stephen P. Sanders et ux | National Loan & Trust Co. / " | 1200.00 / 120.00 |
| R. H. Cole et ux | A. Mandis assigned to J. E. Bilbrough | 280.00 |

April 8th 1893. Received $379.80 a/c Condemnation S.E.¼ 26-23-6

April 8th 1893 Received One Dollar a/c Condemnation N.½ & S.E.¼ of S.E.¼ 26-23-6 for Kans. L. & T. Co.

G. W. Cooter
County Treas.

(Over)

| Name of Owner | Portion of Land Covered by Mortgage. | | | |
|---|---|---|---|---|
| John H. Mosbery | Part of N.W.$^4$ | 27-25-6 | | 1.00 1.00 |
| | N.E.$^4$ | 28-25-6 | Nothing of record. | |
| Anthony O'Malley | S.E.$^4$ | 28-25-6 | | 1.00 |
| W. T. Williams | N.E.$^4$ | 33-25-6 | | 1.00 1.00 |
| Michael Roach | N.W.$^4$ | 33-25-6 | | 1.00 |
| John H. Mosbery | N.E.$^4$ | 5-26-6 | | 1.00 |
| John A. Collingwood | W$^2$ | 5-26-6 | | 1.00 1.00 1.00 |
| L. A. Bigger | S.W.$^4$ | 33-25-6 | | |
| John C. Graber | N.W.$^4$ | 8-26-6 | | 1.00 1.00 |
| David W. Schmidt | S.E.$^4$ | 7-26-6 | | 1.00 |
| James A. Collingwood | N.E.$^4$ | 18-26-6 | | |
| Mary Collingwood | N.W.$^4$ | 18-26-6 | | |
| John A. Collingwood | S.W.$^4$ | 18-26-6 | | |
| Joseph L. Fisher | S.E.$^4$ | 18-26-6 | | 1.00 1.00 |
| John A. Collingwood | N.E.$^4$ | 19-26-6 | | |
| | N.W.$^4$ | 19-26-6 | Nothing of record | |
| Mary Albright | S.W.$^4$ | 19-26-6 | | 1.00 |
| Peter W. Graber | S.E.$^4$ | 19-26-6 | | 1.00 1.00 |
| Hugh C. Grant | Lots 8 & 9 Sec. | 30-26-6. | | |
| Ky. Kans. & Tex. L. & C. Co. | Lots 1 & 2 & S$^2$ & Lots 3 & 4 & 5 & S.E.$^4$ | 30-26-6. | | 1.00 |
| John L. Shore | S.W.$^4$ | 30-26-6 | | 1.00 |
| Cassena M. McClellan | S$^2$ N.W.$^4$ | 31-26-6 | | 1.00 |
| Samuel McCowan | N$^2$ N.W.$^4$ | 31-26-6 | | 1.00 |
| Cassena M. McClellan | S$^2$ " | " " | | 1.00 |
| Samuel McCowan | N$^2$ " | " " | | 1.00 1.00 1.00 |
| L. Mathews | S.W.$^4$ | 31-26-6. | | 1.00 |

I, S. J. Morris County Clerk of Reno County Ks. do hereby certify that the within is a true copy of the Supplemental Report of Condemnation Commissioners of H. C. & G. Railway filed in my office Aug 1st - 1899.

(Co. Clk. Seal)

S. J. Morris
County Clerk.

Filed for record Oct. 27 - 1899 at 11 A. M.
B. J. Ragland
Register of Deeds.

X

Affidavit

Topeka, Kan. April 22. 1904. Office of Auditor of State
I, Seth G. Wells, Auditor of State and Register of State Lands of the State of Kansas, do hereby certify that the name Nathan Mathias as it is written in the Patent for N.E.¼ S.E.¼ and S.W.¼ of S.E.¼ S. 36, T. 26, R. 9 W. of Sixth P.M., hereto attached, of which this certificate is a correction, should be Nathan L. Mathis as it is spelled in the assignment in the certificate of purchase. I certify that the foregoing certificate is recorded in volume 25, page 145.
In Witness Whereof, I have hereunto set my hand and affixed my official seal this 22nd day of April, 1904.

(St. Land office seal)

Seth G. Wells.
Auditor of State and Register of State Lands

Filed for Record April 27. 1904 at 8 A.M. Fred S. Scorsby
Register of Deeds.

X