THE MAY ABSTRACT & TITLE COMPANY, INC.
BONDED ABSTRACTERS
HUTCHINSON, KANSAS

## REPORT OF CONDEMNATION COMMISSIONERS

WHEREAS, That Honorable L. Houk, Judge of the District Court of Reno County, in the State of Kanss, did, on the 16 day of May, A.D., 1889, upon the written application of the Hutchinson. Oklahoma & Gulf Railroad Company, a duly chartered and and organized railway corporation under the laws of the State of Kansas appoint in writing the undersigned commissioners to lay off for said company, through the said County of Reno, for its proposed railroad, and along the line of such proposed railroad as now located by such company, a route for such proposed railroad, not exceeding one hundred feet in width, except for the purpose of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such land as may be deemed necessary for side tracks, depots and work-shops, and water stations, material for construction, except timber, a right of way over adjacent land sufficient to enable said company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains, and which said application and appointment are recorded in the office of the Register of Deeds of said Reno County, Kansas, in Book 2 pages 501 & 502 and are hereby referred to for greater certainty; and

WHEREAS, by such appointment and according to law, said commissioners are required to embody their doings in a written report and file the same in the office of the County Clerk of said County.

NOW, THEREFORE, we, the undersigned acting as such commissioners so appointed as aforesaid make this, our report as follows, to-wit:

That on the 29 day of June, A.D., 1889, we duly qualified by taking and subscribing an oath, of which the following is a copy, to-wit:

We, the undersigned, do solemnly swear that we will support the Constitution of the United States, the Constitution of the State of Kansas, and faithfully discharge the duties of commissioners to lay off and condemn a route and lands for the Hutchinson Oklahoma & Gulf Railroad Company, as required by the appointment of the Honorable L. Houk, Judge of the District Court of Reno County, Kansas, to the best of our abilities, so help us God.

J. W. Nanage
Rivers Banks
Nelson Constant

Subscribed and sworn to before me this 29 day of June, A.D., 1889.

S. J. Morris, County Clerk

(Seal)

AND AFTERWARDS, on the 29 day of May, A.D., 1889, we caused to be published in the Hutchinson Daily News, a newspaper published in said Reno County, a Notice, of which the following is a copy:

SHEET No.

EXHIBIT I

THE MAY ABSTRACT & TITLE COMPANY, INC.
BONDED ABSTRACTERS
HUTCHINSON, KANSAS

## NOTICE OF CONDEMNATION

NOTICE IS HEREBY GIVEN that we, the undersigned Commissioners thereunto duly appointed by the Hon. L. Houk, Judge of the District Court of Reno County, Kans., will on the 29th day of June, A.D., 1889, proceed to lay off according to law, for the Hutchinson, Oklahoma and Gulf Railroad Company, along the line of its proposed road as located through the County of Reno, a route for said proposed railroad not exceeding one hundred feet in width for the purposes of cuttings, and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said County as may be desired by said Company, and also such lands as may be deemed necessary for side tracks, depots, workshops, water-stations, material for construction except timber, the right of way over adjacent lines, sufficient to enable such company to construct and repair its road and stations and a right to conduct water by aqueducts and the right of making proper drains and will carefully survey and carefully ascertain the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route, side tracks, etc., is so located, and appraise the value of such portion of any each quarter section or other lot of land and assess the damages thereto and when we shall ascertain that such portion of each quarter section or lot belongs to different owners we will appraise the value and assess the damages of each such owners interest.

We will commence to lay off said route, side tracks, etc., as aforesaid on the line of said Company's railroad, as located at the NE corner of the Northwest ¼ of Section 35, Twp. 23, Range 6 W., at 10 o'clock on said day and will adjourn from time to time until our labors in this behalf are completed.

Dated this 29th day of May, A.D., 1889.

J. W. Kanaga
Rivers Banks
Nelson Constant

Which said notice was published for thirty days before the time fixed for proceeding to lay off such route.

AND AFTERWARDS, and on, to-wit: the 29th day of June, A.D., 1889, at the time and place mentioned in said notice aforesaid we met and proceeded to lay off such route, side tracks, etc., for such distance through said County as was desired, and of such width, within the limits aforesaid, and upon such location as was desired by said company, as shown on the map and profile of said railroad, filed in the office of the County Clerk of said County having the same carefully surveyed and ascertaining carefully the quantity of land necessary for such purposes out of each section, or lot of land through which said route, side tracks, etc., is so located and did appraise the value of such portion of any such quarter section or other lot of land, and assess the damages thereto; and when we ascertained that such portion of such quarter section or lot belonged to different owners, we appraised the value and assessed the damages of each owners interest, all of which proceedings are fully shown by schedule attached to this report and made a part thereof, and marked Exhibits "A" and "B", all of which proceedings were had on the day named, and at meetings held from time to time upon adjournment according to law.

THE MAY ABSTRACT & TITLE COMPANY, INC.

BONDED ABSTRACTERS

HUTCHINSON, KANSAS

WITNESS OUR HANDS the 24thday of July , A.D., 1889.

J. W. Kanaga )
Rivers Banks ) Commissioners

STATE OF KANSAS, COUNTY OF RENO, SS

BE IT REMEMBERED that on this 24th day of July, A.D., 1889, Before me the undersigned, a Notary Public in and for said Reno County, State of Kansas, personally appeared J. W. Kanaga and Rivers Banks, to me personally known to be the same persons who executed the foregoing instrument of writing, and they and each of them duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal on the day and year aforesaid.

(Seal)

G. V. Ricksecker, Notary Public
Comm. Exp. 12-29-89

EXHIBIT "A"

NAME OF OWNER

DESCRIPTION OF LAND OVER WHICH ROAD IS LOCATED

AMOUNT OF LAND TAKEN

VALUE OF LAND TAKEN

AMOUNT OF DAMAGES TO LAND TAKEN

DAMAGE TO CROPS

TOTAL

---

This is copied from Report on file in my office.

S. J. Morris, Co. Clerk

FILED FOR Record Oct. 27", 1899 and recorded in Book 5 page 218.

---

WITNESS OUR HANDS this 24th day of July, A.D. 1889.

J. W. Kanaga
Rivers Banks
Commissioners

State of Kansas, County of Reno, SS:

BE IT REMEMBERED that on this 24th day of July, A.D. 1889, Before me the undersigned, a Notary Public in and for said Reno County, State of Kansas, personally appeared J. W. Kanaga and Rivers Banks, to me personally known to be the same persons who executed the foregoing instrument of writing, and they and each of them duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal on the day and year aforesaid.

(Seal)

G. V. Ricksecker,
Notary Public
Comm. Exp. 12-29-89

EXHIBIT "A"

--------

This is copied from Report on file in my office.

S. J. Morris, Co. Clerk

Filed for Record Oct. 27", 1899 and recorded in Book 5, Page 218