**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DOROTHY L. BIERY, and<br><br>GORDON HOLLOWAY, as successor and representative of decedent GEORGE A. HOLLOWAY,and<br><br>STACY E. JUDY Trust dated March 7, 1994, and<br><br>JULIA R. CHALFANT Etvir Trust,<br><br>K.A.K. FARMS, INC., and<br><br>AMERICAN PACKING CORPORATION, and<br><br>COLLINS INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:07-cv-693 |

**PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT**

COME NOW, Plaintiffs, by and through their undersigned counsel, and pursuant to RCFC 56 (d)(1) file with this Court their Proposed Findings of Uncontroverted Fact in Support of their Motion for Partial Summary Judgment in favor of Plaintiffs and adverse to and against the defendant on the issue of the federal government's liability for taking the Plaintiffs' property by operation of the Trails Act (16 U.S.C. § 1241) without paying "just compensation" as required

by the Fifth Amendment to the United States Constitution. For its Proposed Findings of Uncontroverted Fact Plaintiffs state as follows:

**A. The railroad right-of-way that crossed the Plaintiffs' land was an easement acquired in 1889 by the Hutchinson, Oklahoma, and Gulf Railroad Company, and another easement acquired in 1891 by the Hutchinson & Southern Railroad Company; these easements only allowed the easement holder to use the Plaintiffs' land for the operation of a railroad.**

1. The Hutchinson, Oklahoma, and Gulf Railroad Company acquired its railroad right-of-way by a condemnation order, see "Report of Commissioners" dated July 24, 1889 and recorded on October 27, 1899. *See* Tab A.

2. Tab A represents a true and accurate copy of the condemnation order "Report of Commissioners" to the Hutchinson, Oklahoma, and Gulf Railroad Company on July 24, 1889, recorded in Book 5, Page 218 at the Reno County Recorder of Deeds Office. (A true and accurate copy of the Report of Commissioners is attached as Tab A).

3. The Hutchinson & Southern Railroad Company acquired its railroad right-of-way by a condemnation order, see "Report of Commissioners" dated June 10, 1891, and recorded on October 27, 1899. *See* Tab B.

4. Tab B represents a true and accurate copy of the condemnation order "Report of Commissioners" to the Hutchinson & Southern Railroad Company on June 10, 1991, and recorded in Book 5, Page 209 of the Reno County Recorder of Deeds Office. (A true and accurate copy of the Report of Commissioners dated June 10, 1891, is attached at Tab B. Tab B-1 contains the transcribed text of this deed.).

5. On December 20, 1899, The Hutchinson and Southern Railway Company conveyed to The Atchison, Topeka and Santa Fe Railway Company one-hundred and forty-three and eight-tenths miles of railway lines, lands, and improvements commencing in the City of

Hutchinson running southerly into the territory of Oklahoma. This conveyance included the right-of-way that was condemned in Reno County. (A true and accurate copy of this Warranty Deed is attached at Tab C, and the transcribed text of this Warranty Deed is attached at Tab C-1).

6. The BNSF is the successor-in-interest to the Atchison, Topeka and Santa Fe Railway Company. (*See* Tab K).

**B. The Plaintiffs are the successors in title to the original property owners that held property along the rights-of-way granted to the Hutchinson, Oklahoma, and Gulf Railroad Company and the Hutchinson & Southern Railroad Company. Each Plaintiff held fee title to their property abutting and underlying the former Hutchinson, Oklahoma, and Gulf Railroad Company and the Hutchinson & Southern Railroad Company, rights-of-way on April 5, 2004, the date the STB issued a NITU.**

(1) Dorothy L. Biery

7. Dorothy L. Biery owned fee title to her land, which abuts and underlies the former Burlington Northern Santa Fe ("BNSF") right-of-way, on April 5, 2004. (A copy of the Warranty Deed by which Plaintiff acquired her property, recorded in Book 455, Page 485(1) in the Reno County Recorder of Deeds Office, is attached at Tab D).

(2) Gordon Holloway

8. Gordon Holloway owned fee title to his land in Reno County, Kansas that underlies and abuts the former BNSF right-of-way on April 5, 2004. Gordan Holloway acquired this property from his father's estate pursuant to a Probate Order entered July 17, 1992. (A copy of the Probate Order by which Plaintiff acquired his property is attached at Tab E).

(3) Stacy E. Judy Trust

9. The Stacy E. Judy Trust, dated March 7, 1994, owned fee title to the land underlying and abutting the former BNSF right-of-way on April 5, 2004. (A copy of the

Quitclaim Deed by which Plaintiff acquired its property, recorded in Book 511, Page 588(4) of the Reno County Recorder of Deeds Office, is attached at Tab F).

(4) Julia R. Chalfant Trust

10. Julia R. Chalfant Trust owned fee title to the land underlying and abutting the former BNSF right-of-way on April 5, 2004. (A copy of the Trust Deed by which Plaintiffs acquired their property, recorded in Book 470, Page 529(1) in the Reno County Recorder of Deeds Office, is attached at Tab G).

(5) K.A.K. Farms, Inc.

11. Plaintiff K.A.K. Farms, Inc. owned fee title to the land underlying and abutting the former BNSF right-of-way by on April 5, 2004. (A copy of the Warranty Deed, recorded in Book 426, Page 49 in the Reno County Recorder of Deeds Office, by which Plaintiff acquired its property is attached at Tab H).

(6) American Packing Corporation

12. American Packing Corporation owned fee title to the land underlying and abutting the former BNSF right-of-way on April 5, 2004. (A copy of the Warranty Deed by which American Packing acquired its property, recorded in Book 479, Page 543(1) in the Reno County Recorder of Deeds Office, is attached at Tab I).

(7) Collins Industries, Inc.

13. Collins Industries, Inc. owned fee title to the land underlying and abutting the former BNSF right-of-way on April 5, 2008. (A copy of the Warranty Deed by which Collins Industries, Inc., by which Collins Industries, Inc. acquired its property, recorded in Book 468, Page 42 in the Reno County Recorder of Deeds Office, is attached at Tab J).

**C. The successor to the Hutchinson, Oklahoma, and Gulf Railroad Company and the Hutchinson & Southern Railroad Company, Burlington Northern Santa Fe Railway Company, abandoned the railroad easement in 2004.**

14. The Burlington Northern and Santa Fe Railway Company ("BNSF") formerly held an easement for a railroad right-of-way between milepost 0.62 and milepost 3.50, near South Hutchinson in Reno County, Kansas, a distance of approximately 2.88 miles (the "Railroad Line"). (*See* Tab K).

15. On February 20, 2004, BNSF filed with the Surface Transportation Board ("STB") a Notice of Exemption to abandon the railroad corridor between milepost .62 and milepost 3.50 in South Hutchinson, Kansas. (A copy of the Abandonment Exemption is attached hereto at Tab K, and the accompanying Environmental Assessment is attached at Tab K-1).

16. BNSF certified to the STB that "no local traffic has moved over the line for at least 2 years[and] there is no overhead traffic to be rerouted." (*See* Tab K).

17. On February 25, 2004, the City of South Hutchinson, Kansas, filed a request for the issuance of a Notice of Interim Trail Use ("NITU") pursuant to 16 U.S.C. 1247(d) of the National Trails System Act. (*See* Tab L).

18. On April 5, 2004, the STB issued a NITU for the approximately 2.88 miles between milepost .62 and milepost 3.50 of the BNSF right-of-way in South Hutchinson, Kansas. (A copy of the April 5, 2004, NITU is attached at Tab L).

19. The April 5, 2004, the STB granted BNSF and the City of South Hutchinson, Kansas, 180 days to negotiate a Trail Use Agreement. The April 5, 2004, NITU was set to expire on October 7, 2004. (*See* Tab L).

20. On September 13, 2004, and September 14, 2004, the City of South Hutchinson, Kansas, filed requests with the STB to extend the NITU negotiating period for an additional 180 days. (*See* Tab M).

21. On October 4, 2004, the STB extended the NITU for an additional 180 days. (A copy of the October 4, 2003, NITU is attached at Tab M).

**D. On April 5, 2004, the Surface Transportation Board ("STB") issued a Notice of Interim Trail Use or Abandonment ("NITU") which *inter alia* precluded the Plaintiffs' reversionary rights to their property.**

22. Pursuant to this NITU and the Trails Act, on March 23, 2005, a Trail Use Agreement was reached between BNSF and the City of South Hutchinson, Kansas.

23. On February 17, 2006, pursuant to the Trails Act, BNSF consummated the Trails Use Agreement by transferring the former Hutchinson, Oklahoma, and Gulf and Hutchinson & Southern rights-of-way to the City of South Hutchinson, Kansas by Quitclaim Deed. (A copy of this Quitclaim Deed is recorded in Book 582, Page 8 in the Reno County Recorder of Deeds Office and attached at Tab N)

24. The Quit Claim Deed expressly provides that this conveyance was made pursuant to the Trails Act. To Wit: "Subject, to the terms of that certain Railbanking and Donation Contract, dated 3/23, 2005 ("Contract"), which terms shall be incorporated herein, this conveyance is dependent upon and pursuant to the issuance of a Notice of Interim Trail Use ("NITU") in Surface Transportation Board ("STB") Docket No. Ab-6 *** Subject, to interpretation pursuant to and in conformity with Section 8(d) of the National Trails Systems Act, 16 U.S.C. 1247(d), and the rules and regulations of the STB related thereto, all as may be amended from time to time *** ." (*See* Tab N).

25. The City is not a railroad and is not authorized by any state or by the federal Surface Transportation Board to operate a railroad.

26. Plaintiffs own fee title to the land in Reno County, Kansas that adjoins and underlies a portion of the railroad right-of-way originally established as an easement for the use of BNSF and was subject to the April 5, 2004, NITU.

27. The Plaintiffs owned this land on April 5, 2004. (See Tabs D through J).

LATHROP & GAGE L.C.

Date: 04/30/08

By /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
Thornet@ix.netcom.com

ATTORNEYS FOR PLAINTIFFS