From Hutchinson and Southern Ry. Co.
To A. T. and S. F. Company

Indenture, made this twentieth day of December, 1899, between The Hutchinson and Southern Railway Company, a corporation, organized and existing under the laws of the State of Kansas, (hereinafter for convenience designated the "Hutchinson Company") party of the first part, and The Atchison, Topeka and Santa Fe Railway Company, a corporation organized and existing under the laws of the State of Kansas (hereinafter for convenience designated the "Atchison Company") party of the second part:

Whereas, the Hutchinson Company is the owner of a line of railroad extending from the City of Hutchinson, in the State of Kansas, southwardly to the town of Cameron, near the southern state line of the State of Kansas, thence extending in a southerly and southeasterly direction through the Counties of Grant and Kay, in the Territory of Oklahoma to the town of Cross, in said territory, a distance of one hundred and forty three and eight tenths 143 8/10 miles, more or less; and

Whereas, the railroad of the Atchison Company connects and forms a continuous line with the railroad of the Hutchinson Company at the City of Hutchinson, in the State of Kansas; and Whereas, the directors of the Hutchinson Company and the directors of the Atchison Company have agreed upon the sale by the Hutchinson Company to the Atchison Company, and the purchase by the Atchison Company from the Hutchinson Company, upon the terms and conditions in this indenture set forth, of the said line of railroad of the Hutchinson Company, together with all the property, rights, privileges, immunities and franchises thereto pertaining or used in connection therewith, and also all other property and rights now owned by the Hutchinson Company of every nature, character or kind whatsoever; and the persons holding and representing more than two-thirds (2/3) in interest of the capital stock of

EXHIBIT
TAB
C

the Hutchinson Company and also the persons holding and representing more than two-thirds (2/3) in interest of the capital stock of the Atchison Company, at duly called annual stockholders' meetings of said Companies, respectively, have approved of and ratified the same; and

Whereas, the Atchison Company is the owner of all of the shares of the capital stock of the Hutchinson Company, except six (6) shares held by the directors thereof, and the Atchison Company and the owners of said six (6) shares have expressly consented to and authorized the execution of this indenture, and the sale of the railroad and other property and franchises of the Hutchinson Company, upon the terms and conditions of this indenture; and

Whereas, the said railroad and other property of the Hutchinson Company are subject to a certain indenture of mortgage, bearing date the first day of January, 1898, executed ~~the first day of January~~ by the Hutchinson Company to the Old Colony Trust Company, as trustee, to secure an issue of first mortgage bonds of the Hutchinson Company, due January 1, 1928, and bearing interest at the rate of five (5) per cent per annum, of which there are now outstanding and unpaid bonds for the aggregate principal sum of seven hundred and nineteen thousand dollars ($719,000);

Now, Therefore, this indenture Witnesseth, that for and in consideration of the premises and of the sum of One Dollar ($1.00) to it duly paid by the ~~Atchison~~ Atchison Company, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, the Hutchinson Company has granted, bargained, sold, assigned, released, conveyed, confirmed and set over and by these presents does grant, bargain, sell, assign, release, convey, confirm and set over unto the Atchison Company,

its successors and assigns, forever, all and singular, its said railroad and telegraph line, extending from a point at or near the City of Hutchinson, in the State of Kansas southwesterly to the town of Cameron, near the southern state line of the State of Kansas, thence extending in a southerly and southeasterly directions, through the Counties of Grant and Kay, in the territory of Oklahoma, to the town of Cross, in said territory, a distance of one hundred forty three and eight-tenths (143 8/10) miles, more or less.

Together with the appurtenances thereto, and all second and other additional tracks and all extensions, branches, side-tracks, turn-outs, spurs and passing tracks; all rights of way, station grounds and lands and all interests in lands, now used or held for railroad purposes, all road-beds, bridges, trestles and viaducts, and the ties, rails, spikes, angle-bars, splices, plates, signals, targets and other railroad superstructure thereon, of every kind or character; all depots, station-houses, section-houses, engine houses, car-houses, warehouses, round-houses, elevators, watertanks, turn-tables, machine shops, repair shops, office and buildings of any kind or character, used or required for railroad purposes; all machinery, tools, implements, furniture and fixtures in or about the shops, buildings and premises aforesaid; all pipe lines and the rights of way therefor; all water ponds, reservoirs, gravel pits, borrow pits, quarries; all telegraph and telephone lines, all interlocking plants and the fixtures thereto pertaining and all fixtures pertaining to any signal system or other safety device.

Also all contracts, book accounts, bills receivable, bonds, stocks and interests in bonds or stocks, maps, profiles, books, records and inventories, and all leases, leaseholds and terms;

Also all locomotives, engines, cars and other rolling stock, if any, now owned by the Hutchinson Company wherever situated, and all interest of said last named company

in any car trust;
Also all rights, privileges, franchises and immunities which the Hutchinson Company now possesses or enjoys, or has the right to possess or enjoy, or may acquire the right to possess or enjoy in respect to the railroads and telegraph lines above described, or any of their extensions or branches or other property, or pertaining to the use or operation or enjoyment thereof, together with all the rents, tolls, issues, profits and other benefits and advantages of or in any way growing out of any of the said railways, properties and franchises of the said Hutchinson Company;
Also all other property, real, personal and mixed, of every kind, description and character, now owned, used or hereafter acquired by the Hutchinson Company and not hereinbefore specifically described.
To have and to hold the said railroads and telegraph lines and all other property, real, personal and mixed, rights, franchises, privileges, immunities, assets and appurtenances hereby conveyed or assigned, or intended to be hereby conveyed or assigned unto the said Atchison Company, its successor or successors and assigns forever.
Subject, nevertheless, to the said indentures of mortgage above recited.
And the Hutchinson Company covenants and agrees to and with the said Atchison Company, its successors and assigns, that the said Hutchison Company is lawfully seized of a good and indefeasible title to each and every part and parcel of the premises aforesaid, and that said Hutchinson Company will warrant and forever defend the same and every part and parcel thereof unto the said Atchison Company, its successors and assigns, against all and every person or persons, corporation or corporations, lawfully claiming or to claim the same, except under or through the aforesaid incumbrances.
In Witness Whereof, on the day and year first above written, the Hutchinson

Company, party of the first part, has caused this Indenture to be signed by its President and its corporate seal to be hereunto affixed, ~~and the same to be hereunto~~ affixed, and the same to be attested by its Secretary.

(Corp. Seal) The Hutchinson and Southern Railway Company
By E.P. Ripley President

Attest: E. Wilder,
Secretary.

State of Illinois }
County of Cook } ss. Before me, a notary public in and for said county and state, on this twentieth day of December, 1899, personally appeared Edward P. Ripley, known to me to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as its president, acknowledged to me that he executed the same as his free and voluntary act and deed and as the free and voluntary act and deed of such corporation, for the uses and purposes therein set forth.

Witness my hand and notarial Seal the day and year last above written.

W.E. Speirs,
Notary Public.

(N.P. Seal) My Commission expires June 13- 1903.

Filed for record Feby 9-1900 at 2 P.M.
Fred S. Scoresby
Reg. Deeds.

Warranty Deed $757.00 ____ Stamps 67/196

From Hutchinson and Southern Ry Co.

To. A.T. and D.W. Company

Indenture, made this twentieth day of December, 1899, between The Hutchinson and Southern Railway Company, a corporation organized and existing under the laws of the State of Kansas (hereinafter for convenience designated the "Hutchinson Company") party of the first part and The Atchison, Topeka and Santa W. Railway Company, a corporation organized and existing under the laws of the State of Kansas (hereinafter for convenience designated the "Atchison Company") part of the second part;

Whereas, the Hutchinson Company is the owner of a line of railroad extending from the City of Hutchinson, in the State of Kansas, southwardly to the town of Cameron near the southern state line of the State of Kansas, thence extending in a southerly and south easterly direction through the counties of Grant and Ray, in the Territory of Oklahoma to the town of Cross, in said territory, a distance of one hundred and forty-three and eighth tenths 143 8/10 miles, more or less; and

Whereas, the railroad of The Atchison Company connects and forms a continuous line with the railroad of the Hutchinson Company at the City of Hutchinson, in the State of Kansas; and

Whereas, the directors of the Hutchinson Company and the directors of the Atchison Company have agreed upon the sale by the Hutchinson Company to the Atchison Company, and the purchase by the Atchison Company from the Hutchinson Company, upon the terms and conditions in this indenture set forth, of the said line of railroad of the Hutchinson Company, together with all the property, rights, privileges, immunities and franchises thereto pertaining or used in connection therewith, and also all other property and rights now owned by the Hutchinson Company of every name , character or kind whatsoever; and the persons holding and representing more than two-thirds (2/3) in interests of the capital stock of the Hutchinson Company and also the persons holding and representing more than two-thirds (2/3) in interest of the capital stock of the Atchison Company, at duly called annual stockholders' meetings of said companies, respectively, have approved of and ratified the same; and

Whereas, the Atchison Company is the owner of all of the shares of the capital stock of the Hutchinson Company, except six (6) shares held by the directors thereof, and the Atchison Company and the owners of said six (6) shares have expressly consented to and authorized the execution of this indenture, and the sale of the railroad and other property and franchises of the Hutchinson Company, upon the terms and conditions of this indenture; and

Whereas, the said railroad and other property of the Hutchinson Company are subject to a certain indenture of mortgage, beginning date the first day of January, 1898, executed by the Hutchinson Company to the Old Colony Trust Company, as trustee, to secure an issue of first mortgage bonds of the Hutchinson Company due January 1, 1928, and bearing interest at the rate

EXHIBIT TAB C-1

of five (5) percent per annum, of which there are now outstanding and unpaid bonds for the aggregate principal sum of seven hundred and nineteen thousand dollars ($719,000);

Now, therefore, this indenture Witnesseth, that for and in consideration of the premises and of the sum of One Dollar ($1.00) to it duly paid by the Atchison Company, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, the Hutchinson Company has granted, bargained, sold, assigned, released, conveyed, confirmed and set over and by these presents does grant, bargain, sell, assign, release, convey, confirm and set over unto the Atchison Company, its successors and assigns, forever, all and singular its said railroad and telegraph line, extending from a point at or near the City of Hutchinson, in the State of Kansas southwardly to the town of Cameron, near the southerly state line of the State of Kansas; thence extending in a southerly and southeasterly direction through the Counties of Grant and Ray, in the town of Oklahoma, to the town of Cross, inside territory, a distance of one hundred forty three and eights-tenths (1,143 8/10) miles, more or less.

Together with the appurtenances thereto, and all second and other additional tracks and all extensions, branches, side-tracks, turn-outs, spurs and passing tracks; all rights of way, station grounds and lands and all interest in lands, now used or held for railway purposes, all road-beds, bridges, trestles and viaducts, and the ties, rail spikes, angle-bars, splices, plates, sign targets and other railroad superstructure thereon, of every kind or character; all depot station-houses, section-houses, engine houses, car-houses, warehouses, round houses, elevator water tanks, turn-tables, machine shops, repair shops, office and buildings of any kind or character, used or required for railroad purpose, all machinery, tools, implements, furniture and fixtures in or about the shops, buildings and premises aforesaid; all pipe lines and the rights of way therefor; all water ponds, reservoirs, gravel pits, borrow pits, quarries, all telegraph and telephone lines, all interlocking plants and the fixtures thereto pertaining and all fixtures pertaining to any signal system or other safety device.

Also all contracts, book accounts, bills, receivable, bonds, stocks and interest in bonds or stocks, maps, profiles, books, records, and inventories, and all leases, leaseholder and terms.

Also all locomotives, engineers, cars and other rolling stock, if any, now owned by the Hutchinson Company wherever situated and all interest of said last named company in any car trust;

Also all rights, privileges, franchises and immunities which the Hutchinson Company now possesses or enjoys, or has the right to possess or enjoy, or may acquire the right-to possess or enjoy in respect to the railroads and telegraph lines above described, or, any of their extensions or branches or other property, or pertaining to the use or operation or enjoyment thereof, together with all the rents, tolls, issues, profits and other benefits and advantages of or in any way growing out of any of the said railroads, properties and franchises of the said Hutchinson Company;

Also all other property, real, personal and mixed, of every kind, descriptions and character, now owned, used or hereafter acquired by the Hutchison Company and not hereinbefore, specifically described;

To have and to hold the said railroads and telegraph lines and all other property, real, personal and mixed, rights, franchises, privileges, immunities, assets and appurtenances, hereby conveyed or assigned, or intended to be hereby conveyed or assigned unto the said Atchison Company, its successor, or successors and assigned forever.

Subject, nevertheless, to the signed indenture of mortgage above recited.

And the Hutchinson Company covenants and agrees to and with the said Atchison Company, its successors and assigns, that the said Hutchinson Company is lawfully seized of a good and indefeasible title to each and every part and parcel of the premises aforesaid; and that said Hutchinson Company will warrant and forever defend the same and every part and parcel thereof into the said Atchison Company, its successors and assigns against all and every person or persons, corporation or corporations, lawfully claiming or to claim, the same, except under or through the aforesaid incumbrances.

In Witness Whereof, on the day and year first above written, the Hutchinson Company, part of the first part, has caused this indenture to be signed by its President and its corporate seal to hereunto affixed and the same to be attested by the Secretary.

The Hutchinson and Southern Railway Company
By E.P. Ripley, President

SEAL

Attest: E. Childer
Secretary

State of Illinois )<br>
) ss<br>
County of Cook )

Before me, a notary public in and for said county and state on this twentieth day of December, 1899, personally appeared Edward P. Ripley, known to me to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as its president, acknowledged to me that he executed the same as his free and voluntary act and deed and as the free and voluntary act and deed of such corporation, for the uses and purposes therein set forth.

Witness my hand and notarial Seal the day and year last above written.

SEAL

A.E. Speirs,<br>
Notary Public

My Commission expires<br>
June 13-1903<br>
Filed for record February 9, 1900 at 2 p.m.<br>
Fred S. Scoresby<br>
Reg Deed

WARRANTY DEED (Following Kansas Statutory Warranty Form)

Entered in Transfer Record in my Office No. 5
Day of June 1981
County Clerk

WAYNE WEBSTER, a single person,

CONVEYS AND WARRANTS TO

DOROTHY L. BIERY,

, all the following described REAL ESTATE in the County of Reno and the State of Kansas to-wit:

A tract of land described as follows: Beginning at a point 2395 feet west of the southeast corner of the Northeast Quarter (NE/4) of Section 23, Township 23 South, Range 6 West of the 6th P.M., thence west 193-1/3 feet; thence north 450 feet; thence east 193-1/3 feet; thence south 450 feet to the place of beginning, containing 2 acres.

for the sum of one dollar and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements and restrictions of record.

Dated May , 1981

Wayne Webster

STATE OF KANSAS, RENO COUNTY, ss

BE IT REMEMBERED, That on this 29 day of May A. D. 19 81, before me, the undersigned, a notary public in and for the County and State aforesaid, came

Wayne Webster, a single person,

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Notary Public.

NOTARY PUBLIC KANSAS

Term expires 24 May 1984

INDEXED
ORIGINAL COMPARED WITH RECORD
NUMERICAL

STATE OF KANSAS
RENO COUNTY } ss

This instrument was filed for record on the 5 day of June A.D. 19 81 at 12:31 o'clock P M, and duly recorded in Book 455 on Page 485 (1)
Fee $ 5.00

REGISTER OF DEEDS

EXHIBIT
TAB
D

485-1

... COURT
1992 JUL 17 AM 10 25
NESS COUNTY OK

IN THE DISTRICT COURT OF NESS COUNTY, KANSAS

IN THE MATTER OF THE ESTATE OF
GEORGE ARTHUR HOLLOWAY, Deceased CASE NO. 92-P-30

**ORDER ADMITTING AUTHENTICATED COPY OF FOREIGN WILL TO PROBATE AND RECORD**

NOW on this 17th day of July, 1992, comes on for hearing the Petition to Admit Foreign Will to Probate and Record, filed herein by Gordon Arthur Holloway.

Petitioner appears by his attorney, Tom Smyth. There are no other appearances.

After examining the files, hearing the evidence, statements, and arguments of counsel, and being duly advised in the premises, the Court finds:

1. Due diligence has been exercised in the search for names, ages, relationships, residences, and addresses of heirs, devisees, and legatees, and notice of this hearing has been given as required by law and the order of this Court, and proof thereof has been duly filed herein and is hereby approved.

2. The allegations of the petition are true.

3. The petitioner has an interest in decedent's estate as a devisee and legatee in the Last Will and Testament of George Arthur Holloway, deceased.

4. George Arthur Holloway died testate at Houston, Texas, on July 30, 1990; more than six (6) months have expired since the date of his death; and at the time of his death, decedent was a resident of Harris County, Texas, and a citizen of the United States.

EXHIBIT
tabbies
TAB
E

5. Decedent left a Last Will and Testament dated October 26, 1973, which was duly executed, proved, and admitted to probate according to the laws of Texas on August 29, 1990, in the Probate Court of Harris County, Texas; and a duly authenticated partial transcript of proceedings in the Estate of George Arthur Holloway, deceased, from the Probate Court of Harris County, Texas, is filed herein; and the order of the Court is still in full force and effect.

6. Decedent was the owner, at the time of his death, of the following described real estate:

> The Southwest Quarter (SW/4) Section Twenty-one (21), Township Thirty-one (31) South, Range One (1) East of the 6th P.M., Sumner County, Kansas, consisting of approximately 139.6 acres, this property being acquired by G. A. Holloway and wife, Rita B. Holloway, as joint tenants with rights of survivorship, by deed dated May 4, 1943;
>
> The Northwest Quarter Southeast Quarter (NW/4 SE/4) Section Twenty-six (26), Township Twenty-three (23) South, Range Six (6) West of the 6th P.M., Reno County, Kansas, containing 40 acres, more or less, except for the 100 feet of right-of-way of the railway along the West side thereof;
>
> The Northeast Quarter Southeast Quarter (NE/4) SE/4) Section Twenty-six (26), Township Twenty-three (23) South, Range Six (6) West of the 6th P.M., Reno County, Kansas, containing 40 acres, more or less, except for a strip on the Easterly side thereof previously conveyed by decedent;
>
> All the interest of George Arthur Holloway under the Will of his wife, Rita Bondurant Holloway.

7. All taxes imposed by the State of Kansas have been paid.

8. No administration of the estate in Kansas is necessary.

9. The decedent's Last Will and Testament is construed to distribute the above described real estate as follows:

Gordon Arthur Holloway - entire interest.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED:

(A) The above findings are hereby made a part of the order and decree of this Court.

(B) The above authenticated copy of the Last Will and Testament of George Arthur Holloway, deceased, is hereby admitted to probate and record in the District Court of Ness County, Kansas.

(C) The above described real estate, subject to any lawful disposition heretofore made, is assigned, pursuant to the terms of decedent's Last Will and Testament, as follows:

Gordon Arthur Holloway - entire interest.

Opal Burdett

District Magistrate Judge

Entered in Transfer Record in my office the 23 day of Mar 1994
County Clerk
Roxanne L. Whitley

INDEXED
GENERAL COMPARED
NUMERICAL RECORD

STATE OF KANSAS } ss
RENO COUNTY
This instrument was filed for record on the 23 day of Mar A.D. 19 94 at 11:00 o'clock A M. and duly recorded in Book 511 on Page 528 (2+)
Fee $ 12.00
Mary W. Frank
REGISTER OF DEEDS

**QUITCLAIM DEED**

Stacy E. Judy and Martha Helen Judy, husband and wife,

**QUITCLAIM TO**

Stacy E. Judy as Trustee of the Stacy E. Judy Trust dated March 7, 1994

all the following described real estate located in Reno County, Kansas:

See Exhibit "A" attached.

EXCEPT AND SUBJECT TO: Easements, restrictions and rights of way of record, if any.

This transfer of title is to a trust without consideration, and a Real Estate Sales Validation Questionnaire is not required pursuant to K.S.A. 79-1437e(a) Exception (7).

DATED: March 7, 1994.

Stacy E. Judy
Stacy E. Judy

Martha Helen Judy
Martha Helen Judy

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED that on this March 7, 1994, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Stacy E. Judy and Martha Helen Judy, husband and wife, who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

NOTARY PUBLIC - State of Kansas
JOHN S. SCHMIDT
My Appt. Exp. 5-26-96

John S. Schmidt
Notary Public

EXHIBIT
TAB
F

EXHIBIT "A"

✓The South Half of the Southeast Quarter of the Southeast Quarter (S½ SE¼ SE¼) of Section 26, Township 23 South, Range 6 West, Reno County, Kansas, EXCEPT the following described tracts:

The West 3 acres thereof; and

A tract of land described as follows: Commencing at the Southeast corner of said Southeast Quarter (SE¼) above described, running thence North along the Section line 237.5 feet; thence West parallel to the South line of said Quarter 367.1 feet; thence South parallel to the East line of said Quarter 237.5 feet to the South line of said Quarter; thence East to point of beginning; and

A tract of land in the South Half of the Southeast Quarter of the Southeast Quarter of said Section 26, described as follows: Beginning at a point on the South line, 367.1 feet West of the Southeast corner of said Quarter Section; thence North 00 degrees 46 minutes West, 156.1 feet; thence South 82 degrees 56 minutes West to a point on the East line, of the West 3 acres of the South Half of the Southeast Quarter of the Southeast Quarter Section; thence South 00 degrees 45 minutes East, 65.3 feet to said South line of said Quarter Section; thence North 89 degrees 47 minutes East, along said South line to the place of beginning. The above contains 0.52 acre, more or less, exclusive of the existing highway, for the purpose of a controlled access highway; and

All right of access to and from the abutting public highway over and across a line in the South Half of the Southeast Quarter of the Southeast Quarter of said Section 26, described as follows: Beginning at a point on the East line, 65.3 feet North of the Southeast corner of the West 3 acres of the South Half of the Southeast Quarter of the Southeast Quarter Section; FIRST COURSE, thence North 00 degrees 45 minutes West, 31.7 feet; except and reserving, however unto owners of abutting land, their heirs or assigns, the right of access to said highway for the purpose of a frontage road over and across the following described course: All of said "FIRST" course.

✓The Southwest Quarter (SW¼) of Section 26, Township 23 South, Range 6 West of the 6th P.M., Reno County, Kansas, EXCEPT the following described tracts:

A tract of land in the Southwest Quarter of said Section 26 described as follows: Beginning at the Southwest

588-4

Commencing at a point 973.165 feet South of the Northwest corner of the Northwest Quarter of said Section 26; thence East 417.421 feet; thence South 313.365 feet; thence West 417.421 feet; thence North 313.365 feet to place of beginning; and

Starting at a point on the Northeast corner of the Northwest Quarter of said Section 26; running South from said Northeast corner 80 rods along the East boundary line of said Northwest Quarter thence West 28 rods; thence North 80 rods to the North line of said Northwest Quarter; thence East along said North line 28 rods to point of beginning, containing 14 acres more or less; and

Commencing at the Northeast corner of the Northwest Quarter of said Section 26; thence West 28 rods; thence South 50 feet to the South public road right of way line for a place of beginning; thence West along the South public road right of way line a distance of 10 rods; thence South 77.08 rods; thence East 10 rods; thence North 77.08 rods to place of beginning.

529-1

**TRUST DEED**

THIS INDENTURE, made this 21 day of December, 1984, between JULIA ANN CHALFANT, a/k/a JULIA R. CHALFANT and C. STEPHEN CHALFANT, her husband, first parties, and THE FIRST NATIONAL BANK OF HUTCHINSON, KANSAS, as Trustee under the Trust Agreement dated April 30, 1984, executed by Julia R. Chalfant as Settlor, second party.

W I T N E S S E T H:

That the said parties of the first part, in consideration of the sum of One Dollar and other valuable consideration, grant and convey unto the second party as Trustee and its successors IN TRUST, all of the following described real estate situated in Reno County, Kansas, to wit:

> All of Grantors' interest in and to the West Half of the Northeast Quarter of Section 35, Township 23 South, Range 6 West of the 6th P.M.; subject to restrictions, easements and rights of way of record, oil and gas leases of record, if any, and highway rights of way of record.

TO HAVE AND TO HOLD the same, as Trustee IN TRUST for the uses and purposes and subject to the terms and provisions set forth in the said Trust Agreement dated April 30, 1984, same being incorporated herewith by reference.

IN WITNESS WHEREOF, the first parties have hereunto set their hands the day and year first above written.

Julia Ann Chalfant
Julia Ann Chalfant, a/k/a Julia R. Chalfant

C. Stephen Chalfant
C. Stephen Chalfant

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED, that on this 21st day of December, 1984, came Julia Ann Chalfant, a/k/a Julia R. Chalfant and C. Stephen Chalfant, her husband, and duly acknowledged before me the execution of the foregoing instrument.

Carol Shaft
Notary Public

CAROL SHAFT STATE NOTARY PUBLIC RENO COUNTY, KANSAS

INDEXED ✓ ORIGINAL COMPARED WITH RECORD ✓ NUMERICAL ✓

Entered in Transfer Record in my Office the 2 Day of April 1985
County Clerk

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 2 day of April A.D. 1985 at 4:20 o'clock P M. and duly recorded in Book 470 on Page 529(1)
Fee $ 5.00
REGISTER OF DEEDS

EXHIBIT TAB G

49

WARRANTY DEED (Following Kansas Statutory Warranty Form)

Entered in Transfer Record in my office the 12 day of [illegible] 1976
[illegible signature]
COUNTY CLERK

WILLIAM M. KIRK and LOUISE R. KIRK, husband and wife,

CONVEY___ AND WARRANT___ TO

KAK FARMS, INC.

, all the following described REAL ESTATE in the County of Reno and the State of Kansas to-wit:

East Half of Northwest Quarter of Section 35, Township 23, Range 6, less Bar Pit and Highway

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements and rights of way of record.

Dated February 5, 1976

STATE OF KANSAS, Reno COUNTY, ss

BE IT REMEMBERED, That on this 5th day of February A. D. 1976, before me, the undersigned, a notary public in and for the County and State aforesaid, came

WILLIAM M. KIRK and LOUISE R. KIRK, husband and wife,

who are personally known to me to be the same person s who executed the within instrument of writing and such person s duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Marjorie Keller
Notary Public.

MARJORIE KELLER
NOTARY PUBLIC
Reno County, Kansas
My Commission Expires

Term expires June 23 1978

William M. Kirk
William M. Kirk

Louise R. Kirk
Louise R. Kirk

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 12 day of [illegible] A. D. 1976 at 4:50 o'clock P M. and duly recorded in Book 126 on Page 19
Fee $3.00

Rosa Mary Moore
REGISTER OF DEEDS

INDEXED
ORIGINAL COMPARED WITH RECORD
NUMERICAL

EXHIBIT
TAB H

Entered in Transfer Record in my Office the 30 Day of Apr 1987 County Clerk
Jerry M Franklin

WARRANTY DEED

EVANS BOX MANUFACTURING CORPORATION

a corporation duly organized, incorporated and existing under and by virtue of the laws of the State of Oklahoma, and having its principal place of business at Tulsa, Oklahoma,

CONVEYS AND WARRANTS TO

AMERICAN PACKAGING CORPORATION

all the following described REAL ESTATE in the County of RENO and the State of Kansas, to-wit:

> Commencing at the southwest corner of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence East along the South line of said Southeast 1/4 124.95 feet for a place of beginning; thence continuing East along the South line of said southeast 1/4 344.05 feet; thence with a deflection angle 90° 56' left-North 829.85 feet to a point on a 13° 28'53" curve of 425.0 feet radius; thence deflecting left-West to Southwesterly along said curve 399.35 feet; said arc subtending a chord length of 384.75 feet, to a point on the East right-of-way line of the A.T.&S.F. R.R. that is 645.0 feet North of the South line of said Southeast 1/4; thence South along the said right-of-way line 645.0 feet to the place of beginning; EXCEPT the South 60.0 feet thereof for Blanchard Street

for the sum of ONE DOLLAR ($1.00) and other good and valuable consideration.

EXCEPT AND SUBJECT TO: Easements, restrictions and rights-of-way of record, if any.

DATED: April 30, 1987

INDEXED ✓
ORIGINAL COMPARED WITH RECORD ✓
NUMERICAL ✓

EXHIBIT
TAB I

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 30 day of April A.D. 1987 at 4:00 o'clock P M. and duly recorded in Book 479 on Page 543(1)
Fee $ 5.00

Rosa Mary Moore
ml REGISTER OF DEEDS

EVANS BOX MANUFACTURING CORPORATION

By: Howard L. Evans
Howard L. Evans, President

STATE OF KANSAS )
) ss:
COUNTY OF RENO )

The foregoing instrument was acknowledged before me this 30th day of April, 1987, by Howard L. Evans, President of Evans Box Manufacturing Corporation, an Oklahoma corporation, on behalf of the corporation.

NOTARY PUBLIC - State of Kansas
BEVERLY ROBERTS

Beverly Roberts