**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.*, and | ) | No. 1:07-cv-693 |
| | ) | |
| JERRAMY and ERIN PANKRATZ, *et al.,* | ) | No. 1:07-cv-695 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | Hon. Nancy B. Firestone. |
| | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR ADOPTION OF SCHEDULING ORDER**

COME NOW, Plaintiffs, by and through their undersigned counsel, and in response to Plaintiffs' Motion for Adoption of Scheduling Order, state as follows:

1. The Plaintiffs wholeheartedly support the consolidation of *Biery* and *Pankratz* for purposes of briefing and deciding the government's liability. While some of the specific factual issues are different, the fundamental legal issues are common and Plaintiffs believe that consolidating these cases for briefing on the issue of liability is the most cost efficient and timely manner to resolve this issue.

2. Plaintiffs agree to enlarge the time for the government to respond to the Plaintiffs' Motion for Partial Summary Judgment in *Pankratz* until June 2, 2008.

3. Plaintiffs do not, however, believe that in *Biery* any enlargement of time beyond this date is necessary or appropriate. Plaintiffs note that *Biery* and *Pankratz* involve only 13 total claims, and the Plaintiffs have provided the Defendant with all the underlying title documents. All of the title documents for five of the six Plaintiffs in

*Pankratz* have been available to the government since September 28, 2007. Furthermore, the title documents for the sixth plaintiff, the Myers, were provided to the Defendant in the Plaintiffs' Second Amended Complaint filed on April 10, 2008. The title documents for six of the seven plaintiffs in *Biery* were produced along with Plaintiffs' Amended Complaint on April 18, 2008. Plaintiff Dorothy Biery's title documents were produced the day the Complaint was originally filed on September 26, 2007.

4. The nature of the railroad's interest is defined in *Pankratz* by a single condemnation order and a single voluntary grant (both of which have been provided to the Defendant); and in *Biery* by two condemnation orders, both of which have also been provided to the defendant.

5. *Pankratz* and *Biery* were filed on September 19 and 26, 2007, respectively.

6. Assuming that the Defendant is found to be obligated by the Fifth Amendment to the United States Constitution to pay the Plaintiffs for a taking of their land, the Defendant will also be required to pay delay damages on this amount. Further delay in resolving this issue will only serve to increase Defendant's ultimate financial obligation and further delay the Plaintiff landowners' constitutional right to "just compensation" for the taking of their land.

7. As to the government's contention on Page 4 of its Motion regarding the incomplete condemnation order, Plaintiff received just today, May 6, 2008, a copy the accompanying Report of Commissioners that corresponds to the Condemnation Order supplied by Plaintiffs in both their Complaint and Motion for Partial Summary Judgment. This report of commissioners was attached to the government's untimely discovery

responses as Exhibit No. 1. Plaintiffs' title company did not supply them with this additional report, however, the report does not alter or change the condemnation order recorded in the Butler County Recorder of Deeds Office provided by Plaintiffs and attached to their pleadings.

WHEREFORE Plaintiffs request this Court grant Defendant's Motion to Consolidate and Order that Defendant's joint response to Plaintiffs' Motions for Partial Summary Judgment in these two cases be filed by June 2, 2008.

LATHROP & GAGE L.C.

Date: 5/06/08

By /s/ Mark F. (Thor) Hearne, II
MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
Thornet@ix.netcom.com

ATTORNEYS FOR PLAINTIFFS