# In the United States Court of Federal Claims

**No. 07-693L**
**(Filed: May 9, 2008)**

* * * * * * * * * * * * * * * * *
*
**DOROTHY L. BIERY, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the defendant's motion for consolidation and motion for adoption of briefing schedule filed May 5, 2008. After careful review, **IT IS ORDERED AS FOLLOWS:**

(1) Defendant's unopposed motion for consolidation is **GRANTED**. Accordingly, Biery, et al. v. United States, Case No. 07-693 and Pankratz, et al. v. United States, Case No. 07-675 shall be consolidated and all pleadings shall be filed under Biery.

(2) The court is in not persuaded that the defendant needs additional time beyond June 2, 2008 to file its response in the consolidated cases on the grounds that time is needed to confirm title for seven plaintiffs. Accordingly, the defendant's motion to adopt an extended briefing schedule is **DENIED**.

(3) The defendant's response in both cases shall filed on **June 2, 2008**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge