IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOROTHY L. BIERY, *et al.*,<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 07-693L<br>(consolidated with No. 07-675L)<br><br>Honorable Nancy B. Firestone |

**NOTICE OF APPEARANCE**

Pursuant to RCFC 83.1(c)(5), please enter the appearance of Kristine S. Tardiff as attorney of record for defendant United States, in substitution for William J. Shapiro. The service address and additional contact information for the undersigned attorney of record for the United States is as follows:

Kristine S. Tardiff
United States Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney Ayako Sato will remain as of counsel for Defendant United States. Ms. Sato's contact information is as follows:

Ayako Sato
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
60 D Street, N.W., Room 3133
Washington, DC 20004
TEL: (202) 305-0239
FAX: (202) 305-0506
E-MAIL: ayako.sato@usdoj.gov

Respectfully submitted this 1st day of June, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

AYAKO SATO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
60 D Street, N.W., 3rd Flr., Room 3133
Washington, DC 20004
TEL: (202) 305-0239
FAX: (202) 305-0506
E-MAIL: ayako.sato@usdoj.gov

Attorneys for Defendant

Of Counsel:

ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of General Counsel
395 E Street, SW
Washington, DC 20024