**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DOROTHY L. BIERY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:07-cv-693<br>(consolidated with: Case No. 07-675L)<br><br>Honorable Nancy B. Firestone |
| JERRAMY PANKRATZ and ERIN PANKRATZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | |

**DECLARATION OF CINDI A. R. STRAUP**
**PANKRATZ v. UNITED STATES**

I, Cindi A. R. Straup, declare under penalty of perjury that:

1. I am the Director of Axxion Administration, LLC. I have been engaged in claims administration for over ten years. I have been engaged to obtain the relevant landowner information for over forty lawsuits involving landowners who adjoin active and abandoned railroad corridors. These engagements included review of Valuation schedules and maps (prepared by the railroads and filed with the Interstate Commerce Commission) and county or municipal tax maps.



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10

2. Axxion Administration, LLC, was retained by the Department of Justice to conduct title examination work in Pankratz v. United States on behalf of the Defendant.

3. We were asked to identify the conveyance documents that record how the railroad acquired its interest in the corridor identified in the Surface Transportation Board's Decision and Notice of Interim Trail Use of Abandonment issued June 2, 2005 in Pankratz.

4. In Pankratz, we used tax maps and tax cards obtained from Butler County, Kansas along with the documents attached to the Pankratz Plaintiffs' Second Amended Complaint (provided to us) to locate the Pankratz Plaintiffs' properties. Using the known location of the Plaintiffs' properties, we correlated each Plaintiffs' property to the Valuation maps ("Val maps") covering those same locations. Using the schedules of "Lands Owned or Used for Purposes of a Common Carrier ("Val Schedules") that correspond to the Val maps, we obtained the Deed Book and Page for the relevant private conveyance documents. We then obtained a copy of those source documents from Butler County, Kansas.

5. The following chart reflects which source conveyance documents conveyed the portions of the corridor that abut the properties owned by the named Plaintiffs in Pankratz as of June 1, 2005. We used June 1, 2005 as the record date based on the allegations set forth in the Pankratz Plaintiffs' First Amended Complaint. True and correct copies of the referenced instruments that we obtained from the Butler County deed records are attached hereto as exhibits.

| Plaintiff | (Pankratz) Relevant Conveyance Instrument(s) | | | |
|---|---|---|---|---|
| | Grantor/Grantee | Source Deed Type | Book, Page | Exhibit |
| Pankratz | Rev. E. B. Abbot/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | 1 |
| Wedell | Unknown/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | same |
| Colling | Wm. Camden/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | same |
| | William and Ann Chase/St. Louis Wichita and Western Railway Co. | Quitclaim Deed Nov. 3, 1879 | V, 5 | 2 |
| Mar | John Shreve/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | 1 |
| Woods | Arnold/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | same |
| | Rev. E. B. Abbot/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | same |
| Myers | Wm. Camden/St. Louis Wichita and Western Railway Co. | Condemnation Nov. 4, 1879 | S, 466 | same |

6. As discussed in paragraph 5 above, using the known location of the Pankratz Plaintiffs' properties, we correlated each of the Pankratz Plaintiffs' property to the Val maps covering those same locations and prepared a map showing the location of each property and the location of the right-of-way. We also prepared an overview map that shows the location of all of the Pankratz Plaintiffs' properties. The referenced maps are attached hereto as exhibits.

| Plaintiffs' Property Summary Maps | |
|---|---|
| Plaintiff | Exhibit |
| Pankraz | 3 |
| Wedell | 4 |

| | |
|---|---|
| Colling | 5 |
| Mar | 6 |
| Woods | 7 |
| Myers | 8 |
| Pankratz Plaintiffs' Overview | 9 |

7. We determined that the conveyance instrument referenced as a Quitclaim Deed conveying title from C.R. Noe and Lana Noe, his wife, to the Saint Louis, Witchita and Western Railway Company, dated October 23, 1879, and recorded in Book S, page 465 (attached as Tab A of Pankratz Plaintiffs' Proposed Findings of Uncontroverted Fact) is not a source conveyance document that conveyed any portion of the corridor that abuts any of the named Pankratz Plaintiffs' properties. Based on our research, the only relevant source documents abutting the named Pankratz Plaintiffs' properties are the condemnation records referenced above that is recorded in Deed Book S, page 466, and the quitclaim deed referenced above that is recorded in Deed Book V, page 5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of May 2008 at Dallas, Texas.

Cindi A. R. Straup



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10

Bk 60
pg 466
S 714

State of Kansas }
Butler County } Report of Commissioners heretofore appointed by the Hon. W. P. Campbell Judge of the District Court of Butler County Kansas to lay off route side tracks &c for such distance through said County as might be desired by the Railway Company hereinafter mentioned and of such width as might be desired by said Company and on the location desired by said Railway Company and to appraise the value of such portion of any quarter section or other tract of land taken and assess the damage to such quarter section or other tract of land beg leave to report as follows:

That the St Louis Wichita and Western Railway Company did on the 1st day of August AD 1879 make application to the Hon W P Campbell Judge of the District Court of Butler County Kansas as required by law for the appointment of three Commissioners to make appraisement and assessment of damages to such lands in said County through and over which said Company proposed to construct its road as will now more fully appear by the original application hereto attached and marked Exhibit "A" and made a part of this report. That the said Judge upon the hearing of said application at his Chambers at Wichita Kansas on the [illegible] day of August A.D. 1879 did upon due consid= eration [illegible] appoint [illegible] [illegible]

and assessment of [illegible] of Butler County Kansas for the purpose of
making such appraisement and assessment of damages as aforesaid. and as will more
fully appear by reference to the appointment of such Commissioners in writing under the
hand of said Judge hereto attached marked Exhibit "B" and made a part of this
report. That said application hereinbefore refered to and hereto attached and marked Exh-
ibit "A" and said appointment of Commissioners in writing under the hand of said Judge
and hereto attached and marked Exhibit "B" as aforesaid were after the appointment of
said Commissioners by said Judge were by him as required by law ~~delivered by~~
~~law~~ delivered to the said Railway Company and by it on the 25th day of August
A.D. 1879 duly filed for record in the Office of the Register of Deeds in and for Butler County
in the State of Kansas and by such Register of Deeds the same were duly Rec-
orded in Book "Q" pages 574-5-&6. The undersigned were first duly sworn to
honestly and faithfully discharge their duties as such Commissioners. Before said
Commissioners proceeded to lay off the Route of said Railway and make the appr-
aisement and assessment of damages as provided by law they caused to be published
a notice that they would on the 6th day of October A.D. 1879 that they would proceed
to lay off the Route of said Railway and appraise the value of Lands taken
and assess the damages as aforesaid. which notice was published for more
than thirty days next preceding October 6th 1879 in the "Southern Kansas Gazette"
a weekly newspaper published at Augusta in Butler County Kansas and of
general circulation in said County the first publication of said notice being
made therein on the 4th day of September A.D. 1879 and being continued in each
issue of said paper from last said named date up to and including the said
6th day of October A.D. 1879. A copy of said notice so as aforesaid published together
with the proof of the publication thereof is hereto attached marked Exhibit "E" and made
a part of this report. That after having given said notice by publication one of
the Commissioners hereinbefore mentioned and heretofore appointed by said Judge did
decline to act as such Commissioner whereupon the said St Louis Wichita &
Western Railway Company did in writing on the 7th day of October A.D. 1879 make
application to the Hon. W. P. Campbell Judge of the District Court in and for
Butler County Kansas as required by law for the appointment of one Commis-
sioner to fill the vacancy occasioned by the resignation of the said A. J. Uhl to
and discharge the duties assigned to said Uhl as such Commissioner. And
the said Judge upon the hearing of said application at his Chambers at [illegible]
Kansas on the 7th day of October A.D. 1879 did upon due consideration and
being fully advised in the premises then and there appoint and constitute
undersigned James A. Rhoades to act as such Commissioner in accordance
with the original application and appointment hereto attached marked Exhibit
"C" and made a part of this report. The said James A. Rhoades [illegible]
on the 13th day of October [illegible]
according [illegible]
and [illegible]

Bk 5
pg 467

[illegible] and therefrom proceeded to section 30 Township 27 of Range 7 East of the 6th Principal meridian in Kansas and proceeded from said point in a northwesterly direction on a point selected by said Railway Company and proceed to lay of said route side tracts etc. for such distance through said County as was desired by by said Company the width of the same being such as was desired by said Company and upon the location selected and desired by them. The width of the route so as aforesaid by us laid out being one hundred feet and is more particularly described in the Plat and Profile of the route intended to be adopted by said Company in said County which was on the 25th day of October A.D. 1879 filed by said Company in the Office of County Clerk in and for said County of Butler in the State of Kansas that we had the said route carefully surveyed and ascertained carefully the quantity of land necessary for the purpose aforesaid out of each quarter section or other lot of land in said County through which said route side tracts, water stations, etc was located and appraised the value of such portion of any quarter section or other lot of land and assessed the damages of the land out of which it was taken. all of which is more particularly described on the plat and profile now on file in the office of the County Clerk of Butler County. And when we ascertained that any portion of such quarter section or other lot of land belonged to different owners we appraised the value and assessed the damages of each such owners interest all of which is more particularly set forth in Exhibit "K" and made a part of this report which is as follows towit:

| Name of Owner | Part of Section | Section | Township | Range | No of acres Taken | value per acre | value of Land Taken | Damage | Total value Land and Damages |
|---|---|---|---|---|---|---|---|---|---|
| P. F. Rickey | N E 1/4 | 22 | 27 | 6 | 6 40 | 12 00 | 76 80 | 123 20 | 200 00 |
| S. N. Wood | N 1/2 N E 1/4 & N [illegible] N E 1/4 | 26 / 23 | 27 / 27 | 6 / 6 | 12 36 | 12 00 | 148 32 | 52 00 | 200 32 |
| J. Penninghall | N W 1/4 | 22 | 27 | 6 | [illegible] | 16 00 | 98 40 | 40 00 | 138 40 |
| S. Elwell | W 1/2 N W 1/4 | 21 | 27 | 6 | 2 50 | 5 00 | 12 50 | 2 50 | 15 00 |
| J. Cecil | E 1/2 S E 1/4 | 20 | 27 | 6 | 2 75 | 5 00 | 13 75 | 4 75 | 18 50 |
| R. Cecil | N W 1/4 S E 1/4 | 20 | 27 | 6 | 2 34 | 2 00 | 4 68 | 2 00 | 6 68 |
| R. P. Chenoweth | N E | 20 | 27 | 6 | 1 00 | 5 00 | 5 00 | 1 00 | 6 00 |
| T. C. Chenoweth | N W | 20 | 27 | 6 | 7 23 | 6 25 | 45 18 | 75 00 | 120 18 |
| J. W. Snodgrass | N E | 19 | 27 | 6 | 6 25 | 5 00 | 31 25 | 40 00 | 71 25 |
| J. N. Butt | N W | 19 | 27 | 6 | 6 18 | 8 00 | 49 44 | 100 00 | 149 44 |
| James Routledge | N E | 24 | 27 | 5 | 6 14 | 8 00 | 49 12 | 54 00 | 103 12 |
| D. Butt | N W | 24 | 27 | 5 | 6 12 | 8 00 | 48 96 | 60 00 | 108 96 |
| N. Butt | E 1/2 N E 1/4 | 23 | 27 | 5 | 3 05 | 8 00 | 24 40 | 31 00 | 55 40 |
| | | | | | | | | | 7142 98 |

| Name of Owner | Part of Section | Section | Township | Range | No of Acres Taken | value per acre | value of Land Taken | Damage | Total value Land and Damage |
|---|---|---|---|---|---|---|---|---|---|
| W. [illegible] Butt | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 8 00 | [illegible] 40 | [illegible] 00 | 44 40 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 39 65 | 25 00 | 65 65 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 45 00 | [illegible] |

Book 5
Pg 468

(3)

Defendant's Exhibit 10-1
Biery v. US, No. 07-693L & 07-675L (Exhibit 1 to Pankratz Straub Decl.)

DEC/14/2007/FRI 04:22 AM BUTLER CO - DEEDS FAX No. 3163224118

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E Thompson | NW | 23 | 27 | 5 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 56 | 1 | 00 | [illegible] | 56 |
| L Ridge | N² NW | 24 | 27 | 5 | 3 | 07 | 8 | 00 | 24 | 56 | 47 | 44 | 72 | 00 |
| Jno Wenger | SE | 20 | 27 | 5 | 6 | 35 | 6 | 00 | 38 | 10 | 25 | 00 | 63 | 10 |
| N. H. Wenger | E² SW | 20 | 27 | 5 | 3 | 45 | 5 | 00 | 17 | 50 | 12 | 50 | 30 | 00 |
| Geo Runyon | W² SW¼ | 20 | 27 | 5 | 3 | 02 | 8 | 00 | 24 | 16 | 30 | 00 | 54 | 16 |
| Jno Balding | SE | 19 | 27 | 5 | 4 | 07 | 8 | 00 | 32 | 56 | 18 | 00 | 50 | 56 |
| Kreal | W² NE + E² NW + SW NW | 19 | 27 | 5 | 8 | 09 | 10 | 00 | 80 | 90 | 38 | 00 | 118 | 90 |
| James Williams | E² NW | 24 | 27 | 4 | 1 | 17 | 16 | 00 | 18 | 72 | 5 | 00 | 23 | 72 |
| A Kester | E² SW | 24 | 27 | 4 | 2 | 19 | 16 | 00 | 35 | 04 | 20 | 00 | 55 | 04 |
| H. D. Hill | W² SW | 24 | 27 | 4 | 3 | 29 | 16 | 00 | 52 | 64 | 20 | 00 | 72 | 64 |
| Wallace Schaffer | W² NW | 27 | 27 | 4 | 6 | 27 | 16 | 00 | 100 | 32 | 25 | 00 | 125 | 32 |
| Mrs Jane Carter | N½ NE | 28 | 27 | 4 | 1 | 32 | 16 | 00 | 21 | 12 | 3 | 88 | 25 | 00 |
| John Wilday | S² NE | 28 | 27 | 4 | 5 | 43 | 16 | 00 | 86 | 88 | 63 | 12 | 150 | 00 |
| Phillips | S² NW + NW SW | 28 | 27 | 4 | 3 | 20 | 16 | 00 | 51 | 20 | 10 | 00 | 61 | 20 |
| A A Burger | NW SW | 28 | 27 | 4 | 3 | 05 | 16 | 00 | 48 | 80 | 16 | 00 | 64 | 80 |
| G W Burger | E² SE¼ | 29 | 27 | 4 | 4 | 56 | 10 | 00 | 45 | 60 | 10 | 00 | 55 | 60 |
| Henry Garlick | W² SE¼ | 29 | 27 | 4 | 3 | 05 | 10 | 00 | 30 | 50 | 13 | 00 | 43 | 50 |
| Nohues Folks | SW | 29 | 27 | 4 | 6 | 16 | 4 | 00 | 24 | 64 | 25 | 00 | 49 | 64 |
| Mrs. Britton | SE | 30 | 27 | 4 | 2 | 38 | 6 | 00 | 14 | 88 | 10 | 00 | 24 | 88 |
| Wm Darnell | NE | 30 | 27 | 4 | 4 | 24 | 5 | 00 | 21 | 20 | 15 | 00 | 36 | [illegible] |
| John Shreve | NW | 30 | 27 | 4 | 5 | 63 | 7 | 00 | 39 | 41 | 25 | 00 | 64 | [illegible] |
| Arnold | SE¼ NE¼ | 25 | 27 | 3 | 2 | 53 | 5 | 00 | 12 | 65 | 10 | 00 | 22 | 65 |
| Rev. E B Abbott | N½ NE | 25 | 27 | 3 | 4 | 70 | 6 | 00 | 28 | 20 | 40 | 00 | 68 | 20 |
| C G Manley | NE¼ NW¼ | 25 | 27 | 3 | | 02 | | | | | | | 1 | 00 |
| A C Kimball | SW¼ SE¼ | 24 | 27 | 3 | | 11 | | | | | | | 1 | [illegible] |
| | | | | | | | | | | | | | 1027 | |

| Names of Owners | Part of Section | Section | Township | Range | No. of Acres Taken | | Value per Acre | | Value of Land Taken | | Damages | | Total Value of Land and Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | SW | 24 | 27 | 3 | 8 | 31 | 5 | 00 | 41 | 55 | 25 | 00 | 66 | [illegible] |
| " | SE | 23 | 27 | 3 | | 54 | 5 | 00 | 2 | 70 | 1 | 00 | 3 | 70 |
| Wm Camden | NW | 23 | 27 | 3 | 6 | 68 | 7 | 00 | 46 | 76 | 25 | 00 | [illegible] | [illegible] |
| [illegible] Nichler | NE | 22 | 27 | 3 | 1 | 10 | 7 | 00 | 7 | 70 | 5 | 00 | 12 | 70 |
| Watson | SW | 13 | 27 | 3 | 6 | 73 | 6 | 00 | 40 | 38 | 30 | 00 | 70 | 38 |
| James McLain | SE | 16 | 27 | 3 | 1 | 41 | 8 | 00 | 11 | 28 | 5 | 00 | 16 | 28 |
| Geo [illegible] | SE NE | 16 | 27 | 3 | 1 | 99 | 6 | [illegible] | 11 | 92 | 10 | 00 | 21 | [illegible] |
| Chas Barry | W² NE | 16 | 27 | [illegible] | 3 | 37 | 6 | 00 | 20 | 22 | 10 | [illegible] | 30 | [illegible] |
| Dora Marvin | [illegible] | 16 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 40 | 60 | 20 | [illegible] | [illegible] | [illegible] |
| Geo Ritter | [illegible] | 22 | [illegible] | [illegible] | [illegible] | 96 | 8 | 00 | 15 | 68 | 10 | [illegible] | [illegible] | [illegible] |
| R. Boyle | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| O. Reed | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| E. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| J. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Book 5
Pg 469

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straup Decl.)

(4)

Biery v. US, No. 07-693L & 07-675L

DEC/14/2007/FRI 04:22 AM BUTLER CO - DEEDS FAX No. 3163224118 P. 005

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Unknown | SW | 7 | 27 | 3 | 72 | 5 00 | 3 76 | 1 00 | 6 76 |
| Mundell | NW | 7 | 27 | 3 | 5 04 | 6 00 | 30 24 | 2 00 | 32 24 |

604.50

City of Augusta

| | Lots | Block | Price per lot | | Total | |
|---|---|---|---|---|---|---|
| N. Moyle | 10 | 27 | 10 00 | — | 10 00 | |
| Unknown | 9 | 27 | 10 00 | — | 10 00 | |
| C M James | 8.9 & 10 | 26 | 15 00 | — | 45 00 | |
| " " " | 16 and 17 | 26 | 22 50 | — | 45 00 | |
| Unknown | 8 | 25 | 25 00 | — | 25 00 | Settled |
| A Ryan | 21 | 25 | 30 00 | — | 30 00 | |
| D W. Friend | 12 & 13 | 24 | 30 00 | — | 60 00 | settled with owner |
| Unknown | 29 and 30 | 24 | 20 00 | — | 40 00 | |
| " | Settled 5 and 6 | 23 | 15 00 | — | 15 00 | Lot 5 settled |
| L. J. McIlvane | 8 | 27 | 10 00 | — | 50 00 | damages for moving house |

~~[illegible]~~.01

We further report that all the lands herein before described is in Butler County State of Kansas and that the amounts appearing on the original plat and the copies of the various portions thereof and the amount contained in the various strips of land herein before described on Exhibit "X" is the quantity of land we have carefully ascertained is necessary for the said route, side tracks, depots, work shops and water stations, and the said strips described as being across the various quarter sections and other lots of land as designated on the plat and profile now on file in the office of the County Clerk of Butler County as hereinbefore set forth are the various amounts out of each quarter section or other lots of land necessary for such purpose. We further report that the various amounts herein before mentioned as the appraisement of the various strips of land is a fair and reasonable value of the land per acre as herein before set forth and the damages awarded by us are fair and reasonable damages to the various quarter sections or other lots of land hereinbefore set forth and that the appraisement and assessment as herein before set forth is a fair and reasonable appraisement and assessment of each owners interest therein all of which is respectfully submitted.

Witness our hands and seal this the 25th day of October A. D. 1879

M. A. Palmer
J. A. Rhoades } Commissioners
L. A. Hamlin

State of Kansas } ss
County of Butler

I M A Palmer do solemnly swear that I will faithfully and honestly discharge the duties of commissioner to lay off a route for the St Louis Wichita and Western Railway Company along the line of said proposed Railroad through the County of Butler and State of Kansas as located by said company and the appraisement of the land taken and [illegible] lot of land or part of [illegible]

S AC
PG 480 470

Defendant's Exhibit 10-1
Biery v. US, No. 07-693L & 07-675L (Exhibit 1 to Pankratz Straup Decl.)

DEC/14/2007/FRI 04:22 AM BUTLER CO - DEEDS FAX No. 3163224118 P. 005

[illegible] of said [illegible] in accordance with the provisions, regulations and restrictions of the Statutes of Kansas in such case made and provided. So help me God

M. A. Palmer

Taken subscribed and sworn to before me a Justice of the Peace within and for the County of Butler State of Kansas This 2d day of September A.D. 1879

F. M. Tong J.P.

State of Kansas }
County of Butler } ss I Lincoln Hamlin do solemnly swear that I will honestly and faithfully discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railway Company along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said Company and to make appraisement of the value of the land taken and ass^ss the damages to each quarter section or lot of land or part of a quarter section or lot of land through which such proposed railroad shall be located by reason of the location, construction and operation of said railroad, in accordance with the provisions, regulations and restrictions of the Statutes of Kansas in such case made and provided. So help me God.

Lincoln Hamlin

Taken subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas This 2d day of September A.D. 1879

{ Seal }

W. A. Sallee
Notary Public

State of Kansas }
County of Butler } I A J Hill do solemnly swear that I will honestly and faithfully and honestly discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railroad along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said Company and to make appraisement of the value of the land taken and assess the damages to each quarter section or lot of land or part of a quarter section or lot of land through which said proposed railroad shall be located by reason of the location construction and operation of said railroad line in accordance with the provisions regulations and restrictions of the statutes of Kansas in such case made and provided So help me God. A J Hill

Taken subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas this first day of September [illegible]

[illegible]

{ Seal }

Book S
Pg 471
⑥

In the matter of the ... St Louis Wichita and Western Railway Company

State of Kansas }
County of Butler } ss I James A Rhoades do solemnly swear that I will honestly and faithfully discharge the duties of a commissioner to lay off a route for the St Louis Wichita and Western Railway Company's railroad through the County of Butler State of Kansas along the line of said proposed railroad as located by said Railway Company and appraise the land taken and assess the damages to each quarter section or lot of land or portion of quarter section or lot of land through which said railroad is located by reason of location construction and operation of said railroad as prescribed by the laws of the State of Kansas. So help me God

James A Rhoades

Taken, subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas this the — day of October A.D. 1879

{ seal } F C Ruland
Notary Public

In the matter of the appropriation of lands for the use of the St Louis Wichita and Western Railway Company in the County of Butler State of Kansas

To Honorable W P Campbell Judge of the District Court of the County of Butler State of Kansas.

The St Louis Wichita and Western Railway Company represents that it is a duly chartered and organized Railway Corporation incorporated and organized as such under and in pursuance of the laws of the State of Kansas. That the said St Louis Wichita and Western Railway Company is so incorporated to construct a line of railroad from the city of Oswego in the County of Labette State of Kansas in a northerly and westerly direction to the city of Wichita in the County of Sedgwick State of Kansas and in a Westerly direction from said city of Wichita. That the said St Louis Wichita and Western Railway Company propose to construct its road through the County of Butler in the State of Kansas as the line of said railroad has been located by said Railway Corporation from the East line of said County of Butler in a general westerly direction through the said County of Butler. That the said St Louis Wichita and Western Railway Company desires to have laid off for the use of said company along the line of its said proposed road as located by said Railway Company a route for said proposed railroad ... for the purpose of cutting and embankments ... for the proper construction and security of said railroad ... County of Butler from the East line of said County ... also such lands as may ... shipping and water ... and a right

Book 5
Pg 472

Defendant's Exhibit 10-1 (7)
Biery v. US, No. 07-693L & 07-675L (Exhibit 1 to Pankratz Straup Decl.)

DEC/14/2007/FRI 04:24 AM BUTLER CO - DEEDS FAX No. 3163220

[illegible] company to construct and repair its roads and stations [illegible] and the right of making proper drains.

Wherefore the St Louis Wichita and Western Railway Company prays that you as such Judge appoint three Commissioners to lay off said route and lands and stations and make the appraisement and assessment of damages [illegible] on account of the taking such lands and the construction and operation of said line of railroad under and in conformity with the provisions of the laws of Kansas in such cases made and provided

Respectfully submitted
The Saint Louis Wichita and Western Railway Company by H. C. Sluss its attorney

In the matter of the appropriation of lands for the use of the St Louis Wichita and Western Railway Company in the County of Butler State of Kansas

Be it Remembered That on this the first day of August 1879 The St Louis Wichita and Western Railway Company by its authorized attorney has presented to me the undersigned Judge of the District Court of the County of Butler State of Kansas its petition by which it is shown that the St Louis Wichita and Western Railway Company is a duly chartered and organized Railway corporation incorporated and organized as such under and in pursuance of the laws of the State of Kansas. That the said St Louis Wichita and Western Railway Company is so incorporated to construct a line of railroad from the city of Oswego in the County of Labette State of Kansas in a westerly and northerly direction to the city of Wichita in the County of Sedgwick State of Kansas and in a westerly direction from the said city of Wichita. That the said St Louis Wichita and Western Railway Company proposes to construct its road through the County of Butler State of Kansas as the line of said railroad has been [illegible] from the East line of said County in a general [illegible] direction to the west line of said County. That the said St Louis Wichita and Western Railway Company desires to have laid off for the use of said company [illegible] the line of its said proposed Road as located by said railway company [illegible] one hundred feet in width except [illegible] where it shall be necessary to take [illegible] from the east line of said County [illegible] as shall be deemed necessary for [illegible] and material for construction [illegible] and lands sufficient to enable [illegible] to construct and repair its roads and stations [illegible] right of making proper [illegible]

[illegible]

Book 5
Pg 473


DEC/14/2007/FRI 04:24 AM BUTLER CO - DEEDS FAX No. 31[illegible]

[illegible] lands and stations and make the appraisement and assessment of damages to each owners interest on account of the taking of such lands and the construction and operation of said line of railroad in Conformity with the laws of the State of Kansas in such cases made and provided.

Upon consideration of said Petition and being fully advised in the premises it is by me ordered that M.A. Palmer, A. J. Uhl and Lincoln Hamlin they being three freeholders and residents of said County of Butler State of Kansas be and they are hereby appointed Commissioners to make the appraisement and assessment of damages occasioned to each owners interest by reason of the taking such lands for the use of said railroad Company and the construction and operation of said line of railroad as located by the said St Louis Wichita and Western Railroad Company through the said County of Butler. Said appraisement and assessment to be made under and in Conformity to the laws of Kansas in such cases made and provided.

In Witness Whereof I have hereunto set my hand the first day of August A.D. 1879

W.P. Campbell
Judge of the District Court of the County of Butler State of Kansas

State of Kansas
Butler County } ss This instrument was filed for record on the 20th day of August A.D. 1879 at 9 2/3 Oclock A.M. and duly recorded in Book "Q" of Deeds at Pages 574-5-6

Fee $1.50 pd.

J. L. Porter
Register of Deeds

In the matter of the right of way of the St Louis Wichita and Western Railway Company through the County of Butler in the State of Kansas

To Hon. W. P. Campbell Judge of the District Court of the County of Butler in the State of Kansas.

The St Louis Wichita and Western Railway Company respectfully represents that the 1st day of August A.D. 1879 M. A Palmer. A. J Uhl and Lincoln Hamlin were by your honor appointed Commissioners to lay off a route for the St Louis Wichita and Western Railway Company's railroad along the line of said proposed railroad through the County of Butler in the state of Kansas as located by said Company and make appraisement of the value of lands taken for and assess the damages to the land [illegible] by reason of the location construction and operation of said railroad. [illegible] A J Uhl fails and refuses to serve as one of said Commissioners [illegible] of the said refusal of said A J Uhl to serve as one of said Commissioners [illegible] occurred in the said Board of Commissioners [illegible] pray that you appoint [illegible] by law

Book "5"
pg 474

to fill said vacancy

The St Louis Wichita & Western Railway Company
by Sluss & Hatton
Its Attorneys

The foregoing Petition having this day been presented to me and it being shown to my satisfaction that A. J. Uhl one of the Commissioners therein named appointed by me as therein stated refuses to serve on said Board of Commissioners: and it appearing to me that James A. Rhoades is a freeholder and resident of the said County of Butler and is a suitable person to act as one of said Commissioners. It is by me ordered that the said James A Rhoades be and is hereby appointed one of the Commissioners to lay off the route and make the appraisement and assessment of damages mentioned in the foregoing and annexed Petition to fill the vacancy occasioned by the refusal of the said A. J. Uhl to serve on said Board of Commissioners

As Witness my hand this the 7th day of October A D 1879

W. P. Campbell
Judge of the District Court of Butler County State of Kansas

State of Kansas }
Butler County } ss This instrument was filed for record on the 13th day of October A.D. 1879 at 8 45/00 O'clock A. M. and duly recorded in Book "B" of Misc. Records at Page 75.

J. D. Porter Regr of Deeds

## Affidavit of Publication

State of Kansas }
Butler County } ss On this 6 day of October 1879 personally appeared before me, Chas N Kurtz publishing duly sworn says he is one of the printers of the Southern Kansas Gazette a weekly paper of general circulation printed and published at Augusta County and State aforesaid and that the notice a copy of which is attached hereto was published therein for five consecutive weeks commencing Sept 4 1879 and further deponent saith not.

Chas N. Kurtz

Subscribed and sworn to before me the day and year first above written

{ seal } W. A. Shannon
Notary Public

State of Kansas }
County of Butler } ss I, Vincent Brown County Clerk in and for the county and state aforesaid hereby certify that the above and foregoing is a true and correct copy of Report of Right of way Commissioners St Louis Wichita and Western Railway Company filed in my office Oct 28 1879 and now on file therein

{ Oct 28th 1879 }
{ seal }

Vincent Brown
County Clerk
[illegible] Dep

Book "5"
pg 475

This instrument filed with me this 29th day of Oct A.D. 1879.

E B Brainerd
Co. Tr

$3569.62

Recd Oct 29th 1879 of the St Louis Wichita and Western Railway Company Thirty five hundred sixty nine & 62/100 dollars for right of way through land described herein

E B Brainerd
Co. Tr

State of Kansas Butler County, ss:
This instrument was filed for record on the 4th day of November A.D. 1879 at 7 28/60 O'clock P.M. and duly recorded

J. H. Porter Register of Deeds
By [illegible] Deputy

This Indenture, made this 11' day of December in the year of our Lord one thousand eight hundred and sixty nine between Luther H. Hill of the County of Butler and State of Kansas of the first part and Samuel Langdon of the second part: Witnesseth, that the party of the first part in consideration of the sum of Seventeen Hundred ($1700 "") dollars to him duly paid has sold and by these presents does grant and convey to the said party of the second part his heirs and assigns, all that tract or parcel of land situated in Butler County and State of Kansas and described as follows to wit:

The S.W ¼ Sec. 35 Town 25 Range 5 containing One Hundred & Sixty acres more or less according to the Government Survey [50c Rev. Stamp] with the appurtenances and all the estate title and interest of the said party of first part therein. And the said Luther H Hill does hereby covenant and agree that at the delivery hereof that he is the lawful owner of the premises above granted and seized of a good and indefeasible estate of inheritance therein free and clear of all encumbrances and that he will Warrant & Defend the same in the quiet and peaceable possession of said party of the second part his heirs and assigns forever. In Witness Whereof, the said party of the first part has hereunto set his hand and seal the day and year above written.

Sealed and delivered in presence of

Luther H. Hill. {Seal}

State of Kansas }
Butler County }

On this 11' day of December before me a Notary Public in and for said County [illegible] to be the identical

Book S
pg 476

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straup Decl.)



DEC/14/2007/FRI 04:25 AM BUTLER CO - DEEDS FAX No. 3163224118

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-2
(Exhibit 2 to Pankratz Straup Decl.)
Page 1 of 2

before me George L. Goodwin a Notary Public within and for the County and State aforesaid. Personally came Thomas Nickerson George C. Lord F. H. Peabody Jos. Nickerson and A. G. Benyon who are personally known to me to be the same persons who executed the foregoing Deed, as Trustees, as therein stated: and they each duly acknowledged the execution of the same as such Trustees.

In Testimony Whereof I have hereunto set my hand and Notarial Seal the day and year last above written.

{ seal } Geo L. Goodwin
Notary Public

State of Kansas Butler County, S.S.

This instrument was filed for record on the 28th day of October A.D. 1879 at 3 40/60 O'clock P.M. and duly recorded.

J. D. Potter Register of Deeds
By S. L. Ostalente Deputy

V-5

Deed

Know all Men by these Presents: That for the consideration of Thirty Five Dollars to them in hand paid by the Saint Louis, Wichita and Western Railway Company the receipt whereof is hereby acknowledged. William H. Chace and Anna M. Chace his wife of the County of Butler, State of Kansas do hereby bargain, sell, convey and quit claim to said Railway Company, the following described tract and parcel of land, situate lying and being in the County of Butler, and State of Kansas to wit:

A strip of land One hundred feet wide across the South half of the North East Quarter (¼) of Section Twenty Three (23) Town Twenty Seven (27) Range 3 East, on the line as now located.

Said Railway Company its assigns and successors to have and to hold the same forever for the purpose of constructing and operating said Railway and the necessary conveniences and uses thereto attaching to which they hereby bind themselves their heirs, executors and administrators forever. Provided however that in case said Railway Company shall fail or cease to use said land for said purposes or fail to establish the station and build a depot on the farm of W. H. Chace & Brown [illegible] then this grant and title shall revert to the undersigned grantors, their heirs or assigns. In Testimony Whereof they have hereunto set their hands and seals on this 24th day of October A.D. 1879.

Wm. H. Chace
Anna M. Chace

State of Kansas }
Butler County } ss

Be it Remembered that on this 24th day of October A.D. 1879 before me a Justice of the Peace in and for said County and State came William H Chace and Anna M Chace his wife to me personally known to be the same persons who executed the foregoing instrument and duly acknowledged the execution of the same.

In Witness Whereof I have hereunto subscribed my name and affixed my official Seal Signature on the day and year last above written.

D. J. Reber J. P.

State of Kansas Butler County, ss:

This Instrument was filed for record on the 3d day of November A.D. 1879, at 9½ O'clock A M. and duly recorded.

J. Porter Register of Deeds
By S. L. Oliphant Deputy

Deed General Warranty

This Indenture, Made this 25th day of October A.D. 1879 between Geo W Brown and M. J. Brown of Butler County in the State of Kansas of the first part and The St Louis Wichita and Western Railway Company of ___ County in the State of Kansas of the second part.

Witnesseth: That said parties of the first part in consideration of the sum of One and no/100 Dollars the receipt of which is hereby acknowledged do by these Presents, grant bargain, sell and convey unto said parties of the second part, their heirs and assigns all the following described Real Estate situated in the County of Butler and State of Kansas to wit:

Lot No Eight (8) in Block Twenty five (25) and Lot No Five (5) in Block Twenty Three (23) all in the Original Townsite of Augusta Butler County Kansas

To have and to hold the same, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining forever. And said Geo W Brown and M J Brown his wife for ourselves our heirs, executors or administrators do hereby covenant, promise and agree to and with said parties of the second part, that at the delivery of these presents we are lawfully seized in our own right of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear ...