Pankratz v DOJ
Butler County, Kansas
Plaintiff Property Summary
April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-3
(Exhibit 3 to Pankratz Straup Decl.)



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-3
(Exhibit 3 to Pankratz Straup Decl.)

# RMIS Detail Information for Instrument: 1246-178

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| JOINT TENANCY WARRANTY DEED | 1246-178 | | $0.00 | 5/04/2004 | 2 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | De Mott, Scott etux |
| GRANTEE | Pankratz, Jerramy etux |

## Platted Parcel Information

| Plat Code | Lot | Thru Lot | Block | Parcel | Note |
|---|---|---|---|---|---|
| PRAIRIE MEADOW 25-27-3 | 4 | | B | | |

## Return Address

**Return Address** Security Title (25) 204 W. Central El Dorado, KS 67042

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

# Pankratz v DOJ
Butler County, Kansas
Plaintiff Property Summary
April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-4
(Exhibit 4 to Pankratz Straup Decl.)



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-4
(Exhibit 4 to Pankratz Straup Decl.)

# RMIS Detail Information for Instrument: D337-309

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| JOINT TENANCY WARRANTY DEED | D337-309 | | C | 7/27/1977 | 1 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | Drescher, Norbert P Etux |
| GRANTEE | Wedell, D E Etux |

## Platted Parcel Information

| Plat Code | Lot | Thru Lot | Block | Parcel | Note |
|---|---|---|---|---|---|
| PRAIRIE VILLAGE ADDITION 24-27-3 | 3 | | 8 | | |

## Return Address

**Return Address**

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

Pankratz v DOJ
Butler County, Kansas
Plaintiff Property Summary
April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-5
(Exhibit 5 to Pankratz Straup Decl.)



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-5
(Exhibit 5 to Pankratz Straup Decl.)

# RMIS Detail Information for Instrument: 656-585

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| JOINT TENANCY WARRANTY DEED | 656-585 | 190 | C | 1/06/1993 | 1 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | COLLING, THAD J. |
| GRANTEE | COLLING, THAD J. |
| GRANTEE | MC LAUGHLIN, JENNIFER L. |

## Platted Parcel Information

| Plat Code | Lot | Thru Lot | Block | Parcel | Note |
|---|---|---|---|---|---|
| KELLOGG HEIGHTS 1ST ADDITION 23-27-3 | | | | | |
| KELLOGG HEIGHTS 1ST ADDITION 23-27-3 | | | | | |
| KELLOGG HEIGHTS 1ST ADDITION 23-27-3 | | | | | |
| KELLOGG HEIGHTS 1ST ADDITION 23-27-3 | 17 | 17 | 14 | | |
| | 18 | 18 | 14 | | |
| KELLOGG HEIGHTS 1ST ADDITION 23-27-3 | 19 | 19 | 14 | | |
| | 20 | 20 | 14 | | |
| | 21 | 21 | 14 | | |

## Return Address

**Return Address** THAD J. COLLING RT 5, BOX 748 AUGUSTA KS 67010

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

# Pankratz v DOJ
## Butler County, Kansas
## Plaintiff Property Summary
## April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-6
(Exhibit 6 to Pankratz Straup Decl.)



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-6
(Exhibit 6 to Pankratz Straup Decl.)

# RMIS Detail Information for Instrument: 739-201

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| TRUSTEE'S DEED | 739-201 | 3689 | C | 5/15/1995 | 1 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | MAR, THICK LEONG ETUX |
| GRANTEE | MAR FAMILY LIVING TRUST BY TRUSTEES |

## UnPlatted Parcel Information

| Section | Township | Range | Quarter | Govt Lot | Note |
|---|---|---|---|---|---|
| 30 | 27 | 4 | GL | 001 | |
| 30 | 27 | 4 | GL | 002 | |
| 30 | 27 | 4 | NW | | |
| 30 | 27 | 4 | NW | | |

## Return Address

**Return Address** KORT A. BESORE (2) P.O. BOX 1346 GROVE KS 74344

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-6
(Exhibit 6 to Pankratz Straup Decl.)

# RMIS Detail Information for Instrument: 1072-191

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| QUIT CLAIM DEED | 1072-191 | 8144 | C | 6/28/2002 | 2 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | MAR, THICK GON ETUX |
| GRANTEE | MAR, THICK GON REVOCABLE TRUST BY TRUSTEE |

## UnPlatted Parcel Information

| Section | Township | Range | Quarter | Govt Lot | Note |
|---|---|---|---|---|---|
| 30 | 27 | 4 | GL | 001 | |
| 30 | 27 | 4 | GL | 002 | |
| 30 | 27 | 4 | NW | | |

## Return Address

**Return Address** THICK GON MAR 133 N. LONGFORD WICHITA KS 67206

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

Pankratz v DOJ
Butler County, Kansas
Plaintiff Property Summary
April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-7
(Exhibit 7 to Pankrtaz Straup Decl.)



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-7
(Exhibit 7 to Pankrtaz Straup Decl.)

# RMIS Detail Information for Instrument: 811-95

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| JOINT TENANCY WARRANTY DEED | 811-95 | 4917 | C | 6/05/1997 | 1 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | D & D ENTERPRISES |
| GRANTEE | WOODS, MICHAEL A. ETUX |

## Platted Parcel Information

| Plat Code | Lot | Thru Lot | Block | Parcel | Note |
|---|---|---|---|---|---|
| PRAIRIE MEADOW 25-27-3 | 5 | 5 | B | | |

## Return Address

**Return Address** BUTLER COUNTY TITLE (25)

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

Pankratz v DOJ
Butler County, Kansas
Plaintiff Property Summary
April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-8
(Exhibit 8 to Pankrtaz Straup Decl.)



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-8
(Exhibit 8 to Pankrtaz Straup Decl.)

# RMIS Detail Information for Instrument: 742-70

## General Information

| Instrument Type | Book-Page: | Mortgage #: | Indebtedness | Reception Date | Pages |
|---|---|---|---|---|---|
| QUIT CLAIM DEED | 742-70 | 4600 | C | 6/13/1995 | 1 |

| Date Signed | Doc Date | Return Date |
|---|---|---|
| | | |

## Party Information

| Party Type | Name |
|---|---|
| GRANTOR | MC HAMM, DAVID E. |
| GRANTOR | MC HANN, SYLVIA M. |
| GRANTEE | MYERS, FLOYD EARL |
| GRANTEE | MYERS, BECKY MARGARET |

## Platted Parcel Information

| Plat Code | Lot | Thru Lot | Block | Parcel | Note |
|---|---|---|---|---|---|
| KELLOGG HEIGHTS 1ST ADDITION 23-27-3<br>KELLOGG HEIGHTS 1ST ADDITION 23-27-3<br>KELLOGG HEIGHTS 1ST ADDITION 23-27-3<br>KELLOGG HEIGHTS 1ST ADDITION 23-27-3<br>KELLOGG HEIGHTS 1ST ADDITION 23-27-3<br>KELLOGG HEIGHTS 1ST ADDITION 23-27-3<br>KELLOGG HEIGHTS 1ST ADDITION 23-27-3 | 10<br>11<br>12<br>13<br>14<br>15<br>16 | 10<br>11<br>12<br>13<br>14<br>15<br>16 | 14<br>14<br>14<br>14<br>14<br>14<br>14 | | |

## Return Address

**Return Address** FLOYD E. MYERS 10020 S. EMMA CREEK RD SEDGWICK KS 67135

**Comments**

**This index information is for search purposes only. You may request a copy or certified copy of any document listed from the Register of Deeds Office.**

Pankratz v DOJ
Butler County, Kansas
Plaintiff Property Summary
April 24, 2008

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-9
(Exhibit 9 to Pankratz Straup Decl.)

