**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DOROTHY L. BIERY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:07-cv-693<br>(consolidated with: Case No. 07-675L)<br><br>Honorable Nancy B. Firestone |
| JERRAMY PANKRATZ and ERIN PANKRATZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | |

**DECLARATION OF CINDI A. R. STRAUP**
**BIERY v. UNITED STATES**

I, Cindi A. R. Straup, declare under penalty of perjury that:

1. I am the Director of Axxion Administration, LLC. I have been engaged in claims administration for over ten years. I have been engaged to obtain the relevant landowner information for over forty lawsuits involving landowners who adjoin active and abandoned railroad corridors. These engagements included review of Valuation schedules and maps (prepared by the railroads and filed with the Interstate Commerce Commission) and county or municipal tax maps.



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22

2. Axxion Administration, LLC, was retained by the Department of Justice to conduct title examination work in Biery v. United States on behalf of the Defendant.

3. We were asked to identify the conveyance documents that record how the railroad acquired its interest in the corridor identified in the Surface Transportation Board's Decision and Notice of Interim Trail Use of Abandonment issued April 8, 2004 in Biery.

4. In Biery, we used tax maps and tax cards obtained from Reno County, Kansas along with the documents attached to the Biery Plaintiffs' First Amended Complaint (provided to us) to locate the Biery Plaintiffs' properties. Using the known location of the Plaintiffs' properties, we correlated each Plaintiffs' property to the Valuation maps ("Val maps") covering those same locations. Using the schedules of "Lands Owned or Used for Purposes of a Common Carrier ("Val Schedules") that correspond to the Val maps, we obtained the Deed Book and Page for the relevant private conveyance documents. We then obtained a copy of those source documents from Reno County, Kansas.

5. The following chart shows which source conveyance documents conveyed the portions of the corridor that abut the seven Biery Plaintiffs' properties as of April 5, 2004. We used April 5, 2004 as the record date based on the allegations set forth in the Biery Plaintiffs' First Amended Complaint. True and correct copies of the referenced instruments that we obtained from the Reno County deed records are attached hereto as exhibits.

| **Plaintiff** | **(Biery) Relevant Conveyance Instrument(s)** | | | |
|---|---|---|---|---|
| | **Grantor/Grantee** | **Source Deed Type** | **Book, Page** | **Exhibit** |
| Biery | Iowa Town Co./The Hutchinson County Railroad Co. | Condemnation Oct. 27, 1899 | Misc. 5, 209 | 1 |
| | Atchison, Topeka and Santa Fe Railroad Co./Rose Arnold | Warranty Deed May 15, 1895 | 55, 192 | 2 |

| | | | | |
|---|---|---|---|---|
| Holloway | Ben Blanchard/The Hutchinson, Oklahoma and Gulf Railroad Co. | Condemnation Aug. 1, 1889 | 2, 501 | 3 |
| Stacy E. Judy Trust Parcel 1 | Ben Blanchard/The Hutchinson, Oklahoma and Gulf Railroad Co. | Condemnation Aug. 1, 1889 | 2, 501 | same |
| Stacy E. Judy Trust Parcel 2 | Interstate Investment Co./The Hutchinson and Southern Railway Co. | Condemnation Oct. 27, 1899 | Misc. 5, 209 | 1 |
| Julia R. Chalfant Trust | Thomas A. Fair/The Hutchinson, Oklahoma and Gulf Railroad Co. | Condemnation Aug. 1, 1889 | 2, 501 | 3 |
| | Julia Ann Fair/The Hutchinson and Southern Railway Co. | Quitclaim deed Nov. 22, 1899 | 66, 552 | 4 |
| K.A.K. Farms, Inc. | Thomas A. Fair/The Hutchinson, Oklahoma and Gulf Railroad Co. | Condemnation Aug. 1, 1889 | 2, 501 | 3 |
| | Julia Ann Fair/The Hutchinson and Southern Railway Co. | Quitclaim deed Nov. 22, 1899 | 66, 552 | 4 |
| American Packaging Corp. | Interstate Investment Co./The Hutchinson and Southern Railroad Co. | Condemnation Oct. 27, 1899 | Misc. 5, 209 | 1 |
| | The Irrigation Loan and Trust Co./The Atchison, Topeka and Santa Fe Railway Co. | Quitclaim Deed Mar. 22, 1901 | 70, 143 | 5 |
| | E.L. Rowland/The Hutchinson and Southern Railroad Co. | Quitclaim Deed Sept. 1, 1896 | 56, 483 | 6 |
| | The Irrigation Loan and Trust Co./The Atchison, Topeka and Santa Fe Railway Co. | Quitclaim Deed Nov. 1, 1901 | 73, 204 | 7 |
| Collins Industries, Inc. | Interstate Investment Co./The Hutchinson and Southern Railroad Co. | Condemnation Oct. 27, 1899 | Misc. 5, 209 | 1 |
| | The Irrigation Loan and Trust Co./The Atchison, Topeka and Santa Fe Railway Co. | Quitclaim Deed Mar. 22, 1901 | 70, 143 | 5 |
| | E.L. Rowland/The Hutchinson and Southern Railroad Co. | Quitclaim Deed Sept. 1, 1896 | 56, 493 | 6 |
| | The Irrigation Loan and Trust Co./The Atchison, Topeka and Santa Fe Railway Co. | Quitclaim Deed Nov. 1, 1901 | 73, 204 | 7 |

6. With regard to the Biery parcel, we were unable to locate the Warranty Deed as described

in the Val Schedule. The Val Schedule (Sheet No. 4 of 30, Val Section No. Kansas 36-A, Map No. S1A, Parcel No. 17) describes the Warranty Deed as a conveyance from the Phillips Investment Company to the Hutchinson & Southern Railway Company recorded in Book 55, Page 192 on August 11, 1899. See Exhibit 8. However, we were able to obtain a Warranty Deed recorded in Book 55, Page 192, in which the Atchison, Topeka and Santa Fe Railroad Company made a conveyance to Rose Arnold. This Warranty Deed was recorded on May 15, 1895 and is attached hereto as Exhibit 2.

7. As discussed in paragraph 5 above, using the known location of the Biery Plaintiffs' properties, we correlated each of the Biery Plaintiffs' property to the Val maps covering those same locations and prepared a map showing the location of each property and the location of the right-of-way. We also prepared an overview map that shows the location of all of the Biery Plaintiffs' properties. The referenced maps are attached hereto as exhibits.

| **(Biery) Plaintiffs' Property Summary Maps** | |
|---|---|
| **Plaintiff** | **Exhibit** |
| Biery | 9 |
| Holloway | 10 |
| Stacy E. Judy Trust | 11 |
| Julia R. Chalfant | 12 |
| K.A.K. Farms, Inc. | 13 |
| American Packaging Corp. | 14 |
| Collins Industries, Inc. | 15 |
| Biery Plaintiffs' Overview | 16 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of May 2008 at Dallas, Texas.

Cindi A. R. Straup



Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22

5-209

Be it Remembered, That on this 10 the day of June, 1891, at a special meeting of the Board of County Commissioners of Reno County, Kansas, duly called and held in the office of the County Clerk of Reno County, Kansas, came the Hutchinson & Southern Railroad Company, a corporation duly organized and existing under and by virtue of the laws of the State of Kansas, by its attorney, W.M. Whitelaw and applied in writing to the said Board of County Commissioners of Reno County, Kansas, to lay off along the line of its proposed railroad, as located by such company, a route for such proposed railroad. That said Board of County Commissioners having duly considered said application made their order in the following words and figures towit:

Be it Remembered, that on this 10th day of June, 1891, came the Hutchinson and Southern Railroad Company, by its attorney, W.M. Whitelaw and presented its application in writing to the Board of County Commissioners of Reno County, Kansas, praying the said Board to lay off according to law for the railroad of said Company a route along the line as located by said Company in Reno County, Kansas, and not exceeding 100 feet in width according to law in such cases made and provided, and it appearing to the board that the said Hutchinson & Southern Railroad Company is a duly chartered and organized railway corporation organized and existing under the laws of the State of Kansas and that said prayer was reasonable.

It is hereby ordered by the Board of County Commissioners of Reno County, Kansas, that such Board proceed to lay off according to law for the Hutchinson & Southern Railroad Company along the line of its proposed a route for said proposed railroad not exceeding One hundred feet in width.

except for purposes of cutting and embankments it shall be necessary to take more for the proper construction and security of the road through as much of said County as may be desired by said Company, and also such lands as may deemed necessary for side tracts, depots, workshops, water stations, material for construction, except timber, the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and the rights of making proper drain and carefully survey and ascertain the quantity of land for such purposes out of each quarter section or other lot of land through which said road, side tracks &c., as located, and appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto according to law.

It is further ordered that this Board commence to lay off said route, side tracks &c., as aforesaid, along the line of said Company's railroad as located at the Northwest corner of Lot No. One Hundred and Twenty Seven (127) Tenth (10th) Avenue West in Blanchard's Second Addition to the City of South Hutchinson, Reno County, Kansas at 10 oclock A.M. on said 13th day of July, 1891.

Signed G.M. Zimmerman
Chairman
W. P. D. Fleming
William Potter

Whereupon said Board of County Commissioners caused to be published in the Hutchinson News, a newspaper printed and published and of general circulation in Reno County, Kansas a notice of condemnation which said notice is in following words and figures, towit:

Notice of Condemnation.

Notice is hereby given that we, the undersigned, the board of county commissioners, of the county of Reno and State of Kansas, will on the 13th day of July, A.D. 1891, proceed to lay off according to law for

the Hutchinson and Southern Railroad Company along the line of its proposed road a route for said proposed railroad, not exceeding one hundred feet in width, except for the purpose of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road through as much of said county as may be desired by said Company and also such lands as may be deemed necessary for side tracks, depots, workshops, water stations, material for construction, except timber, the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and a right to conduct water by aqueducts and the right of making proper drains, and will carefully survey and carefully ascertain the quantity of land for such purposes out of each quarter section or other lot of land through which said route, side tracks etc, is so located and appraise the value of such portion of any such quarter section, or other lot of land and assess the damage thereto, and when we shall ascertain that such portion of such quarter section or lot belongs to different owners we will appraise the value and assess the damages of each such owners interest. We will commence to lay off said route, side tracks, etc. as aforesaid, on the line of said companys railroad, as located at the northwest corner of lot No. 127 Tenth Avenue west, in Blanchards second addition to the city of South Hutchinson, Reno County, Kansas, at 10 o'clock on said day, and will adjourn from time to time until our labors in this behalf are completed.

Dated this 10th day of June A.D. 1891.

(Seal)

G. W. Zimmerman Chairman
D. P. Fleming
William Potter

Attest: S. J. Morris County Clerk.

which said notice was published for thirty before the time fixed for proceeding to lay off such route:

That afterwards, to wit: on the 13th day of July, 1891, at the time and place mentioned in said notice aforesaid the said Board of County Commissioners met and proceeded to lay off for such road, side tracks &c, for such distance through said county as was desired and of said width within the limits aforesaid and upon such location as was desired by said company as shown by the map and profile of said railroad filed in the office of the County Clerk of said County, having the same carefully surveyed and ascertaining carefully the quantity of land necessary for such purposes, out of each quarter section or other lot of land through which said road, side tracks &c. as so located, and did appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto; and when said Board ascertained that said portion of such quarter section or other lot of land belonged to different owners the said Board appraised the value and assessed the damages of each owners interest.

All of which proceedings are fully shown by schedules attached to this report and made a part thereof and marked Exhibits "A", "B", "C" "D" and "E", respectively, which proceedings were had on the day named and at a meeting held for such purpose.

| Name of Owner | Description of land over which Road is located | Amount of Land taken | Total |
|---|---|---|---|
| Iowa Town Company | Lot. 127 Ninth Ave St. | 1/3 of Lot. | |

See Next Page.

Exhibit W.

| Name of Owner | Description of Land Over which Road is Located | Amount of Land Taken | Value of Land Taken | Total | Remarks |
|---|---|---|---|---|---|
| Iowa Town Company | Lot 127 Ninth Ave. St. | 1/3 of Lot. | $ .62½ | $ .62½ | Western Mtge & In[illegible] Co. Mtge of $6000.00 = E[illegible] Loan & Trust Co. $30[illegible] |
| " " " | " 125 | none | — | — | same as a[illegible] |
| " " " | " 128 Eight Ave. St. | All | 1.87½ | 1.87½ | " " |
| " " " | 126 " " " | 14/5 | 1.87½ | 1.87½ | " " |
| " " " | 127 " " " | All | 1.87½ | 1.87½ | " " |
| " " " | 125 " " " | " | 1.87½ | 1.87½ | " " |
| " " " | 128 Seventh Ave. St. | " | 1.87½ | 1.87½ | " " |
| " " " | 126 " " " | " | 1.87½ | 1.87½ | " " |
| " " " | 127 " " " | " | 1.87½ | 1.87½ | " " |
| " " " | 125 " " " | " | 1.87½ | 1.87½ | " " |
| " " " | 128 Sixth Ave. St. | " | 1.87½ | 1.87½ | " " |
| " " " | 126. | " | 1.87½ | 1.87½ | " " |

The above sixteen lots are all in Blanchard's Second Addition to the City of South Hutchinson, Reno County, Kansas.

= over =

Exhibit

| Name of Owner | Description of Land Over Which Road is Located | | |
|---|---|---|---|
| Iowa Town Company | Lot | 127 | Sixth Ave. St. |
| " " " | " | 125 | |
| " " " | " | 128 | Fifth Ave. St. |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Fourth Ave. St. |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Third Ave. St. |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Second Ave. St. |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | First " " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Blanchard " " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Ave. A. " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Ave. B. " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Ave. C. " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |
| " " " | " | 125 | |
| " " " | " | 128 | Ave. "D" " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " D. " |
| " " " | " | 125 | |
| " " " | " | 128 | Ave E. " |
| " " " | " | 126 | " " " |
| " " " | " | 127 | " " " |

| Amount of Land Taken | Value of land | Total | Remarks. |
|---|---|---|---|
| All of Lot. | $ .62½ | $ .62½ | Mort. of $10,000.00 + $1500.00 Empire Loan & Trust Co. |
| " " " | .62½ | .62½ | same as above. |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | .62½ | .62½ | " " " |
| " " " | $ 4.35 | $ 4.35 | " " " |
| " " " | 4.35 | 4.35 | " " " |
| " " " | 4.35 | 4.35 | Mort. $5,000 + $750 Empire Loan & Trust Company. |
| " " " | 4.35 | 4.35 | same as above. |
| " " " | 4.35 | 4.35 | " " " |
| " " " | 4.35 | 4.35 | " " " |
| " " " | 4.35 | 4.35 | Mort. of $10,000. $1500.00 Empire Loan & Trust Company |
| " " " | 4.35 | 4.35 | same as above. |
| " " " | 4.35 | 4.35 | " " " |
| " " " | 4.35 | 4.35 | " " " |
| " " " | 4.35 | 4.35 | " " " |
| " " " | 4.35 | 4.35 | " " " |
| 2/3 " " | 2.90 | 2.90 | " " " |
| 1/3 " " | 1.45 | 1.45 | " " " |

The above Forty Six Lots, on Exhibit "B" are all in Blanchards Third Addition to the City of South Hutchinson Kansas. There are 2½ acres of growing corn on this right of way which we value at
Damage to Crops $20.00
Owner not known

Exhibit "C"

| Name of Owner | Description of Land over which said road is located. Sec. Twp. Range. E or W. | Amount of Land Taken | Value of Land Taken | Total |
|---|---|---|---|---|
| InterState Investment Co. | 23 - 23 - 6 - W. North East Quarter | 1.06 acres | $15.00 | $15.00 |

The above is a strip of land described as follows, to wit: Commencing at the North West corner of Lot 127 10th Ave. W in Blanchards Second Addition to the City of South Hutchinson, Reno County, Kansas, thence West 37 feet; thence South to the South West Corner of the said North East Quarter of said Section Twenty-three, thence East to the South West Corner of said Blanchards said Second Addition to said City of South Hutchinson; thence North along the West Boundary of said Second Addition to said City of South Hutchinson to the place of beginning.

Exhibit "D"

| Name of Owner | Description of Lands over which said road is located. Sec. Twp. Range. E. or W. | Amount of Land Taken | Value of Land Taken | Total |
|---|---|---|---|---|
| Inter State Investment Co. | 23 - 23 - 6 W. South East Quarter | Two Acres | $10.00 | $10.00 |

The above is a strip of land described as follows to wit: Commencing at the North West Corner of the South East Quarter of Said Section twenty three running thence south to the South West Corner of said South East Quarter of said Section Twenty three; running thence East to the West boundry of Blanchards Third Addition to the City of South Hutchinson Reno County, Kansas; thence North along said West Boundary to the North West Corner of said Blanchards said Third Addition to said City of South Hutchinson; thence West along the half Section line to the place of beginning.

Exhibit "E"

| Name of Owner | Description of Land over which Road is Located (Sec. Twp. Range: Etc.) | Amount of Land Taken | Value of Land Taken | Total |
|---|---|---|---|---|
| Inter State Investment Co. | 26- 23- 6 W. North East Quarter | 2.07 Acres | $51.75 | $51.75 |

The above is a strip of land described as follows, to wit, Commencing at the North West Corner of Said North East Quarter of said Section Twenty six, running thence south to the South west Corner of said north East Quarter of said Section Twenty Six; thence East to the South West Corner of Said Blanchards said Third Addition to said City of South Hutchinson, Reno County, Kansas, thence North along the West Boundary of Said Third Addition to the said city of South Hutchinson to the North line of said Section Twenty Six thence West to the place of beginning.

State of Kansas }
County of Reno } s.s.

I hereby Certify that the within is a true and correct copy of "Report of Condemnation Commissioners" for right of way through the City of South Hutchinson for the Hutchinson & Southern Railway Company filed in my office July 13th - 1891.

In witness whereof I have hereunto set my hand and affixed my official seal this 16th day of July 1891.

(Co. Clk. Seal)

S. J. Morris
County Clerk.

Filed for record Oct. 27" 1899 at 11 A. M.
B. J. Ragland
Register of Deeds.

Book 55 pg 182
page Before & after



Filed for Record May 15-1895 at 11:30 a.m.
H. C. Barrett
Reg Deeds

Entered in Transfer Record May 15-1895
J E Eaton
County Clerk

Warranty Deed.
A.T. & S.F. R.R. Co to Rose J Arnold.

No 11202 Warranty Deed.

This Indenture, Made this 20th day of April one thousand eight hundred and ninety-five (1895) by and between the Atchison, Topeka and Santa Fe Railroad Company, a corporation doing business under the laws of the State of Kansas, party of the first part, and Rose J Arnold, widow, and Hattie Arnold, Harry Arnold and Hazel Arnold, children and sole surviving heirs at law of C.E. Arnold deceased, and George H Arnold, of the County of Reno, in the State of Kansas, parties of the second part:

Witnesseth, That the said Atchison, Topeka & Santa Fe Railroad Company for and in consideration of the sum of Thirteen Hundred and Sixty ($1360.00) Dollars, to it duly paid by the said parties of the second part, the receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents doth grant, bargain, sell and convey, unto the said parties of the second part, their heirs and assigns forever, all that tract, piece and parcel of land situate in the County of Reno, in the State of Kansas, to wit: The North half (½) of the North West quarter (¼) of Section No Eleven (11) Township No Twenty-two (22) Range No Seven (7) West of the Sixth Principal Meridian, Containing in all Eighty (80) acres, more or less, according to the United States survey.

Reserving, however, to the said Atchison, Topeka and Santa Fe Railroad Company, all that portion of the land hereby conveyed, (if ~~there~~ there be any such) which lies within lines drawn parallel with, and fifty

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22-2
(Exhibit 2 to Biery Straup Decl.)

feet on each side distant, from the center line of said railroad as now constructed, and any greater width where necessary permanently to include all its cuts, embankments and ditches, and other wo[rks] necessary to secure and protect the main line of said Railroad.

To Have and To Hold the said premises, with the appurtenances, unto the said parties of the second part, their heirs and assigns forever.

And the said Atchison, Topeka & Santa Fe Railroad Company hereby covenants with said parties of the second part, their heirs and assigns that it is lawfully seized of the premises aforesa[id] that said premises are free and clear of all incum[brances] whatsoever: and the said Atchison, Tope[ka] & Santa Fe Railroad Company will forever warra[nt] and defend the same, with the appurtenances, un[to] the said parties of the second part, their heirs and assigns, against the lawful claims of all persons whomsoever, except taxes that may have bee[n] levied thereon for the year 1884 or subsequent thereto.

This deed is made in pursuance of and to carry out a contract of sale No 11202 made the 14th day of March 1881 between the first party and C.B. Arnold and George H. Arnold, and the above warranty does not apply against any act or omission of the said contractors above named, their heirs or assigns, or against any lien or judgment recovered against them.

In Witness Whereof. The said Atchison, Topeka & Santa Fe Railroad Company has executed this deed by its officers thereunto duly authorized, this 27th day of April 1895

Atchison Topeka and Santa Fe Railroad Company
By D B Robinson
Vice President

(Seal)
Attest:
E. M. Wilder
Secretary.

State of Illinois } SS.
County of Cook }

Be it Remembered That on this 27th

day of April A.D. 1895 before me a Notary Public in and for the county and state aforesaid personally came the Atchison, Topeka & Santa Fe Railroad Company by D.B. Robinson who is personally known to me and known by me to be the same person who executed the foregoing deed as Vice President of said Railroad Company, and he duly acknowledged the execution of the same to be the act of the said Atchison, Topeka & Santa Fe Railroad Company.

In Testimony Whereof, I have hereunto set my hand and official seal, the day and year last above written.

(N.P. Seal)

E C Nettels
Notary Public

My Commission expires March 11 1899

Approval.

Aldace F Walker, John J McCook, and J C Wilson, Receivers of the property of the Atchison, Topeka & Santa Fe Railroad Company, duly appointed, hereby authorize, consent to and approve as such Receivers the foregoing Deed.

In Testimony Whereof. The said Receivers of the property of the said Atchison, Topeka & Santa Fe Railroad Company have executed this approval this 27 day of April 1895

Aldace F Walker
John J McCook
J C Wilson
Receivers

State of Illinois }
County of Cook } ss

Be it Remembered, That on this 27th day of April A D 1895 before me, a Notary Public within and for the county and state aforesaid, personally came Aldace F Walker who is personally known to me and known by me to be the same person who executed the foregoing approval as Receiver of the property of the Atchison Topeka & Santa Fe Railroad Company, and he duly acknowledged the execution of the same to be his act as said Receiver.

In Testimony Whereof, I have hereunto set my

hand and official seal the day and year last written

(NP Seal)

E. C. Nettels
Notary Public
My Commission expires March 11 18

State of New York,
City & County of New York } ss

Be it Remembered, That on this day of April A.D. 1895 before me, a Notary Public within and for the county and state aforesaid personally came John J McCook who is personally known to me and known by me to be the same person who executed the foregoing approval as Receiver of the property of the Atchison Topeka & Santa Fe Railroad Company and he duly acknowledged the execution of the same to be his act as said receiver.

In Testimony Whereof I have hereunto set my hand and official seal, the day and year last above written

(N.P. Seal)

C R Dunn
Notary Public Kings Co
Certificate filed in New York County
My Commission expires March 30th 1896

State of Kansas
County of Shawnee } ss

Be it Remembered, That on this 6th day of May A D 1895 before me, a Notary Public within and for the county and state aforesaid, personally came J. C. Wilson who is personally known to me and known by me to be the same person who executed the foregoing approval as Receiver of the property of the Atchison, Topeka & Santa Fe Railroad Company and he duly acknowledged the execution of the same to be his act as said Receiver

In Testimony Whereof, I have hereunto set my hand and official seal, the day and year last above written

(NP Seal)

Geo W Holmes
Notary Public
My Commission expires Jany 14-1899

Filed for Record May 15-1895 at 10 AM H C Barrett Reg Deeds
Entered on Transfer Record May 15-1895 J E Eaton County Clerk

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22-2
(Exhibit 2 to Biery Straup Decl.)

No 11219 Warranty Deed.

This Indenture, Made this 23rd day of March one thousand eight hundred and ninety-five (1895) by and between the Atchison Topeka and Santa Fe Railroad Company, a corporation doing business under the laws of the State of Kansas, party of the first part, and E.R. McLaughlin, of the County of Reno in the State of Kansas, party of the second part:

Witnesseth, That the said Atchison, Topeka & Santa Fe Railroad Company, for and in consideration of the sum of Eleven Hundred and Forty ($1140.00) Dollars to it duly paid by the said E.R. McLaughlin, the receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents doth grant, bargain, sell and convey, unto the said party of the second part, his heirs and assigns forever, all that tract, piece and parcel of land situate in the County of Reno, in the State of Kansas, to wit: The West half (½) of the South East quarter (¼) of Section No One (1) Township No Twenty Two (22) Range No Seven (7) West of the Sixth Principal Meridian Containing in all Eighty (80) acres, more or less, according to the United States survey.

Reserving, however, to the said Atchison, Topeka & Santa Fe Railroad Company, all that portion of the land hereby conveyed, (if there be any such) which lies within lines drawn parallel with, and fifty feet on each side distant, from the center line of said railroad as now constructed, and any greater width where necessary permanently to include all its cuts, embankments and ditches and other works necessary to secure and protect the main line of said railroad.

To Have and to Hold the said premises, with the appurtenances, unto the said party of the second part, his heirs and assigns forever. And the said Atchinson, Topeka & Santa Fe Railroad Company hereby covenants with said party of the second part, his heirs and assigns that it is lawfully seized of the premises aforesaid & that said premises are free and clear of all incumbrances whatsoever; and the said Atchinson, Topeka & Santa Fe Railroad Company will forever warrant

and defend the same, with the appurtenances, unto the said party of the second part, his heirs and assigns against the lawful claims of all persons whomsoever except taxes that may have been levied thereon for the year 1884, or subsequent thereto. This deed is made in pursuance of and to carry out a contract of sale No 11219 made the 25th day of March 1884 between the first party and J.T. Shirley and J.A. Shirley, and the above warranty does not apply against any act or omission of the said contractors above named, their heirs or assigns, or against any lien or judgment recovered against them.

In Witness Whereof, The said Atchinson, Topeka & Santa Fe Railroad Company has executed this deed by its officers thereunto duly authorized this 27th day of March 1895.

Atchinson, Topeka & Santa Fe Railroad Company
By D. B. Robinson Vice President.
(Seal)
Attest: E. Wilder Secretary

State of Illinois } SS.
County of Cook }

Be It Remembered, That on this 27th day of March AD 1895 before me, a Notary Public in and for the county and State aforesaid personally came the Atchinson, Topeka & Santa Fe Railroad Company by D. B. Robinson who is personally known to me and known by me to be the same person who executed the foregoing deed as Vice President of said Railroad Company, and he duly acknowledged the execution of the same to be the act of the said Atchinson, Topeka and Santa Fe Railroad Company. In Testimony Whereof, I have hereunto set my hand and official seal, the day and year last above written.

E.C. Nettels Notary Public
(N.P. Seal)
My commission expires March 11 1897.

Approval.

Aldace F. Walker, John J. McCook and J.C. Wilson, Receivers of the property of the Atchinson, Topeka & Santa Fe Railroad Company, duly appointed, hereby authorize, consent to and approve as such Receivers the foregoing deed.

2-501

Patent Deed

Know all men by these presents, That I, Charles W. Snyder of Reno County and State of Kansas, did obtain Letters Patent from the United States of America for an improved Centrifugal Steam Washing Machine which Letters Patent bear date of March 29th 1887 and No 360059. And whereas John T. St John of Reno County State of Kansas is desirous of acquiring an undivided one fourth interest therein. This indenture therefore Witnesseth

That for and in consideration of the sum of Eight Hundred & Twenty five Dollars ($825.00) to me in hand paid by the said John T. St John, the receipt herein acknowledged I have assigned, sold and set over and do hereby assign, sell and set over unto the said John T. St John his heirs or assigns a full and undivided one fourth (1/4) interest or title to and in the said invention or Patent of said Centrifugal Steam Washing Machine as secured to me by said Letters Patent No 360059. In Witness Whereof I have hereunto set my hand & Seal this the 12th day of July 1888.

Witness Charles W. Snyder

W.H. Cofield } Hutchinson

J.T. Parsons } Kansas

Received for Record Dec 13, 1888 and Recorded in Liber M 39, page 109 of Transfers of Patents

(Seal) In Testimony Whereof I have caused the Seal of the Patent Office to be hereunto affixed.

Benton J. Hall

Commissioner of Patents.

Filed for Record May 27th 1889 at 1 Oclock P.M.

J. N. Worddell Reg. Deeds.

Application for the Appointment of Commissioners to Condemn Lands.

To the Honorable L. Houk, Judge of the District Court of Reno County, Kansas:

The Hutchinson, Oklahoma and Gulf Rail Road Company respectfully represents unto Your Honor that it is duly chartered and organized railway corporation, and authorized under the laws of the State of Kansas to construct, operate, and maintain a line of railroad into and through the County of Reno, in the State of Kansas; that it is necessary for the proper construction, operation, and maintenance of its said line of proposed railroad, as located in said county, to acquire for said purposes certain lands for its said route, not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such land as may be deemed necessary for side-tracks, depots, workshops, water stations, materials for construction, except timber, the right of way over adjacent lands sufficient to enable said company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains.

The said railroad company therefore hereby makes application to Your Honor, for the appointment of three Commissioners, having the qualifications required by law, to lay off along the line of said proposed railroad such route, side-tracks, etc., upon the location desired by said company and of such width, within the limits aforesaid, (which location will be shown by the duly certified map and profile which will be filed in the office of the County Clerk of said county as required by law) having the same carefully surveyed, and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route, side-tracks, etc., are so located; and that said commissioners, so appointed, shall be required to make the appraisement and assessment of damages, as required by law and to do and perform all other acts and things required by law to be done and performed in the premises. And your petitioners will ever pray.

Dated this 16th day of May, A.D. 1889.

The Hutchinson Oklahoma & Gulf Railroad Company
by Whitelaw & Van Winkle its Atty's duly authorized

Filed May 28" 1889 at 5 30 P.M. I.N. Wooddell Reg. of Deeds.

2-502

Appointment of Commissioners to Condemn Lands.

I, C. Houk, Judge of the District Court of Reno County, Kansas, by virtue of the power in me vested, and upon the written application therefor by the Hutchinson Oklahoma and Gulf Railroad Company, do hereby appoint J W Kanag and Nelson Constant, and Rivers Banks, each a free holder and resident of said county, as commissioners to lay off along the line of said Hutchinson Oklahoma & Gulf railroad a route for such proposed rail road, upon such location as may be desired by said company not exceeding one hundred feet in width, except for the purpose of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such lands as may be deemed necessary for side tracks, depots, work-shops, water stations, material for constructions, except timber, and right of way over adjacent lands, sufficient to enable such company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains; to have the same carefully surveyed and ascertain carefully the quantity of land necessary for said purposes out of each quarter section or other lot of land through which said route, side-tracks etc., is so located; and to appraise the value of such portion of any such quarter section or other lot of land, and assess the damages thereto: and when such commissioners shall ascertain that such portion of such quarter section or lot, belongs to different owners, they shall

appraise the value and assess the damages of each owners interest. All of which doings the board of commissioners shall embody in a written report and file in the office of the County Clerk of said Reno County.

And said commissioners are further directed to proceed to perform their duties in all respects as required by law, and to do and perform all other acts and things required by the law to be done and performed by them in the premises.

Witness my hand this 16th day of May A.D. 1889

L. Houk

Judge of the District Court of Reno County, Kansas.

Filed May 28" 1889 at 5 30 P.M. I.N. Wooddell Reg. of Deeds.

X X

Letter Testamentary

The State of Rhode Island and Providence Plantations.

Providence, sc. By the Municipal Court of the City of Providence, in the County of Providence, and State aforesaid, exercising Probate jurisdiction

(Municipal Court Seal)

To Salmon P. Hibbard of the City of Boston, County of Suffolk and State of Massachusetts. Greeting.

Whereas, this Court has this day proved, approved, allowed and caused to be recorded, the Last Will and Testament of Charles Hibbard late of said City, deceased, wherein you are named as the Executor thereof, and you having accepted said trust, and given bond as the law directs, are by these presents, authorized and empowered to recover, receive and take possession of, the Estate whereof the said Charles Hibbard died, seized and possessed, and the same to administer, according to law, and to the provisions of said Last Will and Testament.

For the performance and execution thereof, this shall be your sufficient warrant.

Witness, Joseph E Spink Esquire, Judge of the Municipal Court of the City of Providence, this 20th day of December in the year of our Lord, one thousand eight hundred and eighty-seven.

C. A. Harrington Clerk.

The aforegoing Letter is duly recorded in Records of "Letters Testamentary," Book no — page —

C. A. Harrington Clerk

Filed June 1" 1889 at 2 30 P.M. I.N. Wooddell Reg. of Deeds.

5-~~009~~ 218

Report of Condemnation Commissioners

Whereas The Honorable L. Houk Judge of the District Court of Reno County, in the State of Kansas, did, on the 16th day of May A.D. 1889, upon the written application of the The Hutchinson Oklahoma & Gulf Railroad Company, a duly chartered and organized railway corporation under the laws of the State of Kansas, appoint in writing the undersigned commissioners to lay off for said company through said County of Reno, for its proposed railroad, and along the line of such proposed railroad as located by such company, a route for such proposed railroad not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such land as may be deemed necessary for side-tracks, depots, and workshops, and water stations, materials for construction, except timber, a right of way over adjacent land sufficient to enable said company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains, and which said application and appointment are recorded in the office of Register of Deeds of said Reno County, Kansas, in Book 2 at pages 501 & 502, and are hereby referred to for greater certainty, and,

Whereas, by such appointment and according to law, said commissioners are required to embody their doings in a written report and file the same in the office of the County Clerk of said County:

Now, therefore, we, the undersigned, acting as such commissioners, so appointed as aforesaid, make this, our report, as follows, to wit:

That on the 29 day of June, A.D. 1889, we duly qualified by taking and subscribing an oath, of which the following is a copy, to wit:

~~That on the 24 day of June A.D. 1889, we duly qualified by taking and subscribing an oath,~~

We, the undersigned, do solemnly swear that we will support the Constitution of the United States, the Constitution of the State of Kansas, and faithfully discharge the duties of commissioners to lay off and condemn a route and lands for the Hutchinson Oklahoma & Gulf Railroad Company, as required by the appointment of the Honorable L. Houk, Judge of the District Court of Reno County Kansas, to the best of our abilities so help us God.

J. H. Kanaga.
Rivers Banks.
Nelson Constant.

Subscribed and sworn to before me this 29 day of June, A. D. 1889.

(Seal)

S. J. Morris
County Clerk

And afterward, on the 29 day of May, A. D. 1889, we caused to be published in the Hutchinson Daily News, a newspaper published in said Reno County, a notice of which the following is a copy:

Notice of Condemnation.

Notice is hereby given that we the undersigned commissioners thereunto duly appointed by the Honorable L. Houk, Judge of the District Court of Reno County Kansas will on the 29th day of June A. D. 1889 proceed to lay off according to law for the Hutchinson Oklahoma & Gulf Railroad company along the line of its proposed road as located through the County of Reno a route for said proposed rail-road not exceeding one hundred feet in width except for the purpose of cuttings and embankments, it shall be necessary to take more for the proper construction and security of the road through as much of said county as may be desired by said company and also such lands as may be deemed necessary for said tracks, Depots, Work-shops, Water stations Material for construction except timber. the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and a right conduct water by aqueducts and the right of making proper drains. And will carefully survey and carefully ascertain the quantity of land necessary for such purpose out of each quarter section or other lots of land through which said route, side tracks, etc. is so located, and appraise the value of such portions of any such quarter section or other lots of land. And assess the damages thereto, and when we shall ascertain that such portion of such quarter section or lot, belongs to different owners. We will appraise the value and assess the damages of each of such owners interest.

We will commence to lay off said route, side-tracts etc, Etc. as aforesaid on the line of said companys railroad as located. At the north east corner of the north west quarter of section 35. Township 23

Range 6 West. at 10 o'clock on said day and will adjourn from time to time until our labors in his behalf are completed.

Dated this 29th day of May A.D. 1889.

J. H. Ramaga
Rivers Banks
Nelson Constant.

Which said notice was published for thirty days before the time fixed for proceedings to lay off such route: And afterwards, and on to wit: the 29th day of June A.D. 1889, at the time and place mentioned in said notice aforesaid, we met and proceeded to lay off such route, side-tracks, etc, for such distance through said county as was desired, and of such width, within the limits aforesaid, and upon such location as was desired by said company, as shown by the map and profile of said railroad filed in the office of the County Clerk of said County, having the same carefully surveyed, and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section, or other lot of land through which said route, side-tracks, etc, is so located, and did appraise the value of such portion of any such quarter section, or other lott of land, and assess the damages thereto: and when we ascertained that such portion of such quarter section or lot belonged to different owners, we appraised the value and assessed the damages of each owner's interest; all of which proceedings are fully shown by schedule attached to this report and made a part thereof and marked Exhibit A, all of which proceedings were had on the day named, and at meetings held from time to time upon adjournment according to law.

Witness our hands this 24th day of July, A.D. 1889.

J. H. Ramaga }
Rivers Banks } Commissioners

State of Kansas, County of Reno. s.s.

Be it Remembered that on this 24th day of July A.D. 1889. Before me the undersigned a Notary Public in and for said Reno County State of Kansas. personally appeared J. H. Ramaga and Rivers Banks, to me personally known to be the same persons who executed the foregoing instrument of writing and they and each of them duly acknowledged the execution of the same.

In Testimony Whereof, I have hereunto subscribed my name and affixed my Notarial Seal on the day and year aforesaid.

(Seal)

G. V. Ricksecker
Notary Public.

Commission Expires Dec. 29/89

(See Next Page)

Reno and Lincoln Township - Reno

Exhibit

| Name of Owner. | Description of Land over which road is located. | Sec. | Twp. | Range | E or W |
|---|---|---|---|---|---|
| Ben Blanchard | S.E. 1/4 | 26- | 23- | 6 | W. |
| Thos. Frair | E. 1/2 | 35- | 23- | 6 | " |
| Tierney | N.E. 1/4 | 2- | 24- | 6 | " |
| A. M. Switzer | S.E. 1/4 | 2- | 24- | 6 | " |
| Tierney | E. 1/2 | 11- | 24- | 6 | " |
| Umstott | N.E. 1/4 | 14- | 24- | 6 | " |
| W. H. & W. E. McMurry | S.E. 1/4 | 14- | 24- | 6 | " |
| W. H. McMurry | N.E. 1/4 | 23- | 24- | 6 | " |
| D. M. Stewart | N 1/2 S.E. 1/4 | 23- | 24- | 6 | " |
| S. A. Freeman | S 1/2 S.E. 1/4 | 23- | 24- | 6 | " |
| M. J. Dix | N.E. 1/4 | 26- | 24- | 6 | " |
| D. Shaw | S.E. 1/4 | 26- | 24- | 6 | " |
| Heirs at Law of J. A. Moore Dec'd. | E 1/2 | 35- | 24- | 6 | |
| R. A. Campbell | S.W. 1/4 | 35- | 24- | 6 | |
| **Castleton Township Reno Co.** | | | | | |
| Horace Wheeler | W. 1/2 | 2- | 25- | 6 | W. |
| Unknown | N.E. 1/4 | 11- | 25- | 6 | " |
| Leo Albright | N.E. 1/4 | 10- | 25- | 6 | " |
| John Meyers | S.E. 1/4 | 10- | 25- | 6 | " |
| Ringle | E 1/2 S.W. 1/4 | 15- | 25- | 6 | " |
| Cole | W 1/2 | 22- | 25- | 6 | " |
| Dr. Ford Grant | N.W. 1/4 | 27- | 25- | 6 | " |
| John Medberry | N.W. 1/4 | 27- | 25- | 6 | " |
| O'Halloran | N.E. 1/4 | 28- | 25- | 6 | |
| O'Malley | S.E. 1/4 | 28- | 25- | 6 | |
| Unknown | N.E. 1/4 | 33- | 25- | 6 | |
| M. Roach | N.W. 1/4 | 33- | 25- | 6 | |
| L. A. Biggar | S.W. 1/4 | 33- | 25- | 6 | |
| **Albion Tp. Reno Co.** | | | | | |
| J. E. Medberry | N.E. 1/4 | 5- | 26- | 6 | W. |
| J. A. & J. G. Collingwood | N 1/2 | 5- | 26- | 6 | " |
| Grater | N.W. 1/4 | 8- | 26- | 6 | " |
| Shimdt | S.E. 1/4 | 7- | 26- | 6 | " |
| H. W. Collingwood | N.E. 1/4 | 18- | 26- | 6 | " |
| M. Collingwood | N.W. 1/4 | 18- | 26- | 6 | " |
| J. A. Collingwood | S.W. 1/4 | 18- | 26- | 6 | " |
| Fisher | S.E. 1/4 | 18- | 26- | 6 | " |
| Collingwood | N 1/2 | 19- | 26- | 6 | " |
| Jacob Albright | S.W. 1/4 | 19- | 26- | 6 | " |
| Peter Grater | S.E. 1/4 | 19- | 26- | 6 | " |
| H. C. Scarlett | Strip 14 rods Wide | 30- | 26- | 6 | " |
| Watkins | N.E. 1/4 | 30- | 26- | 6 | " |
| Unknown | N.W. 1/4 | 30- | 26- | 6 | " |
| John Shore | S.W. 1/4 | 30- | 26- | 6 | " |
| [illegible] | N.W. 1/4 | 31- | 26- | 6 | " |
| Knowledge | S.W. 1/4 | 31- | 26- | 6 | " |

Kans.

| Amount of Land Taken | Value of Land Taken | amount of damages to land not taken | Damage to Crops | Total | Remarks. |
|---|---|---|---|---|---|
| 6 8/100 | 364.80 | | 15 | 379.80 | Paid. |
| 11 74/100 | 645.70 | | 30 | 675.70 | |
| 6 34/100 | 317. | | 15 | 332. | Rec'd Apr. 8th 379 80 for payt Cond. of S.E. + 26-23-6. G. W. Carter County Treas. |
| 6 6/100 | 303. | | 30 | 333. | |
| 12 6/100 | 542.70 | | 7.50 | 550.20. | |
| 6 13/100 | 245.20 | | 20 | 265.20 | |
| 6 5/100 | 242. | | 10 | 252. | |
| 6 8/100 | 212.80 | | 65 | 277.80 | |
| 3 4/100 | 106.40 | | | 106.40 | |
| 3 4/100 | 106.40 | | 15 | 121.40 | |
| 6 15/100 | 184.50 | | 15 | 199.50 | |
| 6 15/100 | 184.50 | | 15 | 199.50 | |
| 10 42/100 | 312.60 | | 53 | 365.60 | |
| 1 45/100 | 43.50 | | 60 | 44.10 | |
| 13 31/100 | 199.65 | 800. | 12. | 1011.65 | Mtg Co. [illegible] + M. Cattle Co. Guaranteed. |
| 42/100 | 7 | | | 7. | Paid T. Company Oct 2/93. |
| 7 38/100 | 113.70 | 186.30 | | 300. | Mtg. Co. [illegible] + M. |
| 6 15/100 | 92.25 | 207.75 | | 300. | " " " " |
| 12 31/100 | 184.50 | 315.50 | | 500. | " " " " |
| 13 | 162.50 | 337.50 | 10 | 510. | |
| 3/8 | 5.65 | 1.35 | | 7 | |
| 4 31/200 | 62.30 | 187.70 | | 250. | |
| 1 90/100 | 28.50 | 71.50 | | 100. | |
| 7 29/100 | 109.35 | 240.65 | | 350 | |
| 2 45/100 | 36.75 | 113.25 | | 150. | |
| 5 26/100 | 78.90 | 221.10 | | 300. | " " " " |
| 6 79/100 | 101.85 | 198.15 | | 300. | |
| 9 8/100 | 136.20 | 213.80 | | 350 | |
| 6 80/100 | 102. | 60. | | 162. | |
| 8 10/100 | 121.50 | 378.50 | 20 | 520 | [illegible] |
| 8 4/100 | 120.60 | 379.40 | 20 | 520 | |
| 4 14/100 | 62.10 | 37.90 | 20 | 120. | |
| 2 26/100 | 33.90 | | 18. | 51.90 | |
| 3 91/100 | 58.50 | | 19.50 | 78. | |
| 2 24/100 | 33.60 | | 101.40 | 135. | |
| 6 10/100 | 91.50 | | 30. | 121.50. | |
| 1 69/100 | 40.35 | | 5 | 45.35 | |
| 4 44/100 | 66.60 | | 5 | 71.60 | |
| 21/40 | 7.75 | | | 7.75 | |
| 45/100 | 7.50 | | | 7.50 | |
| 5 84/100 | 87.60 | 62.40 | | 150. | |
| 6 29/100 | 94.35 | 105.65 | 30. | 230. | |
| 6 23/100 | 93.45 | 106.55 | | 200. | |
| 6 45/100 | 96.75 | 128.25 | | 225. | Mtg. Co. [illegible] + M. |
| 10 42/100 | 312.60 | | 53 | 365.60 | |

named as follows to wit:
Martha D. Freeman
J. C. Moore
George W. Moore
Caroline Gordon
Eleanor R. Moore
Elizabeth Tucker
Mary A. Moore
W. D. Moore
Louisa Moore
Barkie Moore
Dixie Peachy 3 minor heirs.

This is copied from Report on file in my office.
S. J. Morris
Co. Clk.
no seal

Filed for record. Oct. 27" 1899 at 11 A. M.
B. J. Ragland
Register of Deeds.