ledged the execution of the same to be his voluntary act and deed as Clerk of said County, for the purposes therein expressed.

Witness my hand and official seal, this 23 day of Sept. A.D. 1899.

J. M. Stuart.
Probate Judge.

(Seal)

Filed for record Nov. 18-1899 at 9 30 A.M.

B. J. Ragland,
Reg. Deeds.

Entered in transfer record Nov. 18-1899.

H. S. Yeager, Co. Clerk

66-552

Quit-Claim Deed.

$3 50 U.S. Stamp.

This Indenture, Made this - day of November in the year of our Lord one thousand eight hundred and ninety-nine between Julia Ann Fair, widow of Thomas Fair of in the County of Reno and State of Kansas of the first part, and The Hutchinson & Southern Railway Company, a corporation organized and existing under and by virtue of the Laws of the State of Kansas of the second part, Witnesseth, That the said party of the first part, in consideration of the sum of ($3500) thirty five hundred Dollars, to her duly paid, has sold, and by these presents do Remise, Release and Quit-claim unto the said party of the second part, its successors and assigns, forever, all that tract or parcel of land situated in the County of Reno and State of Kansas, and described as follows, to wit: A strip of land one hundred (100) feet wide being fifty (50) feet on each side of the center line of the railroad of The Hutchinson & Southern Railway as the same is now located and constructed over and across section Thirty five (35) Township Twenty three (23) Range Six (6).

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22-4
(Exhibit 4 to Biery Straup Decl.)
Page 1 of 2

with the appurtenances, and all the estate, title and interest of the said party of the first part therein. To have and to hold all and singular the above described premises, together with the appurtenances, unto the said party of the second part, its successors and assigns, forever.

In Witness Whereof, the said party of the first part has hereunto set her hand and seal the day and year first above written.

Sealed and Delivered in Presence of } Julia Ann Fair (Seal)

State of Kansas, Reno County, ss.

Be it Remembered, That on this 11th day of November A.D. 1899 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Julia Ann Fair who is personally known to me to be the same person who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal on the day and year last above written.

Howard S. Lewis,
Notary Public

(N.P. Seal) My Com. expires June 28-1903.

Filed for record Nov. 22-1899 at 12 M.

B.J. Ragland
Register of Deeds

Entered in transfer record Nov. 22-1899
J.S. Yeager, Co. Clerk

70-143

The Irrigation Loan & Trust Co.

Grantor

TO

The Atchison, Topeka and Santa Fe Ry Co

Grantee

50¢ I. R. Stamp

Filed for record on the 22 day of Mar 1901, at 8 o'clock A.M.

Fred S. Scovsby Register of Deeds.

This Indenture, Made this 26 day of February 1901 Between The Irrigation Loan and Trust Company, a corporation duly organized under the laws of State of Kansas, ~~of County, in the State of~~ of the first part and The Atchison, Topeka and Santa Fe Railway Company a corporation duly created and organized under the laws of the State of Kansas ~~of County, in the State of~~ of the second part:

WITNESSETH, That said party of the first part, in consideration of the sum of One hundred and forty four and ~~and~~ no/100 DOLLARS, the receipt of which is hereby acknowledged, does by these presents, REMISE, RELEASE and QUIT CLAIM unto said party of the second part, its successors ~~heirs~~ and assigns all the following described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit:

The West sixty six (66) feet of the west half (1/2) of the South east quarter (1/4) of Section number Twenty three (23) in Township number Twenty three (23), Range number six (6) East in Reno County, Kansas.

To Have and to Hold the Same, Together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining forever.

In Witness Whereof, The said party of the first part has caused this instrument to be executed by its President and attested by its secretary and its corporate seal to be affixed hereunto ~~hereunto set~~ ~~hand~~ the day and year first above written.

~~Executed and delivered in presence of~~ (Corp seal)

The Irrigation Loan & Trust Company
By E. A. Casner President

Attest: C. S. Casner
Secretary

Acknowledgement

State of Kansas, County of Reno ~~County~~, ss.

BE IT REMEMBERED, That on this 26 day of Feby A. D. 1901, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came E. A. Casner who is personally known to me to be the same person who executed the within instrument of writing as the President of the Irrigation Loan & Trust Company, and such person duly acknowledged the execution of the same to be the act of said The Irrigation Loan & Trust Company.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Notarial Seal, the day and year last above written.

(N. P. seal)

A. M. Jewell
Notary Public My Commission ~~Term~~ Expires Dec 16th 1903.

Approved as to form
A. A. Hurd
Solicitor for Kansas.
Requires 50 cents Int. Rev.
A. A. Hurd

Entered in Transfer Record in my office, this 22 day of Mar. A. D. 1901.

Wm Newlin,
County Clerk.

56-483



Filed for record Sept 2 1896 at 2 P.M.
B. J. Ragland,
Reg. Deeds.

Entered in transfer record Sept. 2. 1896 A. S. Yager, Co. Clerk.

Quit Claim Deed.

Know all Men by these Presents: That E. L. Rowland, of New York County, New York, quit claims to the Hutchinson and Southern Railroad, a Corporation of the State of Kansas, all the following described premises, situated in Blanchards Third Addition to The City of South Hutchinson, according to the plat thereof and all situated in the County of Reno and State of Kansas, to-wit:-

Lots 125, and 127, Sixth Avenue, West.
Lots 125, 126, 127 and 128, Fifth Avenue, West.
Lots 125, 126, 127, and 128, Fourth Avenue, West.
Lots 125, 126, 127, and 128, Third Avenue, West.
Lots 125, 126, 127, and 128, Second Avenue, West.
Lots 125, 126, 127, and 128, First Avenue, West.
Lots 125, 126, 127 and 128, Blanchard Avenue, West.
Lots 125, 126, 127, and 128 Avenue A, West.
Lots 125, 126, 127, and 128 Avenue B, West.
Lots 125, 126, 127, and 128 Avenue C, West.
Lots 125, 126, 127, and 128 Avenue D, West.
Lots 125, 126, 127 and 128 Avenue E, West.
Lots 126 and 128 Avenue F, West.

For and in consideration of $1.00 and the conveyance of all the right of way now occupied by said Railroads in Blanchards Third Addition to the City of South Hutchinson.

Ella L. Rowland (L.S.)
H. Edwards Rowland (L.S.)

State of Connecticut } ss.
Fairfield County }

Be it Remembered, That on the 1st day of Aug 1896, personally appeared before me the undersigned, a Notary Public in and for the County and State aforesaid, E. L. Rowland, and H. Edwards Rowland, her husband, which persons are known to me to the identical persons who signed the above and foregoing instrument and said persons voluntarily acknowledged the execution thereof for the purposes therein expressed and said persons are personally known to me

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22-6
(Exhibit 6 to Biery Straup Decl.)
Page 1 of 2

to be husband and wife at the time of the ex-
ecution of said instrument.
In Witness Whereof, I have hereunto
subscribed my name and affixed my Notarial
seal the day and year last above written.
F. P. Sherwood Notary Public
Commission expires Jan. 21st 1897.
(N.P. Seal) Filed for record Sept 1st 1896 at 3:30 P.M.
B. J. Ragland Reg. Deeds
Entered in transfer record Sept 1st 1896.
A. S. Yeager, Co. Clerk

Final Receipt.
(4-140.)
Final Receiver's Receipt No. 4662. Application No. 8131 H.E.
Homestead.
Receiver's Office, Dodge City, Ks.
Apr. 4-6 1896, 189–
Received of Charles Dawson the sum of Four
dollars – cents, being the balance of payment re-
quired by law for the entry of SW¼ of Section 10
in Township 26 of Range 7 W. Containing 160 acres
under Section 2291 of the Revised Statutes of the
United States.
$4.00 A. B. Reeves, Receiver.
$1.00 Testimony fee received. Number of written words
765 Rate per 100 words 15 cents.
Ozetta Maris.
Filed for record Sept. 1-1896 at 11:30 A.M.
B. J. Ragland Reg. Deeds
Entered in transfer record Sept. 1-1896.
A. S. Yeager Co. Clerk
Final Receipt.
4-148.
Final Receiver's Receipt No. 1244.
Application No. 1874 T.C.
Timber Culture.
Act of June 14, 1878.
Received of William G. Johnson the sum of
four dollars – cents, being the balance of pay-
ment required by law for the timber-culture
entry of the SE¼ of section 30 in township 23
range 9 W. 6th P. Meridian containing 160 – acres

56-483



Filed for record Sept 2 1896 at 2 P.M.
B. J. Ragland,
Reg. Deeds.

Entered in transfer record Sept. 2. 1896 A. S. Yager, Co. Clerk.

Quit Claim Deed.

Know all Men by these Presents: That E. L. Rowland, of New York County, New York, quit claims to the Hutchinson and Southern Railroad, a Corporation of the State of Kansas, all the following described premises, situated in Blanchards Third Addition, to the City of South Hutchinson, according to the plat thereof and all situated in the County of Reno and State of Kansas, to-wit:-

Lots 125, and 127, Sixth Avenue, West.
Lots 125, 126, 127 and 128, Fifth Avenue, West.
Lots 125, 126, 127, and 128, Fourth Avenue, West.
Lots 125, 126, 127, and 128, Third Avenue, West.
Lots 125, 126, 127, and 128, Second Avenue, West.
Lots 125, 126, 127, and 128, First Avenue, West.
Lots 125, 126, 127 and 128, Blanchard Avenue West.
Lots 125, 126, 127, and 128 Avenue A, West.
Lots 125, 126, 127, and 128 Avenue B, West.
Lots 125, 126, 127, and 128 Avenue C, West.
Lots 125, 126, 127, and 128 Avenue D, West.
Lots 125, 126, 127 and 128 Avenue E, West.
Lots 126 and 128 Avenue F, West.

For and in consideration of $100 and the conveyance of all the right of way now occupied by said Railroads in Blanchard's Third Addition to the City of South Hutchinson.

Ella L. Rowland (L.S.)
H. Edwards Rowland (L.S.)

State of Connecticut } ss.
Fairfield County }

Be it Remembered, That on the 12th day of Aug 1896, personally appeared before me the undersigned, a Notary Public in and for the County and State aforesaid, E. L. Rowland, and H. Edwards Rowland, her husband, which persons are known to me to the identical persons who signed the above and foregoing instrument and said persons voluntarily acknowledged the execution thereof for the purposes therein expressed and said persons are personally known to me

24

to be husband and wife at the time of the execution of said instrument.
In Witness Whereof, I have hereunto subscribed my name and affixed my Notarial seal the day and year last above written.
F. P. Sherwood Notary Public
Commission expires Jan. 21st 1897.
(N.P. Seal) Filed for record Sept 1st 1896 at 3:30 P.M.
B. J. Ragland Reg. Deeds
Entered in transfer record Sept. 1st 1896.
A. S. Yeager, Co. Clerk

Final Receipt.
(4-140)
Final Receiver's Receipt No. 4662. Application No. 8131 A.L.
Homestead.
Receiver's Office, Dodge City, Ks.
Apr. 4-6 1896, 189
Received of Charles Dawson the sum of four dollars - cents, being the balance of payment required by law for the entry of SW¼ of Section 10 in Township 26 of Range 7th containing 160 acres, under Section 2291 of the Revised Statutes of the United States.
$4.00 A. B. Reeves, Receiver.
$1.15 Testimony fee received. Number of written words 765 Rate per 100 words 15 cents.
Pretty Prairie. 2-4
Filed for record Sept. 1-1896 at 11:30 A.M.
B. J. Ragland Reg Deeds
Entered in transfer record Sept. 1-1896.
A. S. Yeager Co. Clerk

Final Receipt.
4-148.
Final Receiver's Receipt No. 1244.
Application No. 1874 Ark
Timber Culture,
Act of June 14, 1878.
Received of William G. Johnson the sum of four dollars - cents, being the balance of payment required by law for the timber-culture entry of the SE¼ of section 30 in township 23 of range 9th 6th P. Meridian containing 160 - acres

4 73-204

# Quit Claim Deed

Know all Men by these Presents,
That in consideration of Sixty five 60/100 Dollars The Irrigation Loan & T[illegible] (a corporation) of Reno County, Kansas, hereby Quit Claims to The Atchison, Tope[ka] Railway Company the following described real estate situated in Reno Co[unty] Lots 126 & 128 First Ave West Blanchard's 3rd Ad South Hutchinson

| | | | |
|---|---|---|---|
| " | 126 & 128 | Second | " " " " " " " |
| " | 126 & 128 | Third | " " " " " " |
| " | 126 | Fourth | " " " " " " |
| " | 126 & 128 | Fifth | " " " " " " |
| " | 167 & 169 | Sixth | " " " " " " |
| " | 126 & 128 | Blanchard's Ave | " " " " |
| " | 125 & 127 | Avenue "A" West | " " " " |
| " | 126 & 128 | " "A" " | " " " " |
| " | 125 & 127 | " "B" " | " " " " |
| " | 126 & 128 | " "B" " | " " " " |
| " | 125 & 127 | " "C" " | " " " " |
| " | 126 & 128 | " "C" " | " " " " |
| " | 125 & 127 | " "D" " | " " " " |
| " | 126 & 128 | " "D" " | " " " " |
| " | 125 & 127 | " "E" " | " " " " |
| " | 126 & 128 | " "E" " | " " " " |

In Witness Whereof, This indenture by authority duly vested is signed a[nd] by the president of said Company, this 8th day of October 1901

(Corp Seal)

The Irrigation Loan & Trust Compa[ny]
By E A Casner President

State of Kansas Reno County SS.
Be it Remembered: That on the 8th day of October AD 1901. before me the undersigned [Notary] Public in and for the County and State aforesaid, came The Irrigation Loan & Trust [Co.] by E A Casner its President, who is personally known to me to be the President of said [Company] and the same person who executed the within instrument of writing and such [person] acknowledged the execution of the same as the act and deed of said Company.
In Witness Whereof, I have hereunto set my hand and affixed my Notarial Seal, the day and [year] above written.

(N P Seal)

Clara S Casner
Commission expires Dec 22nd 1901

Filed for Record Nov 1 - 1901 at 8 A M
Fred S Scoresby Register of Deeds
Entered in Transfer Record Nov 1, 1901
Wm Newlin County Clerk

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22-7
(Exhibit 7 to Biery Straup Decl.)
Page 1 of 1

D.V. Form No. 107
10,000 10-16-17

Owner The Atchison Topeka & Santa Fe Ry Co.
Operating Company The Atchison Topeka & Santa Fe Ry Co.
Division Panhandle
State Kansas County Reno.
Valuation Section No. Kansas 36-A.
From Hutchinson to Kingman

Reprinted by General Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 4 of ~~29~~ 30 sheets (this
Map No. S 1A
Date compiled June 30th 19
Compiled by R W Kennedy.
Correct [signature]
Chief Engineer (Title) Western Lines.

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Cost of Parcel When Originally Acquired: Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | If Portion of Parcel Has Been Sold: Actual Consideration Received (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 12407 | W D | 8 4 99 | Phillips Investment Co. | The H & S Ry | 66 | 192 | 8 11-99 | 1.37 | -- | Inc Map S 1A, Par 6. | 8 4 99 | --- | --- | --- | --- | --- | ---- |
| 12 | 12410 | Cond | 6 10 91 | Iowa Town Co. | The H & S RR | Misc 5 | 209 | 10 27-99 | -- | 1650 | .62 1/2 | 6 10 91 | .621/2 | Land, etc. | --- | --- | .621/2 | See Map S 1A, Par 10 for payment of award and miscellaneous. |
| 13 | 12410 | Cond | 6 10 91 | Iowa Town Co. | The H & S Railroad | Misc 5 | 209 | 10 27 99 | -- | 10527 | 3.75 | 6 10 91 | 3.75 | Land, etc. | --- | --- | 3.75 | See Map S 1 A, Par 10 for payment of award and miscellaneous. |
| 14 | 12410 | Cond | 6 10 91 | Iowa Town Co. | The H & S RR. | Misc 5 | 209 | 10 27 99 | -- | 10890 | 3.75 | 6 10 91 | 3.75 | Land, etc | --- | --- | 3.75 | See Map S 1 A, Parcel 10, for payment of award and miscellaneou |
| 15 | 12410 | Cond | 6 10 91 | Iowa Town Co. | The H & S RR | Misc 5 | 209 | 10 27 99 | -- | 10890 | 3.75 | 6 10 91 | 3.75 | Land, etc. | --- | --- | 3.75 | See Map S 1 A, Parcel 10, for payment of award and miscellaneou |
| 16 | 12410 | Cond | 6 10 91 | Iowa Town Co. | The H & S RR | Misc 5 | 209 | 10 27 99 | -- | 10890 | 3.75 | 6 10 91 | 3.75 | Land, etc. | --- | --- | 3.75 | See Map S 1 A, Parcel 10, for payment of award and misc. on Condemnation. |
| 17 | 12407 | W D | 8 4 99 | Phillips Inv. Co. | The H & S ~~RR~~ Ry. | 55 | 192 | 8 11-99 | -- | 8910 | Inc Map S 1 A, Par 6. | 6 10 91 | --- | --- | --- | --- | 3.75 | See Map S 1 A, Par 10 for payment of award and miscellaneous on condemnation. |
| | 12410 | Cond | 6 10 91 | Iowa Town Co. | The H & S RR | Misc 5 | 209 | 10 27-99 | -- | -- | 3.75 | --- | 3.75 | Land, etc. | --- | --- | --- | ---- |
| 18 | 12410 | Cond | 6 10 91 | Interstate Investment Co. | The H & S RR | Misc 5 | 209 | 10 27 99 | 1.66 | --- | 10.00 | 6 10 91 | 10.00 | Land, etc. | --- | --- | 10.00 | See Map S 1 A, Parcel 10, for payment of award and miscellaneou |
| | 13447 | Ord | 8 7 96 | City of Hutchinson. | The H & S Railroad | -- | -- | -- | -- | --- | ---- | --- | --- | --- | --- | --- | --- | Ord #84, grants right to use. |
| 19 | 13447 | Ord | 8 7 96 | City of Hutchinson | The H & S Railroad | -- | -- | -- | -- | 20013 | --- | 8 7 96 | --- | --- | --- | --- | --- | Ord #84, grants right to use. |
| | | | | | | | | | | | | | $ 29.37 | | | | $ 29.37 | |

INSTRUCTIONS TO CARRIERS.--All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 22-8
(Exhibit 8 to Biery Straup Decl.)

**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004




Axxion Administration, LLC

**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004




Axxion Administration, LLC

**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004




Axxion Administration, LLC

**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004



**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004



**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004




Axxion Administration, LLC

**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004



**Biery v United States**
**Reno County, Kansas**
**Plaintiff Property Summary**
**May 21, 2008**

Record Date: April 5, 2004



**Biery v United States**
**Reno County, Kansas**
**Corridor Overview**
**May 21, 2008**

Record Date: April 5, 2004




Axxion Administration, LLC

Biery v. US, No. 07-693L & 07-675L

Defendant's Exhibit 22-16
(Exhibit 16 to Biery Straup Decl.)