REPRODUCED AT THE NATIONAL ARCHIVES

D.V. Form No. 107
10,000 10-16-17

Reprinted by General Secretary, Presidents' Conference Committee, Federal Valuation

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: The Atchison Topeka & Santa Fe Ry Co.
Operating Company: The Atchison Topeka & Santa Fe Ry Co.
Division: Panhandle
State: Kansas County: Reno.
Valuation Section No.: Kansas 36-A
From: Hutchinson to Kingman

Sheet No. 12 of ~~29~~ 30 sheets (this f...
Map No. 1 - 2
Date compiled: June 30th, 19
Compiled by: R W Kennedy.
Correct: [signature]
Chief Engineer (Title) Western Lines.

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Amount (14) | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Character of Expenditure (15) | IF PORTION OF PARCEL HAS BEEN SOLD Date of Sale (16) | IF PORTION OF PARCEL HAS BEEN SOLD Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 12409 | Cond | 6 29 89 | Thomas A Fair | The H O & G Ry. | 2 | 501 | 8 1-89 | 6.18 | --- | 675.70 | 6 29 89 | 645.70<br>30.00<br>58.42 | Land<br>Land damage<br>Court Costs | -- | --- | 4175.70<br>61.92 | See Map 1, Parcel 8, for payment of award and miscellaneous. H&S Vo#1, Nov. 25-99= $ 58.42 |
| | 12453 | Q C | Nov.'99 | Julia Ann Fair | The H &S Ry. | 66 | 552 | 11 22-99 | -- | --- | 3500.00 | --- | 3500.00<br>3.50 | Land, etc<br>Misc. | -- | --- | --- | H&S Vo#1, Nov. 25- 99= $3500.00 |
| 10 | 12409 | Cond | 6 29 89 | Thomas A Fair | The H O & G Ry. | 2 | 501 | 8 1-89 | 5.92 | --- | IncMap 1-Par 9. | 6 29 89 | --- | --- | --- | --- | --- | ----- |
| | 12453 | Q C | Nov.'99 | Julia Ann Fair | The H & S Ry. | 66 | 552 | 11 22 99 | -- | -- | Inc Map 1 Par 9. | --- | --- | --- | --- | --- | --- | ----- |
| 1 | 12409 | Cond | 6 29 89 | L P Teemley, et al | The H O & G Ry. | 2 | 501 | 8 1-89 | 6.21 | -- | 332.00 | 6 29 89 | 317.00<br>15.00<br>1.00 | Land<br>Land damage<br>Mtge | --- | --- | 333.00 | See Map 1, Par. 8, for payment of award and miscellaneous. Scott & Brier, Mtgees. |
| 2 | 12409 | Cond | 6 29 89 | A M Switzer | The H O & G Ry. | 2 | 501 | 8 1-89 | 6.20 | -- | 333.00 | 6 29 89 | 303.00<br>30.00<br>1.00 | Land<br>Land damage<br>Mtge | --- | --- | 334.00 | See Map 1, Par. 8, for payment of award and miscellaneous. Equitable Town & Inv. Co. Mortgagee. |
| 3 | 12409 | Cond | 6 29 89 | John Fernie | The H O& G Ry. | 2 | 501 | 8 1-89 | 6.07 | -- | 550.20 | 6 29 89 | 542.70<br>7.50 | Land<br>Land damage | --- | --- | 550.20 | See Map 1, Par 8, for payment of award and miscellaneous. |
| 4 | 12445 | Lease | 2 5 97 | Geo & Rob't Fernie | The H & S RR | 5 | 186 | 10 9-99 | -- | 4995 | 1.00 | 2 5 97 | 1.00 | Lease | --- | --- | 1.00 | Land for Stock Yards, 99 year lease. |
| 5 | 12409 | Cond | 6 29 89 | John Fernie | The H O & G Ry. | 2 | 501 | 8 1-89 | 5.96 | -- | Inc Map 2,Par 3. | 6 29 89 | --- | --- | --- | --- | --- | ----- |
| 6 | 18489 | W D | 11 9 07 | John Sutton et al | The AT & SF Ry. | 96 | 288 | 1 11-08 | 1.37 | -- | 175.00 | 11 9 07 | 175.00<br>35.00 | Land, etc.<br>Misc. | --- | --- | 175.00<br>35.00 | Voucher #16292-15= $ 175.00 Voucher #17313-15= $ 35.00 |
| | | | | | | | | | | | | | $5665.82 | | | | $5665.82 | |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 23

587-295

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 24
Page 1 of 2

Entered in Transfer Record in My Office the 9 Day of Nov 06
Shari H. [signature] County Clerk

STATE OF KANSAS } ss
RENO COUNTY }
This instrument was filed for record the 9 day of Nov A.D. 20 06 at 12:30 o'clock P M. and duly recorded in Book 587 on Page 295
Fee $ 12.00 (2)
Carol Sallee, BR
REGISTER OF DEEDS

## SPECIAL WARRANTY DEED

**The City of South Hutchinson, Kansas**, a municipal corporation of the State of Kansas, ("Grantor") hereby conveys to **Collins Bus Corporation**, a Kansas corporation, ("Grantee"), all of the real property located in Reno County, Kansas more particularly described in Exhibit A attached hereto and incorporated herein by reference as if fully set forth herein, subject to easements, right-of-ways, the rights of any public or quasi-public authority in connection with any pending condemnation of said property and restrictions of record, if any, for the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which consideration is hereby acknowledged.

Grantor, for Grantor and Grantor's successors and assigns, covenants that Grantor is lawfully seized of Grantor's interest in the foregoing described property and has good right to convey Grantor's interest therein and guarantees the quiet possession of said property against the claims of those claiming any right, interest or title therein through Grantor, except as may be described above, and Grantor will warrant and defend the property against all lawful claims of those claiming any right, interest or title through Grantor but Grantor does not warrant title against those claiming a right, interest or title that arose prior to, or separate from, Grantor's interest in the said property.

**DATED** this 26th day of October, 2006

CITY OF SOUTH HUTCHINSON, KANSAS

By: [signature]
Roberta D. Stewart, Mayor

Attest:

[signature]
Denise McCue, City Clerk

**STATE OF KANSAS, COUNTY OF RENO: ss**

This instrument was acknowledged before me, a Notary Public, on the 26th day of October, 2006, by Roberta D. Stewart, Mayor of the City of South Hutchinson, Kansas, (the "City") and attested by Denise McCue, City Clerk of said City, who are personally known to me to be the persons who executed the within instrument and duly acknowledged the execution of the same for, on behalf of and as the act and deed of said City.

[Seal] ROSETTA F. SHELTON NOTARY PUBLIC STATE OF KANSAS My Appt. Exp. 12-9-06

[signature]
Notary Public
Printed Name: Rosetta F Shelton

My Appointment Expires: 12-9-06

Pursuant to KSA 79-1437e, a real estate sales validation questionnaire is not required due to Exception No. 2.

**EXHIBIT A**

A tract of land in the West Half of Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of Section 23; thence West along the North line of the Southeast Quarter of Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90°37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90°37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90°37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89°23 minutes right and North for a distance of 25 feet; thence turning an angle of 90°37 minutes left and West for a distance of 12 feet; thence turning an angle of 89°23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89°23 minutes right and East for a distance of 570 feet to a point and place of beginning.

AND

Beginning at a point in the south line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in **BLANCHARD'S THIRD ADDITION** to the City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said south line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the centerline of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 24
Page 2 of 2

589 292

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 25
Page 1 of 2

## CORPORATION GENERAL WARRANTY DEED

On this 31st day of October, 2006, **Collins Bus Corporation**, a Kansas corporation, as Grantor, hereby conveys and warrants to **Collins Industries, Inc.**, a Missouri corporation qualified to do business in Kansas, the real property located in Reno County, Kansas, described in Exhibit A attached hereto and incorporated herein by reference as if fully set forth herein, for the sum of One Dollar and other good and valuable consideration, the receipt and sufficiency of which consideration is hereby acknowledged by Grantor, subject only to rights-of-way, easements, covenants, mineral reservations, licenses and restrictions of record generally.

COLLINS BUS CORPORATION
A Kansas Corporation

By: Kenneth Dabrowski
Printed Name: Kenneth Dabrowski
Title: Chief Executive Officer

STATE OF KANSAS, COUNTY OF RENO, SS.

This instrument was acknowledged before me, a notary public, on the 31st day of October, 2006.

[Seal]

Helen May Posner
Printed Name: Helen May Posner

My appointment expires December 14, 2006 NOTARY PUBLIC

HELEN MAY POSNER
Notary Public, State of New York
No. 01PO6008688
Qualified in Queens County
Commission Expires Dec. 14, 2006

STATE OF KANSAS } ss
RENO COUNTY
This instrument was filed for record on the 7 day of Nov A.D. 2006 at 12:30 o'clock P.M. and duly recorded in Book 589 on Page 292
Fee $ 12.00
REGISTER OF DEEDS

Entered in Transfer Record in My Office the 9 Day of Nov 06
County Clerk

519138-1

**EXHIBIT A**

A tract of land in the West Half of Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of Section 23; thence West along the North line of the Southeast Quarter of Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90°37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90°37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90°37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89°23 minutes right and North for a distance of 25 feet; thence turning an angle of 90°37 minutes left and West for a distance of 12 feet; thence turning an angle of 89°23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89°23 minutes right and East for a distance of 570 feet to a point and place of beginning.

AND

Beginning at a point in the south line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in **BLANCHARD'S THIRD ADDITION** to the City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said south line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the centerline of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.