**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DOROTHY L. BIERY, *et al.*, and<br><br>JERRAMY and ERIN PANKRATZ, for Themselves and a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 1:07-cv-693 (Consolidated with Case No. 1:07-cv-695)<br><br>Honorable Nancy B. Firestone |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiffs in the above-captioned cases, consolidated for purposes of summary judgment, and, pursuant to RCFC 6.1, requests that this Court enlarge the time until July 18, 2008, in which Plaintiff's may file their Response to Defendant's Cross-Motion for Summary Judgment. In support of this Motion, Plaintiffs state as follows:

1. Under RCFC 6.1, Plaintiffs' Response to Defendant's Cross Motion For Summary Judgment is due on July 3, 2008.

2. Defendant's counsel, Kristine Tardiff, has consented to such enlargement of time.

3. The Defendant in their cross-motion raised several issues concerning the land title record for certain of the named Plaintiffs. The Plaintiff's counsel has requested the Plaintiff's title examiner to review these land records

and the title examiner has advised the Plaintiff that (due to the title examiners previously scheduled vacation) they are unable to provide the Plaintiff a review of the title records until July 15, 2008.

4. The Defendant's cross motion for summary judgment was filed on June 2, 2008.

5. The Plaintiffs' counsel was appointed by President Bush, on June 10, 2008 to serve on the President's Commission on White House Fellowships which duties included attending the meeting of the Commission in Annapolis for several days during the Week of June 11th. This was an unanticipated commitment that prevented the Plaintiffs' counsel from working on these matters during this time.

6. Furthermore, Plaintiffs' counsel currently has two other Trails Act cases pending in the Court of Claims, *Ladd v. United States*, 07-271, and *Rogers v. United States*, 07-273, that have also had responsive briefing due in this Court in the month of June and early July.

7. Accordingly, Plaintiffs' counsel reluctantly seeks this enlargement of time of 15 days noting that this enlargement of time will not significantly delay resolution of this case and is necessary in order to allow Plaintiffs' counsel opportunity to provide this Court with a full and complete response the government's cross motion.

WHEREFORE, Defendant's counsel having consented, Plaintiffs ask this Court to grant them until July 18, 2008, to file their Response to Defendant's Cross-Motion for Summary Judgment and for any other relief this Court deems just and proper.

Respectfully submitted,

LATHROP & GAGE L.C.

Date: June 27, 2008

/s/ Mark F. (Thor) Hearne, II
Mark F. (Thor) Hearne, II
Lindsay S.C. Brinton
Meghan S. Largent
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
Thornet@ix.netcom.com

Attorneys for Plaintiffs