# In the United States Court of Federal Claims

**No. 07-693L and No. 07-675L**
**CONSOLIDATED**
**(Filed: July 2, 2008)**

* * * * * * * * * * * * * * * * * *

**DOROTHY L. BIERY, et al.,**

**and**

**JERRAMY and ERIN PANKRATZ, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' unopposed motion, filed June 27, 2008, for an enlargement of time within which to file their response to defendant's cross-motion for summary judgment is **GRANTED**. Accordingly, the plaintiffs shall file their response by **July 18, 2008**. The government may then respond in accordance with the Rules of the U.S. Court of Federal Claims.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge