**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.*, and | ) | |
| | ) | |
| JERRAMY and ERIN PANKRATZ, | ) | |
| for Themselves and a Class of Similarly | ) | Case No. 1:07-cv-693 |
| Situated Persons, | ) | (Consolidated with |
| | ) | Case No. 1:07-cv-695) |
| Plaintiffs, | ) | |
| v. | ) | Honorable Nancy B. Firestone |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiffs in the above-captioned cases, consolidated for purposes of summary judgment, and, pursuant to RCFC 6.1, requests that this Court enlarge the time until July 25, 2008, in which Plaintiff's may file their Response to Defendant's Cross-Motion for Summary Judgment. In support of this Motion, Plaintiffs state as follows:

1. Under RCFC 6.1, Plaintiffs' Response to Defendant's Cross Motion For Summary Judgment is due on July 18, 2008.

2. Defendant's counsel, Kristine Tardiff, has consented indicated that to Plaintiffs' counsel that she does not oppose such enlargement of time.

3. The Defendant in its cross-motion raised several issues concerning the land title record for certain of the named Plaintiffs. Plaintiffs' counsel requested Plaintiffs' title examiner review these land records, and the title

examiner has advised Plaintiffs' counsel that (due to the title examiners' previously scheduled vacation) they are unable to provide Plaintiffs' counsel the title records until July 15, 2008 or later.

4. Plaintiffs' will not have adequate time to review the title work prior to filing their response currently due on July 18, 2008.

5. Accordingly, Plaintiffs' counsel seeks this enlargement of time of 7 days noting that this enlargement of time will not significantly delay resolution of this case, and is necessary in order to allow Plaintiffs' counsel opportunity to provide this Court with a full and complete response to the government's cross motion.

WHEREFORE, Plaintiffs ask this Court to grant them until July 25, 2008, to file their Response to Defendant's Cross-Motion for Summary Judgment and for any other relief this Court deems just and proper.

Respectfully submitted,

LATHROP & GAGE L.C.

Date: July 15, 2008

/s/ Mark F. (Thor) Hearne, II
Mark F. (Thor) Hearne, II
Lindsay S.C. Brinton
Meghan S. Largent
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
Thornet@ix.netcom.com

Attorneys for Plaintiffs