**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.*, and<br><br>JERRAMY and ERIN PANKRATZ, for Themselves and a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | Case No. 1:07-cv-693<br>(Consolidated with<br>Case No. 1:07-cv-695)<br><br>Honorable Nancy B. Firestone |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE IN EXCESS OF THE PAGE LIMITATIONS**

Plaintiffs respectfully request this Court permit them to exceed the page limit set forth in RCFC 5.3(b)(2) and file its Response to Defendant's Cross Motion for Summary Judgment with a page limit not to exceed 60 pages.

In support of their Motion, Plaintiffs state that as a result of the consolidation of these cases, Plaintiffs are responding to Defendant's Cross Motion for Summary Judgment in both *Biery v. United States* (07-CV-693) and *Pankratz v. United States* (07-CV-675) in a single brief. Under RCFC 5.3(b)(2), Plaintiffs' response brief is limited to 30 pages. The consolidated cases involve two separate railroad corridors and multiple plaintiffs. Many of Defendant's arguments are specific to the claims of an individual plaintiff. In order to fully address these arguments, attention to the specific facts of each plaintiff's claim is necessary. Plaintiffs find that more than the 30 pages allowed by Rule 5.3(b)(2) is needed to adequately respond to the Defendant's

arguments. Accordingly, Plaintiffs respectfully request that the Court permit them to file a brief of up to 60 pages.

Counsel for Plaintiffs has conferred with counsel for Defendant, who advises they do not object to Plaintiffs' request.

WHEREFORE Plaintiffs respectfully request this court grant them leave to file a brief in excess of the page limits set forth in Rule 5.3(b)(2) and file a brief not to exceed 60 pages in length.

Respectfully submitted,

LATHROP & GAGE L.C.

DATE: July 24, 2008.

By /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)

ATTORNEYS FOR PLAINTIFFS