# In the United States Court of Federal Claims

**No. 07-693L and No. 07-675L**
**CONSOLIDATED**
**(Filed: July 25, 2008)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **DOROTHY L. BIERY, et al.,** | * |
| **and** | * |
| **JERRAMY and ERIN PANKRATZ, et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' unopposed motion, filed July 24, 2008, for leave to exceed the page limit of its Response to defendant's cross motion for summary judgment is **GRANTED**. Plaintiff's response shall not exceed 60 pages.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge