DEC/14/2007/FRI 04:39 AM BUTLER CO. DEEDS FAX No. P. 002


99? 60
5 7W

State of Kansas }
Butler County } Report of Commissioners heretofore appointed by the Hon.
W. P. Campbell Judge of the District Court of Butler County Kansas as to lay off
[illegible] tracts [illegible] such distance through said County as might be
desired by the Railway Company hereinafter mentioned and of such width as
might be desired by said Company and [illegible] desired by said Railway
Company and to appraise the value of such portion of any quarter section or other
[illegible] and [illegible] the damage to such quarter section or other [illegible]
of land [illegible] report as follows:
That the [illegible] Railway Co
[illegible] make application to the
[illegible] Butler County Kansas [illegible]
Hon. W. P. Campbell [illegible] Commissioners [illegible] make appraisement
[illegible] through and over
[illegible] more fully
[illegible] Company [illegible] and marked Exhibit "A" and made
appear by [illegible] upon the hearing of said application at
[illegible] August A.D. 1879 did upon due consid-
[illegible] and [illegible] appoint us
[illegible]

TAB
1

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straup Decl.)

JS, No. 07-693L & 07-675L

and assessing [illegible] for the purpose of
making such appraisement and assessment of damages as aforesaid and as will more
fully appear by reference to the appointment of such Commissioners in writing under the
hand of said Judge hereto attached marked Exhibit "B" and made a part of this
report. That said application hereinbefore refered to and hereto attached and marked Exh-
ibit "A" and said appointment of Commissioners in writing under the hand of said Judge
and hereto attached and marked Exhibit "B" as aforesaid were after the appointment of
said Commissioners by said Judge were by him as required by law delivered by
law delivered to the said Railway Company and by it on the 25 day of August
A.D. 1879 duly filed for record in the office of Register of Deeds in and for Butler County
in the State of Kansas and by such Register of Deeds the same were duly Rec-
orded in Book "Q" pages 574-5-7-6. The undersigned were first duly sworn to
honestly and faithfully discharge their duties as such Commissioners. Before said
Commissioners proceeded to lay off the Route of said Railway and make the appr-
aisement and assessment of damages as provided by law they caused to be published
a notice that they would on the 6th day of October A.D. 1879 that they would proceed
to lay off the Route of said Railway and appraise the value of Lands taken
and assess the damages as aforesaid, which notice was published for more
than thirty days next preceding October 6th 1879 in the Southern Kansas Gazette
a weekly newspaper published at Augusta in Butler County Kansas and of
general circulation in said County the first publication of said notice being
made therein on the 4th day of September A.D. 1879 and being continued in each
issue of said paper from last said named date up to and including the said
6th day of October A.D. 1879. A copy of said notice so as aforesaid published together
with the proof of the publication thereof is hereto attached marked Exhibit "E" and made
a part of this report. That after having given said notice by publication one of
the Commissioners hereinbefore mentioned and heretofore appointed by said Judge
decline to act as such Commissioner whereupon the said St. Louis Wichita and
Western Railway Company did in writing on the 7th day of October A.D. 1879 make
application to the Hon. W. P. Campbell Judge of the District Court in and for
Butler County Kansas as required by law for the appointment of one Commis-
sioner to fill the vacancy occasioned by the resignation of the said A. J. Uhl
as such Commissioner and discharge the duties assigned to said Uhl as such Commissioner
the said Judge upon the hearing of said application at his Chambers at [illegible]
Kansas on the 7th day of October A.D. 1879 did upon due [illegible]
being fully advised in the premises then and there appoint [illegible]
undersigned James A. Rhoades to act as such Commissioner [illegible]
with the original application and appointment hereto attached marked [illegible]
"C" and made a part of this report [illegible]
on the 13th day of October [illegible]
according [illegible]

Bk S
pg 467



②

[illegible] Railway and therefrom
[illegible] id to section 30 Township 27 of Range 7 East of the 6th Principal meridian in
Kansas and proceeded from said point in a northwesterly direction on a point selected
by said Railway Company and proceed to lay off said route, side tracts etc. for such
distance through said County as was desired by by said Company the width of the
same being such as was desired by said Company and upon the location selected
and desired by them. The width of the route so as aforesaid by us laid out being
one hundred feet and is more particularly described in the Plat and Profile of
the route intended to be adopted by said Company in said County which was
on the 25th day of October A.D. 1879 filed by said Company in the Office of County
Clerk in and for said County of Butler in the State of Kansas. That we had the said route
carefully surveyed and ascertained carefully the quantity of land necessary for the purpose
aforesaid, out of each quarter section or other lot of land in said County through which
said route side tracts, water stations etc. was located and appraised the value of such
portion of any quarter section or other lot of land and assessed the damages of the
land out of which it was taken. all of which is more particularly described on the plat
and profile now on file in the office of the County Clerk of Butler County. And where
we ascertained that any portion of such quarter section or other lot of land belonged to
different owners we appraised the value and assessed the damages of each such
owners interest all of which is more particularly set forth in Exhibit "X" and
made a part of this report which is as follows to wit:

| Name of owner | Part of Section | Section | Township | Range | No. of acres Taken | | Value per acre | | Value of Land Taken | | Damage | | Total value Land and Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P. F. Rickey | NE¼ | 22 | 27 | 6 | 6 | 40 | 12 | 00 | 76 | 80 | 123 | 20 | 400 | 00 |
| S. N. Wood | N½ NE¼ & | 26 | 27 | 6 | [illegible] | | 12 | 00 | [illegible] | 32 | 52 | 00 | 200 | 32 |
| J. Penninghall | N½ [illegible] NE¼ | [illegible] | 27 | 6 | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | |
| S. Elwell | NW¼ | 22 | 27 | 6 | [illegible] | | 16 | 00 | 98 | 40 | 40 | 00 | 138 | 40 |
| J. Cecil | | | | | 2 | 50 | 5 | 00 | 12 | 50 | 2 | 50 | 15 | 00 |
| R. Cecil | W½ NW¼ | 21 | 27 | 6 | 2 | 75 | 5 | 00 | 13 | 75 | 4 | 75 | 18 | 00 |
| R. P. Chenoweth | E½ SE¼ | 20 | 27 | 6 | 2 | 34 | 2 | 00 | 4 | 68 | 2 | 00 | 6 | 68 |
| T. C. Chenoweth | NW¼ SE¼ | 20 | 27 | 6 | 1 | 00 | 5 | 00 | 5 | 00 | 1 | 00 | 6 | 00 |
| J. W. Snodgrass | NE | 20 | 27 | 6 | 7 | 23 | 6 | 25 | 45 | 18 | 75 | 00 | 120 | 18 |
| J. N. Butt | NW | 20 | 27 | 6 | 36 | 25 | [illegible] | | 31 | 25 | 40 | 00 | 71 | 25 |
| James Rutledge | NE | 19 | 27 | 6 | 6 | 18 | 8 | 00 | 49 | 44 | 100 | 00 | 149 | 44 |
| D. Butt | NW | 19 | 27 | 6 | 6 | 14 | 8 | 00 | 49 | 12 | 54 | 00 | 103 | 12 |
| A. Butt | NE | 24 | 27 | 5 | 6 | 12 | 8 | 00 | 48 | 96 | 60 | 00 | 108 | 96 |
| | NW | 24 | 27 | 5 | 3 | 05 | 8 | 00 | 24 | 40 | 31 | 00 | 55 | 40 |
| | [illegible] NE¼ | 24 | 27 | 5 | [illegible] | | [illegible] | | [illegible] | | [illegible] | | 77 | [illegible] |

| Name of Owner | Part of Section | [illegible] | | | | | | | Damage | | Total value Land and Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | | | | | [illegible] | 00 | 44 | 40 |
| Wm. Butt | [illegible] | | | | | | 24 | 65 | 25 | 00 | 65 | 60 |
| [illegible] | [illegible] | | | | | | | | 15 | 00 | [illegible] | 12 |

Book 5
Pg 468

(3)

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straup Decl.)



DEC/14/2007/FRI 04:22 AM BUTLER CO - DEEDS FAX No. 3163227411

| Names of Owners | Part of Section | Section | Township | Range | No. of acres taken | Value per acre | Value of land taken | Damages | Total of Land and Damages |
|---|---|---|---|---|---|---|---|---|---|
| E. Thompson | N½ NW | 21 | 27 | 5 | 3 07 | 8 00 | 24 56 | 47 44 | 72 00 |
| L. Ridge | SE | 20 | 27 | 5 | 6 30 | 6 00 | 38 10 | 25 00 | 63 10 |
| Jno. Wingert | E½ SW | 20 | 27 | 5 | 3 45 | 5 00 | 17 50 | 12 50 | 30 00 |
| N. Ha. Wingert | N½ SW¼ | 20 | 27 | 5 | 3 02 | 8 00 | 24 16 | 30 00 | 54 16 |
| Geo. Runyon | SE | 19 | 27 | 5 | 4 07 | 8 00 | 32 56 | 18 00 | 50 56 |
| Jno Balding | N½ NE + E½ NW¼ + SW NW | 19 | 27 | 5 | 8 49 | 10 00 | 80 90 | 38 00 | 118 90 |
| Kreal | E½ NW | 24 | 27 | 4 | 1 17 | 16 00 | 18 72 | 5 00 | 23 72 |
| James Williams | E½ SW | 24 | 27 | 4 | 2 19 | 16 00 | 35 04 | 20 00 | 55 04 |
| A Kuster | N½ SW | 24 | 27 | 4 | 3 29 | 16 00 | 52 64 | 20 00 | 72 64 |
| N. D. Hill | N½ NW | 27 | 27 | 4 | 6 27 | 16 00 | 100 32 | 25 00 | 125 32 |
| Wallace Schaffest | N½ NE | 28 | 27 | 4 | 1 32 | 16 00 | 21 12 | 3 88 | 25 00 |
| Mrs Jane Carter | S½ NE | 28 | 27 | 4 | 5 43 | 16 00 | 86 88 | 63 12 | 150 00 |
| John Wilday | S½ NW + NW SW | 28 | 27 | 4 | 3 20 | 16 00 | 51 20 | 10 00 | 61 20 |
| Phillipi | NE SW | 28 | 27 | 4 | 3 05 | 16 00 | 48 80 | 16 00 | 64 80 |
| A A Burgel | E½ SE¼ | 29 | 27 | 4 | 4 56 | 10 00 | 45 60 | 10 00 | 55 60 |
| G W Burgel | N½ SE¼ | 29 | 27 | 4 | 3 05 | 10 00 | 30 50 | 13 00 | 43 50 |
| Henry Garlick | SW | 29 | 27 | 4 | 6 16 | 4 00 | 24 64 | 25 00 | 49 64 |
| Nohues Folkes | SE | 30 | 27 | 4 | 2 38 | 6 00 | 14 88 | 10 00 | 24 88 |
| Mrs. Britton | NE | 30 | 27 | 4 | 4 24 | 5 00 | 21 20 | 15 00 | 3[illegible] |
| Wm Darnell | NW | 30 | 27 | 4 | 5 63 | 7 00 | 39 41 | 25 00 | 64 [illegible] |
| John Shreve | SE¼ NE¼ | 25 | 27 | 3 | [illegible] | [illegible] | 12 65 | 10 00 | 22 65 |
| Arnold | N½ NE | 25 | 27 | 3 | 4 70 | 6 00 | 28 20 | 40 00 | 68 20 |
| Rev. E B Abbott | NE¼ NW¼ | 25 | 27 | 3 | 42 | | | | 1 00 |
| C G Manley | SW¼ SE¼ | 2[illegible] | 27 | 3 | 11 | | | | 10 27 |
| A C Kimball | | | | | | | | | |

| Names of Owners | Part of Section | Section | Township | Range | No. of acres taken | Value per acre | Value of land taken | Damages | Total of Land and Damages |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | SW | 24 | 27 | 3 | 8 3[illegible] | [illegible] 00 | [illegible]1 50 | 25 00 | [illegible] |
| " | SE | 23 | 27 | 3 | 54 | 5 00 | 2 70 | 1 00 | [illegible] |
| " | NW | 23 | 27 | 3 | 6 68 | 7 00 | 46 76 | 25 00 | [illegible] |
| Wm. Camden | NE | [illegible] | 27 | 3 | 1 10 | 7 00 | 7 70 | 5 00 | 12 70 |
| [illegible] Kistler | SW | [illegible] | 27 | 3 | 6 73 | 6 00 | 40 38 | 30 00 | [illegible] |
| Watson | SE | [illegible] | 27 | 3 | 1 41 | 8 00 | 11 28 | 5 00 | 16 [illegible] |
| James McLeod | SE NE | 16 | 27 | 3 | [illegible] | [illegible] | 11 92 | 10 00 | [illegible] |
| Geo Evans | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 20 [illegible] | [illegible] | [illegible] |
| Chas Berry | N½ NE | 16 | [illegible] | [illegible] | [illegible] | [illegible] | 40 60 | 20 [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15 [illegible] | [illegible] | [illegible] |
| Geo Kistler | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| R. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| O. Reed | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| E. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Book S
Pg 469

Defendant's Exhibit 10-1 (4)
(Exhibit 1 to Pankratz Straup Decl.)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | SW | 7 | 27 | 3 | 72 | 5 00 | | 76 | 1 00 | 6 76 |
| Mundell | NW | 7 | 27 | 3 | 5 04 | 6 00 | | 30 24 | 2 00 | 32 24 |
| | | | | | | | | | | 604.30 |

City of Augusta

| | Lots | Block | Price per lot | | Total | |
|---|---|---|---|---|---|---|
| M. Moyle | 10 | 27 | 10 00 | – | 10 00 | |
| Unknown | 9 | 27 | 10 00 | – | 10 00 | |
| C M James | 8, 9 & 10 | 26 | 15 00 | – | 45 00 | |
| " " " | 16 and 17 | 26 | 22 50 | – | 45 00 | |
| Unknown | 8 | 25 | 25 00 | – | 25 00 | Settled |
| A Ryan | 21 | 25 | 30 00 | – | 30 00 | |
| D W. Friend | 12 & 13 | 24 | 30 00 | – | 60 00 | Settled with owner |
| Unknown | 29 and 30 | 24 | 20 00 | – | 40 00 | |
| " | Settled and 6 | 23 | 15 00 | – | 15 00 | Lot 5 settled |
| L. J. McIlvane | 8 | 27 | 10 00 | – | 50 00 | damages for moving house |
| | | | | | ~~770~~. 01 | |

We further report that all the lands herein before described is in Butler County State of Kansas
and that the amounts appearing on the original plat and the copies of the various portions
thereof and the amount contained in the various strips of land herein before described
on Exhibit "X" is the quantity of land we have carefully ascertained is necessary for the
said route side tracks, depots, work shops and water stations and the said strips des-
-cribed as being across the various quarter sections and other lots of land as designated
plat and profile now on file in the office of the County Clerk of Butler County
as hereinbefore set forth are the various amounts out of each quarter section or
other lots of land necessary for such purpose. We further report that the various
amounts herein before mentioned as the appraisement of the various strips of land
in a fair and reasonable value of the land per acre as herein before set forth and
the damages awarded by us are fair and reasonable damages to the various
quarter sections or other lots of land hereinbefore set forth and that the appraise-
ment and assessment as herein before set forth is a fair and reasonable appraisement
and assessment of each owners interest therein all of which is respectfully submitted
Witness our hands and seal this the 25th day of October A. D. 1879

M. A. Palmer }
J. A. Rhoades } Commissioners
L. A. Hamlin }

State of Kansas }
County of Butler } ss I M A Palmer do solemnly swear that I will faithfully
and honestly discharge the [illegible] commissioner to lay off a route
for the St Louis Wichita and Western Railway Company along the line of
said proposed Railroad through the county of Butler and State of Kansas
as located by said company and [illegible] appraisement of the land taken and
[illegible] lot of land or part of
[illegible]

S BC
PG 470

Defendant's Exhibit 10-1 (2)





DEC/14/2007/FRI 04:23 AM BUTLER CO - DEEDS FAX No. 3163224110

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 10 of 17

[illegible] in accordance with the [illegible] provisions regulations and restrictions of the Statutes of Kansas in such cases made and provided. So help me God.

M. A. Palmer

Taken subscribed and sworn to before me a Justice of the Peace within and for the County of Butler State of Kansas This 2d day of September A.D. 1879

F. M. Tong J.P.

State of Kansas }
County of Butler } ss I Lincoln Hamlin do solemnly swear that I will honestly and faithfully discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railway Company along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said Company and to make appraisement of the value of the land taken and assess the damages to each quarter section or lot of land or part of a quarter section or lot of land through which such proposed railroad shall be located by reason of the location, construction and operation of said railroad, in accordance with the provisions, regulations and restrictions of the Statutes of Kansas in such cases made and provided. So help me God.

Lincoln Hamlin

Taken subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas This 2d day of September A.D. 1879

{ Seal }

W. A. Sallee
Notary Public

State of Kansas }
County of Butler } ss I A. J. Hilt do solemnly swear that I will honestly and faithfully [illegible] discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railroad along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said Company and to make appraisement of the value of the land taken and assess the damages to each quarter section or lot of land or part of a quarter section or lot of land through which said proposed railroad shall be located by reason of the location construction and operation of said railroad in accordance with the provisions regulations and restrictions of the Statutes of Kansas in such cases made and provided. So help me God.

A. J. Hilt

Taken [illegible] sworn to before me a Notary Public within and for the County of Butler State of Kansas this first day of September [illegible]

[illegible]

Book S
Pg 471
(6)



DEC/14/2007/FRI 04:23 AM BUTLER CO - DEEDS FAX No. 3163224518

(6)

Case 1:07-cv-00693-NBF Document 31-2 Filed 06/02/2008 Page 11 of 17

Company

State of Kansas }
County of Butler } ss I James A Rhoades do solemnly swear that I will honestly and faithfully discharge the duties of a commissioner to lay off a route for the St Louis Wichita and Western Railway Company's railroad through the County of Butler State of Kansas along the line of said proposed railroad as located by said Railway Company and appraise the land taken and assess the damages to each quarter section or lot of land or part of quarter section or lot of land through which said railroad is located by reason of location construction and operation of said railroad as prescribed by the laws of the State of Kansas. So help me God

James A Rhoades

Taken subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas this the — day of October A.D. 1879

{ seal }

F C Rutland
Notary Public

In the matter of the appropriation of lands for the use of the St Louis Wichita and Western Railway Company in the County of Butler State of Kansas.

To Honorable W. P. Campbell Judge of the District Court of the County of Butler State of Kansas.

The St Louis Wichita and Western Railway Company represents that it is a duly chartered and organized Railway Corporation incorporated and organized as such under and in pursuance of the laws of the State of Kansas. That the said St Louis Wichita and Western Railway Company is so incorporated to construct a line of railroad from the city of Oswego in the County of Labette State of Kansas in a westerly and westerly direction to the city of Wichita in the County of Sedgwick State of Kansas and in a westerly direction from said city of Wichita. That the said St Louis Wichita and Western Railway Company propose to construct its road through the County of Butler in the State of Kansas as the line of said railroad has been located by said Railway Corporation from the East line of said County of Butler in a general westerly direction through the said County of Butler. That the said St Louis Wichita and Western Railway Company desires to have laid off ... said company along the line of its said proposed road as located by said ... route for said proposed railroad as ... the purpose of cutting and embankments ... proper construction and security of said railroad ... County of Butler from the ... line of said County ... such lands as ... and water ... and a right

Book 5
Pg 472


FAX No. 3163220410
DEC/14/2007/FRI 04:34 AM BUTLER CO - DEEDS

[illegible] and repair its roads and stations [illegible] and the right of making proper drains.

Wherefore the St. Louis Wichita and Western Railway Company prays that your as such Judge appoint three Commissioners to lay off said route and lands and stations and make the appraisement and assessment of damages to each owner entitled on account of the taking such lands and the construction and operation of said line of railroad under and in conformity with the provisions of the laws of Kansas in such cases made and provided.

Respectfully submitted
The Saint Louis Wichita and Western Railway Company by H. C. Sluss its attorney

In the matter of the appropriation of lands for the use of the St. Louis Wichita and Western Railway Company in the County of Butler State of Kansas.

Be it Remembered That on this the first day of August 1879 The St Louis Wichita and Western Railway Company by its authorized attorney has presented to me the undersigned Judge of the District Court of the County of Butler State of Kansas its petition by which it is shown that the St. Louis Wichita and Western Railway Company is a duly chartered and organized Railway corporation incorporated and organized as such under and in pursuance of the laws of the State of Kansas. That the said St. Louis Wichita and Western Railway Company is so incorporated to construct a line of railroad from the city of Oswego in the County of Labette State of Kansas in a northerly and westerly direction to the city of Wichita in the County of Sedgwick State of Kansas and in a westerly direction from the said city of Wichita. That the said St Louis Wichita and Western Railway Company proposes to construct its road through the County of Butler State of Kansas as the line of said railroad has been [illegible] from the East line of said county in a general [illegible] to the west line of said County. That the said St Louis Wichita and Western Railway Company desires to have laid off for the use of [illegible] said proposed [illegible] as located by said railway Company [illegible] hundred feet in width except [illegible] it shall be necessary to take [illegible] east line of said County [illegible] as shall be deemed necessary for [illegible] and materials for construction [illegible] and lands sufficient [illegible] construct and repair its roads and stations [illegible] right of making proper [illegible]

Book 5
Pg 473

[illegible] stations and make the appraisement and assessment of damages to each owners interest on account of the taking of such lands and the construction and operation of said line of railroad in Conformity with the laws of the State of Kansas in such case made and provided.

Upon consideration of said Petition and being fully advised in the premises it is by me ordered that M. A. Palmer, A. J. Uhl and Lincoln Hamlin they being three freeholders and residents of said County of Butler State of Kansas be and they are hereby appointed Commissioners to make the appraisement and assessment of damages occasioned to each owners interest by reason of the taking such lands for the use of said railroad Company and the construction and operation of said line of railroad as located by the said St Louis Wichita and Western Railroad Company through the said County of Butler. Said appraisement and assessment to be made under and in Conformity to the laws of Kansas in such cases made and provided.

In Witness Whereof I have hereunto set my hand this first day of August A. D. 1879

W. P. Campbell
Judge of the District Court of the County of Butler State of Kansas

State of Kansas
Butler County } ss This instrument was filed for record on the 25th day of August A. D. 1879 at 9 o'clock A. M. and duly recorded in Book "Q" of Deeds at Pages 574-5-6
Fee #1.50 pd.

J. D. Porter
Register of Deeds

In the matter of the right of way of the St Louis Wichita and Western Railway Company through the County of Butler in the State of Kansas

To Hon. W. P. Campbell Judge of the District Court of the County of Butler in the State of Kansas.

The St Louis Wichita and Western Railway Company respectfully represents that the [illegible] day of August A.D. 1879 M. A. Palmer. A. J. Uhl and Lincoln Hamlin were by your honor appointed Commissioners to lay off a route for the St Louis Wichita and Western Railway Company's railroad along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said Company and make appraisement of the value of land taken for and assess the damages to the land [illegible] by reason of the location construction and operation of said railroad. That the said A. J. Uhl fails and refuses to serve as one of said Commissioners, that [illegible] said refusal of said A. J. Uhl [illegible] of said Commission [illegible] occurred in the said Board of [illegible] [illegible] you appoint [illegible] required by law

Book "5"
pg 474

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 14 of 17

to fill said vacancy

The St. Louis Wichita & Western Railway Company
by Sluss & Hatton
Its Attorneys

The foregoing Petition having this day been presented to me and it being shown to my satisfaction that A. J. Uhl one of the Commissioners therein named appointed by me as therein stated refuses to serve on said Board of Commissioners: and it appearing to me that James A. Rhoades is a freeholder and resident of the said County of Butler and is a suitable person to act as one of said Commissioners. It is by me ordered that the said James A. Rhoades be and is hereby appointed one of the Commissioners to lay off the route and make the appraisement and assessment of damages mentioned in the foregoing and annexed Petition to fill the vacancy occasioned by the refusal of the said A. J. Uhl to serve on said Board of Commissioners
As Witness my hand this the 7th day of October A.D. 1879
W. P. Campbell
Judge of the District Court of Butler County, State of Kansas

State of Kansas }
Butler County } ss This instrument was filed for record on the 13th day of October A.D. 1879 at 8 45/60 O'clock A.M. and duly recorded in Book "B" of Misc. Records at Page 75.
J. D. Porter Reg of Deeds

## Affidavit of Publication

State of Kansas }
Butler County } ss On this 6 day of October 1879 personally appeared before me, Chas. H. Kurtz publisher duly sworn says he is one of the printers of the Southern Kansas Gazette a weekly paper of general circulation printed and published at Augusta County and State aforesaid and that the notice a copy of which is attached hereto was published therein for five consecutive weeks commencing Sept 4 1879 and further deponent saith not.
Chas H. Kurtz
Subscribed and Sworn to before me the day and year first above written.
{ seal } W. A. Shannon
Notary Public

State of Kansas }
County of Butler } ss I Vincent Brown County Clerk in and for the county and state aforesaid hereby certify that the above and foregoing is a true and correct copy of Plat of Right of way Commissioners St Louis Wichita and Western Railway Company filed in my office Oct 28 1879 and now on file therein
{ Oct 28th 1879
{ seal }
Vincent Brown
County Clerk

Box "5"
pg 475


FAX No. 3163210419
DEC/14/2005/WED 04:35 AM BUTLER CO - DEEDS

Instrument filed with..... 29 day of Oct A.D. 1879

E.B. Brainerd
Co. Tr.

$3569.62

Recd Oct 29th 1879 of the St Louis Wichita and Western Railway Company Thirty five hundred Sixty nine & 62/100 dollars for right of way through land described herein

E.B. Brainerd
Co. Tr.

State of Kansas, Butler County, ss:
This instrument was filed for record on the 4th day of November A.D. 1879 at 7 25/60 O'clock P.M. and duly recorded
J.L. Foster, Register of Deeds
By A.L. Malone Deputy

This Indenture Made this 11 day of December in the year of our Lord one thousand eight hundred and sixty nine between Luther H. Hill of the County of Butler and State of Kansas of the first part and Samuel Langdon of the second part: Witnesseth, that the party of the first part in consideration of the sum of Seventeen Hundred ($1700 00/100) dollars to him duly paid has sold and by these presents does grant and convey to the said party of the second part his heirs and assigns all that tract or parcel of land situated in Butler County and State of Kansas and described as follows to wit: — — —
The S.W. ¼ Sec. 35 Town 25 Range 5 containing One Hundred & Sixty acres more or less according to the Government Survey [stamp: 30 Rev. / 75 Stamp] with the appurtenances and all the estate title and interest of the said party of first part therein. And the said Luther H. Hill does hereby covenant and agree that at the delivery hereof that he is the lawful owner of the premises above granted and seized of a good and indefeasible estate of inheritance therein free and clear of all encumbrances and that he will Warrant & Defend the same in the quiet and peaceable possession of said party of the second part his heirs and assigns forever. In Witness Whereof the said party of the first part has hereunto set his hand and seal the day and year above written
Sealed and delivered in presence of

Luther H. Hill. Seal

State of Kansas
Butler County } ss.
On this 11 day ... before me a Notary Public in and for ... County ... to be the identical

Book S
Pg 476


DEC/14/2007/FRI 04:26 AM BUTLER CO - DEEDS FAX No. 3163224118

Case 1:07-cv-00693-NBF Document 34-2 Filed 06/02/2008 Page 16 of 17

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 10-2
(Exhibit 2 to Pankratz Straup Decl.)
Page 1 of 2

before me George L Goodwin a Notary Public within and for the County and State aforesaid. Personally came Thomas Nickerson George C. Lord F. H. Peabody Jos. Nickerson and A. E. Touzalin who are personally known to me to be the same persons who executed the foregoing Deed as Trustees as therein Stated: and they each duly acknowledged the execution of the same as such Trustees.

In Testimony Whereof I have hereunto set my hand and Notarial Seal the day and year last above written.

{ seal } Geo L Goodwin
Notary Public

State of Kansas Butler County SS.
This instrument was filed for record on the 28th day of October A.D. 1879 at 3 o'clock P.M. and duly recorded.

J. O. [illegible] Register of Deeds
By S. [illegible] Deputy

V-5

Deed

Know all Men by these Presents: That for the consideration of Thirty Five Dollars to them in hand paid by the Saint Louis Wichita and Western Railway Company the receipt whereof is hereby acknowledged. William McLare and Anna McLare his wife of the County of Butler State of Kansas do hereby bargain sell convey and quit claim to said Railway Company the following described tract and parcel of land situate lying and being in the County of Butler and State of Kansas to wit:

A strip of land One hundred feet wide across the South half of the North East Quarter (¼) of Section Twenty Three (23) Town Twenty seven (27) Range 3 East. on the line as now located.

Said Railway Company its assigns and successors to have and to hold the same [illegible] for the purpose of constructing and operating said Railway on the [illegible] [illegible] and [illegible] thereto [illegible] to which they [illegible] their heirs executors and administrators forever. Provided [illegible] said Railway Company [illegible] to use said land for said purposes or fail to establish the Station and build a depot on the farm of [illegible] [illegible] this grant and title shall revert to the undersigned grantors their heirs or assigns.

In Testimony Whereof they have hereunto set their hands and seals on this [illegible] day of October A.D. 1879.

Wm. [illegible]
Anna McLare

**Transcribed Version of Defendant's Exhibit 10-1**

State of Kansas
_____ County

Report of Commissioners heretofore appointed by the _____________....

(CAN'T READ THE REST OF THE PAGE)

....______ such _________ ______________ and as will _____ fully ______ by references to the appointment of such commissioner in ______ ________ _____ of said judge hereto attached marked Exhibit "__" and made a part of this report. That said application herein before referred to ad hereto attached ad marked ____ that a and said appointment of commissioner in writing _____ the ____ of said judge and hereto _____ of said marked Exhibit "__" as aforesaid ____ after the appointment of said commissioner by said judge ___ by him as required by law ______ ____ delivered to the said Railway ______ and by it ____ ___ ______ ________. A.D. 1879 duly filed for ____ _______ Register of Deeds in and for _____ County in the State of Kansas ____ by such Register of Deeds the same more duly _____ in Book "Q" pages 574-576. The undersigned _____ duly sworn to _____ said faithfully discharges their duties as such commissioners. Before said commissioners proceeded to lay off the _____ of said Railway and make ___ appointment and assessment of _______ provided by law _____ _____ to be published as notice that they ______ _____ day of October A.D. 1879 that they would proceed to lay off the Route of said Railway _____ _____ ______ of ______ taken and assess the damages _____ aforesaid which notice was published for more than thirty days _____ preceding October 6, 1879 ______ ____________ a ____ ________ published ____ in _____ County Kansas ____ of ________ _____ ________ ___ the first publication of such notice being made therein ______ __ day of September A.D. 1879 ad being ____ in _____ issue of said ______ ____ last ____ _____ dates of ____ including the 6th day of October A.D. 1879. A copy of said notice is as aforesaid published _____with the proof of the publication thereof is hereto attached and marked Exhibit "E" _____ a part of this report. That after ______ ____ ____ ____ publication ____ the commissioner hereinbefore ________ and heretofore appointed by said judge decline to ______ such commissioner whereupon the ____________ Western Railway _______ in writing on the 7th day of October A.D. 1879 and ________ to ________ W.D. ______ Judge of the District Court _____ _____ County Kansas as required by law for the appointment of ____ to fill the _________ by the ______ of the said __________and discharges the duties assigned to said ________ the said judge ________ of said application at _________Kansas on the ___ day of October A.D. 1879 did ________ ________ fully _______ _____________undersigned James A. _______ _____________with the ____ application and _________

(CAN'T READ THE REST OF THE PAGE)

.... ______ section __ township ___ of range of east ____ ______ meridian in Kansas and proceeded from said point in a northwesterly direction o a point selected by said Railway Company and proceed to lay of said route side tracts ____ for such _____ ____ said county as was desired by said company ____ of the same being such as was desired by said Company and upon the location selected and desired by them. The width of the



STLDOCS 219819v1

**Transcribed Version of Defendant's Exhibit 10-1**

route is as aforesaid by ______ and being one hundred feet _____ is more particularly described in the _____ and profile of the route intended to be adapted by said company in said county which was on the 20th day of October A.D. 1879 filed by said company in the office of County Clerk in and for said County of ______ in the state of Kansas ______ had the said _______ surveyed and _______ carefully the ___________ for the ______ aforesaid _____ each quarter section ___ in said county ______ which said route side tracts _______ etc. was located and appraised the value of such portion of any quarter section or _________ and assessed the damages after land out of which it was taken. All of which is more particularly described on the plat said profile ____ on file in the office of the county clerk of ______ County. ______ we ascertained that any portion of such ___________ land belonged to different owners we appraised the value and assessed the damages of each such owners interest all of which is more particularly set forth on Exhibit "K" and made a part of this report which is ___________.

| Name of Owner | ___ of Section | Section | ____ | Range | __ of action taken | value ____ | value ____ | damages | date ___ land and damages |
|---|---|---|---|---|---|---|---|---|---|
| ___ Rickey | ______ | 22 | ___ | 6 | ___ | ___ | ___ | 123.20 | _____ |
| ___ Wood | ______ | 26 | ___ | 6 | ___ | ___ | ___ | 52.00 | ______ |
| ______ Penninghall | ______ | ___ | ___ | 6 | ___ | ___ | 98.40 | ___ | 138.40 |
| ___ El____ | ______ | 21 | 27 | 6 | ___ | ___ | 12.20 | 2.00 | 15.00 |
| J ____ | ______ | 20 | 27 | 6 | ___ | ___ | 13.75 | ___ | ___ |
| R _____ | ______ | 20 | 27 | 6 | ___ | ___ | 4.68 | 2.00 | 6.68 |
| R P _____ | ______ | 20 | 27 | 6 | ___ | ___ | ___ | 1.00 | 6.00 |
| ________ | NW | 20 | 27 | 6 | ___ | ___ | ___ | 75.00 | ___ |
| ________ | NW | 19 | 27 | 6 | ___ | ___ | ___ | 40.00 | 71.25 |
| J. H. Bush | W | 19 | 27 | 6 | ___ | ___ | ___ | 100.00 | 149.44 |
| James _____ | E | ___ | 27 | ___ | 6.14 | ___ | ___ | ___ | ___ |
| _______ | NW | ___ | ___ | ___ | ___ | ___ | ___ | 60.00 | ___ |
| _______ | _____ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

(CAN'T READ THE REST OF THE PAGE)

**Transcribed Version of Defendant's Exhibit 10-1**

| Name of Owner | ___ of Section | Section | _____ | Range | __ of action taken | value ____ | value ____ | damages | date ___ land and damages |
|---|---|---|---|---|---|---|---|---|---|
| _____ | | 20 | 27 | 5 | 6.35 | 6.00 | 38.10 | 47.44 | 72.00 |
| _____ | | 20 | 27 | 5 | 3.45 | 5.00 | 17.50 | 25.00 | 63.10 |
| _____ | | 20 | 27 | 5 | 3.02 | 8.00 | 24.16 | 12.50 | 30.00 |
| _____ | | 19 | 27 | 5 | 4.07 | 8.00 | 32.56 | 30.00 | 54.16 |
| _____ | | 19 | 27 | 5 | 8.49 | 10.00 | 80.90 | 18.00 | 50.56 |
| James Williams | | 24 | 27 | 4 | 1.17 | 16.00 | 18.72 | 38.00 | 118.90 |
| A Kuster | | 24 | 27 | 4 | | 16.00 | 35.04 | 5.00 | 23.72 |
| _____ | | 24 | 27 | 4 | 3.29 | 16.00 | 52.64 | 20.00 | 55.04 |
| Wallace Schaffer | | 27 | 27 | 4 | 6.27 | 16.00 | 100.3 2 | 20.00 | 125.32 |
| Mrs. Jane Eastern | | 28 | 27 | 4 | 1.32 | 16.00 | 21.12 | 25.00 | 25.00 |
| John _____ | | 28 | 27 | 4 | 5.43 | 16.00 | 86.88 | 3.88 | 100.00 |
| _____ | | 28 | 27 | 4 | 3.20 | 16.00 | 27.20 | 63.12 | 61.20 |
| __ Burge | | 28 | 27 | 4 | 3.05 | 16.00 | 48.80 | 10.00 | 64.80 |
| __ Burge | | 28 | 27 | 4 | 4.56 | 10.00 | 45.60 | 16.00 | 55.60 |
| _____ | | 29 | 27 | 4 | 3.65 | 10.00 | 30.50 | 10.00 | 43.00 |
| _____ | | 29 | 27 | 4 | 6.16 | 4.00 | 24.64 | 13.00 | 49.64 |
| Mrs. _____ | | 30 | 27 | 4 | 2.38 | 6.00 | 14.88 | 25.00 | |
| Wm _____ | | 30 | 27 | 4 | 4.24 | 5.00 | 21.20 | 10.00 | |
| John _____ | | 30 | 27 | 4 | 5.63 | 7.00 | 39.41 | 15.00 | |
| _____ | | 28 | 27 | 3 | | | 12.65 | 25.00 | |
| _____ | | 25 | 27 | 3 | 4.70 | | 28.20 | 10.00 | |
| __ Manling | | 25 | | 3 | | | | 40.00 | |
| ___ Kimball | | | | 3 | | | | | |

(CAN'T READ THE REST OF THE PAGE)

**Transcribed Version of Defendant's Exhibit 10-1**

City of Augusta

| | Lots | ____ | Price per Lot | Total | |
|---|---|---|---|---|---|
| ______ | 10 | 27 | 10.00 | 10.00 | |
| _____ | 8 | 27 | 10.00 | 10.00 | |
| ___ James | 8, 9 & 10 | 26 | 15.00 | 45.00 | |
| ___ James | 16 and 7 | 26 | 22.00 | 45.00 | |
| Unknown | 8 | 25 | 25.00 | 25.00 | settled |
| A Ryan | 21 | 25 | 30.00 | 30.00 | |
| D M ____ | 12 & 13 | 24 | 30.00 | 60.00 | settled with owner |
| Unknown | 29 and 30 | 24 | 20.00 | 40.00 | |
| Unknown | 5 & 6 | 28 | 15.00 | 15.00 | Lot 5 settled |
| L J ______ | 8 | 27 | 10.00 | 50.00 | damages for ______ |

We further report that all the lands herein before described in ______ County State of Kansas and that the amounts appearing on the original plat and the _____ of the _____ thereof and ___________ in the __________ herein before described on Exhibit "K" is the quantity ______ carefully ascertained in ______ for the said route side tracks depots _____________ the said _____ described as _____________ guarantee _______ and _______ as designated _____ plat and ____ on file in the office of the County Clerk of ____ County as hereinbefore set forth _____ the _______ amounts out of each quarter section as other lots of land necessary for __________. We further report that the _____ amounts herein before mentioned as the _________ _______ in a fair and reasonable _____ land for _____________ set forth and the damages _______ by _____ and reasonable damages to the _______quarter sections or other lots _______ hereinbefore set forth and that the ______ and assessment as hereinbefore set forth is a fair and reasonable appointment and assessment of each ________ all of which is respectfully submitted.

Witness our hands ______ the ___ day of October A.D. 1879.

________, __________, _________ Commissioners

State of Kansas
County of _________

I _________ will faithfully and honestly discharge _____________ off a route for the _____________ along the line of said proposed ______________ State of Kansas _______________.

(CAN'T READ REST OF PAGE)

.... in such case made and provided. So help me God.

M.A. Palmer

Taken, subscribed and sworn to before me as Justice of the Peace _____ and for the county of ________ State of Kansas this __ day of September A.D. 1879.

T.M. _____ J.P.

State of Kansas
County of ________

I ______________ do solemnly swear that I will honestly and faithfully discharge the duties of ___ commissioner to lay off a route for the St. Louis Wichita and Western Railway Company along the line of said proposed railroad ______ county of ______ State of Kansas as located by said ________ to make ____________ ___________ and _______ the _______ to each quarter section ________ of ______ as part of a quarter section ___ lot of _____ through which such proposed railroad shall be located by reason of the location _______ and _____ of said railroad in accordance with the provisions, regulations and restrictions of the statutes of Kansas in such _____ and _______ so help me God.

Linda _________

Taken, subscribed and sworn to before me a Notary Public _____ and for the county of _____ State of Kansas ______ this ___ day of September A.D. 1879.

______, Notary Public

State of Kansas
County of __________

___________ do solemnly swear that I will honestly and ________________ duties of _____ commissioner to lay off ________________________ along the line of said _____________________ State of Kansas and ___________________ of the land _________________ quarter section ____________________

(CAN'T READ THE REST OF THE PAGE)

State of Kansas
County of ________

**Transcribed Version of Defendant's Exhibit 10-1**

I, James ________ do solemnly swear that I will honestly and faithfully discharge the duties of a commissioner to lay off routes for the St. Louis Wichita and Western Railway Company railroad through the County of ______ State of Kansas along the ____ of said proposed railroad allocated by said Railway Company and appraises the land taken and assess the damages to such quarter section or lot of land ______ of quarter section or lot of land through which said railroad located by _______allocation ______ and operation of said railroad as prescribed by the laws of the State of Kansas. So help me God.

James A. ___________

Taken, subscribed and sworn to before me a Notary Public ________ for the county of ________ State of Kansas this ___ day of _________ A. D. 1879.

________, Notary Public

In the matter of the __________ of land for the _______ St. Louis Wichita and Western Railway Company in the County of ____ State of Kansas.

To Honorable _________ judge of the District Court of the County of ______ State of Kansas

The St. Louis Wichita and Western Railway Company represents that it is a duly _______ and acquired railway corporation incorporated and organized as such _____ and _______ of the laws of the State of Kansas that the ____ St. Louis Wichita and Western Railway Company is incorporated to _________ ______ of railroad _____ the city of ______ in the County of ______ State of Kansas _________ to the city of Wichita ______ County of _____ State of Kansas and in a westerly direction from said city of Wichita. ____ the said St. Louis Wichita and Western Railway Company may ______ its _________ for the County of ___ in the State of Kansas as the ______ of said _____________ located by said Railway Company from __________ said Count of ______ ______ County of ________ St. Louis Wichita and Western Railway Company _____ to ___________ of its _______

(CAN'T READ THE REST OF THE PAGE)

... and repair to _____________ and the ___________.

Wherefore the St. Louis Wichita and Western Railway Company prays that you as such judge ___________ commissioner to lay off said route and _____________ and __________ and assessment of damages ____________ an account of this taking such lands __________ line of ___________ the ____________ Kansas in such cases ___________.

____________
St. Louis Wichita and Western Railway Company by the __________ attorney

TAB 1-A

In the matters of this appropriations of line _______ ____________of its St. Louis, Wichita _____ and Western Railway Company in the ___________ ___________

**Transcribed Version of Defendant's Exhibit 10-1**

Pacific Notes of Kansas Be it Remembered _______ in this ______ ______ day of August 1899 The St. Louis Wichita and Western Railway Company by its authorized attorney has presented to ________ the undersigned Judges of the District Court of the County of ____ ______ State of Kansas with petition by indicated is shown that this St. Louis Wichita and Western Railway Company is a duly _________ and ________ Railway corporation incorporated and organized as such under any ____________ ____________ ____________ ____________ State of Kansas. That the said St. Louis Wichita and Western Railway Company is as incorporated to antitrust as line railroad from the _______________ ______ ______ ____________ ____________ ____________ ____________ a ___________ ____________ and ________ ____________ ____________ Wichita in the County of Sedgwick State of Kansas and in as _______ direction __________ to a said city of Wichita. That the said St. Louis __________ ____________ ____________ Company proposes to constrict it ____________ ____________ ____________ ____________ line of sand railroad has been ____________ ____________ ____________ ____________ from its East line of said County in a general __________ ____________ ____________ it lines of __________ County. That ____________ said St. Louis ____________ ____________ ____________ ____________ ____________ to __________ laid off from the __________ ____________ ____________ ____________ ____________ ____________ ____________ said proposed ____________ ____________ by said railway Company _________ ______ ______ ____________ ____________ ____________ ____________ ____________ width _ ____________ ____________ ____________ ____________ ____________ ____________ necessary [CAN'T READ REST OF PAGE]

Book 5
Pg. 474

____________ ____________ ____________ ____________ ____________ and lands and stations and ________ after the __________ ____________ ____________ of ___________ ages to each ________ interest on account of the taking of such lands __________ the construction and operations of said line of railroad in conformity with the laws of the State of Kansas in _________ ____________ and provided.

Upon consideration of said petition and being fully advised in its premises it is by one ordered that M. A. Palmer, A. J. Uhl and Lincoln Hamlin they being the feeholders and residents of said County of Butler, State of Kansas be and they are hereby appointed Commissioners to make the appointment and assessment of damages/occasions ________ each owners interest by reason of the taking such lands for the use of said railroad company and the construction made operations of said lines of railroad as located by the said St. Louis Wichita and Western Railroad Company through the said ________ ______ ______. Said ____________ and assessment to e made under and in Conformity to the laws of Kansas in such cases made and provided.

In Witness whereof I have herewith set my h and the first day of August A.D. 1879.

W.P. Campbell

Judge of the District Court of the County of
Butler State of Kansas

State of Kansas )
) ss
Butler County ) This instrument was filed for record on the 25th day of August A.D. 1879 at 9:00 O'clock A.M. and duly recorded in Book "Q" of Deeds at pages 574-576.
J.D. Porters
Register of Deeds
Fee $1.50 pd.

In the matter of the right of way of the St. Louis Wichita and Western Railway Company through the County of Richter in the State of Kansas.

___________ W.D. Campbell Judge of the District Court of the County of Butler in the State of Kansas.

The St. Louis Wichita and Western Railway Company respectfully represents ____ ______ the _________ day of August A.D. 1879 M. A. Palmer, A. J. Uhl and Lincoln Hamlin ___________ by _________ herein appointed Commissioner to lay-off a route for the St. Louis Wichita and Western Railway Company railroad along the line of said proposed railroad through the County of _________ the state of Kansas as located by said Company and make appointment of the value of land taken for and assess _________ damages (in the loss of ___________ through ___________ by reason of _______ locations consideration of operations of said railroad ___________ ___________ A. J. Uhl fails and _______ to ___________ ___________ of _________ Commissioners _____ ______ ___________ ___________ said refusal of said A. J. Uhl ___________ of said Commissioners ___________ ___________ ___________ the said ___________ of [CAN'T READ REST OF PAGE]

Book 5
Pg. 475

___________ ___________ ___________ ___________ ___________ ___________

The St. Louis Wichita & Western Railway Company
by Office of Katton
its attorneys

The foregoing petition having this day been presented to me and it being shown to my satisfaction that A. J. Uhl one of the Commissioners herein named appointed by me as herein stated refuses to serve on said Board of Commissioners; and it appearing to me that James A. Rhoades is a feeholder and resident of the said County of Butler and is a said able person to act as one of said Commissioners. It is by me ordered that the said James A Rhoades be and is hereby appointed one of the Commissioners to lay off the route and made the apportionment and assessment of damages mentioned in the foregoing of and amended Petition to fill the vacancy occasioned by the refusal of the said A. J. Uhl to serve on said Board of Commissioners.

As Witness my hand this the _______ day of October A.D. 1879.

W. P. Campbell
Judge of the District Court of Butler
County State of Kansas

State of Kansas )
) ss
Butler County ) This instrument was filed for record on the 13th day of October A.D. 1879 at 8:00 o'clock A.M. and duly recorded in Book "B" of Miss. Recorded at Page 75.

J.D. Porter Regs. of Deeds

Affidavit of Publication

State of Kansas )
) ss
Butler County ) On this 6 day of October 1879 personally appeared before Alias H. Kusty who being of duly _________ ____________ of the _____________ of the _____________ Kansas Gazette a weekly paper of general circulation printed and published at Augusta County and state aforesaid and that the notice a copy of which is attached hereto was published ____________ for five consecutive weeks commencing Sept. 4 1879 and further deponent saith not.

Olias H. Kusty

Subscribed and ____________ to before me this day and year first above written.

[ Seal ]

W. A. Shannon
Notary Public

State of Kansas )
) ss
County of Butler ) I Vincent Broom County __________ and for the county and state aforesaid hereby certify that the above and foregoing is a true and ______ _____________ ____________ of right of way. Commissioners St. Louis Wichita and Western Railway Company filed in my office Oct. _______ 1879 and __________ file this ________________.

[Oct. 28, 1879]
[ Seal ]

Vincent Broom
[CAN'T READ REST OF SIGNATURE BLOCK]

**Transcribed Version of Defendant's Exhibit 10-1**

Book 5
Pg. 476

______________ ______________ ______________ ______________ ______ Day of Oct. A.D. 1879

E. B. Brainerd

$3569.62

Recd. Oct. 29, 1879 of the St. Louis Wichita and Western Railway Company Thirty five hundred sixty nine & 62/100 dollars for right of way through land described herein.

E. B. Brainard

State of Kansas, Butler County, as:

This instrument was filed for record on the 4th day of November A.D. 1879 at 7:28 o'clock P.M. and duly recorded.

John Porter, Registerer of Deeds
By ________________ Deputy

[REMAINDER OF DOCUMENT IS CROSSED OUT -- NOT TRANSCRIBED]