Case 1:07-cv-00693-NBF Document 42-3 Filed 06/02/2008 Page 17 of 17



State of Kansas
Butler County } ss

Be it Remembered That on this 24 day of October A.D. 1879 before me a Justice of the Peace in and for said County and State, came William H. Chase and Anna M. Chase his wife to me personally known to be the same persons who executed the foregoing instrument and duly acknowledged the execution of the same.

In Witness Whereof I have hereunto subscribed my name and affixed my official seal signature on the day and year last above written.

D. J. Reber J. P.

State of Kansas, Butler County, ss.

This Instrument was filed for record on the 3d day of November A.D. 1879 at 9½ O'clock A.M. and duly recorded.

J. R. Porter Register of Deeds
By S. L. [illegible] Deputy

Deed — General Warranty

This Indenture, Made this 25 day of October A.D. 1879 between Geo W. Brown and M. J. Brown of Butler County in the State of Kansas of the first part and The St. Louis Wichita and Western Railway Company of [illegible] County in the State of Kansas of the second part.

Witnesseth: That said parties of the first part in consideration of the sum of One [illegible] Dollars the receipt of which is hereby acknowledged do by these Presents grant bargain sell and convey unto said parties of the second part their heirs and assigns all the following described Real Estate situated in the County of Butler and State of Kansas to wit:

Lot No. Eight (8) in Block Twenty five (25) and Lot No. Five (5) in Block Twenty Three (23) all in the Original Townsite of Augusta Butler County Kansas

To have and to hold the same Together with all and singular the tenements hereditaments and appurtenances thereunto belonging or in anywise appertaining forever. And said Geo W. Brown and M. J. Brown his wife for themselves and their heirs executors or administrators do hereby covenant promise and agree to and with said parties of the second part that at the delivery of these presents they are lawfully seized in their own right of an absolute and indefeasible estate of inheritance in fee simple of and in all and singular the above granted and described premises with the appurtenances [illegible]

TAB
2

**Transcribed Version of Defendant's Exhibit 10-2**

Before me, George L. Goodwin, a Notary Public within and for the County and State aforesaid personally come Otismass Dickerson, George G. Lord, J. H. Grabody, Jas Dickerson and A. G. Bryson who are personally known to me to be the same persons who executed the foregoing Duly ____________ _________________ stated: and they each duly ________ ___________ the execution of the same as such Trustees.

In Testimony Whereof I have herewith set my hand and ________ of the day and year ________ written.

[ Seal ] Gosh Goodwin
Notary Public

State of Kansas Butler County, KS.

This instrument was filed for same on the 28th day of October A.D. 1879 at 3____ o'clock P.M. and duly recorded.

J. D. ________ Register of Deeds
B. L. _____________ Deputy

V 5

Deed

Know all Men by this ____________ that for the consideration of Thirty Five Dollars to those in _________ paid by the Saint Louis Wichita and Western Railway Company ________________ _________________ _________________ hereby acknowledged. ________________ _________________ _________________ ______ ____________ of the County of Butler, State of Kansas as a _________________ ______ ____________ _________________ and quit claim to said Railway Company the following ________________ _________________ and ______________ of land situate __________________ _________________ _________________ _________________ in the County of __________ and State of Kansas that:

A strip of land one hundred feet __________ ____________ ____________ ______ ______ ____________ South East Quarter of Saline County Three (2:3) Iron County from 671 Range & _____________ ____________ ____________ ____________ located.

Said Railway Company its assigns and descendants to have & to hold
[CAN'T READY NEXT 5 LINES]
this grant [CAN'T READ REST OF PAGE OR SIGNATURE]

**TAB 2-A**

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 007 00 0 01 | 138-0003406000 |

**Owner ID** PANK0011 PANKRATZ, JERRAMY & ERIN

**Taxpayer ID** FIRS0031 FIRST AMERICAN RE TAX SERVICE ESCROW REPORTING DEPT DFW 4-3

11296 SW 104TH TERR 67010-0000

**Subdivision** PRAIRIE MEADOW **Block** B **Lot(s)** 4 **Section** 25 **Township** 27 **Range** 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0051380 | 001 | 1,299.20 | 1,299.20 | Yes | Yes |
| 2005 | 0061153 | 001 | 1,285.00 | 1,285.00 | Yes | Yes |
| 2004 | 0021030 | 001 | 1,123.53 | 1,123.53 | Yes | Yes |
| 2003 | 0038013 | 001 | 1,091.35 | 1,091.35 | Yes | Yes |
| 2002 | 0016567 | 001 | 1,072.72 | 1,072.72 | Yes | Yes |
| 2001 | 0016296 | 001 | 1,069.52 | 1,069.52 | Yes | Yes |
| 2000 | 0019056 | 001 | 986.08 | 986.08 | Yes | Yes |
| 1999 | 0018829 | 001 | 813.04 | 813.04 | Yes | Yes |
| 1998 | 0020393 | 001 | 747.11 | 747.11 | Yes | Yes |
| 1997 | 0043972 | 001 | 787.44 | 787.44 | Yes | Yes |
| 1996 | 0054200 | 001 | 711.10 | 711.10 | Yes | Yes |
| 1995 | 0029649 | 001 | 23.26 | 23.26 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
3

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 007 00 0 01 | 138-0003406000 |

Owner ID PANK0011 PANKRATZ, JERRAMY & ERIN

Taxpayer ID FIRS0031 FIRST AMERICAN RE TAX SERVICE ESCROW REPORTING DEPT DFW 4-3

11296 SW 104TH TERR 67010-0000

Subdivision PRAIRIE MEADOW Block B Lot(s) 4 Section 25 Township 27 Range 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0021186 | 001 | 1,389.99 | 1,389.99 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3072500000006000
3072500000005000
000007010
3072500000004000
3072500000044000
3072500000007020
3072500000007000
3072500000038020
SW PAMPAS RD
3072500000007030
SW 104TH TER
3072500000038010
3072500000007050
3072500000007040
3072500000038000
0.05mi

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 044 00 0 01 | 139-0000262001 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 25 **Township** 27 **Range** 03

**Tract 1** 100 OLD RAILROAD ROW IN NE/4

**Tract 2** & NE/4 NE/4 NW/4

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0074227 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2005 | 0083936 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2004 | 0077843 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2003 | 0076573 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2002 | 0072700 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
3-A

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 044 00 0 01 | 139-0000262001 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 25 **Township** 27 **Range** 03

**Tract 1** 100 OLD RAILROAD ROW IN NE/4

**Tract 2** & NE/4 NE/4 NW/4

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0092830 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

# PROPERTY TAX INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

## Search Tax Information Results

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 044 00 0 01 | 139-0000262001 |

**Owner ID** BUTL0105BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105BUTLER CO COMMISSIONERS

SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section**25 **Township**27 **Range**03

**Tract 1** 100 OLD RAILROAD ROW IN NE/4

**Tract 2** & NE/4 NE/4 NW/4

Current Taxes
Tax History
Real Estate Detail
GIS Map

Back To Search Criteria

Print Parcel Details Additional Cards: (01 - 01) Current Card: 01

| Cama Number / Owner Information | Tract Description | Property Class | Appraised Value Land | Appraised Value Building | Appraised Value Total |
|---|---|---|---|---|---|
| 307 25 0 00 00 044 00 0<br>BUTLER CO COMMISSIONERS<br>SANTA FE LAKE RD 67010 | **Section:** 25 **Township:** 27 **Range:** 03E<br>**Subdivision:**<br>**Block:** **Lot(s):**<br>**Tract1:** 100 OLD RAILROAD ROW IN NE/4<br>**Tract2:** & NE/4 NE/4 NW/4<br>**Tract3:**<br>**Tract4:** | EXEMPT - EC | $20,770 | | $20,770 |

**Lot Size - 933 and 936**

| Lot Width | Lot Depth | Lot Irregular | Calculated Acerage |
|---|---|---|---|
| 0.0 | 0.0 | N | 6.7 |

**Deed Information - 938**

| Book | Page | Register of Deeds Link |
|---|---|---|
| 1037 | 0067 | View Deed Information |

**Dwelling Information - 500 to 575**

No Records Found.

**Other Building and Yard Improvements - 701 to 710**

No Records Found.

**Contact Information - 464 to 465**

No Records Found.

**Parking Availability - 450**

| Type | Quantity | Proximity |
|---|---|---|
| 0 | 0 | 0 |

**Land Information (Lot) - 301 to 303**

No Records Found.

**Land Information (Square Feet) - 311 to 313**

No Records Found.

**Land Information (Acreage) - 321 to 328 - Total Acres 6.70**

| Description | Size in Acres | Product Group | Acre Price | Influence Factor 1 | Influence Factor 2 | Influence Factor % |
|---|---|---|---|---|---|---|
| UNDEVELOPED | 6.70 | | 0 | | | 0 |

**Agricultural Land Inventory - 341 to 350**

No Records Found.

**Building Permit Records - 471 to 472**

No Records Found.


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3062404023007000
3062404001012000
3062404023008000
2941900000003000
3062404023011000
3062404023010000
3062404001013000
3062404023012000
SW HWY 54
3072500000003000
3072500000001000
3072500000043000
3072500000006000
3072500000042000
3072500000005000
3072500000041000
3072500000004000
3072500000007010
3072500000040000
2993000000034000
3072500000039000
3072500000044000
3072500000008000
3072500000007020
3072500000007000
3072500000038020
2993000000088000
3072500000007030
3072500000038010
SW 104TH TER
2993000000034010
3072500000007050
3072500000038000
3072500000007040
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.
0.14 mi

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 18 007 00 0 01 | 138-0000696000 |

Owner ID WEDE0051 WEDELL, D E

Taxpayer ID WEDE0051 WEDELL, D E

11590 SW HWY 54 67010-0000

Subdivision COOMBS 1ST ADD/RE-RECORD Block E Lot(s) 3 Section 24 Township 27 Range 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0068444 | 001 | 138.84 | 138.84 | Yes | Yes |
| 2005 | 0077978 | 001 | 144.68 | 144.68 | Yes | Yes |
| 2004 | 0039071 | 001 | 139.67 | 139.67 | Yes | Yes |
| 2003 | 0039678 | 001 | 140.29 | 140.29 | Yes | Yes |
| 2002 | 0038823 | 001 | 143.98 | 143.98 | Yes | Yes |
| 2001 | 0038563 | 001 | 140.25 | 140.25 | Yes | Yes |
| 2000 | 0038659 | 001 | 91.74 | 91.74 | Yes | Yes |
| 1999 | 0038353 | 001 | 53.18 | 53.18 | Yes | Yes |
| 1998 | 0044749 | 001 | 49.81 | 49.81 | Yes | Yes |
| 1997 | 0054064 | 001 | 49.76 | 49.76 | Yes | Yes |
| 1996 | 0062630 | 001 | 67.19 | 67.19 | Yes | Yes |
| 1995 | 0055363 | 001 | 87.43 | 87.43 | Yes | Yes |
| 1994 | 9441765 | 001 | 120.42 | 120.42 | Yes | Yes |
| 1993 | 0049411 | 001 | 122.65 | 122.65 | Yes | Yes |
| 1992 | 0051113 | 001 | 109.58 | 109.58 | Yes | Yes |
| 1992 | 0051113 | 002 | 5.00 | 5.00 | Yes | Yes |
| 1991 | 0062424 | 001 | 155.12 | 155.11 | Yes | Yes |
| 1991 | 0062424 | 002 | 5.00 | 5.00 | Yes | Yes |
| 1990 | 0049946 | 001 | 150.62 | 150.62 | Yes | Yes |
| 1990 | 0049946 | 002 | 3.50 | 3.50 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
4

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 18 007 00 0 01 | 138-0000696000 |

**Owner ID** WEDE0051 WEDELL, D E

**Taxpayer ID** WEDE0051 WEDELL, D E

11590 SW HWY 54 67010-0000

| Subdivision | | Block | | Lot(s) | | Section | | Township | | Range | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | COOMBS 1ST ADD/RE-RECORD | | E | | 3 | | 24 | | 27 | | 03 |

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0037365 | 001 | 135.18 | 135.18 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3062403018001000
3062403019001000
3062403019005000
3062403018005000
3062403018007000
3062403018008000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.
0.0163mi

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 18 001 00 0 01 | 138-0002670000 |

**Owner ID** WEDE0029 WEDELL, DONALD E & E

**Taxpayer ID** WEDE0029 WEDELL, DONALD E & E

SW 99TH ST 67010-0000

**Subdivision** PRAIRIE VILLAGE ADD **Block** 8 **Lot(s)** 3 & 4 **Section** 24 **Township** 27 **Range** 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0068363 | 001 | 7.38 | 7.38 | Yes | Yes |
| 2005 | 0077940 | 001 | 7.39 | 7.39 | Yes | Yes |
| 2004 | 0039035 | 001 | 9.60 | 0.00 | Yes | Yes |
| 2003 | 0039650 | 001 | 9.46 | 0.00 | Yes | Yes |
| 2002 | 0038801 | 001 | 9.66 | 0.00 | Yes | Yes |
| 2001 | 0038545 | 001 | 9.46 | 0.00 | Yes | Yes |
| 2000 | 0038658 | 001 | 9.48 | 0.00 | Yes | Yes |
| 1999 | 0038352 | 001 | 8.96 | 0.00 | Yes | Yes |
| 1998 | 0044748 | 001 | 4.25 | 4.25 | Yes | Yes |
| 1997 | 0054063 | 001 | 4.52 | 4.52 | Yes | Yes |
| 1996 | 0062629 | 001 | 4.68 | 4.68 | Yes | Yes |
| 1995 | 0055362 | 001 | 5.20 | 5.20 | Yes | Yes |
| 1994 | 9441764 | 001 | 5.27 | 5.27 | Yes | Yes |
| 1993 | 0049410 | 001 | 5.37 | 5.37 | Yes | Yes |
| 1992 | 0051112 | 001 | 6.50 | 6.50 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 18 001 00 0 01 | 138-0002670000 |

Owner ID WEDE0029 WEDELL, DONALD E & E

Taxpayer ID WEDE0029 WEDELL, DONALD E & E

SW 99TH ST 67010-0000

Subdivision PRAIRIE VILLAGE ADD Block 8 Lot(s) 3 & 4 Section 24 Township 27 Range 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0037280 | 001 | 47.73 | 47.73 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin
Benton Rosalia
Andover
Rose Hill Latham
3062403009046000
3062403009036000
SW 99TH ST
3062403019001000
3062403018001000
3062403019005000
3062403018005000
3062403018007000
3062403018008000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.
0
0.014mi

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 19 005 00 0 01 | 138-0002906001 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

HWY 54 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 24 **Township** 27 **Range** 03

**Tract 1** 100 OLD RAILROAD ROW IN SW/4

**Tract 2** SW/4 SE/4 & SW/4 LESS ROW

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0074221 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2005 | 0083930 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2004 | 0077836 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2003 | 0076566 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2002 | 0072693 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
4-A

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 19 005 00 0 01 | 138-0002906001 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

HWY 54 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 24 **Township** 27 **Range** 03

**Tract 1** 100 OLD RAILROAD ROW IN SW/4

**Tract 2** SW/4 SE/4 & SW/4 LESS ROW

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0092825 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

# PROPERTY TAX INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

## Search Tax Information Results

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 24 0 30 19 005 00 0 01 | 138-0002906001 |

**Owner ID** BUTL0105BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105BUTLER CO COMMISSIONERS

HWY 54 67010-0000

**Subdivision** **Block** **Lot(s)** **Section**24 **Township**27 **Range**03

**Tract 1** 100 OLD RAILROAD ROW IN SW/4

**Tract 2** SW/4 SE/4 & SW/4 LESS ROW

Current Taxes
Tax History
Real Estate Detail
GIS Map

Back To Search Criteria

Print Parcel Details Additional Cards: (01 - 01) Current Card: 01

| Cama Number / Owner Information | Tract Description | Property Class | Appraised Value Land | Appraised Value Building | Appraised Value Total |
|---|---|---|---|---|---|
| 306 24 0 30 19 005 00 0<br>BUTLER CO COMMISSIONERS<br>HWY 54 67010 | **Section:** 24 **Township:** 27 **Range:** 03E<br>**Subdivision:**<br>**Block:** **Lot(s):**<br>**Tract1:** 100 OLD RAILROAD ROW IN SW/4<br>**Tract2:** SW/4 SE/4 & SW/4 LESS ROW<br>**Tract3:**<br>**Tract4:** | EXEMPT - EC | $11,200 | | $11,200 |

**Lot Size - 933 and 936**

| Lot Width | Lot Depth | Lot Irregular | Calculated Acerage |
|---|---|---|---|
| 100.0 | 515.0 | N | 1.2 |

**Deed Information - 938**

| Book | Page | Register of Deeds Link |
|---|---|---|
| 1037 | 0067 | View Deed Information |

**Dwelling Information - 500 to 575**

No Records Found.

**Other Building and Yard Improvements - 701 to 710**

No Records Found.

**Contact Information - 464 to 465**

No Records Found.

**Parking Availability - 450**

| Type | Quantity | Proximity |
|---|---|---|
| 0 | 0 | 0 |

**Land Information (Lot) - 301 to 303**

No Records Found.

**Land Information (Square Feet) - 311 to 313**

No Records Found.

**Land Information (Acreage) - 321 to 328 - Total Acres 1.20**

| Description | Size in Acres | Product Group | Acre Price | Influence Factor 1 | Influence Factor 2 | Influence Factor % |
|---|---|---|---|---|---|---|
| HOME SITE | 1.20 | | 0 | | | 0 |

**Agricultural Land Inventory - 341 to 350**

No Records Found.

**Building Permit Records - 471 to 472**

No Records Found.


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3062403009036000
3062403020002000
SW ALEXANDER RD
SW 99TH ST
3062403019001000
3062403018001000
3062403019005000
3062404022001000
3062403018005000
3062403018007000
3062403018008000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.
SW HWY 54