Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 23 0 20 11 017 00 0 01 | 136-0001625000 |

**Owner ID** COLL0008 COLLING, THAD J & MCLAUGHLIN, JENNIFER L

**Taxpayer ID** COLL0008 COLLING, THAD J & MCLAUGHLIN, JENNIFER L

09310 SW ROBIN RD 67002-0000

**Subdivision** KELLOGG HEIGHTS 1ST ADD **Block** **Lot(s)** **Section** 23 **Township** 27 **Range** 03

**Tract 1** LTS 17, 18, 19, 20, 21 BLK 14

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0044959 | 001 | 1,345.37 | 1,345.37 | Yes | Yes |
| 2005 | 0054922 | 001 | 1,120.60 | 1,120.60 | Yes | Yes |
| 2004 | 0015285 | 001 | 1,016.82 | 1,016.82 | Yes | Yes |
| 2003 | 0037973 | 001 | 1,041.99 | 1,041.99 | Yes | Yes |
| 2002 | 0036734 | 001 | 1,055.21 | 1,055.21 | Yes | Yes |
| 2001 | 0036499 | 001 | 950.79 | 950.79 | Yes | Yes |
| 2000 | 0036687 | 001 | 906.90 | 906.90 | Yes | Yes |
| 1999 | 0018755 | 001 | 702.61 | 702.61 | Yes | Yes |
| 1998 | 0020320 | 001 | 616.52 | 616.52 | Yes | Yes |
| 1997 | 0031402 | 001 | 634.23 | 634.23 | Yes | Yes |
| 1996 | 0041765 | 001 | 681.06 | 681.06 | Yes | Yes |
| 1995 | 0034553 | 001 | 767.28 | 767.28 | Yes | Yes |
| 1994 | 9421566 | 001 | 683.67 | 683.67 | Yes | Yes |
| 1993 | 0040485 | 001 | 712.47 | 712.47 | Yes | Yes |
| 1992 | 0025124 | 001 | 60.71 | 60.71 | Yes | Yes |
| 1991 | 0036252 | 001 | 15.01 | 15.00 | Yes | Yes |
| 1990 | 0024107 | 001 | 12.97 | 12.97 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
5

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 23 0 20 11 017 00 0 01 | 136-0001625000 |

**Owner ID** COLL0008 COLLING, THAD J & MCLAUGHLIN, JENNIFER L

**Taxpayer ID** COLL0008 COLLING, THAD J & MCLAUGHLIN, JENNIFER L

09310 SW ROBIN RD 67002-0000

| Subdivision | | Block | Lot(s) | Section | | Township | Range | |
|---|---|---|---|---|---|---|---|---|
| | KELLOGG HEIGHTS 1ST ADD | | | | 23 | 27 | | 03 |

**Tract 1** LTS 17, 18, 19, 20, 21 BLK 14

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0014492 | 001 | 1,337.71 | 1,337.71 | Yes | No |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3062302001014000
3062302011026000
3062301002002000
011010000
SW 91ST TER
3062301003002000
3062302012004000
3062302012002000
3062302012001000
3062302011017000
SW 93RD TER
3062301003001000
3062302018002000
SW ROBIN RD
3062302018003000
3062302018001000
3062302011022000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.
0
0.031mi

# PROPERTY TAX INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

**Warning:** No records found. Please check your search criteria.

## Search Tax Information Criteria

Tax Type: ☑ Real Estate (RL) ☐ Personal Property (PP) ☐ Oil (OL) ☐ Gas (GS) ☐ Trucks (TK) ☐ Minerals (MN)

**Identification Number Criteria** Click here for Search Examples/Help

| | MAP (3) | SEC (2) | SHT (1) | QTR (2) | BLK (2) | PRE (3) | SUF (2) | OWN (1) |
|---|---|---|---|---|---|---|---|---|
| CAMA Number: | 306 | 23 | 0 | 20 | 11 | 026 | 00 | 0 |

Owner / Taxpayer Identification:

Tax Identification:

**Name** colling

**Current Owner** ○ **Taxpayer** ○ **Both** ◉

**Property Address Criteria**

Street Number: Name:

**Subdivision** **Block** **Lot**

**Section** **Township** **Range**

FIND NOW RESET

**TAB 5-A**

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 299 30 0 00 00 034 00 0 01 | 150-0000428000 |

**Owner ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

**Taxpayer ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

10132 SW SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 30 **Township** 27 **Range** 04

**Tract 1** NW/4 LYG N OLD RAILROAD ROW

**Tract 2** EXC E702 N294 NW/4 LESS ROW

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0059460 | 001 | 98.43 | 98.43 | Yes | Yes |
| 2005 | 0069008 | 001 | 111.63 | 111.63 | Yes | Yes |
| 2004 | 0030104 | 001 | 114.39 | 114.39 | Yes | Yes |
| 2003 | 0029273 | 001 | 119.97 | 119.97 | Yes | Yes |
| 2002 | 0026145 | 001 | 132.48 | 132.48 | Yes | Yes |
| 2001 | 0025914 | 001 | 165.61 | 165.61 | Yes | Yes |
| 2000 | 0025800 | 001 | 384.61 | 384.61 | Yes | Yes |
| 1999 | 0025602 | 001 | 304.43 | 304.43 | Yes | Yes |
| 1998 | 0028827 | 001 | 267.18 | 267.18 | Yes | Yes |
| 1997 | 0040004 | 001 | 289.10 | 289.10 | Yes | Yes |
| 1996 | 0050426 | 001 | 311.34 | 311.34 | Yes | Yes |
| 1995 | 0043009 | 001 | 322.25 | 322.25 | Yes | Yes |
| 1994 | 9429968 | 001 | 327.94 | 327.94 | Yes | Yes |
| 1993 | 0037094 | 001 | 297.89 | 297.89 | Yes | Yes |
| 1992 | 0038903 | 001 | 264.72 | 264.72 | Yes | Yes |
| 1991 | 0048636 | 001 | 147.68 | 147.67 | Yes | Yes |
| 1990 | 0036333 | 001 | 135.39 | 135.39 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
6

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 299 30 0 00 00 034 00 0 01 | 150-0000428000 |

**Owner ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

**Taxpayer ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

10132 SW SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 30 **Township** 27 **Range** 04

**Tract 1** NW/4 LYG N OLD RAILROAD ROW

**Tract 2** EXC E702 N294 NW/4 LESS ROW

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0028756 | 001 | 77.12 | 77.12 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing
Cassoday
Potwin
CHELSEA
Benton
Rosalia
Andover
GLENCOE
Rose Hill
Latham
2941900000007000
2941900000008000
00000003000
10
2941900000009000
SW HWY 54
2993000000032000
2993000000033000
2993000000029010
2993000000029000
3072500000001000
3072500000043000
2993000000027000
3072500000042000
3072500000041000
2993000000031000
2993000000063000
3072500000004000
3072500000039000
2993000000034000
SW SANTA FE LAKE RD
2993000000064000
2993000000066000
3072500000044000
SW 103RD CT
3072500000038010
2993000000067000
2993000000088000
SW 104TH TER
2993000000034010
2993000000079000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 299 30 0 00 00 034 01 0 01 | 150-0000428001 |

**Owner ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

**Taxpayer ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

SW SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 30 **Township** 27 **Range** 04

**Tract 1** NW/4 LYG S OLD RAILROAD ROW

**Tract 2** LESS ROW

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0059461 | 001 | 28.15 | 28.15 | Yes | Yes |
| 2005 | 0069009 | 001 | 31.84 | 31.84 | Yes | Yes |
| 2004 | 0030105 | 001 | 30.82 | 30.82 | Yes | Yes |
| 2003 | 0029274 | 001 | 32.44 | 32.44 | Yes | Yes |
| 2002 | 0026146 | 001 | 35.81 | 35.81 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 299 30 0 00 00 034 01 0 01 | 150-0000428001 |

**Owner ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

**Taxpayer ID** MAR 0005 MAR, THICK GON; REV TR & MAR FAMILY LIVING TRUST

SW SANTA FE LAKE RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 30 **Township** 27 **Range** 04

**Tract 1** NW/4 LYG S OLD RAILROAD ROW

**Tract 2** LESS ROW

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0028757 | 001 | 23.75 | 23.75 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
2993000000063000
2993000000031000
2993000000064000
2993000000034000
2993000000066000
3072500000044000
3072500000038010
2993000000088000
2993000000067000
2993000000034010
2993000000079000
3072500000038000
2993000000051000
2993000000049000
2993000000050000
2993000000038000
3072500000037000
2993000000052000
SW 106TH TER
2993000000053000
2993000000062000
2993000000061000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 299 30 0 00 00 088 00 0 01 | 150-0000426112 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

SW DIAMOND RD 67010-0000

**Subdivision** **Block** **Lot(s)** **Section** 30 **Township** 27 **Range** 04

**Tract 1** N50 SELY1220 ABAND RR ROW; 100

**Tract 2** WLY4060 ABAND RR ROW

**Tract 3** "(SCALED)"

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0074255 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2005 | 0083983 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2004 | 0077889 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2003 | 0076618 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
6-A

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 299 30 0 00 00 088 00 0 01 | 150-0000426112 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

SW DIAMOND RD 67010-0000

| Subdivision | Block | Lot(s) | Section | 30 | Township 27 | Range | 04 |
|---|---|---|---|---|---|---|---|

**Tract 1** N50 SELY1220 ABAND RR ROW; 100

**Tract 2** WLY4060 ABAND RR ROW

**Tract 3** "(SCALED)"

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0092856 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

# REAL ESTATE INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

## View Parcel Details

Additional Cards: (01 - 01) Current Card: 01

| Cama Number / Owner Information | Tract Description | Property Class | Appraised Value Land | Appraised Value Building | Appraised Value Total |
|---|---|---|---|---|---|
| 299 30 0 00 00 088 00 0<br>BUTLER CO COMMISSIONERS<br>SW DIAMOND RD<br>67010 | **Section:** 30 **Township:** 27 **Range:** 04E<br>**Subdivision:**<br>**Block:** **Lot(s):**<br>**Tract1:** N50 SELY1220 ABAND RR ROW; 100<br>**Tract2:** WLY4060 ABAND RR ROW<br>**Tract3:** "(SCALED)"<br>**Tract4:** | EXEMPT - EC | $21,400 | | $21,400 |

View Tax Information
GIS Map
Print Friendly Version

### Lot Size - 933 and 936

| Lot Width | Lot Depth | Lot Irregular | Calculated Acerage |
|---|---|---|---|
| 0.0 | 0.0 | N | 10.7 |

### Deed Information - 938

| Book | Page | Register of Deeds Link |
|---|---|---|
| 1037 | 0067 | View Deed Information |

---

Collapse All

### Dwelling Information - 500 to 575

No Records Found.

### Other Building and Yard Improvements - 701 to 710

No Records Found.

### Contact Information - 464 to 465

No Records Found.

### Parking Availability - 450

| Type | Quantity | Proximity |
|---|---|---|
| 0 | 0 | 0 |

### Land Information (Lot) - 301 to 303

No Records Found.

### Land Information (Square Feet) - 311 to 313

No Records Found.

### Land Information (Acreage) - 321 to 328 - Total Acres 10.70

| Description | Size in Acres | Product Group | Acre Price | Influence Factor 1 | Influence Factor 2 | Influence Factor % |
|---|---|---|---|---|---|---|
| UNDEVELOPED | 10.70 | | 0 | | | 0 |

### Agricultural Land Inventory - 341 to 350

Case 1:07-cv-00693-NBF Document 42-4 Filed 07/25/2008 Page 14 of 21

No Records Found.

Building Permit Records - 471 to 472

No Records Found.

Back To Search Results Back To Search Criteria

Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 038 02 0 01 | 138-0003407000 |

**Owner ID** WOOD0193 WOODS, MICHAEL A & MARCIA J

**Taxpayer ID** WELL0159 WELLS FARGO R E TAX SERVICES

11174 SW 104TH TERR 67010-0000

**Subdivision** PRAIRIE MEADOW **Block** B **Lot(s)** 5 **Section** 25 **Township** 27 **Range** 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0069812 | 001 | 1,324.77 | 1,324.77 | Yes | Yes |
| 2005 | 0079414 | 001 | 1,334.36 | 1,334.36 | Yes | Yes |
| 2004 | 0029443 | 001 | 1,427.82 | 1,427.82 | Yes | Yes |
| 2003 | 0022251 | 001 | 1,179.51 | 1,179.51 | Yes | Yes |
| 2002 | 0036833 | 001 | 1,206.60 | 1,206.60 | Yes | Yes |
| 2001 | 0036604 | 001 | 1,163.50 | 1,163.50 | Yes | Yes |
| 2000 | 0036810 | 001 | 1,119.70 | 1,119.70 | Yes | Yes |
| 1999 | 0036428 | 001 | 884.07 | 884.07 | Yes | Yes |
| 1998 | 0042610 | 001 | 804.77 | 804.77 | Yes | Yes |
| 1997 | 0031485 | 001 | 848.71 | 848.71 | Yes | Yes |
| 1996 | 0036893 | 001 | 116.85 | 116.85 | Yes | Yes |
| 1995 | 0029650 | 001 | 14.16 | 14.16 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

**TAB 7**

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 307 25 0 00 00 038 02 0 01 | 138-0003407000 |

**Owner ID** WOOD0193 WOODS, MICHAEL A & MARCIA J

**Taxpayer ID** WELL0159 WELLS FARGO R E TAX SERVICES

11174 SW 104TH TERR 67010-0000

**Subdivision** PRAIRIE MEADOW **Block** B **Lot(s)** 5 **Section** 25 **Township** 27 **Range** 03

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0039017 | 001 | 1,322.13 | 1,322.13 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3072500000005000
3072500000039000
3072500000004000
3072500000044000
3072500000007000
3072500000038020
3072500000038010
SW 104TH TER
3072500000007050
3072500000038000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc
0.064mi

# PROPERTY TAX INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

**Warning:** No records found. Please check your search criteria.

## Search Tax Information Criteria

**Tax Type:** ☑ **Real Estate (RL)** ☐ **Personal Property (PP)** ☐ **Oil (OL)** ☐ **Gas (GS)** ☐ **Trucks (TK)** ☐ **Minerals (MN)**

**Identification Number Criteria**

Click here for Search Examples/Help

| | MAP (3) | SEC (2) | SHT (1) | QTR (2) | BLK (2) | PRE (3) | SUF (2) | OWN (1) |
|---|---|---|---|---|---|---|---|---|
| CAMA Number: | 307 | 25 | 0 | 00 | 00 | 044 | 00 | 0 |

Owner / Taxpayer Identification:

Tax Identification:

**Name** woods

**Current Owner** ○ **Taxpayer** ○ **Both** ◉

**Property Address Criteria**

Street Number: Name:

**Subdivision** **Block** **Lot**

**Section** **Township** **Range**

FIND NOW RESET

**TAB 7-A**

Tax History Information

| Type | CAMA Number | Tax Identification |
| --- | --- | --- |
| RL | 306 23 0 20 11 010 00 0 01 | 136-0001618000 |

**Owner ID** MYER0090 MYERS, FLOYD EARL & BECKY MARGARET

**Taxpayer ID** FIRS0031 FIRST AMERICAN RE TAX SERVICE ESCROW REPORTING DEPT DFW 4-3

12596 SW 91ST TERR 67002-0000

**Subdivision** KELLOGG HEIGHTS 1ST ADD **Block** **Lot(s)** **Section** 23 **Township** 27 **Range** 03

**Tract 1** LOTS 10; 11; 12; 13; 14; 15;

**Tract 2** 16 BLK 14

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
| --- | --- | --- | --- | --- | --- | --- |
| 2006 | 0051271 | 001 | 796.48 | 796.48 | Yes | Yes |
| 2005 | 0061052 | 001 | 790.99 | 790.99 | Yes | Yes |
| 2004 | 0020943 | 001 | 760.27 | 760.27 | Yes | Yes |
| 2003 | 0018857 | 001 | 757.97 | 757.97 | Yes | Yes |
| 2002 | 0015863 | 001 | 727.62 | 727.62 | Yes | Yes |
| 2001 | 0015569 | 001 | 659.54 | 659.54 | Yes | Yes |
| 2000 | 0027584 | 001 | 323.73 | 323.73 | Yes | Yes |
| 1999 | 0027393 | 001 | 301.94 | 301.94 | Yes | Yes |
| 1998 | 0031174 | 001 | 180.66 | 180.66 | Yes | Yes |
| 1997 | 0042309 | 001 | 296.44 | 296.44 | Yes | Yes |
| 1996 | 0052679 | 001 | 48.88 | 48.88 | Yes | Yes |
| 1995 | 0045419 | 001 | 40.39 | 40.39 | Yes | Yes |
| 1994 | 9430893 | 001 | 5.82 | 5.82 | Yes | Yes |
| 1993 | 0044261 | 001 | 2.16 | 2.16 | Yes | Yes |
| 1992 | 0046069 | 001 | 0.00 | 0.00 | Yes | Yes |
| 1991 | 0056529 | 001 | 0.00 | 0.00 | Yes | Yes |
| 1990 | 0044299 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
8

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 23 0 20 11 010 00 0 01 | 136-0001618000 |

**Owner ID** MYER0090 MYERS, FLOYD EARL & BECKY MARGARET

**Taxpayer ID** FIRS0031 FIRST AMERICAN RE TAX SERVICE ESCROW REPORTING DEPT DFW 4-3

12596 SW 91ST TERR 67002-0000

**Subdivision** KELLOGG HEIGHTS 1ST ADD **Block** **Lot(s)** **Section** 23 **Township** 27 **Range** 03

**Tract 1** LOTS 10; 11; 12; 13; 14; 15;

**Tract 2** 16 BLK 14

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0021070 | 001 | 911.08 | 911.08 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3062302001014000
3062302011003000
3062302011026000
3062302011010000
SW 91ST TER
3062302011017000
3062302012004000
3062302012002000
3062302012005000
3062302012001000
Map created with ArcIMS - Copyright (C) 1992-2008 ESRI Inc.
0 0.023mi