Tax History Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 23 0 20 11 026 00 0 01 | 136-0001637000 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

SW RUBY RD 67002-0000

**Subdivision** **Block** **Lot(s)** **Section** 23 **Township** 27 **Range** 03

**Tract 1** 100' OLD RAILROAD ROW IN

**Tract 2** SELY1135 N/2 SECTION

**Tract 3** 1135.0 X 100.0

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2006 | 0074210 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2005 | 0083917 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2004 | 0077824 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2003 | 0076554 | 001 | 0.00 | 0.00 | Yes | Yes |
| 2002 | 0072681 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

TAB
8-A

Print Current Tax Information

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 23 0 20 11 026 00 0 01 | 136-0001637000 |

**Owner ID** BUTL0105 BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105 BUTLER CO COMMISSIONERS

SW RUBY RD 67002-0000

| Subdivision | Block | Lot(s) | Section | 23 | Township 27 | Range | 03 |
|---|---|---|---|---|---|---|---|

**Tract 1** 100' OLD RAILROAD ROW IN

**Tract 2** SELY1135 N/2 SECTION

**Tract 3** 1135.0 X 100.0

| Year | Statement Number | Line Number | 1st Half Due | 2nd Half Due | 1st Half Paid | 2nd Half Paid |
|---|---|---|---|---|---|---|
| 2007 | 0092816 | 001 | 0.00 | 0.00 | Yes | Yes |

For delinquent tax pay off amount contact Butler County Treasurer 205 W. Central Ave, El Dorado, KS 67042, (316) 322-4210

# PROPERTY TAX INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

## Search Tax Information Results

| Type | CAMA Number | Tax Identification |
|---|---|---|
| RL | 306 23 0 20 11 026 00 0 01 | 136-0001637000 |

**Owner ID** BUTL0105BUTLER CO COMMISSIONERS

**Taxpayer ID** BUTL0105BUTLER CO COMMISSIONERS

SW RUBY RD 67002-0000

| Subdivision | Block | Lot(s) | Section | Township | Range |
|---|---|---|---|---|---|
| | | | 23 | 27 | 03 |

**Tract 1** 100' OLD RAILROAD ROW IN

**Tract 2** SELY1135 N/2 SECTION

**Tract 3** 1135.0 X 100.0

Current Taxes

Tax History

Real Estate Detail

GIS Map

Back To Search Criteria

# REAL ESTATE INFORMATION

BUTLER COUNTY, KANSAS

Return To County Website

## View Parcel Details

Additional Cards: (01 - 01) Current Card: 01

| Cama Number / Owner Information | Tract Description | Property Class | Appraised Value Land | Appraised Value Building | Appraised Value Total |
|---|---|---|---|---|---|
| 306 23 0 20 11 026 00 0<br>BUTLER CO COMMISSIONERS<br>SW RUBY RD 67002 | **Section:** 23 **Township:** 27 **Range:** 03E<br>**Subdivision:**<br>**Block:** **Lot(s):**<br>**Tract1:** 100' OLD RAILROAD ROW IN<br>**Tract2:** SELY1135 N/2 SECTION<br>**Tract3:** 1135.0 X 100.0<br>**Tract4:** | EXEMPT - EC | $19,600 | | $19,600 |

View Tax Information
GIS Map
Print Friendly Version

**Lot Size - 933 and 936**

| Lot Width | Lot Depth | Lot Irregular | Calculated Acerage |
|---|---|---|---|
| 0.0 | 0.0 | N | 2.6 |

**Deed Information - 938**

| Book | Page | Register of Deeds Link |
|---|---|---|
| 1037 | 0067 | View Deed Information |

---

Collapse All

**Dwelling Information - 500 to 575**

No Records Found.

**Other Building and Yard Improvements - 701 to 710**

No Records Found.

**Contact Information - 464 to 465**

No Records Found.

**Parking Availability - 450**

| Type | Quantity | Proximity |
|---|---|---|
| 0 | 0 | 0 |

**Land Information (Lot) - 301 to 303**

No Records Found.

**Land Information (Square Feet) - 311 to 313**

No Records Found.

**Land Information (Acreage) - 321 to 328 - Total Acres 2.60**

| Description | Size in Acres | Product Group | Acre Price | Influence Factor 1 | Influence Factor 2 | Influence Factor % |
|---|---|---|---|---|---|---|
| HOME SITE | 2.60 | | 0 | | | 0 |

**Agricultural Land Inventory - 341 to 350**

No Records Found.

Building Permit Records - 471 to 472

No Records Found.

Back To Search Results

Back To Search Criteria


Elbing Cassoday
Potwin CHELSEA
Benton Rosalia
Andover GLENCOE
Rose Hill Latham
3062302002003000
3062302001002000
3062302002009000
302001021000
3062302001019000
3062302006017000
SW WINDY KNOLL RD
SW HILLMAN RD
3062302002006000
3062302001008000
3062301002002000
SW 91ST ST
3062302006015000
3062302011001000
3062302011026000
3062302001014000
3062302011003000
3062302010001000
SW 91ST TER
3062302011010000
SW 92ND TER
3062301003002000
SW RUBY RD
3062302012004000
3062302012002000
3062302013001000
3062302012001000
3062302012005000
3062302011017000
3062301003001000
SW 93RD TER
3062302018006000
3062302018001000

Dated for Record, May 15, 2893 at 11:30 a.m.
_________ Barrett
Reg. Deeds
Entered in transfer Record May 10, 1895
J.E. Eaton
County Clerk

Warranty Deed
A.T. & F.F. RR Co. to Rose J. Arnold.

No. 11202 Warranty Deed

This Indenture, made this 20th day of April one thousand eight hundred and ninety-five (1895) by and between the Atchison, Topeka and Santa Fe Railroad Company, a corporation doing business under the laws of the State of Kansas, party of the first part and Rose J. Arnold, widow and Hattie Arnold, Harry Arnold and _____ Arnold, children and sole surviving heirs at law of C.E. Arnold, deceased, and George H. Arnold, of the County of Reno, in the State of Kansas, parties of the second part:

Witnesseth, that the said Atchison, Topeka and Santa Fe Railroad Company for and in consideration of the sum of Thirteen Hundred and Sixty ($1360.00) Dollars to it duly paid by the said parties of the second part. The receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents ____ grant, bargain, sell and convey unto the said parties of the second part, their heirs and assigns forever, all that tract, piece and parcel of land situated in the County of Reno, in the Stateof Kansas, to wit: The North half (12/) of the North West quarter (1/4) of Secton No. Eleven (11) Township No. Twenty-Two (22) Range No. Seven (7) West of the Sixth Principal Meridian. Containing in all Eight (80) acres more or less according to the United States survey.

Reserving, however, to the said Atchison, Topeka and Santa Fe Railroad Company, all that portion of the land hereby conveyed, (if there be any such) which lies within lines around parallel with and fifty fee on each side distant, from the center line of said railroad as now constricted, and any greater width where necessary permanently to include all its cuts, encumbrances and ditches, and other _________ necessary to secure and protect the main line of said Railroad.

To Have and To Hold the said premises, with the ______________ unto the said parties of the second part, their heirs and assigns forever.

And the said Atchison, Topeka & Santa Fe Railroad Company hereby covenants with said parties of the second party, their heirs and assigns that it is lawfully seized of the premises aforesaid that said premises are free and clear of all encumbrances whatsoever and the said Atchison, Topeka & Santa Fe Railroad Company will forever warrant and defend the same with the appurtenances in the said parties of the second part,

TAB
9

their heirs and assigns against the lawful claims of all persons whomsoever , except taxes that may have been levied thereon for the year 1884 or subsequent thereto.

This deed is made in pursuance of and to carry out a contract of sale No. 11202 made the 14th day of March 1884 between the first party and C.E. Arnold and George H. Arnold and the above warranty does not apply against any act or omission of the said contactors above named, their heirs or assigns or against any lien or judgment recovered against them.

In Witness Whereof, the said Atchison, Topeka & Santa Fe Railroad Company has executed this deed by its officers thereunto duly authorized, this 27th day of April, 1895.

Atchison Topeka and Santa Fe Railroad Company
By: D.B. Robinson
Vice President

Attest:
E. M. wilder
Secretary

State of Illinois )
)SS
County of Cook

Be it Remembered that on the 27th day of April a.D. 1895 before me, a Notary Public in and for the county and state aforesaid, personally came the Atchison, Topeka and Santa Fe Railroad Company by D.B. Robinson who is personally known and known to me to be the same person who executed the foregoing deed as Vice President of said Railroad Company; and he duly acknowledged the execution of the same to be the act of the said Atchison, Topeka & Santa Fe Railroad Company.

In Testimony Whereof, I have hereunto set my hand and official seal, the day and year last above written.

E.C. Nettels
Notary Public
My Commission expires March 11-1894

Aldace F. Walker, John J. McCook and J.C. Wilson, Receivers of the property of the Atchison, Topeka & Santa Fe Railroad Company, duly appointed, hereby authorize, consent to and approve as such Receivers the foregoing Deed.

In Testimony whereof, the said Receivers of the property of the said Atchison, Topeka & Santa Fe Railroad Company have executed this approval this 27 day of April 1895.

Aldace F. Walker
John J. McCook
J. C. Wilson
Receivers

State of Illinois )
) SS
County of Cook)

Be it Remembered, that on this 27th day of April AD 1895 before me, a Notary Public within and for the county and state aforesaid, personally came Aldace F. Walker who is personally known to me and known by me to be the same person who executed the Atchison, Topeka & Santa Fe Railroad Company and he duly acknowledged the execution of the same to be his act as said Receiver.

In Testimony Whereof, I have hereunto set my hand an office seal, the day and year last written.

E.C. Nettels
Notary Public
My Commission expires March 11, 18

State of New York )
) SS
City/County of New York )

Be it Remembered, that on this 27th day of April AD 1895 before me, a Notary Public within and for the county and state aforesaid, personally came John J. McCook who is personally known to me and known by me to be the same person who executed the Atchison, Topeka & Santa Fe Railroad Company and he duly acknowledged the execution of the same to be his act as said Receiver.

In Testimony Whereof, I have hereunto set my hand an office seal, the day and year last written.

R. Da________
Notary Public Kings _______
Certificate filed in New York County
My Commission expires March 30, 1896

No 11219 Warranty Deed.

This Indenture, made this 23rd day of March, one thousand eight hundred and ninety-five (1893) by and between the Atchison, Topeka and Santa Fe Railroad Company, a corporation doing business under the laws of the State of Kansas, party of the first part, and E.R. McLanghlin, of the County of Reno in the State of Kansas, party of the second part.

Witnesseth, That the said Atchison, Topeka & Santa Fe Railroad Company for and in consideration of the sum of Eleven Hundred and Forty ($1140.00) Dollars to it duly paid by the said E.R. McLanghlin. The receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents do grant, bargain, sell and convey unto the said party of the second part, his heirs and assigns forever, all that tract; piece and parcel of land situated in the County of Reno, in the State of Kansas to wit: The West half (1/2) of the South East quarter (1/4) of Section No. One (1) Township No. Twenty-Two (22) Range No. Seven (7) West of the Sixth Principal Meridian. Containing all Eight (80) acres, more or less, according to the United States survey.

Reserving, however, to the said Atchison, Topeka & Santa Fe Railroad Company, all that portion of the land hereby conveyed; if there be any such which lies within lines drawn parallel with, and fifty feet on each side distant, from the center line of said railroad, as now constructed, and any greater width where necessary permanently to include all its cuts, embankments and ditches and other works, necessary to secure and protect the main line of said railroad.

To Have and to Hold the said premises, with the ______ tenancies, unto the said party of the second part, his heirs and assigns forever. And the said Atchison, Topeaka & Santa Fe Railroad Company hereby covenants with said party of the second part, his heirs and assigns that it is lawfully seized of the premises aforesaid assign that said premises are free and clear of all encumbrances whatsoever; and that said Atchinson, Topeka & Santa Fe Railroad Company will forever ___________ and defend the same, with the appurtenances, _____ ______ said party of the second part, his heirs and assigns against the lawful claims of all persons, whomsoever ______ taxes that may have been levied thereon for the year 1884, or subsequent thereto. This deed is made in pursuance of and to carryout a contract of said No. 1219 made the 25th day of March 1884, between the first party and J.T. Shirley and J.A. Shirley and the above warranty does not apply against any act or omission of the said contractors above named, their heirs or assigns, or against any lien or judgment recovered against them.

In witness whereof, the said Atchinson Topeka & Santa Fe Railroad Company has executed this deed by its officiers thereunto duly authorized this 27th day of March, 1895.

Atchinson, Topeka & Santa Fe Railroad Company
By D. B. Robinson Vice President
Attest: E. Wilder Secretary

State of Illinois )
County of Cook ) SS

Be It Remembered, That on this 27th day of March __ AD 1895 before me, a Notary Public in and for the County and, state aforesaid personally came the Atchinson, Topeka & Santa Fe Railroad Company by: D.B. Robinson who is personally known to me and known by me to be the same person who executed the foregoing deed as Vice President of said Railroad Company, and he duly acknowledged the execution of the same to be the act of the said Atchinson, Topeka and Santa Fe Railroad Company. In Testimony Whereof, I have hereunto set my hand and official seal, the day and year last above written.

E.C. Nettels Notary Public
My Commission expires March 11, 1899
Approval.

_________ F. Walker, John J. McCook and J.C. Wilson, Receivers of the property of the Atchinson, Topeka and Santa Fe Railroad Company, duly appointed, hereby authorize, consent to and approve as such Receivers the foregoing deed.