# CHAIN OF TITLE

**for**

**Dorothy L. Biery**
**428 W. 6th Avenue**
**South Hutchinson, KS 67505**

**Patent:** State of Kansas to A.T. & S.F. Railroad, Book 5, Page 336, filed December 18, 1879.

**Warranty Deed:** A.T. & S.F. Railroad to Ben Blanchard; dated December 3, 1883; filed March 21, 1884 and recorded in Book 2, Page 260; for Lots 1, 2, 3, 4 and the South ½ of the Northeast ¼ of Section 23, and other lands.

**Warranty Deed:** Ben Blanchard, unmarried, to E. J. F. Willing; dated July 6, 1885; filed August 16, 1885 and recorded in Book 15, Page 582; for the North ½ of Section 23, Township 23 South, Range 6, or so much thereof as lies South of the Arkansas River; and other lands.

**Quitclaim Deed:** Wm. C. Willing; Eliza J. F. Willing, his wife, by Wm. C. Willing, her Attorney in Fact, to John M. Caldwell; dated October 7, 1885; filed October 9, 1885 and recorded in Book 12, Page 450; for the North ½ of Section 23, Township 23 South, Range 6, or so much thereof as lies South of the Arkansas River; and other lands. (Power of Attorney to Wm. C. Willing filed December 17, 1885 and recorded in Book 1, Page 322; Affidavit of Identity for E. J. F. Willing and Eliza J. F. Willing filed February 22, 1889 and recorded in Book 2, Page 487.)

**Quitclaim Deed:** John M. Caldwell and Emma M. Caldwell, his wife, to Ben Blanchard; dated May 6, 1886; filed May 11, 1886 and recorded in Book 17, Page 64; for the North ½ of Section 23, Township 23 South, Range 6, or so much thereof as lies South of the Arkansas River; and other lands.

**Warranty Deed:** Ben Blanchard, unmarried, to Even W. Williams; dated April 9, 1886; filed April 9, 1886; and recorded in Book 18, Page 283; for the Northeast ¼ of Section 23, Township 23 South, Range 6 lying South of Arkansas River and other lands.

**Warranty Deed:** Even W. Williams and Laura Williams, his wife; to John C. Watson; dated April 15, 1886; filed April 15, 1886 and recorded in Book 18, Page 338; for the North ½ of Section 23, Township 23 South, Range 6, Reno County, Kansas, lying South of the Arkansas River, 320 acres, more or less.

**Quitclaim Deed:** John C. Watson, unmarried, to Ben Blanchard; dated April 27, 1886; filed May 11, 1886 and recorded in Book 17, Page 63; for the North ½ of Section 23, Township 23 South, Range 6, Reno County, Kansas, lying South of the Arkansas River, 320 acres, more or less.

**Quitclaim Deed:** Ben Blanchard, an unmarried person, to John C. Watson; dated May 11, 1886; filed May 11, 1886 and recorded in Book 18, Page 494; for the North ½ of Section 23, Township 23 South, Range 6 West of the 6th P.M., 320 acres, more or less.

TAB
10

**Warranty Deed:** John C. Watson, unmarried, to The Inter-State Investment Company; dated December 29, 1886; filed February 10, 1887 and recorded in Book 21, Page 415; for the North ½ of Section 23, Township 23 South, Range 6 West of the 6th P.M., or so much thereof as lies South of the Great Arkansas River, and other lands.

**GAP** - We do not find a deed of record from Inter-State Investment Company to Phillips Investment Company, nor do we find of record a change of name.

**Warranty Deed:** Phillips Investment Company, a Missouri corporation, to J. S. Copeland; dated December 30, 1908; filed January 16, 1909 and recorded in Book 95, Page 131; for the following described tract: Commencing at a point 709 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23 South, Range 6; thence North 249 feet; thence West 31 feet; thence North 1100 feet; thence West 1863 feet; thence South 1328 feet; thence East 1894 feet to place of beginning, containing 57.43 acres of land, more or less, being land formerly platted and known as a part of Blanchard's Second Addition to South Hutchinson.

**Warranty Deed:** J. S. Copeland and Grace I. Copeland, his wife, to George T. Hern Jr.; dated September 29, 1911; filed October 18, 1911 and recorded in Book 109, Page 207; for the following described tract: Commencing at a point 1387.6 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence West 1200.4 feet; thence North 1328 feet; thence East 1206.6 feet; thence South 1341.9 feet, more or less, to place of beginning; containing 36 acres, more or less.

**Warranty Deed:** George T. Hern, Jr., a widower, to D. C. Walborn; dated January 8, 1919; filed January 18, 1919 and recorded in Book 134, Page 258; for the following described tract: Commencing at a point 2395 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence West 193 1/3 feet; thence North 450 feet; thence East 193 1/3 feet; thence South 450 feet to place of beginning; same containing 2 acres, more or less, according to the Geographical Survey thereof.

**Quitclaim Deed:** D. C. Walborn, husband of Grantee, to Louisa Walborn; dated May 31, 1926, filed June 19, 1926 and recorded in Book 163, Page 439; for the following described tract: Commencing at a point 2395 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence West 193 1/3 feet; thence North 450 feet; thence East 193 1/3 feet; thence South 450 feet to place of beginning.

**Quitclaim Deed:** Lousia Walborn, a widow, to Esther Aldrich; dated December 17, 1938; filed January 11, 1939 and recorded in Book 206, Page 69; for the following described tract: Beginning at a point 2395 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23, Range 6 West; thence West 193 1/3 feet; thence North 450 feet; thence East 193 1/3 feet; thence South 450 feet to the place of beginning; containing 2 acres; and other lands.

**Estate:** In the Matter of the Estate of Esther Gibson, aka Esther Charity Gibson, aka Esther Aldrich, deceased. Petition for the Appointment of Administrator under the Kansas Simplified Estates Act filed December 12, 1978 - deceased died intestate November 15, 1978; Order Appointing Administrator filed January 8, 1979 appointing Joseph A. Aldrich as Administrator. Order for Sale file May 23, 1979.

**Administrator's Deed:** Joseph A. Aldrich, Administrator of the Estate of Esther Gibson, aka Esther Charity Gibson, aka Esther Aldrich, deceased, to Wayne Webster, a single person, and Dorothy L. Biery, a single person, as Joint Tenants; dated August 30, 1979; filed August 20, 1980 and recorded in Book 452, Page 284; for the following described tract: Beginning at a point 2395 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23, Range 6 West; thence West 193 1/3 feet; thence North 450 feet; thence East 193 1/3 feet; thence South 450 feet to the place of beginning; containing 2 acres; and other lands.

**Warranty Deed:** Wayne Webster, a single person, to Dorothy L. Biery; dated May ____, 1981, acknowledged May 29, 1981; filed June 5, 1981 and recorded in Book 455, Page 485; for the following described tract: Beginning at a point 2395 feet West of the Southeast corner of the Northeast ¼ of Section 23, Township 23, Range 6 West; thence West 193 1/3 feet; thence North 450 feet; thence East 193 1/3 feet; thence South 450 feet to the place of beginning; containing 2 acres; and other lands.

NOTE: Tax Roll I.D. #16882 Parcel No. 126 23 0 10 03 003 00 0
Total 2006 Tax Assessment $728.34
PAID IN FULL

**Issued by:**
**RCAT, Inc., dba**
**RENO COUNTY ABSTRACT & TITLE**
**408 NORTH MAIN STREET**
**HUTCHINSON, KS 67501**
**(620) 662-5455**

[signature]

Title Officer

WARRANTY DEED (Following Kansas Statutory Warranty Form)

Entered in Transfer Record in my Office No. 5 Day of June 1981 County Clerk

WAYNE WEBSTER, a single person,

CONVEYS AND WARRANTS TO

DOROTHY L. BIERY,

, all the following described REAL ESTATE in the County of Reno and the State of Kansas to-wit:

A tract of land described as follows: Beginning at a point 2395 feet west of the southeast corner of the Northeast Quarter (NE/4) of Section 23, Township 23 South, Range 6 West of the 6th P.M., thence west 193-1/3 feet; thence north 450 feet; thence east 193-1/3 feet; thence south 450 feet to the place of beginning, containing 2 acres,

for the sum of one dollar and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements and restrictions of record.

Dated May , 1981

Wayne Webster

STATE OF KANSAS, RENO COUNTY, ss

BE IT REMEMBERED, That on this 29 day of May A. D. 19 81, before me, the undersigned, a notary public in and for the County and State aforesaid, came

Wayne Webster, a single person,

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Notary Public

NOTARY PUBLIC KANSAS

Term expires 24 May 1984

INDEXED
ORIGINAL COMPARED WITH RECORD
NUMERICAL

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 5 day of June A.D. 19 81 at 12:31 o'clock P. M. and duly recorded in Book 452 on Page 482 (1)

Fee $

REGISTER OF DEEDS

EXHIBIT
TAB
D

485-1

**Quit Claim Deed**

This Indenture made this ___ day of November in the year of our Lord one thousand eight hundred and ninety-nine between Julia Ann Fair, widow of Thomas Fair of in the county of Reno and State of Kansas of the first part, and the Hutchinson & Southern Railway Company, a corporation organized and existing under and by virtue of the laws of the State of Kansas of the second part. Witnesseth that the said party of the first part, in consideration of the sum of <$3500> thirty give hundred dollars, to be duly paid, has sold and by these presents do _____, release and quit claim _____ the said party of the second part, its successors and assigns, forever, all that tract on parcel of ____ situated in the County of Reno and State of Kansas and ______________________ to wit: a strip of land one hundred <100> feet wide being fifty >50> feet on each side of the center line of the railroad of the Hutchinson & Southern Railway as the same is now located and ___________ over and across section thirty five >35> township twenty three <23> _____ six <6> with the appurtenances and all the estate, title and interest of the said parties of the first part therein. To have ad to hold all and singular the above described premises to gather with the appurtenances, unto the said party of the second part, its successors and assigns forever;

In Witness Whereof, the said party of the first part has hereunto set her hand and seal the day and year first above written.

Sealed and Delivered in Presence of ___________An Fair ________

State of Kansas, Reno County,

Be it remembered that on this 11th day of November A.D. 1899 before me, the __________, a Notary Public in and for the County and State aforesaid, came Julia An Fair who is personally known to me to be the same person who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal on the day and year first above written.

Howard S. Lewis
Notary Public

My Commission expires June 28, 19__.

Filed for record Nov. 22, 1899 at 12 N

B.F. Ragland, Registrar of Deeds

Entered in transfer record Nov. 22, 1899

________, Co. Clerk

TAB
11

State of Kansas )<br>
) SS<br>
County of Shawnee )

Be it Remembered, that on this 6th day of May AD 1895 before me, a Notary Public within and for the county and state aforesaid, personally came J.C. Wilson who is personally known to me and known by me to be the same person who executed the Atchison, Topeka & Santa Fe Railroad Company and he duly acknowledged the execution of the same to be his act as said Receiver.

In Testimony Whereof, I have hereunto set my hand an office seal, the day and year last written.

Geo N. Holmes<br>
Notary Public<br>
My Commission expires January 14-1879

Filed for Record May 15-1895 at 1 PM W.C. Barret Reg. Deeds<br>
Entered on Transfer Record May 15-1895 J.E. Eaton County Clerk

W/2 of NE/4 35-23-6 Chalfant

| Instrument | Grantor | Grantee | Book/ Page | Filing Date |
|---|---|---|---|---|
| *WD | State of Kansas | AT&SF | 5/332 | 12/18/1879 |
| WD | AT&SF | Thomas A. Fair | 3/104 | 6/1/1885 |
| *Contract | Thomas A. Fair and Julia Ann | Hutchinson, Oklahoma & Gulf RR | 3/341 | 6/4/1889 |
| QCD | Julia Ann Fair | The Hutchinson & Southern RR | 66/552 | 11/27/1899 |
| WD | W.A. Fair & T.A. Commer | Margaret McCurdy | 74/285 | 10/12/1907 |
| WD | Margaret McCurdy | Mary C. Stewart | 106/588 | 10/31/1910 |
| WD | Mary C. Stewart and R.A. | Margaret McCurdy | 107/244 | 1/13/1911 |
| WD | Margaret McCurdy | George C. Wright | 109/522 | 1/5/1912 |
| WD | George C. Wright and Nannie J | W.H. Chase | 110/121 | 5/5/1913 |
| WD | W.H. Chase, etux | Clyde J. Hoskinson | 175/389 | 1/28/1930 |
| WD | Clyde J. Hoskinson | Alice G. Hoskinson | 173/582 | 4/13/1929 |
| WD | Alice G. Hoskinson | Clyde J. Hoskinson | 175/389 | 1/28/1930 |
| WD | Clyde J. Hoskinson and Alice G. | E.W. McNaghten | 211/321 | 6/13/1941 |
| WD | E.W. McNaghten, et ux | Morton Salt Co | 212/298 | 1/12/1942 |
| WD | Morton Salt Co | A.D. Rayl | 302/163 | 12/1/1954 |
| WD | A.D. Rayl and Florence R. | Julia Ann Chalfant | 357/196 | 12/19/1963 |
| HGWY Deed | Julia Ann Chalfant | State of Kansas | 382/324 | 4/29/1968 |
| WD | Julia Ann Chalfant and C. Stephen | First National Bank of Hutchinson, Trustee | 470/529 | 4/2/1985 |
| Tr Deed | First National Bank, Trustee | The City of South Hutchinson | 490/333 | 11/8/1989 |
| | | | | |
| | | | | |
| | | | | |
| Decl of Aband | | | 375/403 | 7/14/2003 |
| QCD | BNSF | City of South Hutchinson | 582/8 | 2/22/2006 |
| | | | | |
| * | Unable to access in Reno County Register of Deeds office | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TAB
12

KSCAMA AADM 1 **RENO COUNTY, KANSAS** TAX 7/09/08
**DISPLAY** AA - NAME & DESC - 1 **LVD=** PARCEL **127-35-0-10-01-003.00-0-01**
NUMBER OF SUBSIDIARY RECORDS 01

CITY/TOWNSHIP CODE 73 **RENO TWP** TAX UNIT 120
ORIGINAL TAX UNIT/DIST **RENO**

SUBDIVISION CODE R01 CENSUS TRACT 000000 SCHOOL DIST 309-11
OLD ACCOUNT NUMBER 1: ______ 2: ______ 3: ______
OWNER'S NAME CHALFANT, JULIA R TRUST
NAME (CONTINUED) ______
MAILING ADDRESS PO BOX 913
CITY/TOWN HUTCHINSON STATE KS ZIP+4 67504 - 0913
CARE/OF TAXPAYER C/OFIRST NATIONAL BANK

LOT(S) ______ BLOCK ___ SUBDIVISION **RENO TOWNSHIP**
SUBDIVISION PLAT : BOOK ____ PAGE ____ SECTION 35 TOWNSHIP 23 RANGE 06W
TRCT DESC 1: W/2 NE/4 EXC RD ROW & RR ROW & 2: EXC TR COM NE COR NE/4 W 1320
3: FT S 241.5FT TO POB S 147.58FT 4: W 147.58FT N 147.58FT E 147.58

| | WIDTH | | DEPTH | IRREG | | RET | DEED | CALC | USED |
|---|---|---|---|---|---|---|---|---|---|
| LOT SIZE | 0000 | X | 0000 | ___ | ACREAGE: | 0000 | 0000 | 0577 | 0000 |

DEED BOOK/PAGE 470 / 529   490 / 333   06CV / 268   422 / 274

**PRESS CMD KEY 7 TO EXIT PARCEL** NEXT FIELD 961

Case 1:07-cv-00693-NBF Document 42-6 Filed 07/25/2008 Page 9 of 34

KSCAMA SUBAADM RENO COUNTY, KANSAS TAX 7/09/08
DISPLAY AA - ADDTNL. OWNER/DESC PARCEL 127-35-0-10-01-003.00-0-01
THIS IS THE LAST SUBSIDIARY RECORD SUBSIDIARY RECORD NUMBER 01

DEED BK/PG (CONT.) ____ / ____ ____ / ____ ____ / ____

OWNER'S NAME (CONT.)

ADDITIONAL PROPERTY DESC. AND/OR ADDITIONAL NOTES

@FT M/L TO POB EXC HWY R/W

@TG ARMOUR DEC'D
@PROOF OF DEATH 8/15/07 WE

@125-13-141 CENSUS TRACT #

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 945

KSCAMA AADM 2 RENO COUNTY, KANSAS TAX 7/09/08
DISPLAY AA - VALUES SUMMARY LVD= PARCEL 127-35-0-10-01-003.00-0-01

2008 CURRENT VALUES (APPRAISED)

| CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|
| AR | 000009930 | 000000000 | 000009930 |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |
| (B O E) | | | |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S VALUES

| CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|
| AR | 000010190 | 000000000 | 000010190 |
| | 000000000 | 000000000 | 000000000 |
| | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000010190 | 000000000 | 000010190 |

PREVIOUS AG MKT 000049070

VALUE POST DATE 02 / 22 / 08
PREVIOUS VALUE POST DATE 03 / 02 / 07
DATE BOE DECISION ENTERED 00 / 00 / 00
NOTE __ ____________________

CURRENT AG MKT 000049070

| | CURRENT | PREVIOUS |
|---|---|---|
| LAND USE CODE | 800 _ | 800 _ |

CURRENT YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000009930 | 000000000 | 000009930 |

PROPERTY ADDRESS

| NO. | SUF | DIR | STREET | ZIP/ CITY |
|---|---|---|---|---|
| 00000 | _ | W | K50 HWY | 67501 |

HT RESTRICTION NO APPEAL APPEAL STATUS NO APPEAL YEAR

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 999

Reno Co. Map



Roberts Printing & Stationery Co., Hutchinson 57541

| FROM | Entered in Transfer Record in my office this 13 day of June, A. D. 19 41 Tom Hogan, County Clerk. By ..., Deputy. |
|---|---|
| TO | This instrument was filed for record on the 13 day of June A. D. 19 41, at 3:40 o'clock P. M. Fee $1.15 George Walters Register of Deeds. By ..., Deputy. |

$ 60.50 I. R. Stamps Attached

THIS INDENTURE, Made this 13th day of June, A. D. 19 41, between Clyde J. Hoskinson and Alice G. Hoskinson, some times known as Alice Gertrude Hoskinson, husband and wife, of Reno County, in the State of Kansas, of the first part, and E. W. McNaghten of Reno County, in the State of Kansas, of the second part:

WITNESSETH: That said parties of the first part, in consideration of the sum of One dollar and other valuable consideration ~~and~~ 100 DOLLARS, the receipt whereof is hereby aknowledged, do by these presents grant, bargain, sell and convey unto said party of the second part, his heirs and assigns, all the following-described real estate, situated in the County of Reno, and State of Kansas, to-wit:

East Half of Section 35 Township 23 South, Range 6 West, of the 6th Principal Meridian

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said Grantors, for themselves ~~for~~ their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized, in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; and the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever;

and that they will Warrant and Forever Defend the same unto said party of the second part, his heirs and assigns, against said parties of the first part, their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, That said parties of the first part have hereunto set their hands, the day and year first above written.

Clyde J. Hoskinson

Alice G. Hoskinson

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 13th day of June, A. D. 19 41 before me the undersigned, a Notary Public in and for the County and State aforesaid, came Clyde J. Hoskinson, and Alice G. Hoskinson, some times known as Alice Gertrude Hoskinson, husband and wife,

who are personally known to me to be the same persons who executed the within instrument of writing, and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial Seal the day and year last above written.

(SEAL)

Ray W. Hagenmaster, Notary Public.

Term Expires April 18th, 19 44.

(N.P. Seal)

175/389

# G. W. DEED RECORD NO. 175

FROM

Alice G. Hoskinson

TO

Clyde J. Hoskinson

Entered in Transfer Record in my office the 28 day of Jan A. D. 1930

J. A. Richardson County Clerk.

This instrument was filed for record on the 28 day of Jan, A. D. 1930, at 4:50 o'clock P M. and duly recorded in book 175, Page 389

Walter Mead Register of Deeds.

By ________, Deputy.

THIS INDENTURE, Made this 6th day of March, A. D. 1929, between Alice G. Hoskinson, wife of grantee of Reno County in the State of Kansas, of the first part, and Clyde J. Hoskinson, husband of grantor of Reno County in the State of Kansas, of the second part:

WITNESSETH, That said party of the first part, in consideration of the sum of One dollar and other valuable considerations and DOLLARS, the receipt whereof is hereby acknowledged, do by these presents GRANT, BARGAIN, SELL AND CONVEY, unto said party of the second part, his heirs and assigns, all the following-described REAL ESTATE situated in the County of Reno, and State of Kansas, to-wit:

South half of the Northeast Quarter (NE1/4) of Section thirty-five (35) Township Twenty-three (23) South of Range 6 Six (6) West of the Principle Meridian, Reno County, Kansas

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said Alice G. Hoskinson for herself her heirs, executors or administrators, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents she is lawfully seized, in her own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and form all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what or kind soever;

and that she will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs and assigns, against said party of the first part, her heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part has hereunto set her hand, the day and year first above written.

Alice G. Hoskinson

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 6th day of March, A. D. 1929, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Alice G. Hoskinson who is personally known to me to be the same person who executed the within instrument of writing, and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

NP (SEAL)

Term Expires February 6th, 1933

D. F. Coe

Notary Public.

1453882

FROM

Clyde J Hoskinson

TO

Alice D. Hoskinson

Entered in Transfer Record in my office the 13 day of April A. D. 1929
J. A. Schardein County Clerk.

This instrument was filed for record on the 13 day of April, A. D. 1929, at 4:10 o'clock P M. and duly recorded in book 173 Page 582
Walter Mead Register of Deeds.
By ______, Deputy.

THIS INDENTURE, Made this 6th day of March, A. D. 1929, between Clyde J Hoskinson husband of grantee

of Reno County, in the State of Kansas, of the first part, and Alice D. Hoskinson, wife of grantor

of Reno County in the State of Kansas, of the second part:

WITNESSETH, That said part y of the first part, in consideration of the sum of one dollar and other valuable consideration and ___ 100 ~~DOLLARS~~, the receipt whereof is hereby acknowledged, do ___ by these presents GRANT, BARGAIN, SELL AND CONVEY, unto said part y of the second part, her heirs and assigns, all the following-described REAL ESTATE, situated in the County of Reno and State of Kansas, to-wit:

North Half (N ½) of the North-east (N E ¼) Quarter of Section Thirty-five (35) Township Twenty three (23) South of Range Six (6) west of the Principal Meridian Reno County Kansas.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said Clyde J Hoskinson for himself his heirs, executors or administrators, do es hereby covenant, promise and agree, to and with said part y of the second part, that at the delivery of these presents he is lawfully seized, in his own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever;

and that he will WARRANT AND FOREVER DEFEND the same unto said part y of the second part, her heirs and assigns, against said part y of the first part, her heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said part y of the first part has hereunto set his hand, the day and year first above written.

Clyde J. Hoskinson

STATE OF KANSAS, ______ COUNTY, ss.

BE IT REMEMBERED, That on this 6th day of March, A. D. 1929, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Clyde J Hoskinson

who is personally known to me to be the same person who executed the within instrument of writing, and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Notary Seal, the day and year last above written.

(SEAL) N.P.

D. F. Coe
Notary Public.

Term Expires February 6th, 1933

Hutchinson Office Supply & Printing Co. 46328

W. H. Chase
Etux
TO
Clyde J. Hoskinson.

Entered in the Transfer Record in my office this 14" day of Nov A. D. 1918
Geo. W. Lee County Clerk.
This instrument was filed for Record on the 14" day of Nov., A. D. 1918, at 3:40 o'clock P. M.
J. A. Schardein Register of Deeds.
Deputy.

$20.00 I. R. Stamps attached.

THIS INDENTURE, Made this Fourteenth day of November, A. D. 1918, between W. H. Chase and Rachel M. Chase, Husband and Wife, of Reno County, in the State of Kansas, of the first part, and Clyde J. Hoskinson and Alice Gertrude Hoskinson of Reno County, in the State of Kansas of the second part:

WITNESSETH, That said parties of the first part, in consideration of the sum of Twenty Thousand ($20000.00) and no/100 DOLLARS, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto said parties of the second part, their heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas, to-wit: All of the North East Quarter of Section Thirty Five (35) in Township Twenty Three (23) South of Range Six (6) West of the sixth Principal Meridian, subject to the right of way of the A. T. & S. F. R. R. as now located along the West side thereof.

TO HAVE AND TO HOLD THE SAME, Together with all singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever.

And said W. H. Chase and Rachel M. Chase, husband and wife, for themselves and their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said parties of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever;

and that they will warrant and forever defend the same unto said parties of the second part their heirs and assigns, against said parties of the first part Their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands, the day and year first above written.

W. H. Chase
Rachel M. Chase.

STATE OF KANSAS, Reno COUNTY, SS.

BE IT REMEMBERED, That on this Fourteenth day of November, A. D. 1918, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came W. H. Chase and Rachel M. Chase, Husband and Wife, who are personally known to me to be the same persons who executed the within instrument of writing, and such persons duly acknowledged the execution of the same.

N.P. Seal

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year last above written.

Ernest Murphy.
Notary Public.

Term expires September 7, 1922., A. D. 19

the day and year last above written.

Cassie Iliff
Notary Public.

(N.P.Seal)

My commission expires Mar.20-1916.

State of Texas, County of Harris.SS.

Be it Remembered that on this the 6th day of January ,A.D.1913,before me the undersigned a Notary Public in and for the County and State aforesaid,came Owen W.Jordan and wife Mae Jordan who are personally known to me to be the same persons who executed the above instrument of writing,and such persons duly acknowledged the execution of the same. In Witness whereof,I have hereunto set my hand and affixed my official seal,the day and year last above written.

Thos.W.Menefee,
Notary Public in and for
Harris Co.Texas

My Commission expires May 28,1914.(N.P.SEAL)

Entered in Transfer Record May 5th.1913,H.M.Payne,County Clerk.

Filed for Record May 5,1913 at 3 o'clock P.M. J.A.Schardein,Register of Deeds.

110/121

# # # # # # # # # # # # # # # # #

WARRANTY Deed.

KNOW ALL MEN BY THESE PRESENTS. That George G.Wright and Nannie J.Wright his wife of the County of Jackson and the State of Missouri for and in consideration of the sum of Seventeen thousand no/100 ($17000.00) Dollars,to them paid and secured to be paid by W.H.Chase in Cash,the receipt of which is hereby acknowledged have Granted Sold and Conveyed,and by these presents do Bargin Grant,Sell and Convey unto the said W.H.Chase of the County of Reno and State of Kansas,the following described real Estate situated in the County of Reno,State of Kansas,to wit: The North East quarter (N.E.¼)of Section Thirty-five (35)Township Twenty three (23) Range Six (6) West of the 6th P.M.containing one hundred Sixty (160) acres moreor less,and excepting a strip of land off the West side thereof occupied by the Railway right of way and subject to a lease on the above premises to A.B.Best.

To have and to hold the above described premises together with all and singular the rights tenements, hereditaments,and appurtenances thereto in any wise belonging,unto the said W.H.Chase his heirs and assigns forever,free and clear of all incumbrances And the Grantors do hereby bind them selves their heirs executors and administrators,to Warrant and forever defend,all and singular the said premises unto the said W.H.Chase his heirs and assigns,against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Witness our hand at Kansas City Jackson Co.Mo. this Tenth day of April A.D.1913

George G.Wright

Nannie J.Wright

THE STATE OF MISSOURI COUNTY OF JACKSON .

Be it remembered that on this 10th day of April 1913 Before me,Clara Finney the undersigned a Notary public in and for Jackson County Missouri cameGeorge G.Wright and Nannie J.Wright, his wife who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

In testimony whereof I have hereunto set my hand and affixed my Notarial seal the day and year last above written.

(N.P.Seal)

Clara Finney
Notary Public.

Term Expires June 21st 1913.

Entered in Transfer Record in my office this 5 day of May 1913 H.M.Payne County Clerk.

Filed for Record on the 5 day of May 1913 at 3.45,P.M. J.A.Schardein ,Register of Deeds.

FROM

Margaret McCurdy
widow

TO

George G. Wright

Entered in Transfer Record in my office this 5 day of Jany A. D. 1912
H. M. Payne County Clerk.

STATE OF KANSAS, RENO COUNTY, SS.

This instrument was filed for record on the 5 day of Jany A. D. 1912, at 4:10 o'clock P. M.
Chas W. Ragland Register of Deeds.

**THIS INDENTURE,** Made this 5th day of January A. D. 1912, between Margaret McCurdy a widow

of Reno County, in the State of Kansas, of the first part, and George G. Wright

of Jackson County, in the State of Missouri, of the second part:

WITNESSETH, That said party of the first part, in consideration of the sum of Twenty five Thousand ($25000.00) and no/100 DOLLARS, the receipt whereof is hereby acknowledged, does by these presents Grant, Bargain, Sell and Convey, unto said party of the second part, his heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas to-wit: North-east quarter (N. E. 1/4) of Section thirty five (35) township twenty three (23) Range six (6) west of the 6th P.M. and the North half of the Southeast quarter of Section thirty five (35) township twenty three (23) Range six (6) west of the 6th P.M.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining forever.

And said Margaret McCurdy, a widow for herself her heirs, executors or administrators, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents she is lawfully seized, in her own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and encumbrances, of what nature or kind soever: Except a mortgage of Six Thousand Five Hundred ($6,500) Dollars and a commission mortgage upon which there is a balance due of $216.65 which second party assumes and agrees to pay

and that she will warrant and forever defend the same unto said party of the second part, his heirs and assigns, against said party of the first part, her heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part has hereunto set her hand, the day and year first above written.

Margaret McCurdy

STATE OF KANSAS, Reno COUNTY, SS.

BE IT REMEMBERED, That on this 5th day of January A. D. 1912, before me, the undersigned a Notary Public in and for the County and State aforesaid, came Margaret McCurdy a widow

who is personally known to me to be the same person who executed the within instrument of writing and such person she has duly acknowledged the execution of the same.

N.P. Seal

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal, the day and year last above written.

John M. Kinkel Notary Public.

Term expires Jany 20 1912.

107/244

# DEED RECORD.

GENERAL WARRANTY.

The Hutchinson Printing Co., Printers and Binders, Hutchinson, Kans. 25310.

FROM

Mary C. Stewart
et vir

TO

Margaret McCurdy

Entered in Transfer Record in my office this 13 day of January A. D. 1911
H. M. Payne County Clerk.

STATE OF KANSAS, Reno COUNTY SS.

This instrument was filed for record on the 13 day of January A. D. 1911, at 1 40 o'clock P. M.
Chas. W. Ragland Register of Deeds.

**THIS INDENTURE,** made this 11th day of January A. D. 1911, between Mary C. Stewart and R. A. Stewart, her husband

of Reno County, in the State of Kansas, of the first part, and Margaret McCurdy

of Reno County, in the State of Kansas, of the second part:

WITNESSETH, That said parties of the first part, in consideration of the sum of Twenty-eight Thousand and no/100 DOLLARS, the receipt whereof is hereby acknowledged, do by these presents Grant, Bargain, Sell and Convey, unto said party of the second part, her heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas to-wit: The North-East Quarter (N.E.1/4) of Section Thirty-five (35), Township Twenty-three (23) Range Six (6), West, and the North Half of the South East Quarter (S.E.1/4) of Section Thirty-five (35) Township Twenty-three (23) Range Six (6) West of the 6th P.M. all in Reno County, Kansas. Containing Two Hundred Forty (240) acres more or less according to the U.S. Government Survey thereof.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining forever.

And said Mary C. Stewart and R. A. Stewart, her husband for themselves their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized, in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and encumbrances, of what nature or kind soever: Except a mortgage of Six Thousand Five Hundred (6500) Dollars which is assumed by party of the second part.

and that they will warrant and forever defend the same unto said party of the second part, her heirs and assigns, against said parties of the first part, their heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands the day and year first above written.

Mary C. Stewart
R. A. Stewart

STATE OF KANSAS, Reno COUNTY, SS.

BE IT REMEMBERED, That on this 13th day of January A. D. 1911, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Mary C. Stewart and R. A. Stewart, her husband

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal, the day and year last above written.

(N. P. Seal)

Elnora Battin
Notary Public.

Term expires Dec 11 — 1911

# DEED RECORD.

GENERAL WARRANTY.

The News Company, Printers and Binders, Hutchinson, Kansas. 20146

FROM
Margaret McCurdy
widow
TO
Mary L. Stewart.

Entered in Transfer Record in my office this 31 day of October A. D. 1910
A. R. Hanna County Clerk.

STATE OF KANSAS, Reno COUNTY, SS.
This instrument was filed for record on the 31 day of October A. D. 1910 at 2 30 o'clock P. M.
Chas W. Ragland Register of Deeds.

**THIS INDENTURE,** Made this 28th day of October A. D. 1910, between Margaret McCurdy a widow of Reno County, in the State of Kansas, of the first part, and Mary L. Stewart of Reno County, in the State of Kansas, of the second part:

WITNESSETH, That said party of the first part, in consideration of the sum of Twenty-eight Thousand and no/100 DOLLARS, the receipt whereof is hereby acknowledged, does by these presents Grant, Bargain, Sell and Convey, unto said party of the second part, her heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas. to-wit: The North East Quarter (1/4) of Section Thirty-five (35) Township No Twenty-three (23), Range No Six (6) West, and the North Half of the South East Quarter (1/4) of Section No. Thirty-five (35) Township No Twenty-three (23) Range No. (6) West of the 6th P.M. all in Reno County, Kansas

Containing two hundred fourth (240) acres more or less according to the U.S. Government Survey thereof

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining forever.

And said Margaret McCurdy a widow for herself her heirs, executors or administrators, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents she is lawfully seized, in her own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and encumbrances, of what nature or kind soever:

and that she will warrant and forever defend the same unto said party of the second part, her heirs and assigns, against said party of the first part, her heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part has hereunto set her hand the day and year first above written.

Margaret McCurdy

STATE OF KANSAS, Reno COUNTY, SS.

BE IT REMEMBERED, That on this 29th day of October A. D. 1910, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Margaret McCurdy a widow

N.P. Seal

who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my ✓ seal, the day and year last above written.

Elnora Battin
Notary Public.

Term expires Dec. 11 1911.

74/285

RECORD. 74.

The News Co., Printers and Binders, Hutchinson, Kan.

W A Fair
FROM
Y A Conner
TO
Margaret McCurdy
$4.25 Int Rev Stamp

Filed for record on the 2 day of Oct 1901, at 2 33 o'clock P M.
Fred S. Bennett
Register of Deeds.
Deputy.
Entered in Transfer Record in my office, this 12 day of Oct A. D. 1901.
Wm Newlin
County Clerk.

THIS INDENTURE, Made this 31st day of August A. D. 1901 between W. A. Fair and Y. A. Conner joint executors of the last will and testament of Julia Ann Fair late of Reno County Kansas deceased of Reno County, in the State of Kansas of this first part, and Margaret McCurdy of Reno County, in the State of Kansas of the second part:

Witnesseth, That said parties of the first part, in consideration of the sum of Eleven Thousand and 00/100 DOLLARS, the receipt whereof is hereby acknowledged, do by these presents GRANT, BARGAIN, SELL AND CONVEY unto said party of the second part, her heirs and assigns, all the following described Real Estate, situated in the County of Reno, and State of Kansas, to-wit:

The East Half ½ of Section Thirty five (35) in Township Twenty three (23) South of Range Six (6) West of the Sixth (6th) P.M. Containing three hundred twenty (320) acres more or less according to the U.S. Government Survey thereof except the right of way of the Hutchinson & Southern Railroad.

To Have and to Hold the Same, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said Parties of the first part as such executors for themselves their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized in their own right, as such executors of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; have full power to convey the same that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever:

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, her heirs and assigns, against said parties of the first part, their heirs, and all and every person or persons whomsoever lawfully claiming or to claim the same.

In Witness Whereof, The said parties of the first part ha ve hereunto set their hands the day and year first above written.

W A Fair Executor
Y A Conner executrix

STATE OF KANSAS, Reno COUNTY, SS.

Be It Remembered, That on this 31st day of August A. D. 1901, before me, the undersigned a Notary Public in and for the County and State aforesaid, came W. A. Fair and Y. A. Conner executors of the last will & testament of Julia Ann Fair, deceased who personally known to me to be the same person who executed the within instrument of writing, and such person duly acknowledged the execution of the same.

[SEAL] NP

In Testimony Whereof, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

James Hettinger Notary Public.

Term expires April 12th 1903

with the appurtenances, and all the estate, title and interest of the said party of the first part therein; To have and to hold all and singular the above-described premises, together with the appurtenances, unto the said party of the second part, its successors and assigns forever.

In Witness Whereof, the said party of the first part has hereunto set her hand and seal the day and year first above written.

Sealed and Delivered { Julia Ann Fair (Seal)
in Presence of {

State of Kansas; Reno County, ss.

Be it Remembered, That on this 11th day of November A.D. 1899 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Julia Ann Fair who is personally known to me to be the same person who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal on the day and year last above written.

Howard S. Lewis,
Notary Public

(N.P. Seal) My Com. expires June 28-1903.

Filed for record Nov. 22-1899 at 12 M.

B.J. Ragland
Register of Deeds

Entered in transfer record Nov. 22-1899
A.S. Yeager, Co. Clerk.

J. M. Stuart,
(Seal) Probate Judge
Filed for record Nov. 18-1899 at 9 30 a.m.
B. J. Ragland,
Reg. Deeds
Entered in transfer record Nov. 18-1899.
H. S. Yeager, Co. Clerk

66/552

Quit-Claim Deed
$3 50 U.S. Stamp.

This Indenture, Made this - day of November in the year of our Lord one thousand eight hundred and ninety-nine between Julia Ann Fair, widow of Thomas Fair, of in the County of Reno and State of Kansas, of the first part, and The Hutchinson & Southern Railway Company, a corporation organized and existing under and by virtue of the Laws of the State of Kansas of the second part. Witnesseth, That the said party of the first part, in consideration of the sum of ($3500) thirty five hundred Dollars, to her duly paid, has sold, and by these presents do Remise, Release and Quit-claim unto the said party of the second part, its successors and assigns, forever, all that tract or parcel of land situated in the County of Reno and State of Kansas, and described as follows, to-wit: A strip of land one hundred (100) feet wide being fifty (50) feet on each side of the center line of the railroad of The Hutchinson & Southern Railway as the same is now located and constructed over and across section Thirty five (35) Township Twenty three (23) Range Six (6).

3/104

# RAILROAD DEED RECORD.

Hamilton, Woodruff & Co., Manufacturers, Topeka, Kansas

This Indenture, Made this Twenty Eighth day of July one thousand eight hundred and eighty two by and between the "ATCHISON, TOPEKA & SANTA FE RAILROAD COMPANY," a Corporation doing business under the laws of the State of Kansas, and Thomas Nickerson and George C Lord F H Peabody S L Thorndike and A J Benyon all of the County of Suffolk, in the Commonwealth of Massachusetts, as Trustees, as hereinafter stated, parties of the first part, and Thomas A Fair of the County of Choctaw in the State of Mississippi party of the second part:

WITNESSETH, That the said "Atchison, Topeka & Santa Fe Railroad Company," for and in consideration of the sum of Four Thousand 00 ($4000 00) DOLLARS to it duly paid by the said Thomas A Fair the receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents doth grant, bargain, sell and convey unto the said party of the second part his heirs and assigns forever, all that tract, piece and parcel of land situate in the County of Reno in the State of Kansas, to wit:

(All of Section Thirty Five (35) Township Twenty three (23) South Range Six 6 West of Sixth 6th Principal Meridian containing Six Hundred and Forty (640) acres more or less according to the United States Survey)

Reserving, however, to the said Atchison, Topeka & Santa Fe Railroad Company all that portion of the land hereby conveyed (if there be any such) which lies within lines drawn parallel with and fifty feet on each side distant from the centre line of its Railroad, as now constructed, or hereafter to be constructed, and any greater width where necessary permanently to include all their cuts, embankments and ditches, and other works necessary to secure and protect the main line of said Railroad.

TO HAVE AND TO HOLD, the said premises with the appurtenances, unto the said party of the second part his heirs and assigns forever. And the said Atchison, Topeka & Santa Fe Railroad Company doth hereby covenant with the said party of the second part his heirs and assigns, that it is lawfully seized of the premises aforesaid; that said premises are free and clear of all incumbrance whatsoever; and the said Atchison, Topeka & Santa Fe Railroad Company will forever warrant and defend the same, with the appurtenances, unto the said party of the second part his heirs and assigns, against the lawful claims of all persons whomsoever Except taxes that may have been levied thereon for the year 1873 or subsequent thereto

AND THIS INDENTURE ALSO WITNESSETH, That we, the said Thomas Nickerson George C Lord Trustees, under an Indenture or Deed of Trust dated November 1st, A. D. 1870, executed and delivered to us by the said Atchison, Topeka & Santa Fe Railroad Company, in consideration of Four Thousand $4000 00 Dollars (being the proceeds of the sale of the herein conveyed premises), to us paid by the said Railroad Company, the receipt whereof is hereby acknowledged, and we the said F H Peabody S L Thorndike A J Benyon Trustees, under an Indenture or Deed of Trust dated April 1st A. D 1873, executed and delivered to us by the said Railroad Company, in consideration of one dollar to us paid by the said Railroad Company, the receipt whereof is hereby acknowledged, do, as such Trustees under said several Indentures, hereby release and forever discharge the hereinbefore conveyed premises from all liens and incumbrances created thereon by the several Indentures or Trust Deeds aforesaid

Roberts Printing & Stationery Co., Hutchinson 17841

FROM

E. W. McNaghten, et ux

TO

Morton Salt Company

Entered in Transfer Record in my office this 12 day of Jan. A. D. 19 42
Tom Hogan, County Clerk.
By ........, Deputy.

This instrument was filed for record on the 12 day of Jan. A. D. 19 42 at 2:40 o'clock P. M.
Fee $1.15 George Walters Register of Deeds.
By ........, Deputy.

$ 60.50 I. R. Stamps Attached

THIS INDENTURE, Made this 14th day of June, A. D. 19 41 between E. W. McNaghten and Martha B. McNaghten, his wife

of Reno County, in the State of Kansas, of the first part, and Morton Salt Company

of Cook County, in the State of Illinois, of the second part:

WITNESSETH: That said parties of the first part, in consideration of the sum of One Dollar and other valuable considerations and 100 DOLLARS, the receipt whereof is hereby aknowledged, do by these presents grant, bargain, sell and convey unto said party of the second part, its successors or ~~heirs and~~ assigns, all the following-described real estate, situated in the County of Reno, and State of Kansas, to-wit:

East half of Section 35, Township 23 South, Range 6, West of the 6th Principal Meridian.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said first parties for themselves, their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized, in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; and the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever;

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, its successors ~~heirs~~ or ~~and~~ assigns, against said parties of the first part, their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, That said parties of the first part have hereunto set their hands, the day and year first above written.

E. W. McNaghten

Martha B. McNaghten

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 14th day of June, A. D. 19 41 before me the undersigned, a Notary Public in and for the County and State aforesaid, came E. W. McNaghten and Martha B. McNaghten, his wife

who are personally known to me to be the same persons who executed the within instrument of writing, and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial Seal the day and year last above written.

(SEAL)

R.H. Rodman

Term Expires Apr. 21, 19 42. Notary Public.

(N.P. Seal)

THIS INDENTURE, made this 1st day of December, in the year 1951, between MORTON SALT COMPANY, an Illinois corporation, Grantor, and A. D. RAYL of Hutchinson, Kansas, Grantee,

WITNESSETH

1. The Grantor, in consideration of the sum of Ten Dollars ($10.00) lawful money of the United States, and other good and valuable consideration, paid to it by the Grantee, the receipt of which is hereby acknowledged, does hereby GRANT, WARRANT, BARGAIN, and CONVEY unto the Grantee, his successors and assigns, forever all that tract of land situated in the County of Reno and State of Kansas, described as follows, to-wit:

> The East one-half (E-1/2) of Section Thirty-five (35) except the North Sixty feet (N 60') of the Southeast Quarter (SE-1/4) of said Section Thirty-five (35), and
>
> The Northwest Quarter (NW-1/4) of said Section Thirty-five (35), and
>
> The West one-half (W-1/2) of the Southwest Quarter (SW-1/4) of said Section Thirty-five (35),
>
> Excepting from the above described property a strip of land One Hundred feet (100') in width presently occupied as a railroad right of way on, over, and across the above described property,
>
> All in Township Twenty-three (23) South, Range Six (6) West of the Sixth (6th) P.M. Containing Five Hundred Forty-four and Four-tenths (544.4) Acres, More or less,

also excepting from conveyance by this deed and always reserving unto the Grantor, its successors and assigns, the following:

(1) All and singular all veins, seams, deposits, and beds of salt and salt bearing material, including all kinds of salt water, and any and all other minerals and mineral substances and deposits of any and all kinds except oil and gas (together with sufficient of the adjoining rock and earth to enable said salt and other minerals to be mined and removed in the most economical manner) which lie below a depth of three hundred feet (300') from the surface of the ground, and which lie within or under the above described tract of land, situated in the County of Reno and State of Kansas.

(2) The limitation and restriction that no oil or gas well shall be drilled within four hundred feet (400') of any underground workings of the Grantor at the time the drilling of such oil or gas well shall be started.

(3) The right to enter upon and core drill said land, whenever, wherever and to such extent as the Grantor, its successors and assigns may desire.

(4) The privilege and right to remove, through its workings below the surface of the above described tract, all veins, seams, deposits, and

beds of salt and salt bearing material, including all kinds of salt water, and other minerals and mineral substances and deposits of any and all kinds except oil and gas, lying within or under adjacent lands, or in or under lands which can be reached through adjacent lands. Provided that all such operations shall be carried on so far as they may lie within the limits of the above described tract only by underground workings, and that nothing herein contained shall confer on the Grantor any right to enter on the surface of the above described tract, except for the purpose of core drilling the same as hereinabove provided, and that proper compensation shall be paid to the Grantees, or their successors or assigns for any damage to the surface of the above described tract, or to any buildings thereon, by reason or as a result of such core drilling.

(5) The rights hereby in this paragraph excepted and reserved shall be an easement appurtenant to all veins, deposits, seams, and beds of salt and salt bearing material including all kinds of salt water, and other minerals and mineral substances and deposits of any and all kinds, except oil or gas, which lie within and under the above described tract and which lie within or under adjoining land which is now owned by the Grantor; and inasmuch as it may be many years before the Grantor may extend its workings, for such shaft or well as it may put down to mine and remove the veins, seams, deposits and beds of salt and salt bearing materials, including all kinds of salt water, and other minerals and mineral substances, and deposits of any and all kinds which are hereinabove excepted and reserved, or which have been or may hereafter be, acquired by the Grantor, and can be mined or removed through its workings within and under the above described tract, the title of the Grantor, its successors and assigns, in and to the veins, seams, deposits and beds of salt and salt bearing materials, including all kinds of salt water, and other minerals and mineral substances, and deposits of any and all kinds which are hereinabove excepted and reserved, and easements, limitations, conditions, and restrictions hereby excepted and reserved shall not be lost by non-user.

II. To have and to hold the same, together with all hereditaments, and appurtenances thereunto belonging or in any wise appertaining unto the Grantee, his successors and assigns, forever, subject, however, to (1) taxes for the year 1952 and subsequent years, (2) roads and highways, (3) easements and rights of way of record, and (4) unreleased oil and gas leases, if any. And the Grantor, for itself, its successors and assigns, does covenant with the Grantee, his successors and assigns, that it is well seized in fee of the land above described, and has good right to sell the same in the manner and form aforesaid, and that the same is free from all encumbrances, except as in this paragraph noted, and hereby warrants and agrees to defend the above described land in the quiet and peaceable possession of the Grantee, his successors and assigns, against any and all persons claiming the whole or any part thereof.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal the day and year first above written.

MORTON SALT COMPANY

ATTEST:

By: [signature]
President

[signature]
Secretary

Corp Seal



McBride & Baker
120 South La Salle Street
Chicago

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

On this 1st day of December, 1951, by me, a Notary Public, in and for said County, personally appeared DANIEL PETERKIN, JR., President of Morton Salt Company, to me personally known and known to me to be such President, and the same person who executed the foregoing instrument, who, being by me duly sworn according to law, did say that he is President of the Morton Salt Company; and that the seal affixed to said instrument is the corporate seal of said Company; and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and by him delivered as and for its act and deed. And he did further acknowledge said instrument to be the free act and deed of said corporation and that he had executed the same as and for the Morton Salt Company for the consideration and purposes therein mentioned and set forth, and I do hereby so certify.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

N.P. Seal

Mildred G. Cahill
Notary Public

My Commission Expires: 9/15/53




ORIGINAL COMPARED WITH RECORD

STATE OF KANSAS } SS
RENO COUNTY }

This instrument was filed for record on the 1 day of Dec A D. 1954 at 3:40 o'clock P. M. and duly recorded in book 302 on Page 163

Fee $3.60 Pd.

Lucille Dunn
REGISTER OF DEEDS

74



McBride & Baker
180 South La Salle Street
Chicago

Revenue stamps unnecessary.

296-2-FM

Crane & Co., Topeka

**DEED—GENERAL WARRANTY**

FROM

TO

Entered in Transfer Record in my office, this 19 day of Dec A.D. 19 63
H. L. Buckley Allen County Clerk.
By [signature] Dpty

STATE OF KANSAS, Reno County, } ss.

This instrument was filed for record on the 19 day of Dec A.D. 1963, at 9:50 o'clock A M., and duly recorded in Book 357 of Deeds, at page 196

[signature] Register of Deeds.

By ____ Deputy.

FEES.
Register of Deeds, for recording, $ 1.50
County Clerk, for transfer, .20
Total, $ 1.70 Pd

ORIGINAL COMPARED WITH RECORD

THIS INDENTURE, Made this 18 day of December, A. D. 19 63, between A. D. Rayl and Florence R. Rayl, his wife

of Reno County, in the State of Kansas, of the first part, and Julia Ann Chalfant

of Reno County, in the State of Kansas, of the second part,

WITNESSETH, That said part y of the first part, in consideration of the sum of One Dollar and other valuable consideration XXXXXXXXXXX Dollars, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto said part y of the second part, her heirs and assigns, all the following-described real estate, situated in the County of Reno and State of Kansas to wit:

West Half (W/2) of the Northeast Quarter (NE/4) of Section Thirty-five (35), Township Twenty-three (23) South, Range Six (6), West of the 6th P.M.

This conveyance is made to the party of the second part, free and clear of all mortgage indebtedness against said real estate and first party agrees to pay all of said indebtedness.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said Parties of the first part for themselves, their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said part y of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever,

Subject to easements, mineral rights and restrictions and right of way grants of record

and that first parties will warrant and forever defend the same unto said part y of the second part, her heirs and assigns, against said part ies of the first part, their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said part ies of the first part ha ve hereunto set their hand, the day and year first above written.

[signature]
A. D. Rayl

[signature]
Florence R. Rayl

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 19th day of December, 1963, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came A. D. Rayl and Florence R. Rayl, his wife who are personally known to me to be the same person S who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my seal on the day and year last above written.

My commission expires August 16 1967

[signature] Bonnie Schwertfeger
Notary Public.

N. P. Seal

D-1

COUNTY RENO R/W TRACT 30

PROJECT 50-78 F 050-4 (32)

DATE 08/04/67

STATE HIGHWAY COMMISSION OF KANSAS

* * * * * * * * * *

********************************
****** DEED FOR HIGHWAY PURPOSES ******
********************************

KNOW ALL MEN BY THESE PRESENTS, That this deed made this 29 day of Feb, 19 68, between JULIA ANN CHALFANT, and C. STEPHEN CHALFANT, (wife and husband);

of Crawford County, Kansas, parties of the first part, and the State of Kansas, party of the second part:

WITNESSETH, That parties of the first part, in consideration of the sum of THREE THOUSAND NINE HUNDRED TEN AND NO/100 ******************($3,910.00)********************************** dollars to them in hand paid by party of the second part, receipt whereof is hereby acknowledged, by these presents do ___ grant, bargain, sell and convey unto the party of the second part forever the following described real estate lying and situate in the County of Reno and State of Kansas, to wit:

A tract of land in the West Half of the Northeast Quarter of Section 35, Township 23 South, Range 6 West of the 6th P.M., described as follows: BEGINNING at the Northwest corner of said Quarter Section; First Course, thence South 00 degrees 34 minutes East, 220.9 feet along the West line of said Quarter Section; Second Course, thence North 89 degrees 22 minutes East, 100.0 feet to the East right of way line of the Atchison, Topeka and Santa Fe Railway; Third Course, thence North 00 degrees 34 minutes West, 25.0 feet along said right of way line; FOURTH COURSE, thence North 89 degrees 22 minutes East, 609.7 feet; FIFTH COURSE, thence South 00 degrees 38 minutes East, 55.0 feet; SIXTH COURSE, thence North 89 degrees 22 minutes East, to a point on the East line, 241.5 feet South of the Northeast corner of the East Half of the Northeast Quarter Section; Seventh Course, thence North 00 degrees 29 minutes East, 241.5 feet along said East line to the North line of said Quarter Section; Eighth Course, thence South 89 degrees 47 minutes West along said North line to the place of beginning. Except the right of way of the Atchison, Topeka and Santa Fe Railway. The above contains 5.21 acres, more or less, exclusive of the existing highway. This conveyance is made for the purpose of a controlled access highway and the grantor hereby releases and relinquishes to the grantee any and all abutters' rights of access to said highway, appurtenant to grantors remaining property; except and reserving, however, to the grantor, his heirs and assigns, the right of access to a frontage road over and across the following described courses: ALL of said 'FIFTH' and 'SIXTH' courses.

ORIGINAL COMPARED WITH RECORD

Entered in Transfer Record in my office the 29 day of April 1968
Mara L. Youngers COUNTY CLERK
By J.C. Robbins, Deputy Co. Clerk.

STATE OF KANSAS } SS
RENO COUNTY

This instrument was filed for record on the 29 day of Apr A. D. 1968 at 8:00 o'clock A. M. and duly recorded in Book 382 on Page 324
Fee $5.20
REGISTER OF DEEDS

D-2

(excepting the oil and gas minerals under or in said lands); to have and to hold the same together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining, forever. It is understood and agreed that the party of the second part is acquiring said real estate for state highway purposes.

And the part ies of the first part for themselves, their heirs, executors and administrators, do hereby covenant, promise and agree to and with said party of the second part that at delivery of these presents they are lawfully seized of an estate in fee simple in all and singular the above granted and described premises with the appurtenances thereto, except for right of way of any existing public highway thereon; that the same are free and clear of and from all and every incumbrance whatsoever, except

none

and that they will forever warrant and defend the same unto the party of the second part or its assigns forever, against all and any lawful claim of all and any persons whomsoever.

IN WITNESS WHEREOF, Said parties of the first part has hereunto set their hand s the day and year first above written.

x Julia Ann Chalfant
Julia Ann Chalfant

x C. Stephen Chalfant
C. Stephen Chalfant

STATE OF KANSAS, Crawford COUNTY, SS.

On this 29 day of February A.D. 19 68, before me, a notary public in and for said county and state, personally appeared Julia Ann Chalfant, & C. Stephen Chalfant, (wife and husband); to me known to be the person s named in and who executed the foregoing instrument, and duly acknowledged the execution thereof.

RUTH T. PLUMMER NOTARY PUBLIC CRAWFORD COUNTY

N. P. Seal

Ruth T. Plummer
Ruth T. Plummer Notary Public

My commission expires March 10 1968.

529-1

TRUST DEED

THIS INDENTURE, made this 21 day of December, 1984, between JULIA ANN CHALFANT, a/k/a JULIA R. CHALFANT and C. STEPHEN CHALFANT, her husband, first parties, and THE FIRST NATIONAL BANK OF HUTCHINSON, KANSAS, as Trustee under the Trust Agreement dated April 30, 1984, executed by Julia R. Chalfant as Settlor, second party.

W I T N E S S E T H:

That the said parties of the first part, in consideration of the sum of One Dollar and other valuable consideration, grant and convey unto the second party as Trustee and its successors IN TRUST, all of the following described real estate situated in Reno County, Kansas, to wit:

> All of Grantors' interest in and to the West Half of the Northeast Quarter of Section 35, Township 23 South, Range 6 West of the 6th P.M.; subject to restrictions, easements and rights of way of record, oil and gas leases of record, if any, and highway rights of way of record.

TO HAVE AND TO HOLD the same, as Trustee IN TRUST for the uses and purposes and subject to the terms and provisions set forth in the said Trust Agreement dated April 30, 1984, same being incorporated herewith by reference.

IN WITNESS WHEREOF, the first parties have hereunto set their hands the day and year first above written.

Julia Ann Chalfant
Julia Ann Chalfant, a/k/a
Julia R. Chalfant

C. Stephen Chalfant
C. Stephen Chalfant

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED, that on this 21st day of December, 1984, came Julia Ann Chalfant, a/k/a Julia R. Chalfant and C. Stephen Chalfant, her husband, and duly acknowledged before me the execution of the foregoing instrument.

Carol Shaft
Notary Public

CAROL SHAFT
STATE NOTARY PUBLIC
RENO COUNTY, KANSAS
My Appt. Exp. Sept. 12, 1985

INDEXED ✓
COMPARED ✓
ORIGINAL WITH RECORD
NUMERICAL ✓

Entered in Transfer Record in my Office the 2 Day of April 1985
County Clerk
Glenn L. Hildenbrand

STATE OF KANSAS } ss
RENO COUNTY

This Instrument was filed for record on the 2 day of April A.D. 1985 at 4:20 o'clock P. M. and duly recorded in Book 470 on Page 529(1)
Fee $ 5.00
Rosa Mary Bone
REGISTER OF DEEDS

TRUSTEE'S DEED

THIS INDENTURE, Made this 10th day of October, 1989, between The First National Bank of Hutchinson, Kansas, as Trustee under the Trust Agreement dated April 30, 1984, executed by Julia R. Chalfant, as Settlor, first party and The City of South Hutchinson, Kansas, second party.

WITNESSETH:

That in accordance with the powers granted to The First National Bank of Hutchinson, Kansas, under the Trust Agreement dated April 30, 1984, executed by Julia R. Chalfant, as Settlor, and in consideration of Ten Dollars and other valuable consideration, first party grants and conveys unto second party the following described real estate situated in Reno County, Kansas, to wit:

> A tract of land in the West Half of the Northeast Quarter (W/2 NE/4) of Section 35, Township 23 South, Range 6 West of the 6th P.M., described as follows: Commencing at the Northeast corner of Section 35, Township 23 South, Range 6 West of the 6th P.M., thence West along the North line of said Section 35 a distance of 1,320 feet, thence South and parallel with the East line of said Section 35, a distance of 241.5 feet to the place of beginning; thence continuing South and parallel with the East line of Section 35, a distance of 147.58 feet, thence West parallel with the North line of said Section 35 a distance of 147.58 feet, thence North parallel with the East line of said Section 35 a distance of 147.58 feet, thence East parallel with the North line of said Section 35 a distance of 147.58 feet, more or less, to the place of beginning; subject to easements and rights-of-way of record, oil and gas leases of record, if any, mineral interests of record, if any, and highway rights-of-way of record;

INDEXED
ORIGINAL COMPARED
WITH RECORD
NUMBERED

STATE OF KANSAS | ss
RENO COUNTY

This instrument was filed for record on the 8 day of Nov. A.D. 1989 at 10:45 o'clock A. M. and duly recorded in Book 490 on Page 333(2)
Fee $ 8.00 cash
REGISTER OF DEEDS

Entered in Transfer Record in my Office the 8 Day of Nov 1989
County Clerk

333-2

TO HAVE AND TO HOLD the same forever.

IN WITNESS WHEREOF, the first party has hereunto set its hand the day and year first above written.

THE FIRST NATIONAL BANK
OF HUTCHINSON, KANSAS

By Donald D. Adams
Donald D. Adams, Senior Vice
President & Trust Officer

Trustee under the Trust
Agreement Dated April 30,
1984, executed by Julia R.
Chalfant, Settlor

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED, that on this 10th day of October, 1989, came Donald D. Adams, Senior Vice President and Trust Officer of The First National Bank of Hutchinson, Kansas, a national banking association, and duly acknowledged before me the execution of the foregoing instrument on behalf of said corporation as Trustee.

NOTARY PUBLIC - State of Kansas
LISA REXROAD
My Appt. Exp. 1-23-91

Lisa Rexroad
Notary Public