E/2 of NW/4 35-23-6 KAK Farms, Inc.

| Instrument | Grantor | Grantee | Book/ Page | Filing Date |
|---|---|---|---|---|
| *Patent | State of Kansas | AT&SF | 5/332 | 12/18/1879 |
| WD | AT&SF | Thomas A. Fair | 3/104 | 6/1/1885 |
| *Contract | Thomas A. & Juliann Fair | Hutchinson, Oklahoma & Gulf RR | 3/341 | 6/4/1889 |
| QCD | Julia Ann Fair | The Hutchinson & Sourthern Railway Co | 66/552 | 11/22/1899 |
| QCD | John M. Fair | William A. Fair | 70/329 | 10/14/1901 |
| WD | W.A. Fair, et al Executors | Franklin P. Hettinger | 74/105 | 9/2/1901 |
| WD | Frankilin P. Hettinger and Harriet B. Hettinger | William A. Fair | 74/121 | 9/6/1907 |
| WD | William A. Fair Jr et al | E.W. McNaghten | 273/220 | 3/26/1951 |
| WD | E.W. McNaghten and Martha B. | Morton Salt Co | 273/221 | 3/26/1951 |
| WD | Morton Salt Co | A.D. Rayl | 302/163 | 12/1/1954 |
| WD | A.D. Rayl and Florence R | Louise R. Kirk | 357/195 | 12/19/1963 |
| HGWY Deed | Louise R. Kirk and William M. | State of Kansas | 382/321 | 4/29/1968 |
| WD | William M. Kirk and Louise R | KAK Farms, Inc | 426/49 | 3/12/1976 |
| | | | | |
| | | | | |
| * | Unable to access in Reno County Register of Deeds office | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TAB 13

KSCAMA AADM 1 RENO COUNTY, KANSAS TAX 7/09/08

DISPLAY AA - NAME & DESC - 1 LVD= PARCEL 127-35-0-00-01-001.00-0-01

NUMBER OF SUBSIDIARY RECORDS 01

CITY/TOWNSHIP CODE 73 RENO TWP TAX UNIT 120

ORIGINAL TAX UNIT/DIST RENO

SUBDIVISION CODE R01 CENSUS TRACT 000000 SCHOOL DIST 309-11

OLD ACCOUNT NUMBER 1: 7300060300 2: 3:

OWNER'S NAME KAK FARMS INC

NAME (CONTINUED)

MAILING ADDRESS P O BOX 913

CITY/TOWN HUTCHINSON STATE KS ZIP+4 67504 - 0913

CARE/OF TAXPAYER C/O FNB - TRUST DEPARTMENT

LOT(S) BLOCK SUBDIVISION RENO TOWNSHIP

SUBDIVISION PLAT : BOOK PAGE SECTION 35 TOWNSHIP 23 RANGE 06W

TRCT DESC 1: E/2 NW/4 EXC RR & RD ROW AND 2: EXC HWY R/W

3: 4:

| | WIDTH | | DEPTH | IRREG | | RET | DEED | CALC | USED |
|---|---|---|---|---|---|---|---|---|---|
| LOT SIZE | 0000 | X | 0000 | | ACREAGE: | 0748 | 0800 | 0633 | 0000 |
| DEED BOOK/PAGE | 426 / 49 | | | 06CV / 268 | | / | | / | |

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 961

KSCAMA AADM 2 RENO COUNTY, KANSAS TAX 7/09/08
DISPLAY AA VALUES SUMMARY LVD= PARCEL 127-35-0-00-01-001.00-0-01

2008 CURRENT VALUES (APPRAISED) | PREVIOUS YEAR'S VALUES

| CLS | LAND | BLDGS | TOTAL | CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|---|---|---|---|
| AR | 000010660 | 000000000 | 000010660 | AR | 000010970 | 000000000 | 000010970 |
| | 000000000 | 000000000 | 000000000 | | 000000000 | 000000000 | 000000000 |
| | 000000000 | 000000000 | 000000000 | | 000000000 | 000000000 | 000000000 |

------------ (B O E) --------------

| | | | |
|---|---|---|---|
| | 000000000 | 000000000 | 000000000 |
| | 000000000 | 000000000 | 000000000 |
| | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000010970 | 000000000 | 000010970 |

PREVIOUS AG MKT 000053240

VALUE POST DATE 02 / 22 / 08
PREVIOUS VALUE POST DATE 03 / 02 / 07
DATE BOE DECISION ENTERED 00 / 00 / 00
NOTE

CURRENT AG MKT 000053240

| | CURRENT | PREVIOUS |
|---|---|---|
| LAND USE CODE | 800 | 800 |

PROPERTY ADDRESS

| NO. | SUF | DIR | STREET | ZIP/CITY |
|---|---|---|---|---|
| 00000 | | W | K50 HWY | 67501 |

CURRENT YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000010660 | 000000000 | 000010660 |

HT RESTRICTION NO APPEAL APPEAL STATUS NO APPEAL YEAR

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 999

Reno Co. Map



31104

# RAILROAD DEED RECORD.

This Indenture, Made this Twenty Eighth day of July one thousand eight hundred and eighty Two by and between the "ATCHISON, TOPEKA & SANTA FE RAILROAD COMPANY," a Corporation doing business under the laws of the State of Kansas, and Thomas Nickerson and George C Lord, F.H. Peabody S.L Thorndike and A.S Bengon all of the County of Suffolk, in the Commonwealth of Massachusetts, as Trustees, as hereinafter stated, parties of the first part, and Thomas A Fair of the County of Choctaw in the State of Mississippi part y of the second part.

WITNESSETH, That the said "Atchison, Topeka & Santa Fe Railroad Company," for and in consideration of the sum of Four Thousand 00 ($4000 00) DOLLARS to it duly paid by the said Thomas A Fair the receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents doth grant, bargain, sell and convey unto the said party of the second part his heirs and assigns forever, all that tract, piece and parcel of land situate in the County of Reno in the State of Kansas

(All of Section Thirty Five (35) Township Twenty three (23) South Range Six 6 West of Sixth 6th Principal Meridian containing Six Hundred and Forty (640) acres more or less according to the United States Survey)

Reserving, however, to the said Atchison, Topeka & Santa Fe Railroad Company all that portion of the land hereby conveyed (if there be any such) which lies within lines drawn parallel with and fifty feet on each side distant from the centre line of its Railroad, as now constructed, or hereafter to be constructed, and any greater width where necessary permanently to include all their cuts, embankments and ditches, and other works necessary to secure and protect the main line of said Railroad.

TO HAVE AND TO HOLD, the said premises with the appurtenances, unto the said party of the second part his heirs and assigns forever. And the said Atchison, Topeka & Santa Fe Railroad Company doth hereby covenant with the said party of the second part his heirs and assigns, that it is lawfully seized of the premises aforesaid, that the said premises are free and clear of all incumbrances whatsoever; and the said Atchison, Topeka & Santa Fe Railroad Company will forever warrant and defend the same, with the appurtenances, unto the said party of the second part his heirs and assigns, against the lawful claims of all persons whomsoever. Except taxes that may have been levied thereon for the year 1873 or subsequent thereto

AND THIS INDENTURE ALSO WITNESSETH, That we, the said Thomas Nickerson George C Lord Trustees, under an Indenture or Deed of Trust dated November 1st, A. D. 1870, executed and delivered to us by the said Atchison, Topeka & Santa Fe Railroad Company, in consideration of Four Thousand $4000 00 (being the proceeds of the sale of the herein conveyed premises), to us paid by the said Railroad Company, the receipt whereof is hereby acknowledged, and we the said F.H Peabody S.L Thorndike A.S Bengon Trustees, under an Indenture or Deed of Trust dated April A. D. 1873, executed and delivered to us by the said Railroad Company, in consideration of one dollar to us paid by the said Railroad Company, the receipt whereof is hereby acknowledged, do, as such Trustees under said several Indentures, hereby release and forever discharge the hereinbefore conveyed premises from all liens and incumbrances created thereon by the several Indentures or Trust Deeds aforesaid.

[illegible] this 23 day of Sept. A.D. 1899.

J. M. Stewart,
Probate Judge.

(Seal)

Filed for record Nov. 18-1899 at 9:30 A.M.

S. J. Ragland,
Reg. Deeds.

Entered on transfer record Nov. 18-1899.

M. S. Yeager, Co. Clerk

66/552

Quit Claim Deed.

$3.50 [illegible]

This indenture, Made this — day of November in the year of our Lord one thousand eight hundred and ninety-nine between Julia Anne Fair, widow of Thomas Fair, of [illegible] in the County of Reno and State of Kansas of the first part, and The Hutchinson & Southern Railway Company, a corporation organized and existing under and by virtue of the laws of the State of Kansas of the second part, Witnesseth: That the said party of the first part, in consideration of the sum of ($3500) thirty five hundred Dollars, to her duly paid, has sold, and by these presents do Remise, Release and Quit claim, unto the said party of the second part, its successors and assigns, forever, all that tract or parcel of land situated in the County of Reno and State of Kansas, and described as follows, to-wit: A strip of land one hundred (100) feet wide being fifty (50) feet on each side of the center line of the main track of The Hutchinson & Southern Railway as the same is now located and constructed over and across section Thirty four (34) Township Twenty three (23) Range Six (6)

with the appurtenances and all the estate, title and interest of the said party of the first part therein. To have and to hold all and singular the above described premises, together with the appurtenances unto the said party of the second part, its successors and assigns forever.

In Witness Whereof, the said party of the first part has hereunto set her hand and seal the day and year first above written.

Sealed and Delivered ( Julia Ann Fair (Seal)
in Presence of (

[illegible] [illegible], [illegible] [illegible], [illegible]
[illegible] [illegible] [illegible] [illegible] this [illegible] day of November A.D. 1899 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Julia Ann Fair who is personally known to me to be the same person who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal on the day and year last above written.

Samuel S. [illegible]
Notary Public

(Seal) My Com. expires [illegible] 28 - [illegible].
Filed for record Nov. 22 - 1899 at 12 M.
[illegible] [illegible]
Recorder of Deeds.

Entered in transfer record Nov. 22 - 1899
C. S. [illegible], [illegible] Clerk.

70/329

John M. Fair Et al. Grantor, TO William A. Fair Grantee

Filed for record on the 14 day of Oct 1901 at 4 o'clock P.M. Fred S. Secrist Register of Deeds.

This Indenture, Made this 6th day of September A.D. 1901 between John M. Fair & Lillie Fair his wife, J. H. Kite & Margaret C. Kite his wife, [illegible] ... of the first part and William A. Fair of Reno County, in the State of Kansas of the second part.

WITNESSETH, That said parties of the first part, in consideration of the sum of One dollar & other valuable considerations and 100 DOLLARS, the receipt of which is hereby acknowledged, do by these presents, REMISE, RELEASE and QUIT CLAIM unto said party of the second part, his heirs and assigns all the following described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit: The West half (W) of section thirty-five (35) in Township twenty-three (23) South of Range Six (6) West of the Sixth Principal Meridian, Containing 320 acres, more or less according to the U.S. Survey thereof.

* State of Kansas, Reno County, ss.

Be it remembered, That on this 10th day of September A.D. 1901 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came ... Conner and Georgia A. Conner, husband & wife, heirs at law of Julia Ann Fair, deceased, who are personally known to me to be the same persons who executed the within instrument of writing, and such persons, as such heirs, have duly acknowledged the execution of the same. In Testimony whereof I have hereunto set my hand and affixed my official seal the day and year last above written. J. R. Lindsey, Notary Public

(N.P. Seal) My commission expires [illegible] 1901 * *

To Have and to Hold the Same, Together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining forever.

In Witness Whereof, The said parties of the first part have hereunto set their hands the day and year first above written.

Executed and delivered in presence of

W. M. Stratton — J. H. Kite — J. P. Threadgill
Ella Stratton — Margaret C. Kite — Nancy A. Threadgill
John M. Fair — Sarah A. Bigger Widow
Lillie Fair — J. H. L. Watson
Martha J. Wats
[illegible] Conner
Georgia A. Conner
[illegible] Conner
Florence E. Conner

State of ~~Kansas~~, Mississippi Choctaw County, ss.

BE IT REMEMBERED, That on this 6th day of September A.D. 1901 before me the undersigned, a Chancery Clerk in and for the County and State aforesaid, came [illegible] personally known to me to be the same persons who executed the within instrument of writing, and such persons as such heirs duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my official Seal, the day and year last above written. (C. Clerk Seal)

Jesse Hughes, Chancery Clerk

~~Notary Public Reno County~~

Entered in Transfer Record in my office this 14 day of Oct, A.D. 1901.

[illegible] County Clerk.

The News Co., Printers and Binders, Hutchinson, Kan.

FROM

W A Fair et al
Executors

TO

Franklin P Hettinger

$1.35 Int Rev Stamp attached

Filed for record on the 2 day of Sept 1901, at 3.50 o'clock P. M.
Fred S Scoresby
Register of Deeds.
Deputy.
Entered in Transfer Record in my office, this 2nd day of Sept A. D. 1901
Wm Newlin
County Clerk.

THIS INDENTURE, Made this 31st day of August A. D. 1901 between W A Fair and G A Conner joint Executors of the last will and testament of Julia Ann Fair late of Reno County Kansas deceased of Reno County, in the State of Kansas of this first part, and Franklin P Hettinger of Reno County, in the State of Kansas of the second part:

Witnesseth, That said parties of the first part, in consideration of the sum of Nine Thousand and no/100 DOLLARS, the receipt whereof is hereby acknowledged, do by these presents GRANT, BARGAIN, SELL AND CONVEY unto said party of the second part, his heirs and assigns, all the following described Real Estate, situated in the County of Reno, and State of Kansas, to-wit:

The West half (1/2) of Section Thirty five (35) in Township Twenty three (23) South of Range Six (6) west of the Sixth (6th) Principal Meridian Containing Three hundred twenty (320) acres more or less according to U.S. Government Survey thereof

To Have and to Hold the Same, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said parties of the first part as such Executors for themselves their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized in their own right as such executors of an absolute and indefeasible estate of inheritance, in fee simple, and have full power to convey the same of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever:

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs and assigns, against said parties of the first part, their heirs, and all and every person or persons whomsoever lawfully claiming or to claim the same.

In Witness Whereof, The said parties of the first part have hereunto set their hands the day and year first above written.

W A Fair Executor
G A Conner Executrix

STATE OF KANSAS, Reno COUNTY, SS.

Be It Remembered, That on this 31st day of August A. D. 1901, before me, the undersigned a Notary Public in and for the County and State aforesaid, came W A Fair and G A Conner Executors of the last will and Testament of Julia Ann Fair deceased who are personally known to me to be the same persons who executed the within instrument of writing, and such persons as such Executors duly acknowledged the execution of the same.

N.P. [SEAL]

In Testimony Whereof, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

James Hettinger Notary Public.
Term expires April 12th 1903

74/121

The News Co., Printers and Binders, Hutchinson, Kan.

FROM
Franklin P. Hettinger and
Harriet B. Hettinger
TO
William A Fair

$3.25 Int Rev Stamp attached

Filed for record on the 6 day of September 1901, at 10.30 o'clock A. M.
Fred S. Lowesley Register of Deeds.
Deputy.
Entered in Transfer Record in my office this 6 day of September A. D. 1901
Wm Herlin County Clerk.

THIS INDENTURE, Made this 3rd day of September A. D. 1901 between Franklin P. Hettinger + Harriet B. Hettinger husband + wife of Reno County, in the State of Kansas of this first part, and William A Fair of Reno County, in the State of Kansas of the second part: Witnesseth, That said parties of the first part, in consideration of the sum of Nine Thousand + + + and no/100 DOLLARS, the receipt whereof is hereby acknowledged, do by these presents GRANT, BARGAIN, SELL AND CONVEY unto said party of the second part, his heirs and assigns, all the following described Real Estate, situated in the County of Reno, and State of Kansas, to-wit:

The West half (½) of Section Thirty five (35) in Township Twenty three (23) South of Range Six (6) west of the Sixth Principal Meridian less part of the Railroad right of way along and off of the East side of said half Section

To Have and to Hold the Same, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said Grantors for themselves their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever:

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs and assigns, against said parties of the first part, their heirs, and all and every person or persons whomsoever lawfully claiming or to claim the same through or by grantors.

In Witness Whereof, The said parties of the first part have hereunto set their hands, the day and year first above written.

Franklin P. Hettinger
Harriet B. Hettinger

STATE OF KANSAS, Reno COUNTY, SS.

Be It Remembered, That on this 3rd day of September A. D. 1901, before me, the undersigned a Notary Public in and for the County and State aforesaid, came Franklin P. Hettinger + Harriet B. Hettinger husband + wife who are personally known to me to be the same persons who executed the within instrument of writing, and such persons have duly acknowledged the execution of the same.

(N.P. [SEAL])

In Testimony Whereof, I have hereunto set my hand and affixed my Notarial Seal, the day and year last above written.

James Hettinger Notary Public.
Term expires April 12th 1903.

 273/2020

DEED--General Warranty

THIS INDENTURE, Made this 27 day of November, A. D. 1950,

between

Myrtle C. Shapley, and Walter F. Shapley, her husband of Stafford County, Kansas; Pearl M. Durham, and Clyde Durham, her husband of Stafford County, Kansas; Lena Baker, and Don T. Baker, her husband, of Kearney, Nebraska; Sicily Ann Uht, and Jim M. Uht, her husband, of Lebanon, Kansas; John Richard Fair, and Ruth Fair, his wife, of Los Angeles, California; Aileen Detter Rodgers, and Jack Rodgers, her husband of Lincoln, Nebraska; William A. Fair Jr., and Maryalma Fair, his wife; James Clifford Fair, and Martha L. Fair, his wife; Bruce Detter Jr., and Joyce Detter, his wife by Joyce Detter, individually, and Joyce Detter as Attorney in fact for Bruce Detter Jr., her husband--all of Reno County, Kansas.

of ______ County, in the State of ______, of the first part,

and

E. W. McNaghten

of Reno County, in the State of Kansas of the second part,

WITNESSETH, That said parties of the first part, in consideration of the sum of Forty-three Thousand Two Hundred and no/100 Dollars, the receipt whereof is hereby acknowledged, do by these presents Grant, Bargain, Sell and Convey unto said party of the second part his heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas to-wit:

The Northwest Quarter (NW¼) of Section Thirty-five (35) in Township Twenty-three (23) S., in Range Six (6) West, in Reno County, Kansas, more or less according to government survey.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining forever.

And said Grantors for their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized, in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature or kind soever:

Subject to oil and gas leases of record, if any; and the rights of tenants in possession.

and that they will warrant and forever defend the same unto said party of the second part his heirs and assigns, against said parties of the first part their heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands the day and year first above written.

Clyde Durham — Pearl M. Durham
Don T. Baker — Lena F. Baker
Myrtle C. Shapley — William A. Fair Jr.
Walter F. Shapley — Maryalma Fair
Sicily Ann Uht — James Clifford Fair
Jim M. Uht — Martha L. Fair
John Richard Fair
Ruth Fair
x Bruce Detter Jr. — Aileen Detter Rodgers — Jack Rodgers
x Joyce Detter

ACKNOWLEDGMENT 380-8

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 29th day of Dec A. D. 1950, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Bruce Detter Jr.

who is personally known to me to be the same person — who executed the within instrument of writing, and such person — duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Notarial seal, the day and year last above written.

N P Seal

[illegible], Notary Public.

Term expires Oct 25 1951

STATE OF Nebraska Lancaster COUNTY, ss.

BE IT REMEMBERED, That on this [illegible] day of [illegible], 1950, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Aileen Detter Rodgers, and Jack Rodgers, her husband who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

N P Seal

[illegible]
Notary Public

Term expires May 11, 1954.

STATE OF Kansas ______ Reno COUNTY, ss.

BE IT REMEMBERED, That on this 27th day of November, A. D. 1950, before me, the undersigned, a Notary Public in and for said County and State aforesaid, came Myrtle C. Shapley and Walter F. Shapley, her husband; Pearl M. Durham and Clyde Durham, her husband; Lena Baker, and Don T. Baker, her husband; Stella Ann Tibbett and Jim M. Tibbett, her husband; William A. Fair Jr. and Maryalma Fair, his wife; and James Clifford Fair, and Martha L. Fair, his wife. who are personally known to me to be the same person who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

N P Seal

Jno. F. Fenton
Notary Public.

Term expires My Commission Expires June 27, 1951 19___

STATE OF California ______ Los Angeles, A. D. 1950,

BE IT REMEMBERED, That on this 5th day of December, A. D. 1950, before me, the undersigned, a Notary Public in and for said County and State aforesaid, came John Richard Fair, and Ruth Fair, his wife who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

N P Seal

[illegible]
My Commission Expires April 20, 1952 Notary Public

Term expires ______, 19__.

Have This Deed Recorded

DEED

GENERAL WARRANTY

FROM

TO

Entered in Transfer Record in my office this 26 day of March A. D. 1951
[illegible] County Clerk.
By [illegible] Deputy

STATE OF Kansas
Reno COUNTY } SS.

This instrument was filed for record on this 26 day of Mar A. D. 1951 at 3:05 o'clock P. M. and duly recorded in book 273, Page 220

Fee, $ 2.65 Pd.

N. Lucille Dunn
Register of Deeds

ORIGINAL CERTIFIED WITH RECORD

STATE OF TEXAS
COUNTY OF BEXAR ss.

BE IT REMEMBERED that on this 26 day of December, 1950, before me the undersigned, a Notary Public in and for said County and State, came Joyce Detter, wife of Bruce Detter Jr., who is personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of same in her own behalf and as attorney-in-fact for and on behalf of Bruce Detter Jr., her husband.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my notarial seal the day and year last above written.

N P Seal

Mrs. Anna M. Baird
Notary Public.

My commission expires 30 June 1951.

273/22)

221

DEED—Warranty

THIS INDENTURE, Made this 28th day of February, A. D. 19 51, between E. W. McNaghten and Martha B. McNaghten, his wife

of Reno County, in the State of Kansas, of the first part, and Morton Salt Company, a Corporation

of Cook County, in the State of Illinois, of the second part,

WITNESSETH, That said parties of the first part, in consideration of the sum of One Dollar and other valuable consideration and Dollars, the receipt whereof is hereby acknowledged, do by these presents Grant, Bargain, Sell and Convey unto said party of the second part, its heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas, to wit:

The Northwest Quarter (NW¼) of Section Thirty-five (35) Township Twenty-three (23) South of Range Six (6) West of the Sixth Principal Meridian





TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining forever.

And said Grantors for themselves their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are the lawful owner in own right, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature or kind soever,

None

and that they will warrant and forever defend the same unto said party of the second part, its heirs and assigns, against said parties of the first part, their heirs and all and every person or persons whomsoever, claiming through, by or under him, them or either of them.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands the day and year first above written.

E. W. McNaghten

Martha B. McNaghten

STATE OF ~~KANSAS~~, Florida Sarasota ~~Reno~~ COUNTY, ss.

BE IT REMEMBERED, That on this 7th day of March, A. D. 19 51, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came E. W. McNaghten and Martha B. McNaghten, his wife

who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official seal the day and year last above written.

N P Seal

Alma L. Carr
Notary Public
Notary Public, State of Florida at large
My commission expires Jan. 3, 1955
Bonded by American Surety Co. of N. Y.

Term expires ~~August 14~~ 19~~54~~

DEED

WARRANTY

FROM

E. W. McNaghten, et ux

TO

Morton Salt Company, a Corporation

Entered in Transfer Record in my office this 26 day of Mar. A. D. 19 51

[signature], County Clerk.
By [signature], Deputy

State of Kansas, Reno County, ss.

This instrument was filed for record on this 26 day of Mar. A. D. 19 51 at 3:10 o'clock P. M., and duly recorded in book 273, Page 221

Fee, $ 1.20 Pd.

[signature]
Register of Deeds.

ORIGINAL COMPARED WITH RECORD

302/163

THIS INDENTURE, made this 1st day of December, in the year 1951, between MORTON SALT COMPANY, an Illinois corporation, Grantor, and A. D. RAYL of Hutchinson, Kansas, Grantee,

WITNESSETH

1. The Grantor, in consideration of the sum of Ten Dollars ($10.00) lawful money of the United States, and other good and valuable consideration, paid to it by the Grantee, the receipt of which is hereby acknowledged, does hereby GRANT, WARRANT, BARGAIN, and CONVEY unto the Grantee, his successors and assigns, forever all that tract of land situated in the County of Reno and State of Kansas, described as follows, to-wit:

> The East one-half (E-1/2) of Section Thirty-five (35) except the North Sixty feet (N 60') of the Southeast Quarter (SE-1/4) of said Section Thirty-five (35), and
>
> The Northwest Quarter (NW-1/4) of said Section Thirty-five (35), and
>
> The West one-half (W-1/2) of the Southwest Quarter (SW-1/4) of said Section Thirty-five (35),
>
> Excepting from the above described property a strip of land One Hundred feet (100') in width presently occupied as a railroad right of way on, over, and across the above described property,
>
> All in Township Twenty-three (23) South, Range Six (6) West of the Sixth (6th) P.M. Containing Five Hundred Forty-four and Four-tenths (544.4) Acres, More or less,

also excepting from conveyance by this deed and always reserving unto the Grantor, its successors and assigns, the following:

(1) All and singular all veins, seams, deposits, and beds of salt and salt bearing material, including all kinds of salt water, and any and all other minerals and mineral substances and deposits of any and all kinds except oil and gas (together with sufficient of the adjoining rock and earth to enable said salt and other minerals to be mined and removed in the most economical manner) which lie below a depth of three hundred feet (300') from the surface of the ground, and which lie within or under the above described tract of land, situated in the County of Reno and State of Kansas.

(2) The limitation and restriction that no oil or gas well shall be drilled within four hundred feet (400') of any underground workings of the Grantor at the time the drilling of such oil or gas well shall be started.

(3) The right to enter upon and core drill said land, whenever, wherever and to such extent as the Grantor, its successors and assigns may desire.

(4) The privilege and right to remove, through its workings below the surface of the above described tract, all veins, seams, deposits, and

beds of salt and salt bearing material, including all kinds of salt water, and other minerals and mineral substances and deposits of any and all kinds except oil and gas, lying within or under adjacent lands, or in or under lands which can be reached through adjacent lands. Provided that all such operations shall be carried on so far as they may lie within the limits of the above described tract only by underground workings, and that nothing herein contained shall confer on the Grantor any right to enter on the surface of the above described tract, except for the purpose of core drilling the same as hereinabove provided, and that proper compensation shall be paid to the Grantees, or their successors or assigns for any damage to the surface of the above described tract, or to any buildings thereon, by reason or as a result of such core drilling.

(5) The rights hereby in this paragraph excepted and reserved shall be an easement appurtenant to all veins, deposits, seams, and beds of salt and salt bearing material including all kinds of salt water, and other minerals and mineral substances and deposits of any and all kinds, except oil or gas, which lie within and under the above described tract and which lie within or under adjoining land which is now owned by the Grantor; and inasmuch as it may be many years before the Grantor may extend its workings, for such shaft or well as it may put down to mine and remove the veins, seams, deposits and beds of salt and salt bearing materials, including all kinds of salt water, and other minerals and mineral substances, and deposits of any and all kinds which are hereinabove excepted and reserved, or which have been or may hereafter be, acquired by the Grantor, and can be mined or removed through its workings within and under the above described tract, the title of the Grantor, its successors and assigns, in and to the veins, seams, deposits and beds of salt and salt bearing materials, including all kinds of salt water, and other minerals and mineral substances, and deposits of any and all kinds which are hereinabove excepted and reserved, and easements, limitations, conditions, and restrictions hereby excepted and reserved shall not be lost by non-user.

II. To have and to hold the same, together with all hereditaments, and appurtenances thereunto belonging or in any wise appertaining unto the Grantee, his successors and assigns, forever, subject, however, to (1) taxes for the year 1952 and subsequent years, (2) roads and highways, (3) easements and rights of way of record, and (4) unreleased oil and gas leases, if any. And the Grantor, for itself, its successors and assigns, does covenant with the Grantee, his successors and assigns, that it is well seized in fee of the land above described, and has good right to sell the same in the manner and form aforesaid, and that the same is free from all encumbrances, except as in this paragraph noted, and hereby warrants and agrees to defend the above described land in the quiet and peaceable possession of the Grantee, his successors and assigns, against any and all persons claiming the whole or any part thereof.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal the day and year first above written.

MORTON SALT COMPANY

ATTEST: [signature]
Secretary

By: [signature]
President

Corp Seal



McBride & Baker
100 South LaSalle Street
Chicago

153

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

On this 1st day of December, 1951, by me, a Notary Public, in and for said County, personally appeared DANIEL PETERKIN, JR., President of Morton Salt Company, to me personally known and known to me to be such President, and the same person who executed the foregoing instrument, who, being by me duly sworn according to law, did say that he is President of the Morton Salt Company; and that the seal affixed to said instrument is the corporate seal of said Company; and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and by him delivered as and for its act and deed. And he did further acknowledge said instrument to be the free act and deed of said corporation and that he had executed the same as and for the Morton Salt Company for the consideration and purposes therein mentioned and set forth, and I do hereby so certify.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

N.P. Seal

Mildred G. Cabine
Notary Public

My Commission Expires: 9/15/53

1 Dec 54
A. N. Adams
By J C Rotten, Deputy Collector



ORIGINAL COMPARED WITH RECORD

STATE OF KANSAS } ss
RENO COUNTY }
This instrument was filed for record on the 1 day of Dec A. D. 1954 at 3:40 o'clock P. M. and duly recorded in book 302 on Page 163
Fee $3.60 Pd.
Lucille Dunn
REGISTER OF DEEDS

71 4



McBride & Baker
180 South La Salle Street
Chicago 3

357/195

Revenue stamps unnecessary 394-1-PM Crane & Co., Topeka

**DEED—GENERAL WARRANTY**

FROM

TO

Entered in Transfer Record in my office, this 19 day of Dec A.D. 1963
H.G. Buerkle Co Clerk
By [illegible] Deputy County Clerk.

STATE OF KANSAS, Reno County, } ss.

This instrument was filed for record on the 19 day of Dec A.D. 1963, at 9:50 o'clock A M., and duly recorded in Book 357 of Deeds, at page 195
Lucille Duncan Register of Deeds.
By [illegible] Deputy.

FEES
Register of Deeds, for recording, $ 1.50
County Clerk, for transfer, .20
Total, $ 1.70

ORIGINAL COMPARED WITH RECORD

THIS INDENTURE, Made this 18 day of December A. D. 1963, between A. D. Rayl and Florence R. Rayl, his wife

of Reno County, in the State of Kansas, of the first part, and Louise R. Kirk

of Reno County, in the State of Kansas of the second part,

WITNESSETH, That said parties of the first part, in consideration of the sum of One Dollar and other valuable consideration XXXXXXXXXXXX Dollars, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto said party of the second part, her heirs and assigns, all the following-described real estate, situated in the County of Reno and State of Kansas to wit:

East Half (E/2) of the Northwest Quarter (NW/4) of Section Thirty-five (35), Township Twenty-three (23) South, Range Six (6), West of the 6th P.M.

This conveyance is made to the party of the second part, free and clear of all mortgage indebtedness against said real estate and first party agrees to pay all of said indebtedness.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever.

And said parties of the first part for themselves, their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever,

Subject to easements, mineral rights and restrictions and right of way grants of record

and that first parties will warrant and forever defend the same unto said party of the second part, her heirs and assigns, against said parties of the first part, their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands, the day and year first above written.

A D Rayl
A. D. Rayl

Florence R. Rayl
Florence R. Rayl

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 19th day of December, 1963, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came A. D. Rayl and Florence R. Rayl, his wife who are personally known to me to be the same persons who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal on the day and year last above written.

Bonnie Schwartzkopf
Notary Public

My commission expires August 16 1967

N.P. Seal

D-1

COUNTY RENO R/W TRACT 29

PROJECT 50-78 F 050-4 (32)

DATE 12/18/67

STATE HIGHWAY COMMISSION OF KANSAS

* * * * * * * * *

******************************

****** DEED FOR HIGHWAY PURPOSES ******

******************************

KNOW ALL MEN BY THESE PRESENTS, That this deed made this 15 day of March, 1968, between LOUISE R. KIRK, and WILLIAM M. KIRK, (wife and husband);

of Reno County, Kansas, part ies of the first part, and the State of Kansas, party of the second part:

WITNESSETH, That part ies of the first part, in consideration of the sum of TWO THOUSAND SIX HUNDRED AND NO/100**************************($2,600.00)**********************************dollars to them in hand paid by party of the second part, receipt whereof is hereby acknowledged, by these presents do grant, bargain, sell and convey unto the party of the second part forever the following described real estate lying and situate in the County of Reno and State of Kansas, to wit:

(a) A tract of land in the East Half of the Northwest Quarter of Section 35, Township 23 South, Range 6 West of the 6th P.M., described as follows: BEGINNING at the Northeast corner of said Quarter Section; First Course, thence South 00 degrees 34 minutes East, 220.9 feet along the East line of said Quarter Section; SECOND COURSE, thence South 89 degrees 22 minutes West, 90.3 feet; THIRD COURSE, thence North 87 degrees 40 minutes West, 401.6 feet; FOURTH COURSE, thence on a curve of 23,048.32 feet radius to the right, to a point on the West line, 189.5 feet South of the Northwest corner of the East Half of the Northwest Quarter Section; Fifth Course, thence North 00 degrees 33 minutes West, 189.5 feet to the North line of said Quarter Section; Sixth Course, thence North 89 degrees 51 minutes East, along said North line to the place of beginning. The above contains 5.20 acres, more or less, exclusive of the existing highway.

This conveyance is made for the purpose of a controlled access highway and the grantor hereby releases and relinquishes to the grantee any and all abutters' rights of access to said highway, appurtenant to grantors remaining property; except and reserving, however, to the grantor, his heirs and assigns, the right of access to the highway over and across the following described course: BEGINNING at the end of said 'FOURTH' course and extending Easterly along said course, 40.0 feet.

ORIGINAL COMPARED WITH RECORD

Entered in Transfer Record in my office the 29 day of April 1968
COUNTY CLERK
Mark L. Youngblood
By J.C. Rollins, Deputy Co Clerk

STATE OF KANSAS } ss
RENO COUNTY
This instrument was filed for record on the 29 day of [illegible] A. D. 19[illegible]
at 5:50 o'clock [illegible] M. and duly recorded in Book 382 on Page 321
Fee $5.20 [illegible]
[illegible]
REGISTER OF DEEDS

D-2

(excepting the oil and gas minerals under or in said lands); to have and to hold the same together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining, forever. It is understood and agreed that the party of the second part is acquiring said real estate for state highway purposes.

And the part ies of the first part for themselves, their heirs, executors and administrators, do hereby covenant, promise and agree to and with said party of the second part that at delivery of these presents they are lawfully seized of an estate in fee simple in all and singular the above granted and described premises with the appurtenances thereto, except for right of way of any existing public highway thereon; that the same are free and clear of and from all and every incumbrance whatsoever, except

none

and that they will forever warrant and defend the same unto the party of the second part or its assigns forever, against all and any lawful claim of all and any persons whomsoever.

IN WITNESS WHEREOF, Said part ies of the first part has hereunto set their hand s the day and year first above written.

X Louise R. Kirk
Louise R. Kirk

X William M. Kirk
William M. Kirk

STATE OF KANSAS, Reno COUNTY, SS.

On this 15 day of March A.D. 19 68, before me, a notary public in and for said county and state, personally appeared Louise R. Kirk and William M. Kirk, (wife and husband); to me known to be the person s named in and who executed the foregoing instrument, and duly acknowledged the execution thereof.

GLORIA SAYRE N.P. RENO COUNTY, KAN.

N. P. Seal

Gloria Sayre
Gloria Sayre Notary Public

My commission expires August 28, 19 71.

49

WARRANTY DEED (Following Kansas Statutory Warranty Form)

Entered in Transfer Record in my Office the 12 day of March 1976
COUNTY CLERK

WILLIAM M. KIRK and LOUISE R. KIRK, husband and wife,

CONVEY____ AND WARRANT____TO

KAK FARMS, INC.

, all the following described REAL ESTATE in the County of Reno and the State of Kansas to-wit:

East Half of Northwest Quarter of Section 35, Township 23, Range 6, less Bar Pit and Highway

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements and rights of way of record.

Dated February 5, 1976

STATE OF KANSAS, Reno COUNTY, ss

BE IT REMEMBERED, That on this 5th day of February A. D. 1976, before me, the undersigned, a notary public in and for the County and State aforesaid, came

WILLIAM M. KIRK and LOUISE R. KIRK, husband and wife,

who are personally known to me to be the same person s who executed the within instrument of writing and such person s duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Marjorie Keller
Notary Public.

MARJORIE KELLER
NOTARY PUBLIC
Reno County, Kansas
My Commission Expires

Term expires June 23 1978

William M. Kirk
William M. Kirk

Louise R. Kirk
Louise R. Kirk

STATE OF KANSAS
RENO COUNTY } ss

This instrument was filed for record on the 12 day of March A. D. 1976 at 2:50 o'clock P M. and duly recorded in Book 126 on Page 49
Fee $3.00

REGISTER OF DEEDS

INDEXED
ORIGINAL COMPARED WITH RECORD
NUMERICAL