The _____ Loan and Trust Co., Grantor

To

The Atchison, Topeka and Santa Fe RyCo, Grantee

_____ f. ct. R. Stamp

Filed for record on the _____ ay of Mar, 1901, at _____ o'clock, A.M.

F___ S. S_____, Register of Deeds.

THIS INDENTURE, made this _____ DAY OF February, 1901

Between The Irrigation Loan and Trust Company, a corporation duly organized under the laws of State of Kansas, Reno County, in the State of _____ of the first part and The Atchison, Topeka and Santa Fe Railway Company, a corporation duly created and organized under the laws of the State of Kansas, _____ County, in the State of _____ of the second part:

WITNESSETH, That said party of the first part, in consideration of the sum of One Hundred and Forty Four and No Dollars.

Receipt of which is hereby acknowledged, does by these presents, REMISE, RELEASE and QUIT CLAIM unto said party of the second part _____ heirs and assigns all of the following described REAL ESTATE, situated in the County of Reno, State of Kansas to-wit:

The West sixty-six (66) feet of the west half (1/2) of the South Quarter (1/4) of Section number Twenty-Three (23) in Township Number Twenty-three (23). Range number six (6) East in Reno County, Kansas.

To Have and To Hold the Same, Together with all and singular the tenements, hereditaries, and appurtenances (hereunto _____, or in anywise appertaining forever:



TAB 14

IN WITNESS WHEREOF,; The said party of the first party _____ hereunto sets the day and year____ above written.

Executed and delivered in presence of

**Acknowledgement**

State of Kansas, County of Reno County, ss

Be it remembered, that on this ___ day of Feby A.D. 1901, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came ________ who is personally known to me to be the same per ..... who executed the within instrument of writing and such person ...... duly acknowledged the execution of the same. _________

In Testimony hereof, I have hereunto set my hand, and utilised my Notarial Seal, the day and year last above written.

Notary Public _______________

My Commission Expires December ___, 1903.

Entered in Transfer Record in my office this 22 day of Mar, A.D. 1901.

____________________---- (County Clerk)

Tr in SE/4 23-23-6 American Packaging

| Instrument | Grantor | Grantee | Book/ Page | Filing Date |
|---|---|---|---|---|
| Tax Deed | Reno County Kansas | S.G. Bailey | 2/418 | 6/9/1892 |
| QCD | S.G. Bailey and Keturah | The Irrigation Loan Trust Co | 52/555 | 10/27/1896 |
| QCD | The Irrigation Loan & Trust Co | AT&SF | 70/143 | 3/22/1907 |
| Deed | The Irrigation Loan & Trust Co,et al | H. Edwards Rowland | 67/624 | 7/26/1900 |
| QCD | H. Edwards Rowland and E.L. | Harriet B. Hettinger | 88/384 | 9/17/1906 |
| WD | Franklin P. Hettinger and Harriet B | S.J. Soper | 90/329 | 1/13/1909 |
| WD | S.J. Soper and Mary A. | John M. Soper | 243/61 | 3/11/1947 |
| WD | John M. Soper and Marjorie C. | H. Vern Soper | 267/114 | 5/22/1950 |
| WD | H. Vern Soper and Edna Anna | Reno By-Products, Inc | 414/187 | 3/21/1974 |
| WD | Reno By-Products, Inc | Doskocil Companies | 426/156 | 3/22/1976 |
| WD | Doskocil Companies | City of South Hutchinson | 430/121 | 11/4/1976 |
| WD | City of South Hutchinson | Evans Box Manufacturing Corp | 477/271 | 10/14/1986 |
| WD | Evans Box Manufacturing Corp | American Packaging Corp | 479/543 | 4/30/1987 |
| WD | American Packaging Corp | Collins Bus Corp | 596/382 | 2/5/2008 |
| WD | Collins Bus Corp | American Packaging Corp | 596/383 | 2/5/2008 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TAB 15

KSCAMA AADM 1 RENO COUNTY, KANSAS TAX 7/09/08
DISPLAY AA - NAME & DESC - 1 LVD= PARCEL 126-23-0-40-03-004.00-0-01
NUMBER OF SUBSIDIARY RECORDS 01

CITY/TOWNSHIP CODE 12 SOUTH HUTCHINSON CITY TAX UNIT 011
ORIGINAL TAX UNIT/DIST SOUTH HUTCHI

SUBDIVISION CODE S38 CENSUS TRACT 000000 SCHOOL DIST 309-1
OLD ACCOUNT NUMBER 1: 2: 3:
OWNER'S NAME AMERICAN PACKAGING CORP
NAME (CONTINUED)
MAILING ADDRESS PO BOX 1223
CITY/TOWN HUTCHINSON STATE KS ZIP+4 67504 - 1223
CARE/OF TAXPAYER

LOT(S) BLOCK SUBDIVISION BLANCHARD'S 3RD & 4TH
SUBDIVISION PLAT : BOOK 3 PAGE 20 SECTION 23 TOWNSHIP 23 RANGE 06W
TRCT DESC 1: TR COM SW COR SE/4 SEC 23 E 2: 124.9FT N 60FT FOR POB E 344FT
3: N 737.47FT WSWLY ALG CUR 247. 4: 24FT S 585FT TO POB

| | WIDTH | | DEPTH | IRREG | | RET | DEED | CALC | USED |
|---|---|---|---|---|---|---|---|---|---|
| LOT SIZE | 0000 | X | 0000 | | ACREAGE: | 0000 | 0000 | 0056 | 0000 |
| DEED BOOK/PAGE | 430 / 121 | | | 477 / 271 | | / | | / | |

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 961

KSCAMA AADM 2 RENO COUNTY, KANSAS TAX 7/09/08
DISPLAY AA - VALUES SUMMARY LVD= PARCEL 126-23-0-40-03-004.00-0-01

2008 CURRENT VALUES (APPRAISED)

| CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|
| CU | 000026640 | 000757500 | 000784140 |
| VU | 000005780 | 000000000 | 000005780 |
| __ | 000000000 | 000000000 | 000000000 |
| (B O E) | | | |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S VALUES

| CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|
| CU | 000027390 | 000786110 | 000813500 |
| VU | 000005780 | 000000000 | 000005780 |
| | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000033170 | 000786110 | 000819280 |

PREVIOUS AG MKT 000000000

VALUE POST DATE 02 / 22 / 08
PREVIOUS VALUE POST DATE 03 / 02 / 07
DATE BOE DECISION ENTERED 00 / 00 / 00
NOTE __

CURRENT AG MKT 000000000

| | CURRENT | PREVIOUS |
|---|---|---|
| LAND USE CODE | 265 _ | 265 _ |

PROPERTY ADDRESS

| NO. | SUF | DIR | STREET | ZIP/CITY |
|---|---|---|---|---|
| 400 | _ | W | BLANCHARD AVE | 67505 |

CURRENT YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000032420 | 000757500 | 000789920 |

HT RESTRICTION NO APPEAL APPEAL STATUS PROTEST PMT. CLOSE YEAR 06

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 999

**Reno Co. Map**



# TAX DEED. (Assignee of Assignee of Original Purchaser.)

Entered in Transfer Record in my office, this 9th day of June A. D. 1892.

J. E. Eaton County Clerk.

State of Kansas, Reno County, ss.

Filed for Record on the 9 day of June A. D. 1892, at 10 o'clock A. M., and duly recorded in Book ... on page 418.

H. A. Barrett Register of Deeds.

## Know all Men by These Presents:

That Whereas, The following described real property, viz: The West one half (½) of the South East Quarter (¼) of Section Twenty three (23) Township Twenty three (23) Range Six 6 West.

situated in the County of Reno and State of Kansas, was subject to taxation for the year A. D. 1887, And Whereas, The taxes assessed upon said real property for the year aforesaid remained due and unpaid at the date of the sale hereinafter mentioned. And Whereas, The Treasurer of said County did, on the 4 day of September A. D. 1888, by virtue of authority in him vested by law, at ... the sale begun and publicly held on the first Tuesday of September, A. D. 1888, expose to public sale at the County seat of said County, in substantial conformity with all the requisitions of the statute in such case made and provided, the real property above described, for the payment of taxes, interest and costs, then due and remaining unpaid upon said property; And Whereas, At the place aforesaid, R. R. Price, of the County of Reno and State of Kansas, having offered to pay the sum of Seventeen Dollars and 58 Cents, being the whole amount of taxes, interest and costs then due and remaining unpaid on said property, for the West one half of the South East quarter of Section Twenty three Township Twenty three Range Six.

which was the least quantity bid for, and payment of said sum having been by him made to the Treasurer, the said property was stricken off to him at that price. And Whereas, The said R. R. Price assigned to L. A. Bigger and L. A. Biggs did, on the ... day of ... A. D. 18.., duly assign the certificate of the sale of the property as aforesaid, and all his right, title and interest to said property to D. C. Bailey of the County of Shawnee and State of Kansas; And Whereas, The said ... did, on the ... day of ... A. D. 18..., duly assign the certificate of the sale of the property as aforesaid, and all his right, title and interest to said property to ... of the County of ... and State of ...; And Whereas, The subsequent taxes of the year 18... amounting to the sum of ... Dollars ... Dollars, and of the year 18... amounting to the sum of ... Dollars amounting to the sum of ... of the year 18... amounting to the sum of Seventeen Dollars and 58 Cents, have been paid by D. C. Bailey as provided by law; And Whereas, three years have elapsed since the date of said sale, and the said property has not been redeemed therefrom as provided by law:

Now, Therefore, I, J. E. Eaton County Clerk of the County aforesaid, for and in consideration of the sum of Thirty Dollars and 23 Cents, taxes, costs and interest due on said land for the year A. D. 1887, to the Treasurer paid as aforesaid, and by virtue of the statute in such case made and provided, have granted bargained and sold, and by these presents do grant, bargain and sell, unto the said D. C. Bailey his heirs and assigns, the real property last hereinbefore described TO HAVE AND TO HOLD unto him, the said D. C. Bailey, his heirs and assigns, forever, subject, however, to all rights of redemption provided by law.

IN WITNESS WHEREOF, I, J. E. Eaton, County Clerk as aforesaid, by virtue of authority aforesaid, have hereunto subscribed my name and affixed the official seal of said County, on this 12 day of Feby A. D. 1892.

(Seal)

J. E. Eaton County Clerk.

State of Kansas, Reno County, ss.

I Hereby Certify, That before me, H. A. Barrett, a Register of Deeds in and for said County, personally appeared the above named J. E. Eaton Clerk of said County, personally known to me to be the Clerk of said County at the date of the execution of the above conveyance, and to be the identical person whose name is affixed to and who executed the above conveyance, as Clerk of said County, and who acknowledged the execution of the same to be his voluntary act and deed, as Clerk of said County, for the purpose therein expressed.

WITNESS my hand and seal, this 13th day of February A. D. 1892.

(Seal)

H. A. Barrett Register of Deeds.

52/555

# QUIT CLAIM DEED RECORD.

Beacon Book Bindery and Job Office, Wichita

S. G. Bailey et ux
TO
~~Grantor~~
The Irrigation Loan and Trust Company
~~Grantee~~

Filed for Record on the 27th day of October 1896, at 11:30 o'clock A.M.
C. C. Rowland
Register of Deeds.

**This Indenture**, Made this 22nd day of October in the year of our Lord Eighteen hundred and ninety six Between S. G. Bailey and Keturah R. Bailey his wife of Topeka in the County of Shawnee and State of Kansas of the first part, And Irrigation Loan and Trust Co. of the County of Reno and State of Kansas of the second part:

WITNESSETH, That said parties of the first part, in consideration of the sum of Seventy five DOLLARS, ~~the receipt of which is hereby acknowledged, do by these presents, REMISE, RELEASE and QUIT-CLAIM unto said part of the second part, heirs and assigns all the following described REAL ESTATE, situated in the County of and State of~~ to them duly ~~to wit~~ paid, have sold, and by these presents do Remise, Release and Quit-claim unto the said party of the second part its successors and assigns, forever, all that tract or parcel of land situated in the County of Reno and State of Kansas and described as follows, to wit; The West half of the Southeast quarter of Section No. Twenty three (23) in Township No. Twenty three (23) South of Range No. Six (6) West 6th P.M. Containing Eighty (80) acres more or less. Subject to Lease of 1896, now on property and assigned to purchaser,

with the appurtenances, and all the estate, title and interest of the said parties of the first part therein.

To Have and to Hold ~~the Same, Together with~~ the above described premises together with all and singular ~~the tenements, hereditaments,~~ and appurtenances ~~thereunto belonging, or in anywise appertaining, forever~~ the said party of the second part, its successors and assigns forever, and said

In Witness Whereof, The said parties of the first part have hereunto set their hands the day and year first above written.

Sealed ~~Executed~~ and delivered in presence of

J. Hume Childers
L. V. Marks

S. G. Bailey (Seal)
Keturah R. Bailey (Seal)

STATE OF KANSAS, Shawnee COUNTY, SS.

Be it Remembered, That on this 22nd day of October A. D. 1896, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came S. G. Bailey & Keturah R. Bailey (his wife) who are personally known to me to be the same persons who executed the ~~within~~ foregoing instrument of writing, ~~and such person~~ and duly acknowledged the execution of the same.

In Testimony Whereof, I have hereunto set my hand, and affixed my Notarial Seal, the day and year last above written.

(N.P. Seal)

J. H. Noble
Notary Public, ~~Term Expires~~ Com. Ex. May 14th 1898.

Entered in Transfer Record in my office, this 27th day of Oct A. D. 1896.

J. H. Graver
County Clerk.

70/143

The Irrigation Loan & Trust Co.
Grantor
TO
The Atchison, Topeka and Santa Fe Ry Co
Grantee
50 ¢ I. R. Stamp

Filed for record on the 23 day of Mar 1901, at 8 o'clock, A. M.
Ford S. Scorsby
Register of Deeds.

**This Indenture,** Made this 26 day of February 1901 Between The Irrigation Loan and Trust Company, a corporation duly organized under the laws of State of Kansas, ~~County, in the State of~~ of the first part and The Atchison, Topeka and Santa Fe Railway Company a corporation duly created and organized under the laws of the State of Kansas ~~County, in the State of~~ of the second part:

WITNESSETH, That said party of the first part, in consideration of the sum of One hundred and forty four and no/100 DOLLARS, the receipt of which is hereby acknowledged, does by these presents, REMISE, RELEASE and QUIT CLAIM unto said party of the second part, its successors ~~heirs~~ and assigns all the following described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit:

The West sixty six (66) feet of the west half (1/2) of the South east quarter (1/4) of Section number Twenty three (23) in Township number Twenty three (23), Range number six (6) East in Reno County, Kansas.

**To Have and to Hold the Same,** Together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining forever.

**In Witness Whereof,** The said party of the first part has caused this instrument to be executed by its President and attested by its secretary and its corporate seal to be affixed hereunto ~~hereunto set~~ ~~hand~~ the day and year first above written.

(Corp seal)

~~Executed and delivered in presence of~~

The Irrigation Loan & Trust Company
By E. A. Casner President

Attest: C. S. Casner
Secretary

Acknowledgement

State of Kansas, County of Reno ~~County~~, ss.

BE IT REMEMBERED, That on this 26 day of Feby A. D. 1901, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came E. A. Casner who is as the President of the Irrigation Loan & Trust Company personally known to me to be the same person who executed the within instrument of writing, and such person duly acknowledged the execution of the same to be the act of said The Irrigation Loan & Trust Company.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Notarial Seal, the day and year last above written.

(N.P. Seal)

A. M. Jewell
Notary Public My Commission ~~Term~~ Expires Dec 10th 1903.

Entered in Transfer Record in my office, this 22 day of Mar. A. D. 1901.

Wm Newlin,
County Clerk.

Approved as to form
O. A. Hurd
Solicitor for Kansas.
Requires 50 cents
Stamp
O. A. Hurd

Deed

Know all Men by these presents, That the Irrigation Loan and Trust Company a corporation chartered under the laws of the State of Kansas, Fred W Casner and Clara S Casner, husband and wife and Ella Louisa Rowland for and in consideration of the sum of one Dollar ($1.00) and other valuable consideration, the receipt of which is hereby acknowledged, do by these presents grant, sell and convey unto H Edwards Rowland of the City of New York New York State, all their right, title, interest and estate of whatever kind or nature in or to the following described premises, to wit:

All of the West half of the South east Quarter of Section Twenty-three (23) Township Twenty three (23) Range Six (6) West 6 P.M. Reno County, Kansas, except 66 feet off the West side of said West half, which is expressly reserved and not conveyed by The Irrigation Loan and Trust Company, said tract having been heretofore described as lots and known as the North half of Blanchard's Third Addition to the City of South Hutchinson, Kansas.

Also, The West half of the North east quarter of Section twenty six (26) Township twenty three (23) Range Six (6) West 6 P.M. this tract having been heretofore discribed as lots and known as the South half of Blanchard's Third Addition to the City of South Hutchinson, Kansas.

Also, The North east quarter of the South east quarter of Section twenty six (26) Township twenty three (23) Range Six (6) West 6 P.M. this tract having heretofore been described as lots and being known and designated as Blanchard's Fourth Addition to the City of South Hutchinson, Kansas.

It being the intent of the grantors herein to convey to grantee all of their interests except the reservation to The Irrigation Loan and Trust Company above set fourth, in and to the tracts of land above described, regardless of the source of the title so conveyed and whether heretofore described as lots and blocks or by metes and bounds or by sub divisions of the Government survey thereof

In Witness Whereof, on this 24th day of January 1900 The Irrigation Loan and Trust Company have caused these presents to be executed by its President and the Seal of the Company hereto attached and the grantors above named, Fred W Casner and Clara S Casner, his wife, on the same day have hereunto set their hands and on the 25th day of January 1900, these presents are executed by Ella Louise Rowland.

The Irrigation Loan and Trust Company
By E A Casner President
F W Casner
Clara S Casner
Ella Louise Rowland

(Corp Seal)

State of Kansas }
Reno County } S.S.

Be it Remembered: That on the 24 day of January A.D. 1900, before me the undersigned, a Notary Public in and for the County and State aforesaid, came The Irrigation Loan and Trust Company by E A Casner its president who is personally known to me to be the President of said Company, and the same person who executed the within instrument of writing, and such person duly acknowledged the execution of the same as the act and deed of said Company.

In Witness Whereof I have hereunto set my hand and affixed my Notarial Seal the day

State of Kansas }
Reno County } ss.

Be it Remembered, That on the 25 day of January A.D. 1900 before me, the undersigned a Notary Public in and for the County and State aforesaid, came Fred W Casner and Clara S Casner, husband and wife, who are personally known to me to be the same persons who executed the within instrument of writing and such persons have duly acknowledged the execution of the same.
In witness Whereof, I have hereunto set my hand and affixed my Notarial Seal the day and year last above written.

(N.P. Seal)

A M Jewell Notary Public
Commission expires Dec 10th 1903.

State of Connecticut }
Fairfield County } ss.

Be it Remembered, That on the 25" day of January, A.D. 1900, before me the undersigned, a Notary Public in and for the County and State aforesaid, came Ella Louisa Rowland who is personally known to me to be the same person who executed the within instrument of writing and such person has duly acknowled the execution of the same.
In Witness Whereof, I have hereunto set my hand and affixed my Notarial Seal the day and year last above written.

(N.P. Seal)

Elmore S Banks Notary Public
Commission expires February 1, 1901.

Filed for Record July 26-1900 at 10 A M
Fred S Scoresby Register of Deeds
Entered in Transfer Record July 26-1900
Wm Newlin County Clerk.

QUIT CLAIM DEED

THIS INDENTURE, Made this 7th day of September A.D.1906, Between H.Edwards Rowland & E.L.Rowland, Husband and wife, of New York County, in the State of New York, of the first part and Harriet B.Hettinger of Reno County, in the State of Kansas of the second part; Witnesseth, That said parties of the first part , in consideration of the sum of Five Thousand & Twenty Five and no /100 Dollars, the receipt of which is hereby acknowledged, do by these presents, Remise, Release and Quit Claim unto said party of the second part, her heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas to-wit;All Lots on North side of Blanchard Avenue West, All Lots facing on both sides of first Avenue West; All the Lots facing on both sides of Second Avenue West, All the Lots facing on both sides of Third Avenue West, All Lots facing on both sides of Fourth Avenue West; All Lots facing on both sides of Fifth Avenue West, All Lots facing on Sixth Avenue West, All in Blanchard's Third Addition to the City of South Hutchinson, the forgoing lots with the Streets and alleys constitute the West half (1/2) of the S.E.1/4,of section 23 in Township 23 Range 6, also,All the Lots on South side of Blanchard Avenue West, All the Lots on both sides of Avenue A West, All the Lots on both sides of Avenue B west, All the lots on both sides of Avenue C West, All the Lots on both sides of Avenue D West, All the Lots on both sides of Avenue E West, All the Lots on the North side of Avenue F west, in Blinchard's Third Addition to the City of South Hutchinson, the forgoing Lots with the streets & alleys constitute the West half 1/2,of the N.E.1/4, of Section 26 Township 23, Range 6 of the 6th P.M.Except the Hutchinson and Southern Railroad right of way consisting of a strip the width of two lots (60 feet) off of and along the west side of said addition, To have and to hold the same ,Together with all and singular the tenements,hereditaments and appurtenances thereunto belonging or in anywise appertaininf forever.

IN WITNESS WHEREOF,The said parties of the first part have hereunto set their hands the day and year first above written.

H.Edwards Rowland (SEAL)

Executed and delivered in presence of, E.L.Rowland (SEAL)

L.T.Fuller
Wm.S.Main

STATE OF New York,& New York County,SS.

BE IT REMEMBERED,That on this 7th day of September A.D.1906,before me,the undersigned, a Notary Public (Certif.filed in New York Co.) in and for Kings County,and State aforesaid,came H.Edwards Rowland and E.L.Rowland husband & wife who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF,I have hereunto set my hand and affixed my official Seal ,the day and year last above written.

Wm.A.Main,Notary Public.

(N.P.SEAL). Term Expires Mch.30th 1908. Notary Public Kings County,Certificate Filed in New York County.

90/329

DEED RECORD.

WARRANTY.

The News Co., Printers and Binders, Hutchinson, 1907.

FROM
Franklin P. Hettinger
etux
TO
S. J. Soper

STATE OF KANSAS, Reno COUNTY. SS.
This instrument was filed for record on the 13 day of January A. D. 1902, at 10⁴⁰ o'clock A. M.
Chas. W. Ragland Register of Deeds.
Rose B. Stewart Deputy.

THIS INDENTURE, Made this 2nd day of January A. D. 1901, between Franklin P. Hettinger et Harriet B. Hettinger husband and wife of Reno County, in the State of Kansas of the first part, and S. J. Soper of Reno County, in the State of Kansas of the second part:

WITNESSETH, That said parties of the first part, in consideration of the sum of Sixty five hundred and ———— DOLLARS, the receipt whereof is hereby acknowledged, do by these presents, grant, bargain, sell and convey unto said party of the second part his heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas, to-wit:

All the lots on North side of West Blanchard Avenue numbered 58 to 128 inclusively. All the lots on South side of First Ave West numbered 57 to 127 inclusively. All the lots on North side of First Ave West numbered 58 to 128 inclusively. All the lots on South side of Second Ave West numbered 57 to 127 inclusively. All the lots on North side of Second Ave West numbered 58 to 128 inclusively. All the lots on South side of Third Ave West numbered 57 to 127 inclusively. All the lots on North side of Third Ave West numbered 58 to 128 inclusively. All the lots on South side of Fourth Ave West numbered 57 to 127 inclusively. All the lots on North side of Fourth Ave West numbered 58 to 128 inclusively. All the lots on South side of Fifth Ave West numbered 57 to 127 inclusively. *

TO HAVE AND TO HOLD THE SAME, Together with all and singular, the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining forever.

And said Grantors for themselves their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are the lawful owner in their own right, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all titles, charges, estates, judgments, taxes, assessments and incumbrances, made or done by or through Grantors herein of what nature or kind soever.

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs, and assigns against said parties of the first part, their heirs and all and every person or persons whomsoever, claiming through, by or under him, them or either of them.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands the day and year first above written.

Franklin P. Hettinger
Harriet B. Hettinger

STATE OF KANSAS, Reno COUNTY, SS.

BE IT REMEMBERED, That on this 2 day of January A. D. 1901, before me the undersigned a Notary Public in and for the County and State aforesaid, came Franklin P. Hettinger & Harriet B. Hettinger husband and wife who are personally known to me to be the same persons who executed the within instrument of writing, and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Notarial seal the day and year last above written.

Term expires December 1 1902. Edward S. Foote Notary Public.

Entered in transfer Record in my office this 3 day of January A. D. 1902
[illegible] County Clerk.

61

DEED—General Warranty

THIS INDENTURE, Made this 30th day of January, A. D. 1928, between S. J. Soper and Mary A. Soper, his wife

of Reno County, in the State of Kansas, of the first part, and John M. Soper

of Reno County, in the State of Kansas of the second part

WITNESSETH, That said part of the first part, in consideration of the sum of one dollar and other valuable considerations and Dollars the receipt whereof is hereby acknowledged, do by these presents Grant, Bargain, Sell and Convey unto said part of the second part, heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas, to-wit:

All of the ~~xxx~~ West half of the Southeast Quarter (W 1/2 of SE 1/4) of Section No. twenty-three (23), Township No. twenty-three (23), Range No. six (6), excepting the railway right-of-way, and known as Blanchard's Third Addition to the City of South Hutchinson

S.HU.-331

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining forever.

And said S. J. Soper for his heirs, executors or administrators, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents he is lawfully seized, in his own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature or kind soever:

and that will warrant and forever defend the same unto said party of the second part, his heirs and assigns, against said party of the first part, his heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESSETH WHEREOF, The said party of the first part has hereunto set hand the day and year first above written.

S J Soper

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 30th day of January A. D. 1928 before me, the undersigned, a Notary Public in and for said County and State aforesaid, came S. J. Soper and Mary A. Soper (his wife)

who personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

Walter Mead
Register of Deeds ~~Notary Public~~

Term expires , 19

Off. Seal

ORIGINAL COMPARED WITH RECORD

# DEED

GENERAL WARRANTY

FROM

S.J. Soper

TO

John M. Soper

Entered in Transfer Record in my office this 11 day of Mar A. D. 1947

County Clerk

State of Kansas, Reno County, ss.

This instrument was filed for record on this 11 day of Mar A. D. 1947 at 11:30 o'clock A M., and duly recorded in book 243, Page 61

Fee, $ 1.05

Register of Deeds.

WARRANTY DEED—General—Form D 941

THIS INDENTURE, Made this 12th day of May, A.D., 19 50, between John M. Soper and Marjorie C. Soper, husband and wife

of Reno County, in the State of Kansas of the first part and M. Vern Soper

of Los Angeles County, in the State of California of the second part.

WITNESSETH, That the said parties of the first part, in consideration of the sum of One Dollar and other valuable considerations DOLLARS the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto the said party of the second part his heirs and assigns all the following-described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit:

All of the West Half of the Southeast Quarter (W½ of SE ¼) of Section Twenty-three (23), Township Twenty-three (23), Range Six (6), excepting the railway right-of-way, and known as Blanchard's Third Addition to the City of South Hutchinson

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining forever.

And said John M. Soper and Marjorie C. Soper, his wife for themselves and for their heirs, executors, or administrators, do hereby covenant, promise and agree to and with said party of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature and kind soever:

NONE

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs and assigns, against said parties of the first part their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hand the day and year first-above written.

ORIGINAL COMPARED WITH RECORD

[signature]
Marjorie C. Soper

STATE OF KANSAS, RENO COUNTY, SS
This instrument was filed for record on the 22 day of May A. D. 1950 at 3:20 o'clock P. M. and duly recorded in Book 267 on Page 114 Fee $ 1.20 Pd.

O. L. Gardner
Register of Deeds

[illegible] 22 Day of May 50
A. Ahrens County [illegible]
By J.C. Rollin, Deputy Clk

STATE OF KANSAS, Reno County, ss.

Be It Remembered, That on this 12th day of May, A.D., 19 50, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came John M. Soper and Marjorie C. Soper, husband and wife

who are personally known to me to be the same persons who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year above written.

NP Seal

Lloyd Dixon
Notary Public.

Term expires My commission expires June 21, 1953, 19

WARRANTY DEED (Following Kansas Statutory Warranty Form)

H. Vern Soper and Edna Anna Soper, husband and wife

CONVEY S AND WARRANT S TO

Reno By-Products, Inc.

, all the following

described REAL ESTATE in the County of Reno

and the State of Kansas to-wit:

Commencing at the Northeast corner of the Southeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th P.M., thence West along the half Section line of said section 23, a distance of 1295 feet to a point; thence turning an angle of 90 degrees 37 minutes left and South parallel to the center line of Main Street, in the City of South Hutchinson, Kansas, for a distance of 835 feet for a place of beginning; thence continuing South along the aforesaid line a distance of 1806.85 feet to a point (said point being the boundary line of the original platted Blanchard's Third Addition), said point being on the Section line between Section 23 and 26, of Township 23 South, Range 6 West of the 6th P.M.; thence turning an angle of 90 degrees 37 minutes right and west for a distance of 1242 feet along said section line between aforementioned sections 23 and 26, to a point being on the East line of the A.T. & S.F. Railway (Hutchinson Southern); thence running an angle of 89 degrees 23 minutes to the right and North on the East line of the above referred to A.T. & S.F. Railway right of way for a distance of 1706.5 feet; thence turning an angle of 90 degrees 37 minutes right and East for a distance of 100 feet; thence North parallel with the East boundary line of Section 23, a distance of 100 feet; thence East a distance of 1142 feet to the place of beginning.

FOR THE SUM OF: $1.00 and other good and valuable consideration.

EXCEPT AND SUBJECT TO:

Filed for record in my office the 21st day of March 1974 [County Clerk, signature]

Dated March 11 19 74

H. Vern Soper

Edna Anna Soper

STATE OF CALIFORNIA, Los Angeles COUNTY, ss

BE IT REMEMBERED, That on this 11 day of March A. D. 19 74 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came

H. Vern Soper and Edna Anna Soper husband and wife

OFFICIAL SEAL
DORIS KIMMEL
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires Jan. 19, 1976
1233 N. La Brea Ave., Hollywood, CA. 90038

who are personally known to me to be the same person s who executed the within instrument of writing and such person s duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

Doris Kimmel
Notary Public.

Term expires Jan 19 1976

INDEXED ✓
✓ ORIGINAL COMPARED WITH RECORD
✓ NUMERICAL

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 21 day of March A. D. 1974 at 3:35 o'clock P. M. and duly recorded in Book 114 on Page 187

Fee $3.00

REGISTER OF DEEDS

CORPORATION DEED—General Warranty P-403-2TW Hall Litho. Co., Inc., Topeka

**DEED—GENERAL WARRANTY**

FROM

TO

Entered in Transfer Record in my office, this 22 day of ... 19 76

County Clerk.

STATE OF KANSAS, ... County, ss.

This instrument was filed for record on the 22 day of ... 19 76, at 2:10 o'clock P M., and duly recorded in Book 426 of Deeds, at page 156

Register of Deeds

By ... Deputy.

FEES.

Register of Deeds, for recording, $ ...

County Clerk, for transfer, $ ...

Total, $ ...

THIS DEED, MADE THIS 19th day of March, 19 76, between

RENO BY-PRODUCTS, INC.

a corporation duly incorporated and existing under the laws of Kansas and having its principal place of business at Hutchinson, in the State of Kansas, as first party, and

DOSKOCIL COMPANIES

of Reno County, in the State of Kansas, as second party,

WITNESSETH, That first party, in consideration of the sum of

One Dollar and other valuable consideration and 100 Dollars

the receipt whereof is hereby acknowledged, does by these presents convey and warrant unto second party, its heirs and assigns, all of the following described real estate situated in Reno County, State of Kansas, to wit:—

Commencing at the Northeast corner of the Southeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th P.M., thence West along the half Section line of said section 23, a distance of 1295 feet to a point; thence turning an angle of 90 degrees 37 minutes left and South parallel to the center line of Main Street, in the City of South Hutchinson, Kansas, for a distance of 835 feet for a place of beginning; thence continuing South along the aforesaid line a distance of 1806.85 feet to a point (said point being the boundary line of the original platted Blanchard's Third Addition), said point being on the Section line between Section 23 and 26, of Township 23 South, Range 6 West of the 6th P.M.; thence turning an angle of 90 degrees 37 minutes right and west for a distance of 1242 feet along said section line between aforementioned sections 23 and 26, to a point being on the East line of the A.T. & S.F. Railway (Hutchinson Southern); thence running an angle of 89 degrees 23 minutes to the right and North

** (see reverse side hereof for continuation of description)

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever.

And said first party, for itself, its successors and assigns, does hereby covenant, promise and agree to and with said second party that at the delivery of these presents it is lawfully seized in its own right of an absolute and indefeasible estate of inheritance, in fee simple, of all the above-described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature and kind soever, except:

and that it will warrant and forever defend the same unto said second party, its heirs and assigns, against said first party, its successors and assigns, and all and every person or persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said first party has caused this Deed to be signed on its behalf by its ... President thereunto duly authorized so to do, and has caused its corporate seal to be hereunto affixed, the day and year first above written.

(CORPORATE SEAL)

RENO BY-PRODUCTS, INC.

BY Larry Doskocil President.

STATE OF KANSAS, Reno COUNTY, ss

BE IT REMEMBERED, That on this 19th day of March, 19 76, before me the undersigned, a Notary Public in and for the County and State aforesaid, came Larry Doskocil, President of RENO BY-PRODUCTS, INC. a corporation duly incorporated and existing under the laws of Kansas, who is personally known to me to be the same person who executed, as such officer, the foregoing instrument of writing on behalf of said corporation, and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above mentioned.

LOIS EDIGER NOTARY PUBLIC RENO CO., KS.

Lois Ediger Notary Public.

Term Expires MY COMMISSION EXPIRES NOVEMBER 28, 197_

156

on the East line of the above referred to A.T. & S.F. Railway right of way; for a distance of 1706.5 feet; thence turning an angle of 90 degrees 37 minutes right and East for a distance of 100 feet; thence North parallel with the East boundary line of Section 23, a distance of 100 feet; thence East a distance of 1142 feet to the place of beginning.

THIS DEED MUST BE RECORDED

**Corporation Deed**

GENERAL WARRANTY

FROM

TO

Hall Litho. Co., Inc., Topeka

121

CORPORATION DEED—General Warranty P-463-2TW Hall Litho. Co., Inc., Topeka

DEED—GENERAL WARRANTY

FROM INDEXED ORIGINAL COMPARED TO WITH RECORD NUMERICAL

Entered in Transfer Record in my office, this 4th day of Nov. 1976

County Clerk.

STATE OF KANSAS, Reno County. } ss.

This instrument was filed for record on the 4 day of Nov. 1976, at 4:00 o'clock P M., and duly recorded in Book 430 of Deeds, at page 121

Register of Deeds.

By .................. Deputy.

FEES.

Register of Deeds, for recording, $5.00

County Clerk, for transfer, $

Total, $5.00

THIS DEED, MADE THIS 4th day of November, 1976, between Doskocil Companies a corporation duly incorporated and existing under the laws of Kansas and having its principal place of business at in the State of Kansas, as first party, and City of South Hutchinson of Reno County, in the State of Kansas, as second party,

WITNESSETH, That first party, in consideration of the sum of One dollar and other valuable consideration. and 100 Dollars the receipt whereof is hereby acknowledged, does by these presents convey and warrant unto second party, its successors and assigns, all of the following described real estate situated in Reno County, State of Kansas, to wit:—

Commencing at the southwest corner of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence East along the South line of said Southeast 1/4 124.95 feet for a place of beginning; thence continuing East along the South line of said Southeast 1/4 344.05 feet; thence with a deflection angle 90°56' left -North 829.85 feet to a point on a 13°28'53" curve of 425.0 feet radius; thence deflecting left - West to Southwesterly along said curve 399.35 feet; said arc subtending a chord length of 384.75 feet, to a point on the East right-of-way line of the A.T.& S.F. R.R. that is 645.0 feet North of the South line of said Southeast 1/4; thence South along the said right-of-way line 645.0 feet to the place of beginning; EXCEPT the South 60.0 feet thereof for Blanchard Street.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever.

And said first party, for itself, its successors and assigns, does hereby covenant, promise and agree to and with said second party that at the delivery of these presents it is lawfully seized in its own right of an absolute and indefeasible estate of inheritance, in fee simple, of all the above-described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature and kind soever, except: Easements and restrictions of record.

and that it will warrant and forever defend the same unto said second party, its successors and assigns, against said first party, its successors and assigns, and all and every person or persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said first party has caused this Deed to be signed on its behalf by its Vice President thereunto duly authorized so to do, and has caused its corporate seal to be hereunto affixed, the day and year first above written.

(CORPORATE SEAL)

DOSKOCIL COMPANIES

BY Gene Saxton Vice President.

STATE OF KANSAS, COUNTY, ss

BE IT REMEMBERED, That on this 4th day of November, 1976, before me the undersigned, a Notary Public in and for the County and State aforesaid, came Gene Saxton, Vice President of Doskocil Companies a corporation duly incorporated and existing under the laws of Kansas, who is personally known to me to be the same person who executed, as such officer, the foregoing instrument of writing on behalf of said corporation, and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

(SEAL)

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above mentioned.

RUTH A. JACOBSON NOTARY PUBLIC RENO COUNTY, KANSAS MY APPT. EXP.

Notary Public.

Term Expires Oct. 9, 1977

CORPORATION DEED - SPECIAL WARRANTY

THIS INDENTURE, Made this 10th day of October, 1986, between the City of South Hutchinson, Kansas, a municipal corporation duly organized, incorporated, and existing under and by virtue of the laws of the State of Kansas, Grantor herein, and Evans Box Manufacturing Corporation, an Oklahoma corporation, Grantee herein:

WITNESSETH, Grantor, in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto the Grantee, its successors and assigns forever, all of its right, title and interest in and to all the real estate and interests therein, located in Reno County, Kansas, described as follows:

> Commencing at the southwest corner of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence East along the South line of said Southeast 1/4 124.95 feet for a place of beginning; thence continuing East along the South line of said Southeast 1/4 344.05 feet; thence with a deflection angle 90°56' left - North 829.85 feet to a point on a 13°28'53" curve of 425.0 feet radius; thence deflecting left - West to Southwesterly along said curve 399.35 feet; said arc subtending a chord length of 384.75 feet, to a point on the East right-of-way line of the A.T.& S.F. R.R. that is 645.0 feet North of the South line of said Southeast 1/4; thence South along the said right-of-way line 645.0 feet to the place of beginning; EXCEPT the South 60.0 feet thereof for Blanchard Street;

subject to all reservations, easements, rights of way and exceptions of record.

TO HAVE AND TO HOLD THE SAME, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, unto Grantee, its successors and assigns forever; and Grantor, for itself, its successors or assigns, does hereby covenant, promise and agree to and with Grantee that at the delivery of these presents it is lawfully seized of said real estate and interests therein, with the appurtenances; that the same is free and clear of all liens and encumbrances whatsoever, except those to which the title was subject on September 1, 1976, or became subject to with Grantee's written consent, and taxes and assessments, general and special, if any. Grantor shall and will warrant and by these presents forever defend, unto Grantee, its successors and assigns, and against all and every person and persons whomsoever lawfully claiming or to claim the same, by, through or under it.

IN WITNESS WHEREOF, The City of South Hutchinson, Kansas, a municpal corporation, has hereunto caused this deed to be signed on its behalf by its Mayor, thereunto duly authorized so to do, and to be attested by its City Clerk, the day and year last above written.

CITY OF SOUTH HUTCHINSON, KANSAS

By Mae Popp
Mae Popp, Mayor

ATTEST:

By Florine M. Hoskinson, CMC
Florine M. Hoskinson, City Clerk

271-1

271-2

STATE OF KANSAS )
) ss:
COUNTY OF RENO )

BE IT REMEMBERED, That on this 10th day of October, 1986, before me, the undersigned, a notary public in and for the County and State aforesaid, came Mae Popp, Mayor of the City of South Hutchinson, Kansas, a municipal corporation duly organized, incorporated and existing under and by virtue of the laws of the State of Kansas, and Florine M. Hoskinson, City Clerk of said corporation, who are personally known to me to be such officers, and who are personally known to me to be the same persons who executed, as such officers, the within instrument of writing on behalf of said corporation, and such persons duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

GWENDOLYN L. ANDSAGER
My Appt. Exp. 9-10-87

Gwendolyn L. Andsager
Notary Public

Term expires: 9-10-87

INDEXED
ORIGINAL COMPARED
WITH RECORD

Entered in Transfer Record in my Office the 14 Day of Oct 1986
County Clerk
Alenis L. Hollinbrand

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 14 day of Oct. A.D. 1986 at 4:15 o'clock P M. and duly recorded in Book 477 on Page 271 (2)
Fee $ 6.00
Rosa Mary Moore
REGISTER OF DEEDS

Entered in Transfer Record in my Office this 30 Day of April 1987
County Clerk

**WARRANTY DEED**

EVANS BOX MANUFACTURING CORPORATION

a corporation duly organized, incorporated and existing under and by virtue of the laws of the State of Oklahoma, and having its principal place of business at Tulsa, Oklahoma,

CONVEYS AND WARRANTS TO

AMERICAN PACKAGING CORPORATION

all the following described REAL ESTATE in the County of RENO and the State of Kansas, to-wit:

> Commencing at the southwest corner of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M.; thence East along the South line of said Southeast 1/4 124.95 feet for a place of beginning; thence continuing East along the South line of said southeast 1/4 344.05 feet; thence with a deflection angle 90° 56' left-North 829.85 feet to a point on a 13° 28'53" curve of 425.0 feet radius; thence deflecting left-West to Southwesterly along said curve 399.35 feet; said arc subtending a chord length of 384.75 feet, to a point on the East right-of-way line of the A.T.&S.F. R.R. that is 645.0 feet North of the South line of said Southeast 1/4; thence South along the said right-of-way line 645.0 feet to the place of beginning; EXCEPT the South 60.0 feet thereof for Blanchard Street

for the sum of ONE DOLLAR ($1.00) and other good and valuable consideration.

EXCEPT AND SUBJECT TO: Easements, restrictions and rights-of-way of record, if any.

DATED: April 30, 1987

INDEXED
ORIGINAL COMPARED WITH RECORD
NUMERICAL

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 30 day of April A.D. 1987 at 4:00 o'clock P M. and duly recorded in Book 479 on Page 543(1)
Fee $ 5.00

REGISTER OF DEEDS

EVANS BOX MANUFACTURING CORPORATION

BY: Howard L. Evans, President

STATE OF KANSAS ) ss:
COUNTY OF RENO :

The foregoing instrument was acknowledged before me this 30th day of April, 1987, by Howard L. Evans, President of Evans Box Manufacturing Corporation, an Oklahoma corporation, on behalf of the corporation.

NOTARY PUBLIC - State of Kansas
My Appt. Exp.

Notary Public

543-1

STATE OF KANSAS
RENO COUNTY
This instrument was filed for record on the 5 day of Feb A.D. 2008 at 11:00 o'clock A M. and duly recorded in Book 596 on Page 382
Fee $20.00
REGISTER OF DEEDS

Entered in Transfer Record in My Office the 5 Day of Feb 2008
County Clerk
Shari A. Bogulu

# CORPORATION WARRANTY DEED

Order No. 115827

American Packaging Corporation, a corporation duly organized, incorporated, and existing under and by the virtue of the laws of Kansas, and having its principal place of business at South Hutchinson in the State of Kansas.

CONVEYS AND WARRANTS TO:

Collins Bus Corporation

all of the following described REAL ESTATE in the County of Reno, State of Kansas, to wit:

A portion of the Southeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, Reno County, more particularly described as follows: Commencing at the Southwest corner of the Southeast ¼; thence with an assumed bearing of North 89°40'17" East along the South line of said Southeast ¼ 124.95 feet to the former right-of-way line of the Atchison, Topeka and Santa Fe Railway; thence North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Railway 799.27 feet; thence North 89°58'41" East 191.24 feet for the point of beginning; thence following the arc of a curve to the right having a radius of 425.00 feet for an arc length of 152.04 feet (chord bears North 77°38'05" East 151.23 feet); thence South 01°15'43" East 32.33 feet; thence North 89°58'41" West 148.43 feet to the point of beginning.

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements, right of ways, and restrictions of record, if any.

Dated: February 4, 2008

State of Kansas

County of Reno

BE IT REMEMBERED, That on this 4th day of February, A.D. 20 08, before me, the undersigned, a Notary Public, in and for the County and State aforesaid came Paul D. Claxton, (Title) President of **American Packaging Corporation**, a corporation duly organized, incorporated, and existing under and by virtue of the laws of **Kansas**, who is personally known to me to be such officer, and who is personally known to me to be the same person who executed, as such officer, the within instrument of writing on behalf of said corporation, and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above mentioned.

Todd C. Brown
Notary Public

Todd C. Brown
(Print/Type Name)

My Term Expires:

NOTARY PUBLIC - State of Kansas
TODD C. BROWN
My Appt. Exp. 1-3-2010

American Packaging Corporation

By: Paul D. Claxton

Print Name: Paul D Claxton

TITLE: President

RCAT, Inc.

STATE OF KANSAS } ss 7296
RENO COUNTY

Entered In Transfer Record In My Office the 5 Day of Feb 08
County Clerk
Shari A. Lagnelin

This instrument was filed for record on the 5 day of Feb A.D. 2008 at 1140 o'clock A M. and duly recorded in Book 596 on Page 383
Fee $ 8.00
REGISTER OF DEEDS

Order No. 115827

# CORPORATION WARRANTY DEED

Collins Bus Corporation, a corporation duly organized, incorporated, and existing under and by the virtue of the laws of Kansas, and having its principal place of business at Hutchinson in the State of Kansas.

CONVEYS AND WARRANTS TO:

American Packaging Corporation

all of the following described REAL ESTATE in the County of Reno, State of Kansas, to wit:

A portion of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, Reno County, Kansas more particularly described as follows:
Commencing at the Southwest Corner of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian; thence with an assumed bearing of North 89°40'17" East along the South line of said Southeast Quarter 124.95 feet to the former East right-of-way line of the Atchison, Topeka, and Santa Fe Rail Road; thence North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Rail Road 645.00 feet for the point of beginning; thence continuing North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Rail Road 154.27 feet; thence North 89°58'41" East 191.24 feet; thence following the Arc of a curve to the left having a radius of 425.00 feet for an arc length of 247.24 feet (chord bears South 50°43'16" West 243.76 feet), to the point of beginning.

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements, right of ways, and restrictions of record, if any.

Dated: February 4, 2008

State of Kansas

County of Reno

BE IT REMEMBERED, That on this 4th day of February, A.D. 20 08, before me, the undersigned, a Notary Public, in and for the County and State aforesaid came Ron Sorensen, (Title) Vice President of **Collins Bus Corporation**, a corporation duly organized, incorporated, and existing under and by virtue of the laws of **Kansas**, who is personally known to me to be such officer, and who is personally known to me to be the same person who executed, as such officer, the within instrument of writing on behalf of said corporation, and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above mentioned.

Todd C. Brown
Notary Public
Todd C. Brown
(Print/Type Name)

My Term Expires:

NOTARY PUBLIC - State of Kansas
TODD C. BROWN
My Appt. Exp. 1-3-2010

Collins Bus Corporation

By: Ron Sorensen

Print Name: Ron Sorensen

TITLE: V.P. Risk Management

RCAT, Inc.