Tr in SE/4 of 23-23-6 Collins Bus

| Instrument | Grantor | Grantee | Book/ Page | Filing Date |
|---|---|---|---|---|
| Tax Deed | Reno County Kansas | S.G. Bailey | 2/418 | 6/9/1892 |
| QCD | S.G. Bailey and Keturah | The Irrigation Loan Trust Co | 52/555 | 10/27/1896 |
| QCD | The Irrigation Loan & Trust Co | AT&SF | 70/143 | 3/22/1907 |
| Deed | The Irrigation Loan & Trust Co,et al | H. Edwards Rowland | 67/624 | 7/26/1900 |
| QCD | H. Edwards Rowland and E.L. | Harriet B. Hettinger | 88/384 | 9/17/1906 |
| WD | Franklin P. Hettinger and Harriet B | S.J. Soper | 90/329 | 1/13/1909 |
| WD | S.J. Soper and Mary A. | John M. Soper | 243/61 | 3/11/1947 |
| WD | John M. Soper and Marjorie C. | H. Vern Soper | 267/114 | 5/22/1950 |
| | See Deeds | | | |

TAB
16

KSCAMA AADM 1 RENO COUNTY, KANSAS TAX 7/09/08
**DISPLAY** AA - NAME & DESC - 1 LVD= PARCEL 126-23-0-40-03-002.00-0-01
NUMBER OF SUBSIDIARY RECORDS 01

CITY/TOWNSHIP CODE 12 SOUTH HUTCHINSON CITY TAX UNIT 011
ORIGINAL TAX UNIT/DIST SOUTH HUTCHI

SUBDIVISION CODE S38 CENSUS TRACT 000000 SCHOOL DIST 309-1
OLD ACCOUNT NUMBER 1: 1235000950 2: 1235000925 3:
OWNER'S NAME COLLINS INDUSTRIES INC
NAME (CONTINUED)
MAILING ADDRESS 15 COMPOUND DR
CITY/TOWN HUTCHINSON STATE KS ZIP+4 67502 - 0000
CARE/OF TAXPAYER

LOT(S) BLOCK SUBDIVISION BLANCHARD'S 3RD & 4TH
SUBDIVISION PLAT : BOOK 3 PAGE 20 SECTION 23 TOWNSHIP 23 RANGE 06W
TRCT DESC 1: TR COM NE COR SE/4 W 1619FT TH 2: S 30FT FOR POB TH S 725FT TH W
3: 80FT TH S 80FT TH W 663FT TH S 4: 100FT TH W 100FT TH N 25FT TH

| | WIDTH | | DEPTH | IRREG | | RET | DEED | CALC | USED |
|---|---|---|---|---|---|---|---|---|---|
| LOT SIZE | 0000 | X | 0000 | | ACREAGE: | 0000 | 0000 | 0179 | 0000 |
| DEED BOOK/PAGE | 468 | / | 42 | 587 / 292 | | 587 / 295 | | / | |

**PRESS CMD KEY 7 TO EXIT PARCEL** NEXT FIELD 961

KSCAMA SUBAADM RENO COUNTY, KANSAS TAX 7/09/08
**DISPLAY** AA - ADDTNL. OWNER/DESC PARCEL 126-23-0-40-03-002.00-0-01
**THIS IS THE LAST SUBSIDIARY RECORD** SUBSIDIARY RECORD NUMBER 01

DEED BK/PG (CONT.) ____ / ____ ____ / ____ ____ / ____

OWNER'S NAME (CONT.)

ADDITIONAL PROPERTY DESC. W 43.7FT TH N 880FT TH E 966.4FT TO POB

AND/OR

ADDITIONAL NOTES NO CHANGE 11/14/06 PT

2670-13-214 CENSUS TRACT #

**PRESS CMD KEY 7 TO EXIT PARCEL** NEXT FIELD 945

KSCAMA AADM 2 RENO COUNTY, KANSAS TAX 7/09/08
DISPLAY AA - VALUES SUMMARY LVD= PARCEL 126-23-0-40-03-002.00-0-01

2008 CURRENT VALUES (APPRAISED)

| CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|
| CU | 000158890 | 003587010 | 003745900 |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |
| (B O E) | | | |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |
| __ | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S VALUES

| CLS | LAND | BLDGS | TOTAL |
|---|---|---|---|
| CU | 000162640 | 001588900 | 001751540 |
| EI | 000000000 | 002275610 | 002275610 |
| | 000000000 | 000000000 | 000000000 |

PREVIOUS YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| BOE | 000162640 | 003864510 | 004027150 |

PREVIOUS AG MKT 000000000

VALUE POST DATE 02 / 22 / 08
PREVIOUS VALUE POST DATE 03 / 02 / 07
DATE BOE DECISION ENTERED 00 / 00 / 00
NOTE __

CURRENT AG MKT 000000000

| | CURRENT | PREVIOUS |
|---|---|---|
| LAND USE CODE | 333 _ | 333 _ |

PROPERTY ADDRESS

| NO. | SUF | DIR | STREET | ZIP/CITY |
|---|---|---|---|---|
| 415 | _ | W | 6TH AVE | 67505 |

CURRENT YEAR'S TOTAL VALUE

| CODE | LAND | BLDGS | TOTAL |
|---|---|---|---|
| APR | 000158890 | 003587010 | 003745900 |

HT RESTRICTION NO APPEAL APPEAL STATUS INFORMAL CLOSE YEAR 05

PRESS CMD KEY 7 TO EXIT PARCEL NEXT FIELD 999

Reno Co. Map



WARRANTY DEED—General—Form D 941

**THIS INDENTURE**, Made this 12th day of May A.D., 1950, between John [illegible]. Soper and Marjorie C. Soper, husband and wife

of Reno County, in the State of Kansas of the first part and [illegible]. Vern Soper

of Los Angeles County, in the State of California of the second part.

**WITNESSETH**, That the said parties of the first part, in consideration of the sum of One Dollar and other valuable considerations DOLLARS the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto the said party of the second part his heirs and assigns all the following-described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit:

All of the West Half of the Southeast Quarter (W½ of SE ¼) of Section Twenty-three (23), Township Twenty-three (23), Range Six (6), excepting the railway right-of-way, and known as Blanchard's Third Addition to the City of South Hutchinson

**TO HAVE AND TO HOLD THE SAME**, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining forever.

And said John [illegible]. Soper and Marjorie C. Soper, his wife for themselves and for their heirs, executors, or administrators, do hereby covenant, promise and agree to and with said party of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances of what nature and kind soever:

NONE

and that they will WARRANT AND FOREVER DEFEND the same unto said party of the second part, his heirs and assigns, against said parties of the first part their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

**IN WITNESS WHEREOF**, The said parties of the first part have hereunto set their hands the day year first-above written.

[signature]

Marjorie C. Soper

ORIGINAL COMPARED WITH RECORD

STATE OF KANSAS, RENO COUNTY, SS

This instrument was filed for record on the 22 day of May A. D. 1950 at 3:20 o'clock P. M. and duly recorded in Book 267 on Page 114 Fee $1.20 Pd.

O. S. Gardner
Register of Deeds

[illegible] 22 [illegible] May [illegible]
[illegible] Ahrens County [illegible]
By J. C. Robbins, Deputy Clk

**STATE OF KANSAS**, Reno County, ss.

Be It Remembered, That on this 12th day of May, A.D., 1950, before me the undersigned, a Notary Public in and for the County and State aforesaid, came John [illegible]. Soper and Marjorie C. Soper, husband and wife

who are personally known to me to be the same persons who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year above written.

NP Seal

Floyd Dixon
Notary Public.

Term expires My commission expires June 21, 1952, 19

164

C-309 [illegible] 1595

**WARRANTY DEED—General—Form D 941** THE WICHITA EAGLE PRESS

**THIS INDENTURE**, Made this 1st day of AUGUST, A.D., 1966, between H. VERN SOPER & EDNA ANNA SOPER, HUSBAND AND WIFE of LOS ANGELES County, in the State of CALIFORNIA of the first part and NEWTON H. BENSCHEIDT of RENO County, in the State of KANSAS of the second part.

**WITNESSETH**, That the said partIES of the first part, in consideration of the sum of **** TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS DOLLARS the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell and convey unto the said partY of the second part HISheirs and assigns all the following-described REAL ESTATE, situated in the County of RENO and State of KANSAS to-wit:

That portion of the West $\frac{1}{2}$ of the Southeast Quarter($W\frac{1}{2}$ of $SE\frac{1}{4}$) of section Twenty Three(23), Township Twenty Three South(23), Range Six West(6W), hereinafter described to wit: Commencing at the Northeast corner of the Southeast Quarter ($SE\frac{1}{4}$) Of said section 23; thence west along the one-half section line of said section 23 for a distance of 1619 feet to the place of beginning; thence turning south parallel to theEast boundary of said section 23 for a distance of 835 feet to a point; thence turning West parallel to the above mentionec one-half section line of said section 23 for a distance of 918 feet to a point; thence turning North parallel to the East boundary of said section 23 for a distance of 630 feet to a point; thence West parallel to the above mentioned one-half section for a distance of 12 feet to a point; thence turning North parallel to the above mentioned East boundary of section 23 for a distance of 205 feet to a point located on the above mentioned one-half section line; thence turning East on the one-half section line for a distance of 930 feet to the place of beginning, All being in the North $\frac{1}{2}$ of the Northwest $\frac{1}{4}$ ~~of the Southeast $\frac{1}{4}$ of section 23, Township 23 South, Range 6 West of the~~ 6th P.M. and subject to any easementd of record. Area being approximately 17.65 acres.

**TO HAVE AND TO HOLD THE SAME**, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining forever.

And said H. Vern Soper and Edna Anna Soper, husband and wife themselves and for their heirs, executors, or administrators, do hereby covenant, promise and agree to and with said partY of the second part, that at the delivery of these presents they are lawfully seized in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and incumbrances of what nature and kind soever: no exceptions

and that they will WARRANT AND FOREVER DEFEND the same unto said partY of the second part, his heirs and assigns, against said partY of the first part their heirs, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

**IN WITNESS WHEREOF**, the said parties of the first part have hereunto set their hands the day and year first above written.



[signature]

x Edna Anna Soper

164

COUNTY OF: LOS ANGELES
STATE OF ~~XXXXXXXX~~ CALIFORNIA ........ County, ss.

Be It Remembered, That on this 12 th. day of AUGUST, A.D., 1966, before me the undersigned, a NOTARY PUBLIC in and for the County and State aforesaid, came H.VERN SOFER AND EDNA ANNA SOFER, HUSBAND AND WIFE

who ..... personally known to me to be the same person... who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my ...... seal the day and year above written.

H.G. Leal

RALPH M. WILSON
NOTARY PUBLIC, CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY

Ralph M. Wilson
Notary Public.

Term expires July 21, 1969

Form D—941

**Warranty Deed**

GENERAL FORM

FROM

TO

Entered in Transfer Record in my office this 3 day of Oct A.D., 1966

H.R. Busby, Co Clerk
County Clerk.
by J.C. Rollins Dep

ORIGINAL COMPARED WITH RECORD ✓

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 3 day of Oct A. D. 1966 at 8:00 o'clock a. M. and duly recorded in Book 374 on Page 164

Fee $ 1.85 Pd

Russell Dunn
REGISTER OF DEEDS

Grantee
c/o Western Foods

STATE OF KANSAS, ........ County, ss.

This instrument was filed for record on the ........ day of ........, A.D., 19...., at ........ o'clock ........ M., and duly recorded in book ........ of ........ at page ........

Register of Deeds.

Deputy.

Fees, $ ........

101

DEED—General Warranty

THIS INDENTURE, Made this 20th day of October, A. D. 1970, between H. VERN SOPER and EDNA ANNA SOPER, husband and wife

of Los Angeles County, in the State of California, of the first part, and NEWTON H. BENSCHEIDT

of Reno County, in the State of Kansas of the second part.

WITNESSETH, That said parties of the first part, in consideration of the sum of Ten -- ( AND OTHER CONSIDERSATIONS) -------------- and no/100ths-- Dollars, the receipt whereof is hereby acknowledged, do by these presents Grant, Bargain, Sell and Convey unto said part of the second part, his heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas, to-wit.

That portion of the West 1/2 of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M., hereinafter described as follows: Commencing at the Northeast corner of the Southeast 1/4 of said Section 23; thence West along the 1/2 section line of said section 23 for a distance of 1,619 feet; thence turning South parallel to the East boundary of said section 23 for a distance of 835 feet to a point, thence turning West parallel to the above mentioned 1/2 section line of said section 23 for a distance of 818 feet to the place of beginning; thence turning South parallel to the East boundary of said section 23 for a distance of 100 feet to a point; thence turning West parallel to the above mentioned 1/2 section line of said Section 23 for a distance of 100 feet more or less to the now existing railroad right-of-way line; thence turning North along the now existing said railroad right-of-way line for a distance of 100 feet; thence turning East parallel to the above mentioned 1/2 section line of said Section 23 for a distance of 100 feet, more or less, to the place of beginning.

All being in the North 1/2 of the Northwest 1/4 of the Southeast 1/4 of Section 23, Township 23 South, Range 6 West of the 6th P. M. and subject to any easement of record. Area being approximately 1/4 acre.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining forever.

And said H. VERN SOPER and EDNA ANNA SOPER, husband and wife for their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized, in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and incumbrances of what nature or kind soever: NO EXCEPTIONS

and that they will warrant and forever defend the same unto said party of the second part, his heirs and assigns, against said parties of the first part, their heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands the day and year first above written.

H. Vern Soper
Edna Anna Soper

STATE OF CALIFORNIA, LOS ANGELES -------------------------- COUNTY, ss.

BE IT REMEMBERED, That on this 20th day of October , A. D. 1970 , before me, the undersigned, a notary public in and for said County and State aforesaid, came H. VERN SOPER and EDNA ANNA SOPER

who personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

OFFICIAL SEAL
LOUISE B. LINN
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires May 24, 1974
7080 Hollywood Blvd., Suite 120, Hollywood, Ca. 90028

*Louise B. Linn*
LOUISE B. LINN Notary Public.

Term expires May 24, , 1974

Have This Deed Recorded

DEED

GENERAL WARRANTY

FROM

TO

Entered in Transfer Record in my office this 10 day of November A. D. 1970
*Frank K. Grainger* County Clerk.

STATE OF Kansas
Rice COUNTY } ss.

This instrument was filed for record on this 10 day of Nov. A. D. 1970 at 9:00 o'clock P. M., and duly recorded in book 396 , Page 101

Fee, $ 4.00 Pd.

*Lucille Linn*
Register of Deeds

ORIGINAL COMPARED WITH RECORD

124

DEED — GENERAL WARRANTY

THIS INDENTURE, Made this 31st day of October A. D. 1971 between Newton H. Benscheidt and Florence Benscheidt, Husband and Wife

of Reno County, in the State of Kansas of the first part, and The Western Food Products Company, Inc., a Kansas corporation

of Reno County, in the State of Kansas of the second part.

WITNESSETH, That said parties of the first part, in consideration of the sum of Ten Dollars and other valuable considerations Dollars the receipt of which is hereby acknowledged, do by these presents Grant, Bargain, Sell and Convey unto said party of the second part, their heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas, to-wit:

Exhibit A

Exhibit B

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining forever.

And said grantors, Newton H. Benscheidt and Florence Benscheidt, Husband and Wife for themselves and for their heirs, executors or administrators, do hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents they are lawfully seized, in their own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and incumbrances of what nature or kind soever.

No exceptions

and that they will warrant and forever defend the same unto said party of the second part, their heirs and assigns, against said parties of the first part, their heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said parties of the first part, have hereunto set their hands the day and year first above written.

Newton H. Benscheidt

Florence Benscheidt

124

STATE OF KANSAS COUNTY OF RENO

BE IT REMEMBERED, That on this 31st day of October A. D. 19 71 before me the undersigned, a Notary Public in and for said County and State aforesaid came Newton H. Benscheidt and Florence Benscheidt who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

Term Expires 2/25/75

Arthur L. Brittingham ............Notary Public

Arthur L. Brittingham

ARTHUR L. BRITTINGHAM NOTARY PUBLIC RENO CO. KANS.

STATE OF COUNTY, ss.

BE IT REMEMBERED, That on this day of A. D. 19 before me the undersigned, a in and for said County and State aforesaid came who personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

Term expires ............................................Notary Public

Have this Deed Recorded

DEED

General Warranty

FROM

NEWTON H. BENSCHEIDT

AND FLORENCE BENSCHEIDT

TO

THE WESTERN FOOD PRODUCTS CO., INC.

Entered in Transfer Record in my office this 3 day of Nov A.D. 1971

County Clerk

State of Kansas, Reno County, ss:

This Instrument was filed for record on this 3 day of Nov A.D. 1971 at 9:05 o'clock A M., and duly recorded in book 401 page 124

Fee $6.00

Register of Deeds

ORIGINAL COMPARED WITH RECORD

124

EXHIBIT A

That portion of the West ½ of the Southeast Quarter (W½ of SE¼) of section Twenty Three (23), Township Twenty Three South (23), Range Six West (6W), hereinafter described to wit: Commencing at the Northeast corner of the Southeast Quarter (SE¼) of said section 23; thence west along the one-half section line of said section 23 for a distance of 1619 feet to the place of beginning; thence turning south parallel to the East boundary of said section 23 for a distance of 835 feet to a point; thence turning West parallel to the above mentioned one-half section line of said section 23 for a distance of 918 feet to a point; thence turning North parallel to the East boundary of said section 23 for a distance of 630 feet to a point; thence West parallel to the above mentioned one-half section for a distance of 12 feet to a point; thence turning North parallel to the above mentioned East boundary of section 23 for a distance of 205 feet to a point located on the above mentioned one-half section line; thence turning East on the one-half section line for a distance of 930 feet to the place of beginning. All being in the North ½ of the Northwest ¼ of the Southeast ¼ of section 23, Township 23 South, Range 6 West of the 6th P.M. and subject to any easement of record. Area being approximately 17.65 acres.

24

EXHIBIT B

Commencing at the Northeast corner of the Southeast Quarter (SE¼) of said section 23; thence West along the one-half section line of said section 23 for a distance of 1619 feet; thence turning South parallel to the East boundary of said section 23 for a distance of 835 feet to a point; thence turning West parallel to the above mentioned one-half section line of said section 23 for a distance of 818 feet to the place of beginning; thence turning South parallel to the East boundary of said section 23 for a distance of 100 feet to a point; thence turning West parallel to the above mentioned one-half section line of said section 23 to the Railroad Right-of-Way line; thence turning North along the said Railroad Right-of-Way line for a distance of 100 feet; thence turning East parallel to the above mentioned one-half section line of said section 23 to the place of beginning. Area being approximately .25 acre.

346

DEED - GENERAL WARRANTY

THIS INDENTURE, Made this 12th day of November A. D. 19 71
between The Western Food Products Company, Inc., a Kansas Corporation

of Reno County, in the State of Kansas of the first part, and

The City of South Hutchinson

of Reno County, in the State of Kansas of the second part.

WITNESSETH, That said part y of the first part, in consideration of the sum of Ten Dollars Dollars and other valuable considerations the receipt of which is hereby acknowledged, do es by these presents Grant, Bargain, Sell and Convey unto said part y of the second part, its heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas, to-wit:

A tract of land in the W/2 of the SE/4 of Secion 23, Township 23 South, Range 6 West of the 6th P.M., Reno County, Kansas. Commencing at the Northeast corner of the SE quarter of said Section 23; thence, West along the half section line (north line of the SE/4 of said Section 23) for a distance of 2144 feet to the place of beginning; thence, South on a deflection angle of 90°37' left and for a distance of 835 feet to a point; thence, West on a deflection angle of 90°37' right for a distance of 293 feet to a point; thence, South on a deflection angle of 90 37' left for a distance of 100 feet to a point; thence, West on a deflection angle of 90°37' right for a distance of 100 feet to a point; thence, North on a deflection angle of 89°23' right for a distance of 730 feet to a point; thence, West on a deflection angle of 89°23' left for a distance of 12 feet to a point; thence, North on a deflection angle of 89°23' right for a distance of 205 feet to a point on the half section line (north line of the SE quarter of said Section 23); thence, East on a deflection angle of 90°37' right and along the half section line (north line of the SE/4 of said Section 23) for a distance of 405 feet to the place of beginning. Above described tract contains 7.82 acres, more or less

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining forever.

And said Grantor, The Western Food Products Company, Inc., for itself and for its heirs, executors or administrators, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents it is lawfully seized, in its own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and incumbrances of what nature or kind soever.

No Exceptions

and that it will warrant and forever defend the same unto said party of the second part, its heirs, and assigns, against said part y of the first part, its heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part, ha s hereunto set its hand the day and year first above written.

Corp. Seal

THE WESTERN FOOD PRODUCTS COMPANY, INC.

Charles Brackett -President

x 6

STATE OF KANSAS COUNTY, ss RENO

BE IT REMEMBERED, That on this 12th day of November A. D. 1971 before me the undersigned, a Notary Pulbic in and for said County and State aforesaid came Charles Benscheidt, the President of The Western Food Products Company, Inc. who is personally known to me to be the same person who executed the within instrument of writing and such person has duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notary seal the day and year last above written.

Term expires 2/25/75

Arthur L. Brittingham Notary Public

ARTHUR L. BRITTINGHAM NOTARY PUBLIC STATE OF KANSAS RENO

N.P. Seal

COUNTY, ss.

BE IT REMEMBERED, That on this day of A. D. 19 before me the undersigned, a in and for said County and State aforesaid came who personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

Term expires ............................................Notary Public

64

Have this Deed Recorded

DEED

General Warranty

FROM

THE WESTERN FOOD PRODUCTS COMPANY, INC.

TO

CITY OF SOUTH HUTCHINSON, KANSAS

Entered in Transfer Record in my office this 3 day of Dec A.D. 1971

[signature]

State of Kansas, Reno County, ss:

This Instrument was filed for record on this 3 day of Dec A.D. 1971 at 4:35 o'clock P.M., and duly recorded in book 401 page 316

Fee $4.00

ORIGINAL COMPARED WITH RECORD

[signature] Register of Deeds

DEED – GENERAL WARRANTY

THIS INDENTURE, Made this 20th day of March A. D. 1972 between

THE WESTERN FOOD PRODUCTS COMPANY, INC.

of Reno County, in the State of Kansas of the first part, and

THE CITY OF SOUTH HUTCHINSON, KANSAS

of Reno County, in the State of Kansas of the second part.

WITNESSETH, That said party of the first part, in consideration of the sum of Ten Dollars and other valuable considerations ~~Dollars~~ the receipt of which is hereby acknowledged, do es by these presents Grant, Bargain, Sell and Convey unto said party of the second part, its heirs and assigns, all the following described real estate situated in the County of Reno and State of Kansas , to-wit:

A tract of land in the West half of the Southeast Quarter of Section 23, Township 23 South, Range 6 West, of the 6th P.M., all in the City of South Hutchinson, Reno County, Kansas, commencing at the Northeast corner of the Southeast Quarter of said Section 23; thence, West along the North line of said Section 23 for a distance of 1619 feet to a point, said point being the intersection of the West line of North Jefferson Street, extended, with the North line of said Southeast Quarter of Section 23; thence, South at a deflection angle of 90°37' left and along the West line of North Jefferson Street for a distance of 755 feet to the place of beginning; thence, South along the West line of North Jefferson Street for a distance of 80 feet to a point on the North line of West Fourth Avenue; thence, West on a deflection angle of 90°37' right and along the North line of West Fourth Avenue for a distance of 80 feet to a point; thence, North on a deflection angle of 89°23' right and for a distance of 80 feet to a point; thence, East on a deflection angle of 90°23' right and for a distance of 80 feet to the place of beginning.

Above described tract contains 0.15 acres, more or less.

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining forever.

And said The Western Food Products Company, Inc.

for its heirs, executors or administrators, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents it is lawfully seized, in its own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estate, judgments, taxes, assessments and incumbrances of what nature or kind soever.

No exceptions

and that it will warrant and forever defend the same unto said party of the second part, its heirs and assigns, against said party of the first part, its heirs and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part, has hereunto set its hand the day and year first above written.

Corp. Seal

THE WESTERN FOOD PRODUCTS COMPANY, INC.

Charles Benedict President

234

STATE OF KANSAS, RENO COUNTY, ss.

BE IT REMEMBERED, That on this 20th day of March A. D. 19 72 before me the undersigned, a Notary Public in and for said County and State aforesaid came Charles Bensoheidt, President of The Western Food Products Company, Inc. who is personally known to me to be the same person who executed the within instrument of writing and such person has duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

Term expires 2/25/75

Arthur L. Brittingham Notary Public

ARTHUR L. BRITTINGHAM NOTARY PUBLIC RENO CO. KANS.

N.P. Seal

STATE OF COUNTY, ss.

BE IT REMEMBERED, That on this day of A. D. 19 before me the undersigned, a in and for said County and State aforesaid came who personally known to me to be the same person who executed the within instrument of writing and such person duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

Term expires ----------------------------------------Notary Public

Have this Deed Recorded

DEED

General Warranty

FROM

THE WESTERN FOOD PRODUCTS COMPANY, INC.

TO

THE CITY OF SOUTH HUTCHINSON, KANSAS

Entered in Transfer Record in my office this 30 day of March A.D. 1972

County Clerk

State of Kansas, Reno County, ss:

This instrument was filed for record on this 30 day of March A.D. 1972 at 2:20 o'clock P.M., and duly recorded in book 403 page 234

Fee $ 4.25

Register of Deeds

-44

QUITCLAIM DEED

THIS INDENTURE, Made this 3rd day of July, 1972, between THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY (successor in interest to The Hutchinson and Southern Railway Company), a Delaware corporation, Party of the First Part, and THE WESTERN FOOD PRODUCTS COMPANY, INC., a Kansas corporation, Party of the Second Part,

WITNESSETH, That said Party of the First Part, in consideration of the sum of SEVEN HUNDRED FOUR AND NO/100 ($704.00), the receipt of which is hereby acknowledged, does by these presents REMISE, RELEASE AND QUITCLAIM unto said Party of the Second Part, its successors and assigns, all the following described REAL ESTATE, situated in the County of Reno and State of Kansas, to-wit:

All that certain tract or parcel of land out of the SE 1/4 of Section 23, T23S, R6W of the 6th P.M., in the City of South Hutchinson, Reno County, Kansas, more particularly described as follows:

All of Lot 167 and part of Lot 169, West 6th Street; all of Lots 125 and 126 and part of Lots 127 and 128, West 5th Street; all of Lot 126 and part of Lot 128, West 4th Street; that part of the vacated alley between said Lot 167 and 169, West 6th Street, and said Lots 126 and 128, West 5th Street; that part of the vacated alley between said Lots 125 and 127, West 5th Street, and said Lots 126 and 128, West 4th Street, all in Blanchard's Third Addition to City of South Hutchinson; and also part of vacated West 4th Street and West 5th Street, all described by metes and bounds as follows:

Beginning at a point in the south line of vacated West 6th Street, said point also being the northeast corner of said Lot 167, West 6th Street, in Blanchard's Third Addition to City of South Hutchinson;

Entered in Transfer Record in my office the 2 day of Aug 1972
[illegible]
COUNTY CLERK

STATE OF KANSAS, RENO COUNTY, SS:
This instrument was filed for record on the 2 day of Aug A. D. 1972 at [illegible] o'clock P. M., and duly recorded in Book 405 on Page 237 Fee $[illegible]
REGISTER OF DEEDS

Thence southerly along the east line of said Lot 167 and its extension a distance of 175.0 feet, to point for corner, said corner being in the center line of a 20.0 foot vacated alley parallel with and between vacated West 6th and vacated West 5th Streets;

Thence left at an angle of 89°23' in an easterly direction and along the center line of said vacated alley a distance of 12.0 feet to point for corner, said corner being in the extended east line of said Lot 126, West 5th Street;

Thence right at an angle of 89°23' in a southerly direction and along the east line of said Lots 126 and 125, West 5th Street, and the east line of said Lot 126, West 4th Street, and its extension, a distance of 705.0 feet to point for corner, said corner being in the south line of vacated West 4th Street;

Thence right at an angle of 90°37' in a westerly direction and parallel with said south line of vacated West 4th Street, a distance of 43.76 feet, more or less, to a point 50.0 feet easterly from, measured at right angles to the center line of The Atchison, Topeka and Santa Fe Railway's N.& S. District main track, as now located and operated;

Thence in a northerly direction along a line 50.0 feet easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the north line of said Lot 169, West 6th Street, said point also being in the south line of vacated West 6th Street;

Thence east along the north line of said Lots 169 and 167, said line also being the south line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning; and containing an area of 0.88 of an acre, more or less.

TO HAVE AND TO HOLD the same, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, forever.

IN WITNESS WHEREOF, The said Party of the First Part has caused this instrument to be executed by its ________ President and attested by its Assistant Secretary, and its corporate seal to be affixed hereto, the day and year first above written.

THE ATCHISON, TOPEKA AND
SANTA FE RAILWAY COMPANY

By: ________________
Its ________ President

ATTEST: Corp. Seal

________________
Assistant Secretary



237

237

K

STATE OF ILLINOIS )
) ss.
COUNTY OF COOK )

BE IT REMEMBERED, That on this 6th day of July, A.D. 1972, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came JOHN S. REED, who is personally known to me to be the same person who executed the foregoing instrument of writing as the ---------- President of The Atchison, Topeka and Santa Fe Railway Company, and said person duly acknowledged the execution of the same to be the act of said corporation, and that the seal thereto affixed is the common or corporate seal of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last above written.

N.P. Seal

[signature]
Notary Public

My commission expires:
MAY 29, 1973

622

CORPORATION DEED.—General Warranty. 463-2 TW. Hall Litho. Co., Inc., Topeka

THIS INDENTURE, Made this 21 st day of August A. D. 19 74, between

THE WESTERN FOOD PRODUCTS COMPANY, INC.,

a corporation duly organized, incorporated, and existing under and by virtue of the laws of the state of Kansas and having its principal place of business at South Hutchinson in the State of Kansas, of the first part, and

THE CITY OF SOUTH HUTCHINSON

of Reno County, in the State of Kansas, of the second part:

WITNESSETH, That the said party of the first part, in consideration of the sum of Ten and no/100 DOLLARS, and other valuable considerations the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey unto said party of the second part, its heirs and assigns, all the following described real estate, situated in the County of Reno and State of Kansas, to wit:

A tract of land in the W/2 of the SE/4 of Section 23, Township 23 South, Range 6 West of the 6th P.M., all in the City of South Hutchinson, Reno County, Kansas.

Commencing at the NE corner of the SE/4 of said Section 23; thence,

West along the north line of said Section 23 for a distance of 1979 feet to a point and the place of beginning; thence,

Turning an angle of 90°37' left and south along a line for a distance of 835 feet to a point; thence,

Turning an angle of 90°37' right and west for a distance of 458 feet to a point; thence,

Turning an angle of 90°37' left and south for a distance of 100 feet to a point; thence,

Turning an angle of 90°37' right and west for a distance of 112 feet to a point; thence,

Turning an angle of 89°23' right and north for a distance of 935 feet to a point; thence,

Turning an angle of 89°23' right and east for a distance of 570 feet to a point and the place of beginning.

Tract contains 11.18 acres ±

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever;

And said Grantor, The Western Food Products Company, Inc., for itself, its successors and assigns, does hereby covenant, promise and agree, to and with said party of the second part, that at the delivery of these presents, it is lawfully seized in its own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature and kind soever

No exceptions

and that it will warrant and forever defend the same, unto said party of the second part, its heirs and assigns, against said party of the first part, its successors and assigns and all and every person or persons whomsoever, lawfully claiming or to claim the same.

ATT. REV. 6-65
5M 8 61 50192

IN WITNESS WHEREOF, The said party of the first part has hereunto caused this Deed to be signed on its behalf by its President, thereunto duly authorized so to do, and to be attested by its Secretary, and has caused its common seal to be hereunto affixed, the day and year last above written.

(CORPORATE SEAL — THE WESTERN FOOD PRODUCTS CORPORATE COMPANY, INC. HUTCHINSON, KANSAS)

THE WESTERN FOOD PRODUCTS COMPANY, INC.

By Charles Benscheidt, President.

Attest: Helyn Fleming, Secretary,

of The Western Food Products Company, Inc.

STATE OF Kansas, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 21 st day of August A. D. 19 74 before me, the undersigned, a notary in and for the County and State aforesaid, came Charles Benscheidt President of The Western Food Products Company Inc. a corporation duly organized, incorporated and existing under and by virtue of the laws of Kansas and Helyn Fleming Secretary of said corporation, who are personally known to me to be such officers, and who are personally known to me to be the same persons who executed, as such officers, the within instrument of writing on behalf of said corporation, and such persons duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Notary Seal the day and year last above mentioned.

(SEAL — ARTHUR L. BRITTINGHAM NOTARY PUBLIC RENO CO., KANS.)

Arthur L. Brittingham Notary Public.

Term expires February 25, 19 74

59

THIS DEED MUST BE RECORDED

**Corporation Deed**

GENERAL WARRANTY

FROM

TO

Entered in Transfer Record in my office, this 26th day of August A. D. 1974

Mildred Hildenbrand County Clerk

STATE OF KANSAS, Reno County, ss.

This instrument was filed for record on the 26 day of Aug A. D. 1974 at 2:10 o'clock P M., and duly recorded in Book 416 on page 622

Register of Deeds.

Hall Litho. Co., Topeka

Form 421.1 TW

622

SPECIAL WARRANTY DEED

THE CITY OF SOUTH HUTCHINSON, KANSAS, a municipal corporation duly organized, incorporated, and existing under and by virtue of the laws of the State of Kansas, as grantor, and THE WESTERN FOOD PRODUCTS COMPANY, INC., a Kansas corporation, as grantee;

WITNESSETH, that grantor, in consideration of the sum of $100.00 and other good and valuable consideration, to it paid by grantee, before delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained and sold, and by these presents does grant, bargain, sell and convey unto the grantee its successors and assigns, forever, all its right, title and interest in and to all the following described real estate:

> A tract of land in the West half of the Southeast quarter of Section 23, Township 23 South, Range 6 West of the 6th P.M., all in the City of South Hutchinson, Reno County, Kansas; commencing at the Northeast corner of the Southeast quarter of said Section 23; thence West along the North line of said Section 23 for a distance of 1979 feet to a point and the place of beginning; thence turning an angle of 90°37' left and South along a line for a distance of 835 feet to a point; thence turning an angle of 90°37' right and West for a distance of 458 feet to a point; thence turning an angle of 90°37' left and South for a distance of 100 feet to a point; thence turning an angle of 90°37' right and West for a distance of 112 feet to a point; thence turning an angle of 89°23' right and North for a distance of 935 feet to a point; thence turning an angle of 89°23' right and East for a distance of 570 feet to a point and the place of beginning;

STATE OF KANSAS, RENO COUNTY, ss: This instrument was filed for record on the 25 day of June A.D. 19 84 at 1:40 o'clock P M. and duly recorded in Book 467 on Page 413(1) Fee $ 5.00 [signature] REGISTER OF DEEDS

TO HAVE AND TO HOLD THE SAME, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining unto the grantee, its successors and assigns forever; and the said grantor for itself, its successors or assigns, does hereby covenant, promise and agree, to and with the said grantee that at the delivery of these presents it is lawfully seized of said interest of and in all and singular the above granted and described premises, with the appurtenances; and said interest in and to the same, the said grantor shall and will warrant and by these presents forever defend, unto the grantee, its successors and assigns, and against all and every person and persons lawfully claiming or to claim the same, by, through or under it.

INDEXED ✓ ORIGINAL COMPARED ✓ WITH RECORD NUMERICAL ✓

IN WITNESS WHEREOF, the grantor has hereunto caused this Deed to be executed by authority of the governing body of the City of South Hutchinson, Kansas, and caused its seal to be hereunto affixed, on June 5, 1984.

THE CITY OF SOUTH HUTCHINSON, KANSAS

By [signature]
Delmar C. Hill, Mayor

ATTEST:

[signature]
Florine M. Hoskinson, City Clerk

Entered in Transfer Record in my Office the 28 Day of June 19 84
[signature] County Clerk

STATE OF KANSAS, RENO COUNTY, ss:

On June 5, 1984, the foregoing Special Warranty Deed was acknowledged before me by Delmar C. Hill, as Mayor and Florine M. Hoskinson, as City Clerk of the City of South Hutchinson, Kansas, a municipal corporation, duly organized, incorporated and existing under by virtue of the laws of the State of Kansas, on behalf of said municipal corporation.

My Appt. Exp.: JERRY L. PENLEY NOTARY PUBLIC STATE OF KANSAS My Appt. Expires April 20, 1985

[signature]
Notary Public

# WARRANTY DEED

THE WESTERN FOOD PRODUCTS COMPANY, INC., a Kansas corporation, duly organized, incorporated and existing under and by virtue of the laws of the State of Kansas, conveys and warrants to COLLINS INDUSTRIES, INC., a Kansas corporation, all of the following described real property located in Reno County, Kansas:

> That portion of the West half of the Southeast quarter of Section 23, Township 23 South, Range 6 West of the 6th Principle Meridian, hereinafter described: Commencing at the Northeast corner of the Southeast quarter of said Section 23, thence West along the half section line of said Section 23 for a distance of 1,619 feet to the place of beginning; thence turning South parallel to the East boundary of said Section 23 for a distance of 755 feet to a point; thence turning West parallel to the above mentioned half section line of said Section 23 for a distance of 80 feet to a point; thence turning South parallel to the East boundary line of said Section 23 for a distance of 80 feet to a point; thence turning West parallel to the half section line of said Section 23 for a distance of 405 feet to a point; thence turning North parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning East parallel to the North half section line for a distance of 125 feet to a point; thence North 300 feet to the said half section line; thence East 360 feet to the place of beginning.

for the sum of One Dollar ($1.00) and other valuable consideration, EXCEPT AND SUBJECT TO easements and restrictions, either visible or of record.

Dated: June 6, 1984.

THE WESTERN FOOD PRODUCTS COMPANY, INC.

By [signature]
Douglas Manly, Vice Pres.

STATE OF KANSAS, RENO COUNTY, ss.

On June 6, 1984, the foregoing Warranty Deed was acknowledged before me by Douglas Manly, Vice President of The Western Food Products Company, Inc., a Kansas corporation, on behalf of the corporation.

TERRY L. PENLEY
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Expires April 20, 1985

[signature]
Notary Public

My Appt. Exp.: 4-20-85

INDEXED ✓
ORIGINAL COMPARED WITH RECORD ✓
NUMERICAL ✓

Entered in Transfer Record in my Office the 3 Day of July 1984
[signature] County Clerk

STATE OF KANSAS
RENO COUNTY } ss

This instrument was filed for record on the 3 day of July A.D. 1984 at 1:45 o'clock P.M. and duly recorded in Book 467 on Page 465(1)
Fee $ 5.00
[signature]
REGISTER OF DEEDS

466-1

SE¼ 23-23-6

# WARRANTY DEED

THE WESTERN FOOD PRODUCTS COMPANY, INC., a Kansas corporation, duly organized, incorporated and existing under and by virtue of the laws of the State of Kansas, conveys and warrants to COLLINS INDUSTRIES, INC., a Kansas corporation, all of the following described real property located in Reno County, Kansas:

Tract 1: A tract of land in the West half of the Southeast quarter of Section 23, Township 23 South Range 6 West of the 6th Principle Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast quarter of said Section 23; thence West along the North line of the Southeast quarter, Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90° 37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90° 37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90° 37 minutes right and West for a distance of 100 feet to a point; thence turning a angle of 89° 23 minutes right and North for a distance of 25 feet; thence turning an angle of 90° 37 minutes left and West for a distance of 12 feet; thence turning an angle of 89° 23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89° 23 minutes right and East for a distance of 570 feet to a point and place of beginning.

Tract 2: Beginning at a point in the South line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in BLANCHARD'S THIRD ADDITION to City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said South line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the center line of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

for the sum of One Dollar ($1.00) and other valuable consideration, EXCEPT AND SUBJECT TO easements and restrictions, either visible or of record.

Dated: June 6, 1984.

THE WESTERN FOOD PRODUCTS COMPANY, INC.

By [signature]
Douglas Manly, Vice Pres.

STATE OF KANSAS, RENO COUNTY, ss.

On June 6, 1984, the foregoing Warranty Deed was acknowledged before me by Douglas Manly Vice President of The Western Food Products Company, Inc., a Kansas corporation, on behalf of the corporation.

JERRY L. PENLEY
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Expires April 20, 1985

Jerry L. Penley
Notary Public

My Appt. Exp.:
4-20-85

INDEXED ✓
ORIGINAL COMPARED ✓
WITH RECORD
NUMERICAL ✓

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 3 day of July A.D. 1984 at 1:50 o'clock P M. and duly recorded in Book 467 on Page 466(2)
Fees $ 6.00

Rose Mary Moore
REGISTER OF DEEDS

Entered in Transfer Record in my Office the 5 Day of July 1984
County Clerk
Glenis L. Hildenbrand



466-2

42-1

KANSAS WARRANTY DEED

THIS INDENTURE, Made this 31st day of July, A. D., 1984, between Collins Industries, Inc., a corporation, duly organized, incorporated and existing under and by virtue of the laws of the State of Missouri and having its principal place of business at Hutchinson in the State of Kansas, party of the first part, and City of South Hutchinson, Kansas of Reno County, in the State of Kansas, party of the second part:

WITNESSETH, THAT THE SAID PARTY OF THE FIRST PART, in consideration of the sum of ONE DOLLAR AND OTHER VALUABLE CONSIDERATIONS, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey unto said party of the second part, its heirs and assigns, all of the following described REAL ESTATE, situated in the County of Reno and State of Kansas to-wit:

Tract 1: A tract of land in the West Half of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principle Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of said Section 23; thence West along the North line of the Southeast Quarter, Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90° 37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North Section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North Section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90° 37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90° 37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89° 23 minutes right and North for a distance of 25 feet; thence turning an angle of 90° 37 minutes left and West for a distance of 12 feet; thence turning an angle of 89° 23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89° 23 minutes right and East for a distance of 570 feet to a point and place of beginning.

Tract 2: Beginning at a point in the South line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in BLANCHARD'S THIRD ADDITION to City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90° 37' in a Westerly direction and parallel with said South line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the center line of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

TO HAVE AND TO HOLD THE SAME, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining forever.

And said Collins Industries, Inc. for itself, its successors and assigns, does hereby covenant, promise and agree, to and with said party of the second party, that at the delivery of these presents, it is lawfully seized and in its own right of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and encumbrances, of what nature and kind soever,

and that it will WARRANT and FOREVER DEFEND the same unto said party of the second part, its heirs and assigns, against said party of the first part, its successors and assigns, and all and every person or persons whomsoever, lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part has hereunto caused this Deed to be signed on its behalf by its President, thereunto duly authorized so to do, and to be attested by its Secretary, and has caused its common seal to be hereunto affixed, the day and year last above written.

COLLINS INDUSTRIES, INC. INDEXED ORIGINAL COMPARED WITH RECORD NUMERICAL

By [signature]

Donald L. Collins, President

COLLINS INDUSTRIES CORPORATE SEAL MISSOURI

ATTEST:

[signature]

Charles F. Crews, Secretary

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 31 day of July A.D. 1984 at 2:00 o'clock P M. and duly recorded in Book 468 on Page 42
Fee $ 6
[signature]
REGISTER OF DEEDS

KANSAS CORPORATION ACKNOWLEDGEMENT

STATE OF KANSAS)
) SS
COUNTY OF RENO )

BE IT REMEMBERED, That on this 31st day of July, A. D., 1984, before me the undersigned, a Notary Public in and for the County and State aforesaid, came Donald L. Collins, President of Collins Industries, Inc., a corporation duly organized, incorporated and existing under and by virtue of the laws of Missouri and Charles F. Crews, Secretary of said corporation, who are personally known to me to be such officers, and who are personally known to me to be the same persons who executed, as such officers, the within instrument on behalf of said corporation, and such persons duly acknowledged the execution of the same to be the act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my offical seal, the day and year last above written.

[signature]
________________, Notary Public

My Commission Expires:
12/20/84

EUGENE J. WOHLETZ STATE NOTARY PUBLIC RENO COUNTY, KANS.

Entered in Transfer Record in my Office the 31 Day of July 19 84
[signature]
County Clerk

42-2

12

Entered in Transfer Record in My Office the 9 Day of Nov 06
County Clerk
Shari H. Sagrahi

F 8 T 4

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 9 day of nov A.D. 20 06 at 12:30 o'clock P M. and duly recorded in Book 587 on Page 295
Fee $ 12.00 (2)
Carol Sallee, BR
REGISTER OF DEEDS

## SPECIAL WARRANTY DEED

**The City of South Hutchinson, Kansas**, a municipal corporation of the State of Kansas, ("Grantor") hereby conveys to **Collins Bus Corporation**, a Kansas corporation, ("Grantee"), all of the real property located in Reno County, Kansas more particularly described in Exhibit A attached hereto and incorporated herein by reference as if fully set forth herein, subject to easements, right-of-ways, the rights of any public or quasi-public authority in connection with any pending condemnation of said property and restrictions of record, if any, for the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which consideration is hereby acknowledged.

Grantor, for Grantor and Grantor's successors and assigns, covenants that Grantor is lawfully seized of Grantor's interest in the foregoing described property and has good right to convey Grantor's interest therein and guarantees the quiet possession of said property against the claims of those claiming any right, interest or title therein through Grantor, except as may be described above, and Grantor will warrant and defend the property against all lawful claims of those claiming any right, interest or title through Grantor but Grantor does not warrant title against those claiming a right, interest or title that arose prior to, or separate from, Grantor's interest in the said property.

**DATED** this 26th day of October, 2006

CITY OF SOUTH HUTCHINSON, KANSAS

By: Roberta D Stewart
Roberta D. Stewart, Mayor

Attest:

Denise McCue
Denise McCue, City Clerk

**STATE OF KANSAS, COUNTY OF RENO: ss**

This instrument was acknowledged before me, a Notary Public, on the 26th day of October, 2006, by Roberta D. Stewart, Mayor of the City of South Hutchinson, Kansas, (the "City") and attested by Denise McCue, City Clerk of said City, who are personally known to me to be the persons who executed the within instrument and duly acknowledged the execution of the same for, on behalf of and as the act and deed of said City.

[Seal] ROSETTA F. SHELTON
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 12-9-06

Rosetta F Shelton
Notary Public
Printed Name: Rosetta F Shelton

My Appointment Expires: 12-9-06

Pursuant to KSA 79-1437e, a real estate sales validation questionnaire is not required due to Exception No. 2.

**EXHIBIT A**

A tract of land in the West Half of Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of Section 23; thence West along the North line of the Southeast Quarter of Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90°37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90°37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90°37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89°23 minutes right and North for a distance of 25 feet; thence turning an angle of 90°37 minutes left and West for a distance of 12 feet; thence turning an angle of 89°23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89°23 minutes right and East for a distance of 570 feet to a point and place of beginning.

AND

Beginning at a point in the south line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in **BLANCHARD'S THIRD ADDITION** to the City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said south line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the centerline of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

# CORPORATION GENERAL WARRANTY DEED

On this 31st day of October, 2006, **Collins Bus Corporation**, a Kansas corporation, as Grantor, hereby conveys and warrants to **Collins Industries, Inc.**, a Missouri corporation qualified to do business in Kansas, the real property located in Reno County, Kansas, described in Exhibit A attached hereto and incorporated herein by reference as if fully set forth herein, for the sum of One Dollar and other good and valuable consideration, the receipt and sufficiency of which consideration is hereby acknowledged by Grantor, subject only to rights-of-way, easements, covenants, mineral reservations, licenses and restrictions of record generally.

COLLINS BUS CORPORATION
A Kansas Corporation

By: Kenneth Dabrowski
Printed Name: Kenneth Dabrowski
Title: Chief Executive Officer

STATE OF KANSAS, COUNTY OF RENO, SS.

This instrument was acknowledged before me, a notary public, on the 31st day of October, 2006.

[Seal]

Helen May Posner
Printed Name: Helen May Posner

My appointment expires December 14, 2006 NOTARY PUBLIC

HELEN MAY POSNER
Notary Public, State of New York
No. 01PO6005666
Qualified in Queens County
Commission Expires Dec. 14, 2006

STATE OF KANSAS
RENO COUNTY } ss

This instrument was filed for record on the 9 day of Nov A.D. 2006 at 12:30 o'clock P M. and duly recorded in Book 587 on Page 292
Fee $ 12.00
Carol Sallee
REGISTER OF DEEDS

Entered in Transfer Record in My Office the 9 Day of Nov 06
County Clerk
Shari A. Stegnalin

519138-1

## EXHIBIT A

A tract of land in the West Half of Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of Section 23; thence West along the North line of the Southeast Quarter of Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90°37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90°37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90°37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89°23 minutes right and North for a distance of 25 feet; thence turning an angle of 90°37 minutes left and West for a distance of 12 feet; thence turning an angle of 89°23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89°23 minutes right and East for a distance of 570 feet to a point and place of beginning.

AND

Beginning at a point in the south line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in **BLANCHARD'S THIRD ADDITION** to the City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said south line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the centerline of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 20 day of Aug A.D. 2007 at 10:00 o'clock A M. and duly recorded in Book 593 on Page 184
Fee $ 16.00

REGISTER OF DEEDS

Notary F 10 + 6

Entered in Transfer Record in My Office the 20 Day of Aug 07 County Clerk

# SPECIAL WARRANTY DEED BY CORPORATION

KNOW ALL BY THESE PRESENTS:

That **Tyson Prepared Foods, Inc.**, a Delaware corporation, (hereinafter the "**Grantor**"), for and in consideration of Ten Dollars ($10.00), and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, and convey unto **Collins Bus Corporation**, with a mailing address of 15 Compound Drive, Hutchinson, Kansas 67502, (hereinafter the "**Grantee**"), the property described in Exhibit "A" attached hereto, and lying, being, and situate in the County of Reno, State of Kansas, to-wit:

***SEE ATTACHED EXHIBIT "A." FOR A COMPLETE LEGAL DESCRIPTION MADE A PART HEREOF.***

TO HAVE AND TO HOLD unto the Grantee, and unto its heirs and assigns forever, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging unto the said Grantee and unto its heirs, successors or assigns, forever; subject to easements, restrictions, and covenants of record.

AND SAID GRANTOR does hereby warrant title to said Property, and will defend the same against the lawful claims of all persons claiming under Grantor, but none other, subject to the easements, encumbrances, restrictions, and other matters of record and, subject to real property taxes for the year 2007, and thereafter.

AND SAID GRANTEE covenants that the Property or any portion thereof described in the attached Exhibit "A" shall not be used for or in support of the processing or rendering of meat or meat by-products or the manufacturing or storage of processed meats. And said Grantee further covenants that all such covenants, conditions, and restrictions shall remain in effect for a period of twenty (20) years. The aforesaid covenants, conditions, and restrictions shall run with and bind the Property, and shall bind Buyer, or its successors or assigns, and shall inure to the benefit of and be enforceable by Seller, or an affiliated company, or its successors and assigns, by any appropriate proceedings at law or in equity to prevent such violations of such covenants, conditions, and restrictions and/or to recover damages for such violations..

IN WITNESS WHEREOF, the Grantor has hereunto caused this Deed to be signed by its Senior Vice President this 16 day of August, 2007.

ATTEST:

By: ____________________
Nathan A. Hodne
Assistant Secretary

TYSON PREPARED FOODS, INC.

By: ____________________
David L. Van Bebber
Senior Vice President

ACKNOWLEDGMENT

STATE OF ARKANSAS )
) ss.
COUNTY OF WASHINGTON )

On this 16 day of August, 2007, to me personally known, appeared David L. Van Bebber, who, being by me duly sworn did say that he is a Senior Vice President of Tyson Prepared Foods, Inc., a Delaware corporation, and that said instrument was signed and delivered on behalf of said company, and said David L. Van Bebber acknowledged said instrument to be the free act and deed of said corporation acting with full power and authority to so bind the corporation.

**WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal, the day and year last above written.

Rhonda Tyler
Notary Public

My Commission Expires:

1/6/2016

Rhonda Tyler
Com. Exp.
Notary
Public
01/06/2016
Benton County, Arkansas

Prepared by:
Brett Worlow, Esq.
Tyson Foods, Inc.
2210 W. Oaklawn Drive
Springdale, AR, 72762-6999

**EXHIBIT "A"**

PROPERTY DESCRIPTION

A portion of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, Reno County, Kansas described as follows:

Commencing at the Southwest corner of said Southeast Quarter; thence North along the West line of said Southeast Quarter 915.02 feet; thence with a deflection angle 90°36'56" right-East 120.04 feet to the East right-of-way line of the Atchison, Topeka and Santa Fe Railroad for the point of beginning; thence with a deflection angle 90°54'41" left-North along said railroad right-of-way line 793.18 feet; thence with a deflection angle 90°38'54" right-East 100.23 feet (100.00 feet Record); thence with a deflection angle 90°40'39" left-North 99.51 feet (100.00 feet Record); thence with a deflection angle 90°37'19" right-East 319.30 feet; thence with a deflection angle 89°42'11" right-South parallel with the West line of said Southeast Quarter 894.87 feet; thence with a deflection angle 90°36'56" right-West 414.89 feet to the p.o.b.

[and]

Commencing at the Southwest corner of said Southeast Quarter; thence North along the West line of said southeast Quarter 915.02 feet; thence with a deflection angle 90°36'56" right – East 120.04 feet to the East right-of-way line of the Atchison, Topeka and Santa Fe Railroad; thence with a deflection angle 90°54'41" left – North along said railroad right-of-way line 793.18 feet; thence with a deflection angle of 90°38'54" right – East 100.23 feet (100.00 feet Record); thence with a deflection angle 90°40'39" left - North 99.51 feet (100.00 feet Record); thence with a deflection angle 90°37'19" right - East 319.30 feet for the point of beginning; thence continuing East without deflection 559.02 feet to the extension of the East right-of-way line of Jefferson Street; thence with a deflection angle 89°22'49" right - South along the extension of the East right-of-way line of Jefferson Street 180.00 feet; thence with a deflection angle 90°37'08" right – West 560.02 feet; thence with a deflection angle 89°41'58" right – North 180.00 feet to the point of beginning, containing 2.312 Acres, subject to any easements of record.

Entered in Transfer Record in My
Office the ______
Day of ______
County Clerk

# SPECIAL WARRANTY DEED BY CORPORATION

KNOW ALL BY THESE PRESENTS:

That **Foodbrands America, Inc.**, a Delaware corporation, f/k/a Aeicor, Inc. (hereinafter the **"Grantor"**), for and in consideration of Ten Dollars ($10.00), and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, and convey unto **Collins Bus Corporation**, with a mailing address of 15 Compound Drive, Hutchinson, Kansas 67502, (hereinafter the **"Grantee"**), the property described in Exhibit "A" attached hereto, and lying, being, and situated in the County of Reno, State of Kansas, to-wit:

***SEE ATTACHED EXHIBIT "A." FOR A COMPLETE LEGAL DESCRIPTION MADE A PART HEREOF.***

TO HAVE AND TO HOLD unto the Grantee, and unto its heirs and assigns forever, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging unto the said Grantee and unto its heirs, successors or assigns, forever; subject to easements, restrictions, and covenants of record.

AND SAID GRANTOR does hereby warrant title to said Property, and will defend the same against the lawful claims of all persons claiming under Grantor, but none other, subject to the easements, encumbrances, restrictions, and other matters of record and, subject to real property taxes for the year 2008, and thereafter.

IN WITNESS WHEREOF, the Grantor has hereunto caused this Deed to be signed by its Senior Vice President this 31 day of January, 2008.

ATTEST:

By: ______
Nathan A. Hodne
Assistant Secretary

**FOODBRANDS AMERICA, INC.**

By: ______
David L. Van Bebber
Senior Vice President

Notary

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the ___ day of ___ A.D. 20___
at ___ o'clock ___ M. and duly recorded in Book ___ on Page ___
Fee $ ___

REGISTER OF DEEDS

ACKNOWLEDGMENT

**STATE OF ARKANSAS** )
) **ss.**
**COUNTY OF WASHINGTON** )

On this 31 day of January, 2008, to me personally known, appeared David L. Van Bebber, who, being by me duly sworn did say that he is a Senior Vice President of Foodbrands America, Inc., a Delaware corporation, and that said instrument was signed and delivered on behalf of said company, and said David L. Van Bebber acknowledged said instrument to be the free act and deed of said corporation acting with full power and authority to so bind the corporation.

**WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal, the day and year last above written.

Frances Ann Silva
Notary Public

My Commission Expires:
6/3/2013

FRANCES ANN SILVA
Com. Exp.
NOTARY
PUBLIC
6/3/2013
BENTON COUNTY, ARKANSAS

Prepared by:
Brett Worlow, Esq.
Tyson Foods, Inc.
2210 W. Oaklawn Drive
Springdale, AR, 72762-6999

**EXHIBIT "A"**

PROPERTY DESCRIPTION

A portion of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, Reno County, Kansas more particularly described as follows: Commencing at the Southwest Corner of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian; thence with an assumed bearing of North 89°40'17" East along the South line of said Southeast Quarter 124.95 feet to the former East right-of-way line of the Atchison, Topeka, and Santa Fe Railway; thence North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Railway 645.00 feet for the point of beginning; thence continuing North 00°56'43" West along said former right-of-way line 269.41 feet; thence North 89°58'41" East 414.89 feet; thence South 00°38'11" East 115.14 feet; thence North 89°58'41" West 74.60 feet; thence North 01°15'43" West 32.33 feet; thence following the arc of a curve to the left having a radius of 425.00 feet for an arc length of 399.27 feet (chord bears South 60°56'40" West 384.75 feet) to the point of beginning.

STATE OF KANSAS
RENO COUNTY
This instrument was filed for record on the 5 day of Feb A.D. 2008 at 11:00 o'clock A M. and duly recorded in Book 596 on Page 382
Fee $ 8.00
REGISTER OF DEEDS

Entered In Transfer Record In My Office the 5 Day of Feb 2008
County Clerk
Shari A. Engelken

Order No. 115827

# CORPORATION WARRANTY DEED

American Packaging Corporation, a corporation duly organized, incorporated, and existing under and by the virtue of the laws of Kansas, and having its principal place of business at South Hutchinson in the State of Kansas.

CONVEYS AND WARRANTS TO:

Collins Bus Corporation

all of the following described REAL ESTATE in the County of Reno, State of Kansas, to wit:

A portion of the Southeast ¼ of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, Reno County, more particularly described as follows: Commencing at the Southwest corner of the Southeast ¼; thence with an assumed bearing of North 89°40'17" East along the South line of said Southeast ¼ 124.95 feet to the former right-of-way line of the Atchison, Topeka and Santa Fe Railway; thence North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Railway 799.27 feet; thence North 89°58'41" East 191.24 feet for the point of beginning; thence following the arc of a curve to the right having a radius of 425.00 feet for an arc length of 152.04 feet (chord bears North 77°38'05" East 151.23 feet); thence South 01°15'43" East 32.33 feet; thence North 89°58'41" West 148.43 feet to the point of beginning.

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements, right of ways, and restrictions of record, if any.

Dated: February 4, 2008

State of Kansas

County of Reno

BE IT REMEMBERED, That on this 4th day of February, A.D. 20 08, before me, the undersigned, a Notary Public, in and for the County and State aforesaid came Paul D. Claxton, (Title) President of **American Packaging Corporation**, a corporation duly organized, incorporated, and existing under and by virtue of the laws of **Kansas**, who is personally known to me to be such officer, and who is personally known to me to be the same person who executed, as such officer, the within instrument of writing on behalf of said corporation, and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above mentioned.

Todd C. Brown
Notary Public
Todd C. Brown
(Print/Type Name)

My Term Expires:

NOTARY PUBLIC - State of Kansas
TODD C. BROWN
My Appt. Exp. 1-3-2010

American Packaging Corporation

By: Paul D. Claxton

Print Name: Paul D Claxton

TITLE: President

RCAT, Inc.

STATE OF KANSAS } ss 796
RENO COUNTY
This instrument was filed for record on the 5 day of Feb A.D. 2008 at 11:10 o'clock A M. and duly recorded in Book 546 on Page 383
Fee $ 8.00
REGISTER OF DEEDS

Entered In Transfer Record In My Office the 5 Day of Feb 08
County Clerk
Shari A. Dagnelin

Order No. 115827

# CORPORATION WARRANTY DEED

Collins Bus Corporation, a corporation duly organized, incorporated, and existing under and by the virtue of the laws of Kansas, and having its principal place of business at Hutchinson in the State of Kansas.

CONVEYS AND WARRANTS TO:

American Packaging Corporation

all of the following described REAL ESTATE in the County of Reno, State of Kansas, to wit:

A portion of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, Reno County, Kansas more particularly described as follows:
Commencing at the Southwest Corner of the Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian; thence with an assumed bearing of North 89°40'17" East along the South line of said Southeast Quarter 124.95 feet to the former East right-of-way line of the Atchison, Topeka, and Santa Fe Rail Road; thence North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Rail Road 645.00 feet for the point of beginning; thence continuing North 00°56'43" West along the former East right-of-way line of the Atchison, Topeka, and Santa Fe Rail Road 154.27 feet; thence North 89°58'41" East 191.24 feet; thence following the Arc of a curve to the left having a radius of 425.00 feet for an arc length of 247.24 feet (chord bears South 50°43'16" West 243.76 feet), to the point of beginning.

for the sum of One Dollar ($1.00) and other valuable consideration.

EXCEPT AND SUBJECT TO: Easements, right of ways, and restrictions of record, if any.

Dated: February 4, 2008

State of Kansas

County of Reno

BE IT REMEMBERED, That on this 4th day of February, A.D. 20 08, before me, the undersigned, a Notary Public, in and for the County and State aforesaid came Ron Sorensen, (Title) Vice President of **Collins Bus Corporation**, a corporation duly organized, incorporated, and existing under and by virtue of the laws of **Kansas**, who is personally known to me to be such officer, and who is personally known to me to be the same person who executed, as such officer, the within instrument of writing on behalf of said corporation, and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above mentioned.

Todd C. Brown
Notary Public
Todd C. Brown
(Print/Type Name)

My Term Expires:

NOTARY PUBLIC - State of Kansas
TODD C. BROWN
My Appt. Exp. 1-3-2010

Collins Bus Corporation

By: Ron Sorensen

Print Name: Ron Sorensen

TITLE: V.P. Risk Management

RCAT, Inc.