Filed for record Sept. 2, 1896 at 2 pm.

B.J. Ragland, Registrar of Deeds

Entered in transfer record Sept. 2, 1896.

_________, Co. Clerk

**Quit Claim Deed**

Know all Men by these Presents, that E.L. Ragland of New York County, New York, quit claims to the Hutchinson and Southern Railroad a Corporation of the State of Kansas, all the following described premises, situated in _____________ Third Addition to the City of South Hutchinson according to the plat thereof and all situated in the County of Reno and State of Kansas, to-wit:

Lots 125 and 127, Sixth Avenue, West
Lots 125, 126, 127 and 128, Fifth Avenue, West
Lots 125, 126, 127 and 128, Fourth Avenue, West
Lots 125, 126, 127 and 128, Third Avenue, West
Lots 125, 126, 127 and 128 Second Avenue, West
Lots 125, 126, 127 and 128 First Avenue, West
Lots 125, 126, 127 and 128 Blanchard Avenue, West
Lots 125, 126, 127 and 128 Avenue A, West
Lots 125, 126, 127 and 128 Avenue B, West
Lots 125, 126, 127 and 128 Avenue C, West
Lots 125, 126, 127 and 128 Avenue D, West
Lots 125, 126, 127 and 128 Avenue E, West
Lots 126 and 128 Avenue F, West

For and in consideration of $1.00 and the convenience of all the right of way now occupied by said Railroad in Blanchard's Third Addition to the City of South Hutchinson.

Ella L. Rowland
H. Edward Rowland

State of Connecticut )
) ss.
Fairford County )

Be it remembered that on the 1st day of Aug. 1896, personally appeared before me the undersigned, a Notary Public, in and for the County and State aforesaid, E.L. Rowland and H. Edward Rowland, her husband, which persons are known to me to the identical persons who signed the above and foregoing instrument and said persons voluntarily acknowledged the execution, thereof for the purposes therein expressed and said persons are personally known to me to be husband and wife at the time of the execution of said instrument.

**TAB 17**

In Witness Whereof, I have hereunto subscribed y name and affixed my notarial seal the day and year last above written.

F.P. Sherwood, Notary Public

Commission expires Jan. 21, 1897

Filed for record Sept. 1, 1896 at 3:00 pm.

B.J. Ragland, Registrar of Deeds

Entered in transfer record Sept. 1, 1896.

W.S. _________ Co. Clerk

Final Receipt (4-14)

Final _________ Receipt No. 4662, __________ No. 513

_____________

Receiver's Office Dodge City, Kansas

Apr. 4, 1896

Received of Charles ________ the sum of ________ dollars ___ cents, ________________ by __________ the entry of __________ of _________ in _________________ 160 acres under Section 2371 of the Revised Statutes of the United States.

U.B. ________, Receiver

$4.00

$1___ testimony fee received number of written 765 Rule per 100 words 15 cents.

_____________

Filed for record Sept. 1, 1896 at 11:00 am.

B.J. Ragland, Registrar of Deeds

Entered in transfer record Sept. 1, 1896.

_________________________

Final Receipt

Final Receiver Receipt No. 1242

Application No. 1874

____________________

_____ of June 14, 1878.

Received of William ___________ the sum four dollars __ cents, being the balance ___________ by ____ for the timber ______ entry of the ________ of section 30 in township ___ _________ P. _________ containing 160 ____________.

**Quit Claim Deed**

Know all men by these presents,

That in consideration of sixty five 60/100 dollars the ______________ (a corporation) of Reno County, Kansas, hereby quit claims to the Atchison Railway Company the following described real estate situated in _________:

Lots 126 & 128 First Ave. West Blanchard's 3rd Ad South ___________
Lots 126 & 128 Second Ave. West Blanchard's 3rd Ad South
Lots 126 & 128 Third Ave. West Blanchard's 3rd Ad South
Lot 126 Fourth Ave. West Blanchard's 3rd Ad South
Lots 126 & 128 Fifth Ave. West Blanchard's 3rd Ad South
Lots 167 & 169 Sixth Ave. West Blanchard's 3rd Ad South
Lots 126 & 128 Blanchard's Ave. West Blanchard's 3rd Ad South
Lots 126 & 128 Avenue A West Blanchard's 3rd Ad South
Lots 125 & 127 Avenue B West Blanchard's 3rd Ad South
Lots 126 & 128 Avenue B West Blanchard's 3rd Ad South
Lots 125 & 127 Avenue C West Blanchard's 3rd Ad South
Lots 126 & 128 Avenue C West Blanchard's 3rd Ad South
Lots 125 & 127 Avenue D West Blanchard's 3rd Ad South
Lots 126 & 128 Avenue D West Blanchard's 3rd Ad South
Lots 125 & 127 Avenue E West Blanchard's 3rd Ad South
Lots 126 & 128 Avenue E West Blanchard's 3rd Ad South

In Witness Whereof, this indenture by authority duly _____ is signed by the president of said Company, this 8th day of October 1901.

The _________ Loan & Trust Company
By EA Gasner President

State of Kansas
Reno County ss

Be it remembered that on the 8th day of October A.D. 1901 before me the undersigned notary public in and for the County and State aforesaid, came the _________ Loan & Trust _______ by EA Gasner its President, who is personally known to be the President of _________ and the same person who executed the written instrument of

TAB
18

writing and such ________ acknowledged the execution of the same as the act and deed of said Company.

In witness whereof, I have hereunto set my hand and affixed my notarial seal the day and ________ above written.

Clara S. Gasner
Commissioner ______ Dec. 22 ______

Filed for record Nov. 1 1900 at 8 am
Fred S. ______ Registrar of Deeds
Entered in transfer record Nov. 1, 1900
_____ Newline County Clerk

## Tax History Inquiry for BIERY DOROTHY L

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $3323 | 150.248 | $453.28 | $62.5 | Amount $515.78 | Amount $515.78 | No | 455 - 485 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $3675 | 117.828 | $370.92 | $55 | Amount $425.92 | Amount $425.92 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $3675 | 115.142 | $377.16 | $55 | Amount $432.16 | Amount $432.16 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| | | SOUTH | | | | | | | |

TAB 19

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | HUTCHINSON CITY | $3630 | 118.74 | $385.04 | $60 | Amount $445.04 | Amount $445.04 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $3875 | 121.076 | $423.18 | $62.5 | Amount $485.68 | Amount $485.68 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $3875 | 128.826 | $453.2 | $62.5 | Amount $515.7 | Amount $515.7 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $5769 | 130.631 | $707.62 | $62.5 | Amount $770.12 | Amount $770.12 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $6221 | 135.724 | $798.34 | $62.5 | Amount $860.84 | Amount $860.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $4565 | 144.559 | $613.92 | $62.5 | Amount $676.42 | Amount $676.42 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $4324 | 145.512 | $583.2 | $62.5 | Amount $645.7 | Amount $645.7 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 16882 | 23-23-06W | SO HUTCHINSON CITY | | | TR COM SE COR NE 1/4 SEC 23 W; 2395 FT N 50 FT FOR POB W; 193.3 FT N 400 FT E 193.3 FT; S 400 FT TO POB | 126-23-0-10-03-003.00-0 | RES URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $4703 | 151.357 | $665.84 | $62.5 | Amount $728.34 | Amount $728.34 | No |

Back to the search page.

## Tax History Inquiry for HOLLOWAY GEORGE G JR

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $9945 | 128.379 | $1276.74 | $7.68 | Amount $1284.42 | Amount $1284.42 | No | 511 - 523 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $6429 | 108.208 | $695.68 | $7.6 | Amount $703.28 | Amount $703.28 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $6579 | 110.404 | $726.35 | $7.65 | Amount $734 | Amount $734 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $6771 | 117.033 | $792.43 | $7.65 | Amount $800.08 | Amount $800.08 | No |

TAB 20

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $7344 | 123.399 | $906.24 | $7.68 | Amount $913.92 | Amount $913.92 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $7977 | 107.809 | $860 | $7.68 | Amount $867.68 | Amount $867.68 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $8607 | 125.14 | $1077.08 | $7.68 | Amount $1084.76 | Amount $1084.76 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $8853 | 120.108 | $1063.32 | $7.68 | Amount $1071 | Amount $1071 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 | 09-24- | LINCOLN | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 | 172-09-0- | AG |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RealEstate - 26743 | 06W | TWP | | | E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 00-00-003.00-0 | RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $9900 | 124.327 | $1230.84 | $7.68 | Amount $1238.52 | Amount $1238.52 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $10416 | 123.541 | $1286.8 | $7.68 | Amount $1294.48 | Amount $1294.48 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 26743 | 09-24-06W | LINCOLN TWP | | | NW1/4 EXC 7.43A TR BEG NW COR; NW1/4 E1160 FT S279 FT W1160; FT N279 FT TO POB & EXC RD ROW | 172-09-0-00-00-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 312 | LINCOLN TOWNSHIP | $10398 | 126.211 | $1312.34 | $7.68 | Amount $1320.02 | Amount $1320.02 | No |

Back to the search page.

# Tax History Inquiry for HOLLOWAY GEORGE A

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1857 | 133.598 | $248.1 | $0 | Amount $248.1 | Amount $248.1 | No | 174 - 278 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1680 | 111.126 | $186.7 | $0 | Amount $186.7 | Amount $186.7 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1728 | 108.731 | $187.9 | $0 | Amount $187.9 | Amount $187.9 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1785 | 115.451 | $206.08 | $0 | Amount $206.08 | Amount $206.08 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1935 | 115.926 | $224.32 | $0 | Amount $224.32 | Amount $224.32 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2115 | 114.711 | $242.62 | $0 | Amount $242.62 | Amount $242.62 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2289 | 115.823 | $265.12 | $0 | Amount $265.12 | Amount $265.12 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1842 | 125.364 | $230.92 | $0 | Amount $230.92 | Amount $230.92 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 | 26-23- | | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR | 127-26-0-40- | AG |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RealEstate - 33291 | 06W | RENO TWP | | | R/W | 02-001.00-0 | RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1977 | 131.414 | $259.82 | $0 | Amount $259.82 | Amount $259.82 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2019 | 134.979 | $272.52 | $0 | Amount $272.52 | Amount $272.52 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 33291 | 26-23-06W | RENO TWP | | | NW 1/4 SE 1/4 EXC W 100 FT; AT SF RR R/W | 127-26-0-40-02-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1983 | 137.075 | $271.82 | $0 | Amount $271.82 | Amount $271.82 | No |

Back to the search page.

# Tax History Inquiry for HOLLOWAY GEORGE A

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $480 | 150.248 | $72.12 | $0 | Amount $72.12 | Amount $72.12 | No | 212 - 87 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $1527 | 117.828 | $179.92 | $0 | Amount $179.92 | Amount $179.92 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $1572 | 115.142 | $181 | $0 | Amount $181 | Amount $181 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax | USD | Cty/Twn | Assessed | Mill | Ad | Special | Total | Total | Dlq |
|---|---|---|---|---|---|---|---|---|---|

| Unit | | | Valuation | Levy | Valorem | Assessments | Tax | Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $1629 | 118.74 | $193.44 | $0 | Amount $193.44 | Amount $193.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $1761 | 121.076 | $213.22 | $0 | Amount $213.22 | Amount $213.22 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $1923 | 128.826 | $247.74 | $0 | Amount $247.74 | Amount $247.74 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $2082 | 130.631 | $271.98 | $0 | Amount $271.98 | Amount $271.98 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax | | | Assessed | Mill | Ad | Special | Total | Total | |
|---|---|---|---|---|---|---|---|---|---|

| Unit | USD | Cty/Twn | Valuation | Levy | Valorem | Assessments | Tax | Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $888 | 135.724 | $120.52 | $0 | Amount $120.52 | Amount $120.52 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $837 | 144.559 | $121 | $0 | Amount $121 | Amount $121 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $732 | 145.512 | $106.52 | $0 | Amount $106.52 | Amount $106.52 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18421 | 26-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | NE 1/4 SE 1/4 EXC TR BEG SE; COR NE 1/4 SE 1/4 N 95.2 FT W; 536 FT NWLY ALG 260.25 FT RAD; CURVE TO RT 265.6 FT TO PT | 127-26-0-40-01-001.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $633 | 151.357 | $95.82 | $0 | Amount $95.82 | Amount $95.82 | No |

Back to the search page.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.* | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 07-693L |
| THE UNITED STATES OF AMERICA, | ) | Honorable Nancy B. Firestone |
| Defendant. | ) | |

## AFFIDAVIT OF GORDON A. HOLLOWAY

I, Gordon A. Holloway, am above the age of 18, am of sound mind, and have personal knowledge of the matters contained in this affidavit.

1. I am the owner of a parcel of land in Reno County, Kansas, that abuts the abandoned railroad right of way. My land now abuts the South Hutchinson Nature Trail.

2. I acquired the property in 1992 in a probate order distributing to me the property from my father, George Holloway. A copy of the probate order is attached as Exhibit A.

3. I stipulate that I own half of the servient estate underlying the abandoned railroad right-of-way easement that runs over and across the Western edge of my property described in Exhibit A.

4. I further stipulate that I own fee title to the land underlying the Eastern half of the right-of-way to the centerline of the right-of-way.

TAB
21

No person has sought to unduly influence my decision to make this affidavit or any of the decisions that are reflected in this affidavit. This affidavit and the decisions reflected herein are made of my own free will and accord.

IN WITNESS WHEREOF, I have hereunto signed my name this 24th day of July, 2008.

Gordon A. Holloway

STATE OF Texas )

COUNTY OF Harris )

On this 24th day of July, 2008, personally appeared before me Gordon A. Holloway known to me to be the person described in the foregoing Affidavit, and in my presence subscribed his signature to said Affidavit, declaring that he did so of his own free act and deed for the purposes therein set out.

Dawn B. Martin

Notary Public
My Commission Expires:

DAWN B. MARTIN NOTARY PUBLIC STATE OF TEXAS EXPIRES 10-26-2011

... COURT

IN THE DISTRICT COURT OF NESS COUNTY, KANSAS

NESS COUNTY D.K.

IN THE MATTER OF THE ESTATE OF
GEORGE ARTHUR HOLLOWAY, Deceased CASE NO. 92-P-30

**ORDER ADMITTING AUTHENTICATED COPY OF FOREIGN WILL TO PROBATE AND RECORD**

NOW on this 17th day of July, 1992, comes on for hearing the Petition to Admit Foreign Will to Probate and Record, filed herein by Gordon Arthur Holloway.

Petitioner appears by his attorney, Tom Smyth. There are no other appearances.

After examining the files, hearing the evidence, statements, and arguments of counsel, and being duly advised in the premises, the Court finds:

1. Due diligence has been exercised in the search for names, ages, relationships, residences, and addresses of heirs, devisees, and legatees, and notice of this hearing has been given as required by law and the order of this Court, and proof thereof has been duly filed herein and is hereby approved.

2. The allegations of the petition are true.

3. The petitioner has an interest in decedent's estate as a devisee and legatee in the Last Will and Testament of George Arthur Holloway, deceased.

4. George Arthur Holloway died testate at Houston, Texas, on July 30, 1990; more than six (6) months have expired since the date of his death; and at the time of his death, decedent was a resident of Harris County, Texas, and a citizen of the United States.

EXHIBIT
TAB
E

9. The decedent's Last Will and Testament is construed to distribute the above described real estate as follows:

Gordon Arthur Holloway - entire interest.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED:

(A) The above findings are hereby made a part of the order and decree of this Court.

(B) The above authenticated copy of the Last Will and Testament of George Arthur Holloway, deceased, is hereby admitted to probate and record in the District Court of Ness County, Kansas.

(C) The above described real estate, subject to any lawful disposition heretofore made, is assigned, pursuant to the terms of decedent's Last Will and Testament, as follows:

Gordon Arthur Holloway - entire interest.

Opal Burdett
District Magistrate Judge