# Tax History Inquiry for JUDY STACY E TRUST

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW/4 SEC 26 EXC ROAD ROW AND; EXC HWY R/W | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $13067 | 133.598 | $1727.2 | $70.24 | Amount $1797.44 | Amount $1797.44 | No | 310 - 409 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $15113 | 111.126 | $1617.36 | $62.7 | Amount $1680.06 | Amount $1680.06 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $15564 | 108.731 | $1646.3 | $62.7 | Amount $1709 | Amount $1709 | Yes |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|

TAB 22

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $15710 | 115.451 | $1767.74 | $67.7 | Amount $1835.44 | Amount $1835.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $17741 | 115.926 | $2010.64 | $70.2 | Amount $2080.84 | Amount $2080.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $18347 | 114.711 | $2058.6 | $70.2 | Amount $2128.8 | Amount $2128.8 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $19411 | 115.823 | $2202.24 | $70.2 | Amount $2272.44 | Amount $2272.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $19154 | 125.364 | $2355.22 | $70.24 | Amount $2425.46 | Amount $2425.46 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $19505 | 131.414 | $2517.23 | $70.23 | Amount $2587.46 | Amount $2587.46 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $20129 | 134.979 | $2671 | $70.24 | Amount $2741.24 | Amount $2741.24 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW & HWY R/W; ABATE 7/31/06 CONDEMNATION ORDER 1/3/07 | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $20080 | 137.075 | $2706.48 | $70.24 | Amount $2776.72 | Amount $2776.72 | No |

Back to the search page.

# Tax History Inquiry for JUDY STACY E TRUST

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW/4 SEC 26 EXC ROAD ROW AND; EXC HWY R/W | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $13067 | 133.598 | $1727.2 | $70.24 | Amount $1797.44 | Amount $1797.44 | No | 310 - 409 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $15113 | 111.126 | $1617.36 | $62.7 | Amount $1680.06 | Amount $1680.06 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $15564 | 108.731 | $1646.3 | $62.7 | Amount $1709 | Amount $1709 | Yes |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $15710 | 115.451 | $1767.74 | $67.7 | Amount $1835.44 | Amount $1835.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $17741 | 115.926 | $2010.64 | $70.2 | Amount $2080.84 | Amount $2080.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $18347 | 114.711 | $2058.6 | $70.2 | Amount $2128.8 | Amount $2128.8 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $19411 | 115.823 | $2202.24 | $70.2 | Amount $2272.44 | Amount $2272.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $19154 | 125.364 | $2355.22 | $70.24 | Amount $2425.46 | Amount $2425.46 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $19505 | 131.414 | $2517.23 | $70.23 | Amount $2587.46 | Amount $2587.46 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $20129 | 134.979 | $2671 | $70.24 | Amount $2741.24 | Amount $2741.24 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18419 | 26-23-06W | RENO TWP | | | SW 1/4 SEC 26 EXC ROAD ROW & HWY R/W; ABATE 7/31/06 CONDEMNATION ORDER 1/3/07 | 127-26-0-30-01-001.00-0 | AG RURAL FARM RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $20080 | 137.075 | $2706.48 | $70.24 | Amount $2776.72 | Amount $2776.72 | No |

Back to the search page.

# Tax History Inquiry for JUDY STACY E

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6033 | 133.598 | $806 | $0 | Amount $806 | Amount $806 | No | 310 - 409 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $10578 | 111.126 | $1175.5 | $0 | Amount $1175.5 | Amount $1175.5 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $10603 | 108.731 | $1152.88 | $0 | Amount $1152.88 | Amount $1152.88 | Yes |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $10410 | 115.451 | $1201.84 | $0 | Amount $1201.84 | Amount $1201.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $11353 | 115.926 | $1316.12 | $0 | Amount $1316.12 | Amount $1316.12 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $7535 | 114.711 | $864.36 | $0 | Amount $864.36 | Amount $864.36 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $7470 | 115.823 | $865.2 | $0 | Amount $865.2 | Amount $865.2 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $7255 | 125.364 | $909.52 | $0 | Amount $909.52 | Amount $909.52 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 | 26-23- | | | | | 127-26-0-30- | AG |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RealEstate - 18420 | 06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 01-001.01-1 | RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6803 | 131.414 | $894.02 | $0 | Amount $894.02 | Amount $894.02 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6693 | 134.979 | $903.42 | $0 | Amount $903.42 | Amount $903.42 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18420 | 26-23-06W | RENO TWP | | | BLDG ON LEASED LAND SW 1/4; SEC 26 | 127-26-0-30-01-001.01-1 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6033 | 137.075 | $826.98 | $0 | Amount $826.98 | Amount $826.98 | Yes |

Back to the search page.

## Tax History Inquiry for JUDY STACY E TRUST

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6492 | 133.598 | $867.33 | $5.53 | Amount $872.86 | Amount $872.86 | No | 373 - 352 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $4218 | 111.126 | $468.74 | $5.4 | Amount $474.14 | Amount $474.14 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5046 | 108.731 | $548.66 | $5.4 | Amount $554.06 | Amount $554.06 | Yes |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5175 | 115.451 | $597.46 | $5.4 | Amount $602.86 | Amount $602.86 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5574 | 115.926 | $646.18 | $5.42 | Amount $651.6 | Amount $651.6 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6030 | 114.711 | $691.72 | $5.42 | Amount $697.14 | Amount $697.14 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $6489 | 115.823 | $751.58 | $5.42 | Amount $757 | Amount $757 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | 127-26-0-20-01-007.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5838 | 125.364 | $731.89 | $5.53 | Amount $737.42 | Amount $737.42 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 | 26-23- | | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC | 127-26-0- | AG |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RealEstate - 36058 | 06W | RENO TWP | | | 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | | | 20-01-007.01-0 | RURAL |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 120 | 309 | RENO TOWNSHIP | $6444 | 131.414 | $846.84 | $0 | Amount $846.84 | Amount $846.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | | | 127-26-0-20-01-007.01-0 | AG RURAL |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 120 | 309 | RENO TOWNSHIP | $6729 | 134.979 | $908.27 | $5.53 | Amount $913.8 | Amount $913.8 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 36058 | 26-23-06W | RENO TWP | | | SE/4 OF NW/4 SEC 26 & W/2 OF; NW/4 SEC 26 EXC TR COM NW COR; OF NW/4 SEC 26 S 660' FOR POB; S 626.4' E 417.4' N 626.4' W | | | 127-26-0-20-01-007.01-0 | AG RURAL |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 120 | 309 | RENO TOWNSHIP | $6774 | 137.075 | $928.55 | $5.53 | Amount $934.08 | Amount $934.08 | No |

Back to the search page.

# Tax History Inquiry for JUDY STACY E TRUST

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5055 | 133.598 | $675.35 | $3.93 | Amount $679.28 | Amount $679.28 | No | 486 - 501 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - A33999 | 34-23-06W | RENO TWP | | | S1/2 NE 1/4 EXC BEG NE COR S 1/2 NE 1/4; S 54.84 FT W 233 FT N 54.41 FT E 233 FT; TO POB EXC RD ROW; CORRECTED TAX STMT 12-16-97 | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3498 | 111.126 | $388.72 | $3.8 | Amount $392.52 | Amount $392.52 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S1/2 NE1/4 EXC BEG NE COR S1/2; NE1/4 S 54.84FT W 233FT N; 54.41FT E 233FT TO POB EXC RD ROW; CORRECTED TAX STMT 12-16-97 | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 125 | 309 | RENO TOWNSHIP | $0 | 122.691 | $0 | $0 | Amount $0 | Amount $0 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 33999 | 34-23-06W | RENO TWP | | | N/2 S/2 NE/4 EXC TR BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $1830 | 108.731 | $198.99 | $1.95 | Amount $200.94 | Amount $200.94 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3789 | 115.451 | $437.44 | $3.9 | Amount $441.34 | Amount $441.34 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $4110 | 115.926 | $476.47 | $3.91 | Amount $480.38 | Amount $480.38 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $4479 | 114.711 | $513.79 | $3.91 | Amount $517.7 | Amount $517.7 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $4842 | 115.823 | $560.81 | $3.91 | Amount $564.72 | Amount $564.72 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $4455 | 125.364 | $558.51 | $3.93 | Amount $562.44 | Amount $562.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $4947 | 131.414 | $650.11 | $3.93 | Amount $654.04 | Amount $654.04 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5196 | 134.979 | $701.35 | $3.93 | Amount $705.28 | Amount $705.28 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 33999 | 34-23-06W | RENO TWP | | | S/2 NE/4 EXC TRACT BEG AT NE; COR S/2 NE/4 TH S 54.84 FT TH; W 233 FT TH N 54.41 FT TH E; 233 FT TO POB LESS RD R/W | 128-34-0-00-00-001.01-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $5250 | 137.075 | $719.65 | $3.93 | Amount $723.58 | Amount $723.58 | No |

Back to the search page.

## Tax History Inquiry for JUDY STACY E

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $849 | 150.248 | $127.56 | $0 | Amount $127.56 | Amount $127.56 | No | 203 - 164 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $591 | 117.828 | $69.64 | $0 | Amount $69.64 | Amount $69.64 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $609 | 115.142 | $70.12 | $0 | Amount $70.12 | Amount $70.12 | Yes |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| | | SOUTH | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | HUTCHINSON CITY | $627 | 118.74 | $74.46 | $0 | Amount $74.46 | Amount $74.46 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | | | 127-26-0-40-03-004.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $678 | 121.076 | $82.1 | $0 | Amount $82.1 | Amount $82.1 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | | | 127-26-0-40-03-004.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $738 | 128.826 | $95.08 | $0 | Amount $95.08 | Amount $95.08 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | | | 127-26-0-40-03-004.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $798 | 130.631 | $104.24 | $0 | Amount $104.24 | Amount $104.24 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | | | 127-26-0-40-03-004.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $774 | 135.724 | $105.06 | $0 | Amount $105.06 | Amount $105.06 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $849 | 144.559 | $122.74 | $0 | Amount $122.74 | Amount $122.74 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $891 | 145.512 | $129.66 | $0 | Amount $129.66 | Amount $129.66 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18425 | 26-23-06W | SO HUTCHINSON CITY | | | S 1/2 SE 1/4 SE 1/4 EXC E 3 AC; AND EXC E 56 FT FOR STREET R/W; AND EXC U.S. 50 HWY R/W OFF S; SIDE | 127-26-0-40-03-004.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $891 | 151.357 | $134.86 | $0 | Amount $134.86 | Amount $134.86 | No |

Back to the search page.

## Tax History Inquiry for JUDY STACY E TRUST

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $831 | 150.248 | $124.86 | $0 | Amount $124.86 | Amount $124.86 | No | 373 - 352 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $885 | 117.828 | $104.28 | $0 | Amount $104.28 | Amount $104.28 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $894 | 115.142 | $102.94 | $0 | Amount $102.94 | Amount $102.94 | Yes |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| | | SOUTH | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | HUTCHINSON CITY | $915 | 118.74 | $108.66 | $0 | Amount $108.66 | Amount $108.66 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | | | 127-26-0-20-01-006.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $978 | 121.076 | $118.42 | $0 | Amount $118.42 | Amount $118.42 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | | | 127-26-0-20-01-006.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $1059 | 128.826 | $136.44 | $0 | Amount $136.44 | Amount $136.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | | | 127-26-0-20-01-006.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $1140 | 130.631 | $148.92 | $0 | Amount $148.92 | Amount $148.92 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | | | 127-26-0-20-01-006.00-0 | AG URBAN |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 011 | 309 | SOUTH HUTCHINSON CITY | $831 | 135.724 | $112.8 | $0 | Amount $112.8 | Amount $112.8 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $891 | 144.559 | $128.8 | $0 | Amount $128.8 | Amount $128.8 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $903 | 145.512 | $131.4 | $0 | Amount $131.4 | Amount $131.4 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18412 | 26-23-06W | SO HUTCHINSON CITY | | | NE 1/4 OF NW 1/4 SEC 26 EXC E; 627 FT AND EXC ROAD ROW | 127-26-0-20-01-006.00-0 | AG URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $891 | 151.357 | $134.86 | $0 | Amount $134.86 | Amount $134.86 | No |

Back to the search page.