IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.* | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | Case No. 07-693L |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Honorable Nancy B. Firestone |
| Defendant. | ) | |

**AFFIDAVIT OF WILLIAM B. TOBIN, VICE PRESIDENT AND TRUST OFFICER OF FIRST NATIONAL BANK OF HUTCHINSON, CO-TRUSTEE OF THE STACY E. JUDY TRUST**

I, William Tobin, am above the age of 18, am of sound mind, and have personal knowledge of the matters contained in this affidavit.

1. I am a Vice President and Trust Officer at First National Bank of Hutchinson.

2. First National Bank of Hutchinson is a co-trustee of the Stacy E. Judy Trust ("the Trust").

3. As an officer of the co-trustee, I have authorized the Trust to join this lawsuit as a Plaintiff to pursue the Trust's claim for just compensation for the taking of its land that underlies the abandoned railroad right of way in Reno County, Kansas.

TAB
23

Entered in Transfer Record in my office the 23 day of Mar 1994
County Clerk
Roxanne L. Whitley

INDEXED
GENERAL COMPARED
MICROFILM RECORD
NUMERICAL

STATE OF KANSAS } ss
RENO COUNTY
This instrument was filed for record on the 23 day of Mar A.D. 19 94 at [illegible] o'clock A M. and duly recorded in Book 511 on Page 528 (2+)
Fee $ 12.00
Mary W. Frank
REGISTER OF DEEDS

QUITCLAIM DEED

Stacy E. Judy and Martha Helen Judy, husband and wife,

QUITCLAIM TO

Stacy E. Judy as Trustee of the Stacy E. Judy Trust dated March 7, 1994

all the following described real estate located in Reno County, Kansas:

See Exhibit "A" attached.

EXCEPT AND SUBJECT TO: Easements, restrictions and rights of way of record, if any.

This transfer of title is to a trust without consideration, and a Real Estate Sales Validation Questionnaire is not required pursuant to K.S.A. 79-1437e(a) Exception (7).

DATED: March 7, 1994.

Stacy E. Judy
Stacy E. Judy

Martha Helen Judy
Martha Helen Judy

STATE OF KANSAS, COUNTY OF RENO, ss:

BE IT REMEMBERED that on this March 7, 1994, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Stacy E. Judy and Martha Helen Judy, husband and wife, who are personally known to me to be the same persons who executed the within instrument of writing and such persons duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, the day and year last above written.

NOTARY PUBLIC - State of Kansas
JOHN S. SCHMIDT
My Appt. Exp. 5-26-96

John S. Schmidt
Notary Public

EXHIBIT "A"

✓The South Half of the Southeast Quarter of the Southeast Quarter (S½ SE¼ SE¼) of Section 26, Township 23 South, Range 6 West, Reno County, Kansas, EXCEPT the following described tracts:

The West 3 acres thereof; and

A tract of land described as follows: Commencing at the Southeast corner of said Southeast Quarter (SE¼) above described, running thence North along the Section line 237.5 feet; thence West parallel to the South line of said Quarter 367.1 feet; thence South parallel to the East line of said Quarter 237.5 feet to the South line of said Quarter; thence East to point of beginning; and

A tract of land in the South Half of the Southeast Quarter of the Southeast Quarter of said Section 26, described as follows: Beginning at a point on the South line, 367.1 feet West of the Southeast corner of said Quarter Section; thence North 00 degrees 46 minutes West, 156.1 feet; thence South 82 degrees 56 minutes West to a point on the East line, of the West 3 acres of the South Half of the Southeast Quarter of the Southeast Quarter Section; thence South 00 degrees 45 minutes East, 65.3 feet to said South line of said Quarter Section; thence North 89 degrees 47 minutes East, along said South line to the place of beginning. The above contains 0.52 acre, more or less, exclusive of the existing highway, for the purpose of a controlled access highway; and

All right of access to and from the abutting public highway over and across a line in the South Half of the Southeast Quarter of the Southeast Quarter of said Section 26, described as follows: Beginning at a point on the East line, 65.3 feet North of the Southeast corner of the West 3 acres of the South Half of the Southeast Quarter of the Southeast Quarter Section; FIRST COURSE, thence North 00 degrees 45 minutes West, 31.7 feet; except and reserving, however unto owners of abutting land, their heirs or assigns, the right of access to said highway for the purpose of a frontage road over and across the following described course: All of said "FIRST" course.

✓The Southwest Quarter (SW¼) of Section 26, Township 23 South, Range 6 West of the 6th P.M., Reno County, Kansas, EXCEPT the following described tracts:

A tract of land in the Southwest Quarter of said Section 26 described as follows: Beginning at the Southwest

588-4

Commencing at a point 973.165 feet South of the Northwest corner of the Northwest Quarter of said Section 26; thence East 417.421 feet; thence South 313.365 feet; thence West 417.421 feet; thence North 313.365 feet to place of beginning; and

Starting at a point on the Northeast corner of the Northwest Quarter of said Section 26; running South from said Northeast corner 80 rods along the East boundary line of said Northwest Quarter thence West 28 rods; thence North 80 rods to the North line of said Northwest Quarter; thence East along said North line 28 rods to point of beginning, containing 14 acres more or less; and

Commencing at the Northeast corner of the Northwest Quarter of said Section 26; thence West 28 rods; thence South 50 feet to the South public road right of way line for a place of beginning; thence West along the South public road right of way line a distance of 10 rods; thence South 77.08 rods; thence East 10 rods; thence North 77.08 rods to place of beginning.

# Tax History Inquiry for CHALFANT JULIA R TRUST

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W/2 NE/4 EXC RD ROW & RR ROW &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E 147.58 | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3057 | 133.598 | $408.42 | $3.2 | Amount $411.62 | Amount $411.62 | No | 470 - 529 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2337 | 111.126 | $259.7 | $3.2 | Amount $262.9 | Amount $262.9 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2373 | 108.731 | $258.02 | $3.2 | Amount $261.22 | Amount $261.22 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|

TAB 24

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2439 | 115.451 | $281.58 | $3.2 | Amount $284.78 | Amount $284.78 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2646 | 115.926 | $306.74 | $3.24 | Amount $309.98 | Amount $309.98 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2886 | 114.711 | $331.06 | $3.24 | Amount $334.3 | Amount $334.3 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3126 | 115.823 | $362.06 | $3.24 | Amount $365.3 | Amount $365.3 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | 127-35-0-10-01-003.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3027 | 125.364 | $379.48 | $3.2 | Amount $382.68 | Amount $382.68 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | | | 127-35-0-10-01-003.00-0 | AG RURAL |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 120 | 309 | RENO TOWNSHIP | $3366 | 131.414 | $442.34 | $3.2 | Amount $445.54 | Amount $445.54 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; W 147.58FT N 147.58FT E | | | 127-35-0-10-01-003.00-0 | AG RURAL |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 120 | 309 | RENO TOWNSHIP | $3528 | 134.979 | $476.22 | $3.2 | Amount $479.42 | Amount $479.42 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | | | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18434 | 35-23-06W | RENO TWP | | | W1/2 NE1/4 EXC RD ROW & RR &; EXC TR COM NE COR NE/4 W 1320; FT S 241.5FT TO POB S 147.58FT; ABATE 7/31/06 CONDEMNATION ORDER 1/3/07 | | | 127-35-0-10-01-003.00-0 | AG RURAL |
| **Tax Unit** | **USD** | **Cty/Twn** | **Assessed Valuation** | **Mill Levy** | **Ad Valorem** | **Special Assessments** | **Total Tax** | **Total Paid** | **Dlq** |
| 120 | 309 | RENO TOWNSHIP | $3411 | 137.075 | $467.56 | $3.2 | Amount $470.76 | Amount $470.76 | No |

Back to the search page.

# Tax History Inquiry for KAK FARMS INC

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E/2 NW/4 EXC RR & RD ROW AND; EXC HWY R/W | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date of Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3291 | 133.598 | $439.67 | $3.49 | Amount $443.16 | Amount $443.16 | No | 426 - 49 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2604 | 111.126 | $289.37 | $3.45 | Amount $292.82 | Amount $292.82 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2643 | 108.731 | $287.39 | $3.45 | Amount $290.84 | Amount $290.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2718 | 115.451 | $313.81 | $3.45 | Amount $317.26 | Amount $317.26 | No |

TAB 25

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $2943 | 115.926 | $341.17 | $3.45 | Amount $344.62 | Amount $344.62 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3210 | 114.711 | $368.23 | $3.45 | Amount $371.68 | Amount $371.68 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3468 | 115.823 | $401.67 | $3.45 | Amount $405.12 | Amount $405.12 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3240 | 125.364 | $406.19 | $3.49 | Amount $409.68 | Amount $409.68 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 | 35-23- | | | | | 127-35-0-00- | AG |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RealEstate - 18427 | 06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 01-001.00-0 | RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3594 | 131.414 | $472.31 | $3.49 | Amount $475.8 | Amount $475.8 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3753 | 134.979 | $506.59 | $3.49 | Amount $510.08 | Amount $510.08 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 18427 | 35-23-06W | RENO TWP | | | E1/2 NW1/4 EXC RR & RD ROW; & EXC HWY R/W; ABATE 7/31/06 CONDEMNATION ORDER 1/3/07; MSW | 127-35-0-00-01-001.00-0 | AG RURAL |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 309 | RENO TOWNSHIP | $3645 | 137.075 | $499.65 | $3.49 | Amount $503.14 | Amount $503.14 | No |

Back to the search page.

# Tax History Inquiry for AMERICAN PACKAGING CORP

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parc Class |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACAN URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date Trans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $204070 | 150.248 | $30661.12 | $1312.5 | Amount $31973.62 | Amount $31973.62 | No | 477 - 271 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $804 | 117.828 | $94.74 | $110 | Amount $204.74 | Amount $204.74 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - A16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE/4 SEC 23 E 124.9 FT; N 60 FT FOR POB E 344 FT N 769.8 FT; WSWLY ALG CUR 399.9 FT; ADDED TAX STMT 12-2-97 | 126-23-0-40-03-004.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $38548 | 117.828 | $4542.04 | $0 | Amount $4542.04 | Amount $4542.04 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax | USD | Cty/Twn | Assessed | Mill | Ad | Special | Total | Total | Dlq |
|---|---|---|---|---|---|---|---|---|---|

TAB 26

| Unit | | | Valuation | Levy | Valorem | Assessments | Tax | Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $37757 | 115.142 | $4347.42 | $110 | Amount $4457.42 | Amount $4457.42 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $36945 | 118.74 | $4386.86 | $120 | Amount $4506.86 | Amount $4506.86 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $37220 | 121.076 | $4506.46 | $1312.5 | Amount $5818.96 | Amount $5818.96 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $82687 | 128.826 | $10652.24 | $1312.5 | Amount $11964.74 | Amount $11964.74 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax | | | Assessed | Mill | Ad | Special | Total | Total | |
|---|---|---|---|---|---|---|---|---|---|

| Unit | USD | Cty/Twn | Valuation | Levy | Valorem | Assessments | Tax | Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $83569 | 130.631 | $10916.7 | $1312.5 | Amount $12229.2 | Amount $12229.2 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $87752 | 135.724 | $11910.06 | $1312.5 | Amount $13222.56 | Amount $13222.56 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $91107 | 144.559 | $13170.34 | $1312.5 | Amount $14482.84 | Amount $14482.84 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; 399.3 FT S 585 FT TO POB | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $96029 | 145.512 | $13973.38 | $1312.5 | Amount $15285.88 | Amount $15285.88 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 16975 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM SW COR SE 1/4 SEC 23 E; 124.9 FT N 60 FT FOR POB E 344; FT N 769.8 FT WSWLY ALG CUR; ABATE 2ND HALF 2006 PUP 1/23/07 MSW | 126-23-0-40-03-004.00-0 | COMM URBAN VACANT URB |

| Tax | | | Assessed | Mill | Ad | Special | Total | Total | |
|---|---|---|---|---|---|---|---|---|---|

| Unit | USD | Cty/Twn | Valuation | Levy | Valorem | Assessments | Tax | Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $204070 | 151.357 | $30887.42 | $1312.5 | Amount $32199.92 | Amount $32199.92 | No |

Back to the search page.

**Commercial Info. for 078-126-23-0-40-03-004-00-0-01** - Click here for other Cards

| Owner Information | Legal Description | Class | Apr Val Land | Apr Val Build | Apr Val Total | Year |
|---|---|---|---|---|---|---|
| 078-126-23-0-40-03-004-00-0-01<br>AMERICAN PACKAGING CORP<br>Property Address:<br>400 W BLANCHARD AVE 67505 | SEC 23 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS<br>3RD & 4TH S. HUTCH<br>TRCT DESC: TR COM<br>SW COR SE/4 SEC 23 E<br>124.9FT N 60FT FOR<br>POB E 344FT<br>N 737.47FT WSWLY<br>ALG CUR 247.<br>24FT S 585FT TO POB | CU<br>VU<br>CU<br>VU | $26640<br>$5780<br>$27390<br>$5780 | $757500<br><br>$786110 | $784140<br>$5780<br>$813500<br>$5780 | Current<br>Current<br>Previous<br>Previous |

## General Building Data - 600

| Build | Year Built | No Units | Struct Type | Grade | No Ident Units |
|---|---|---|---|---|---|
| 01 | 1975 | 000 | Warehouse | C- | 01 |

## Building Other Features - Attached Improvements - 601 to 608

| Line | Struct Code | Flat | Measurement 1 | Measurement 2 | Ident Units |
|---|---|---|---|---|---|
| 1 | Dock Level Floors | | 18000 | 1 | 01 |
| 1 | Overhead Doors, Wood or Metal | | 120 | 1 | 04 |
| 1 | Sprinkler System (Wet Pipe) | | 18000 | 1 | 01 |
| 1 | Canopy (only) | | 40 | 1 | 01 |
| 1 | Canopy (only) | | 1 | 80 | 01 |
| 1 | Enclosed Entry | | 5 | 5 | 01 |
| 1 | Loading Dock, Steel or Concrete | | 12 | 20 | 01 |
| 1 | Dock Levelers | | 1 | 1 | 03 |

## Exterior Data - 611 to 618

| Sec No | Level From | Level To | Size | Perim | Use Type | WL HT | EXT WLS | CONS Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 01 | 01 | 18000 | 0420 | Multi-Use - Storage | 16 | Concrete Tilt-Up | Pre-Engineered Steel |
| 1 | E1 | E1 | 1000 | 0090 | Multi-Use - Office | 08 | Enclosure | Ext Comm Report ERROR |
| 1 | M1 | M1 | 1000 | 0000 | Multi-Use - Storage | 08 | None | Ext Comm Report ERROR |
| 1 | E1 | E1 | 480 | 0044 | Multi-Use - Office | 08 | Enclosure | Ext Comm Report ERROR |
| 1 | M1 | M1 | 480 | 0000 | Multi-Use - Storage | 08 | None | Ext Comm Report ERROR |

## Interior Data - 621 to 628

| Inter Finish % | Partitions | Heating System | Air Condition | Plumbing | Physical Cond | Functional Utililty |
|---|---|---|---|---|---|---|
| 100 | Normal | Unit Heaters | None | Normal | Normal | Normal |
| 100 | Normal | Hot Air | Central | Normal | Normal | Normal |
| 100 | Normal | Hot Air | Central | Normal | Normal | Normal |

## Yard Improvements and/or Secondary Buildings - 701 to 706

| Struct Code | Flat | Dimensions Size | Ident Units | Phys Cond | Func Util | Year Built | Percent Good |
|---|---|---|---|---|---|---|---|
| Paving, Concrete, Heavy Duty | | 4000 | 01 | 3 | 3 | 1985 | 00 |
| Paving, Concrete, Heavy Duty | | 30585 | 01 | 3 | 3 | 2005 | 00 |

**Deed Information** - Book/Page

| Book1 | Page1 | Book2 | Page2 | Book3 | Page3 | Book4 | Page4 |
|---|---|---|---|---|---|---|---|
| 430 | 121 | 477 | 271 | | | | |

**Land Information (SQ FT)** - 311 to 313

| Type | SQFT | SQFT Price | Influence Factors |
|---|---|---|---|
| Primary Site | 121968 | 0 | --0 |

**Building Permit Record** - 471 to 472

| Number | Date | Amount | Open Code | Purpose |
|---|---|---|---|---|
| 04036 | 07/13/05 | 108000 | X | DRIVEWAY |
| 05481 | 02/15/08 | 25000 | U | INTREMODL |

**Parking Availability** - 450

| Type | Quantity | Proximity |
|---|---|---|
| Off Street | Adequate | On Site |

**This Parcel contains no information for the following sections:**
Apartment Data 631 to 638, Parking Data 639, Land Info(Lot) 301 to 303, Acreage Info 321 to 328, Total Acre Info 330, Agriculture Land Inventory 341 to 350, Contact Info 464 to 465

View Sketch Vector --- View Tax Information --- Back to Search Page --- Home