# Tax History Inquiry for COLLINS INDUSTRIES INC

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parc Clas |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE/4 W 1619FT TH; S 30FT FOR POB TH S 725FT TH W; 80FT TH S 80FT TH W 663FT TH S; COMB #1 TO #2 8/30/07 MSW | 126-23-0-40-03-002.00-0 | COMM URBAI |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date Trans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $437885 | 150.248 | $65791.36 | $11724.56 | Amount $77515.92 | Amount $77515.92 | No | 468 - 42 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $250001 | 117.828 | $29457.12 | $2585 | Amount $32042.12 | Amount $32042.12 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $250001 | 115.142 | $28785.62 | $2585 | Amount $31370.62 | Amount $31370.62 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|

TAB 27

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $222286 | 118.74 | $26394.24 | $2820 | Amount $29214.24 | Amount $29214.24 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $221088 | 121.076 | $26768.46 | $2937.5 | Amount $29705.96 | Amount $29705.96 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $228323 | 128.826 | $29413.94 | $2937.5 | Amount $32351.44 | Amount $32351.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $249043 | 130.631 | $32532.74 | $4250 | Amount $36782.74 | Amount $36782.74 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON | $271466 | 135.724 | $36844.46 | $4250 | Amount $41094.46 | Amount $41094.46 | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CITY | | | | | | | |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $297328 | 144.559 | $42981.44 | $4250 | Amount $47231.44 | Amount $47231.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $337765 | 145.512 | $49148.86 | $4250 | Amount $53398.86 | Amount $53398.86 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $394843 | 151.357 | $59762.26 | $4250 | Amount $64012.26 | Amount $64012.26 | No |

Back to the search page.

## Commercial Info. for 078-126-23-0-40-03-002-00-0-01 - Click here for other Cards

| Owner Information | Legal Description | Class | Apr Val Land | Apr Val Build | Apr Val Total | Year |
|---|---|---|---|---|---|---|
| 078-126-23-0-40-03-002-00-0-01<br>COLLINS INDUSTRIES INC<br>Property Address:<br>415 W 6TH AVE 67505 | SEC 23 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS<br>3RD & 4TH S. HUTCH<br>TRCT DESC: TR COM NE<br>COR SE/4 W 1619FT TH<br>S 30FT FOR POB TH S<br>725FT TH W<br>80FT TH S 80FT TH W<br>663FT TH S<br>100FT TH W 100FT TH<br>N 25FT TH | CU<br>CU<br>EI | $158890<br>$162640 | $3587010<br>$1588900<br>$2275610 | $3745900<br>$1751540<br>$2275610 | Current<br>Previous<br>Previous |

### General Building Data - 600

| Build | Year Built | No Units | Struct Type | Grade | No Ident Units |
|---|---|---|---|---|---|
| 01 | 1973 | 000 | Prefab Processing Warehouse | C- | 01 |

### Building Other Features - Attached Improvements - 601 to 608

| Line | Struct Code | Flat | Measurement 1 | Measurement 2 | Ident Units |
|---|---|---|---|---|---|
| 1 | Dock Level Floors | | 59196 | 1 | 01 |
| 1 | Overhead Doors, Wood or Metal | | 100 | 1 | 04 |
| 1 | Overhead Doors, Wood or Metal | | 396 | 1 | 03 |
| 1 | Loading Dock, Steel or Concrete | | 1824 | 1 | 01 |
| 1 | Canopy (only) | | 1824 | 1 | 01 |
| 1 | Loading Dock, Interior | | 3300 | 1 | 01 |
| 2 | Dock Level Floors | | 27376 | 1 | 01 |
| 6 | Dock Level Floors | | 1624 | 1 | 01 |

### Exterior Data - 611 to 618

| Sec No | Level From | Level To | Size | Perim | Use Type | WL HT | EXT WLS | CONS Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 01 | 01 | 62496 | 1099 | Light Manufacturing | 22 | Metal, Light | Pre-Engineered Steel |
| 2 | 02 | 02 | 27376 | 0450 | Light Manufacturing | 22 | Metal, Light | Pre-Engineered Steel |
| 2 | E1 | E1 | 684 | 0074 | Multi-Use - Office | 08 | Enclosure | Ext Comm Report ERROR |
| 2 | M1 | M1 | 684 | 0000 | Multi-Use - Storage | 14 | None | Ext Comm Report ERROR |
| 2 | M2 | M2 | 5800 | 0145 | Multi-Use - Storage | 12 | None | Ext Comm Report ERROR |
| 3 | 01 | 01 | 1624 | 0058 | Multi-Use - Office | 10 | Metal, Light | Pre-Engineered Steel |
| 3 | 02 | 02 | 1624 | 0058 | Multi-Use - Office | 10 | Metal, Light | Pre-Engineered Steel |
| 4 | B1 | B1 | 1824 | 0000 | Multi-Use - Storage | 09 | None | Wood Frame/Joist/Beam |

### Interior Data - 621 to 628

| Inter Finish % | Partitions | Heating System | Air Condition | Plumbing | Physical Cond | Functional Utililty |
|---|---|---|---|---|---|---|
| 100 | Normal | Unit Heaters | None | Normal | Fair | Fair |
| 100 | Normal | Unit Heaters | None | Normal | Fair | Fair |
| 100 | Normal | Hot Air | Central | Normal | Fair | Fair |
| 100 | Normal | Hot Air | Central | Normal | Fair | Fair |
| 100 | Normal | Hot Air | Central | Normal | Fair | Fair |
| 100 | Normal | Hot Air | Central | Normal | Fair | Fair |

## Yard Improvements and/or Secondary Buildings - 701 to 706

| Struct Code | Flat | Dimensions Size | Ident Units | Phys Cond | Func Util | Year Built | Percent Good |
|---|---|---|---|---|---|---|---|
| Utility Building, Metal | | 48 | 01 | 2 | 2 | 1974 | 00 |
| Paving, Concrete, Heavy Duty | | 7395 | 01 | 2 | 2 | 1974 | 00 |
| Paving, Asphalt Parking | | 75000 | 01 | 2 | 2 | 1974 | 00 |
| Fence, Chain Link | | 6X2635 | 01 | 2 | 2 | 1974 | 00 |
| Paving, Asphalt Parking | | 12200 | 01 | 3 | 3 | 1993 | 00 |

## Deed Information - Book/Page

| Book1 | Page1 | Book2 | Page2 | Book3 | Page3 | Book4 | Page4 |
|---|---|---|---|---|---|---|---|
| 468 | 42 | 587 | 292 | 587 | 295 | | |

## Land Information (SQ FT) - 311 to 313

| Type | SQFT | SQFT Price | Influence Factors |
|---|---|---|---|
| Primary Site | 783209 | 0 | --0 |

## Contact Information - 464 to 465

| Person Contacted | Contact Code |
|---|---|
| LARRY PETERS | Manager |

## Building Permit Record - 471 to 472

| Number | Date | Amount | Open Code | Purpose |
|---|---|---|---|---|
| 05480 | 01/29/08 | 210000 | R | OFICEXPNS |

## Parking Availability - 450

| Type | Quantity | Proximity |
|---|---|---|
| Off Street | Adequate | On Site |

**This Parcel contains no information for the following sections:**
Apartment Data 631 to 638, Parking Data 639, Land Info(Lot) 301 to 303, Acreage Info 321 to 328, Total Acre Info 330, Agriculture Land Inventory 341 to 350

View Sketch Vector --- View Tax Information --- Back to Search Page --- Home

**Commercial Info. for 078-126-23-0-40-03-002-00-0-02** - Click here for other Cards

| Owner Information | Legal Description | Class | Apr Val Land | Apr Val Build | Apr Val Total | Year |
|---|---|---|---|---|---|---|
| 078-126-23-0-40-03-002-00-0-02<br>COLLINS INDUSTRIES INC<br>Property Address:<br>00000 W 6TH AVE 67505 | SEC 23 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS<br>3RD & 4TH S. HUTCH<br>TRCT DESC: TR COM NE<br>COR SE/4 W 1619FT TH<br>S 30FT FOR POB TH S<br>725FT TH W<br>80FT TH S 80FT TH W<br>663FT TH S<br>100FT TH W 100FT TH<br>N 25FT TH | CU<br>CU<br>EI | $158890<br>$162640 | $3587010<br>$1588900<br>$2275610 | $3745900<br>$1751540<br>$2275610 | Current<br>Previous<br>Previous |

## General Building Data - 600

| Build | Year Built | No Units | Struct Type | Grade | No Ident Units |
|---|---|---|---|---|---|
| 01 | 1973 | 000 | Prefab Processing Warehouse | C- | 01 |

## Building Other Features - Attached Improvements - 601 to 608

| Line | Struct Code | Flat | Measurement 1 | Measurement 2 | Ident Units |
|---|---|---|---|---|---|
| 1 | Canopy, Roof/Slab | | 357 | 1 | 01 |
| 2 | Overhead Doors, Wood or Metal | | 72 | 1 | 01 |
| 2 | Dock Level Floors | | 2550 | 1 | 01 |
| 3 | Dock Level Floors | | 800 | 1 | 01 |
| 4 | Dock Level Floors | | 800 | 1 | 01 |
| 2 | Overhead Doors, Wood or Metal | | 120 | 1 | 02 |
| 4 | Overhead Doors, Wood or Metal | | 100 | 1 | 01 |
| 5 | Overhead Doors, Wood or Metal | | 144 | 1 | 02 |

## Exterior Data - 611 to 618

| Sec No | Level From | Level To | Size | Perim | Use Type | WL HT | EXT WLS | CONS Type |
|---|---|---|---|---|---|---|---|---|
| 4 | 01 | 01 | 1834 | 0128 | Multi-Use - Office | 10 | Brick or Stone | Wood Frame/Joist/Beam |
| 5 | 01 | 01 | 2550 | 0184 | Warehouse | 12 | Metal, Light | Pre-Engineered Steel |
| 6 | 01 | 01 | 800 | 0016 | Support Area | 14 | Metal, Light | Pre-Engineered Steel |
| 7 | 01 | 01 | 35000 | 0750 | Light Manufacturing | 22 | Metal, Light | Pre-Engineered Steel |
| 7 | E1 | E1 | 2400 | 0124 | Multi-Use - Storage | 22 | Enclosure | Pre-Engineered Steel |

## Interior Data - 621 to 628

| Inter Finish % | Partitions | Heating System | Air Condition | Plumbing | Physical Cond | Functional Utililty |
|---|---|---|---|---|---|---|
| 100 | Normal | Hot Air | Central | Normal | Fair | Fair |
| 100 | Normal | Unit Heaters | None | Normal | Fair | Fair |
| 100 | Normal | None | None | Normal | Fair | Fair |
| 100 | Normal | Unit Heaters | None | Normal | Fair | Fair |
| 100 | Normal | Unit Heaters | None | Normal | Fair | Fair |

## Deed Information - Book/Page

| Book1 | Page1 | Book2 | Page2 | Book3 | Page3 | Book4 | Page4 |
|---|---|---|---|---|---|---|---|
| 468 | 42 | 587 | 292 | 587 | 295 | | |

## Parking Availability - 450

| Type | Quantity | Proximity |
|---|---|---|
| Off Street | Adequate | On Site |

**This Parcel contains no information for the following sections:**
Apartment Data 631 to 638, Parking Data 639, Yard Improvements and/or Secondary Builing 701 to 706, Land Info(Lot) 301 to 303, Land Info(Sq Ft) 311 to 313, Acreage Info 321 to 328, Total Acre Info 330, Agriculture Land Inventory 341 to 350, Contact Info 464 to 465, Building Permit Record 471 to 472

View Sketch Vector --- View Tax Information --- Back to Search Page --- Home

## Tax History Inquiry for COLLINS INDUSTRIES INC

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parc Class |
|---|---|---|---|---|---|---|---|
| 2007 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE/4 W 1619FT TH; S 30FT FOR POB TH S 725FT TH W; 80FT TH S 80FT TH W 663FT TH S; COMB #1 TO #2 8/30/07 MSW | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq | Book-Page | Date Trans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $437885 | 150.248 | $65791.36 | $11724.56 | Amount $77515.92 | Amount $77515.92 | No | 468 - 42 | 0// |

## Additional Years.

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1997 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $250001 | 117.828 | $29457.12 | $2585 | Amount $32042.12 | Amount $32042.12 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1998 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $250001 | 115.142 | $28785.62 | $2585 | Amount $31370.62 | Amount $31370.62 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 1999 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $222286 | 118.74 | $26394.24 | $2820 | Amount $29214.24 | Amount $29214.24 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2000 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $221088 | 121.076 | $26768.46 | $2937.5 | Amount $29705.96 | Amount $29705.96 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2001 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $228323 | 128.826 | $29413.94 | $2937.5 | Amount $32351.44 | Amount $32351.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2002 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $249043 | 130.631 | $32532.74 | $4250 | Amount $36782.74 | Amount $36782.74 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2003 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON | $271466 | 135.724 | $36844.46 | $4250 | Amount $41094.46 | Amount $41094.46 | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CITY | | | | | | | |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2004 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $297328 | 144.559 | $42981.44 | $4250 | Amount $47231.44 | Amount $47231.44 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2005 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $337765 | 145.512 | $49148.86 | $4250 | Amount $53398.86 | Amount $53398.86 | No |

| Tax ID | Sec-Twn-Rng | Sub | Blk | Lot | Description | Parcel Id/Cama | Parcel Classes |
|---|---|---|---|---|---|---|---|
| 2006 RealEstate - 16973 | 23-23-06W | BLANCHARDS 3RD & 4TH S. HUTCH | | | TR COM NE COR SE 1/4 SEC 23 W; 1979 FT S 30 FT FOR POB S 270; FT W 125 FT S 535 FT W 333 FT; S 100 FT W 100 FT N 25 FT W | 126-23-0-40-03-002.00-0 | COMM URBAN |

| Tax Unit | USD | Cty/Twn | Assessed Valuation | Mill Levy | Ad Valorem | Special Assessments | Total Tax | Total Paid | Dlq |
|---|---|---|---|---|---|---|---|---|---|
| 011 | 309 | SOUTH HUTCHINSON CITY | $394843 | 151.357 | $59762.26 | $4250 | Amount $64012.26 | Amount $64012.26 | No |

Back to the search page.

[redacted]

Entered in Transfer Record in My Office the 9 Day of Nov 06
County Clerk

STATE OF KANSAS } ss.
RENO COUNTY }
This instrument was filed for record on the 9 day of Nov A.D. 20 06 at 12:10 o'clock P M. and duly recorded in Book 587 on Page 295
Fee $ 12.00
REGISTER OF DEEDS

## SPECIAL WARRANTY DEED

**The City of South Hutchinson, Kansas**, a municipal corporation of the State of Kansas, ("Grantor") hereby conveys to **Collins Bus Corporation**, a Kansas corporation, ("Grantee"), all of the real property located in Reno County, Kansas more particularly described in Exhibit A attached hereto and incorporated herein by reference as if fully set forth herein, subject to easements, right-of-ways, the rights of any public or quasi-public authority in connection with any pending condemnation of said property and restrictions of record, if any, for the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which consideration is hereby acknowledged.

Grantor, for Grantor and Grantor's successors and assigns, covenants that Grantor is lawfully seized of Grantor's interest in the foregoing described property and has good right to convey Grantor's interest therein and guarantees the quiet possession of said property against the claims of those claiming any right, interest or title therein through Grantor, except as may be described above, and Grantor will warrant and defend the property against all lawful claims of those claiming any right, interest or title through Grantor but Grantor does not warrant title against those claiming a right, interest or title that arose prior to, or separate from, Grantor's interest in the said property.

**DATED** this 26th day of October, 2006

CITY OF SOUTH HUTCHINSON, KANSAS

By: ______________________
Roberta D. Stewart, Mayor

Attest:

______________________
Denise McCue, City Clerk

**STATE OF KANSAS, COUNTY OF RENO: ss**

This instrument was acknowledged before me, a Notary Public, on the 26th day of October, 2006, by Roberta D. Stewart, Mayor of the City of South Hutchinson, Kansas, (the "City") and attested by Denise McCue, City Clerk of said City, who are personally known to me to be the persons who executed the within instrument and duly acknowledged the execution of the same for, on behalf of and as the act and deed of said City.

[Seal] ROSETTA F. SHELTON NOTARY PUBLIC STATE OF KANSAS My Appt. Exp. 12-9-06

______________________
Notary Public
Printed Name: Rosetta F Shelton

My Appointment Expires: 12-9-06

Pursuant to KSA 79-1437e, a real estate sales validation questionnaire is not required due to Exception No. 2.

TAB 28

**EXHIBIT A**

✓ A tract of land in the West Half of Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of Section 23; thence West along the North line of the Southeast Quarter of Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90°37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90°37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90°37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89°23 minutes right and North for a distance of 25 feet; thence turning an angle of 90°37 minutes left and West for a distance of 12 feet; thence turning an angle of 89°23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89°23 minutes right and East for a distance of 570 feet to a point and place of beginning.

AND

C Beginning at a point in the south line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in BLANCHARD'S THIRD ADDITION to the City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said south line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the centerline of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.

12

## CORPORATION GENERAL WARRANTY DEED

On this 31st day of October, 2006, **Collins Bus Corporation**, a Kansas corporation, as Grantor, hereby conveys and warrants to **Collins Industries, Inc.**, a Missouri corporation qualified to do business in Kansas, the real property located in Reno County, Kansas, described in Exhibit A attached hereto and incorporated herein by reference as if fully set forth herein, for the sum of One Dollar and other good and valuable consideration, the receipt and sufficiency of which consideration is hereby acknowledged by Grantor, subject only to rights-of-way, easements, covenants, mineral reservations, licenses and restrictions of record generally.

COLLINS BUS CORPORATION
A Kansas Corporation

By: Kenneth Dabrowski
Printed Name: Kenneth Dabrowski
Title: Chief Executive Officer

STATE OF KANSAS, COUNTY OF RENO, ss.

This instrument was acknowledged before me, a notary public, on the 31st day of October, 2006.

[Seal]

Printed Name: Helen May Posner

My appointment expires December 14, 2006 NOTARY PUBLIC

HELEN MAY POSNER
Notary Public, State of New York
No. [illegible]
Qualified in [illegible] County
Commission Expires Dec. 14, 2006

Entered in Transfer Record in My Office the 9 Day of Nov 06
County Clerk

STATE OF KANSAS } ss
RENO COUNTY
This instrument was filed for record on the 7 day of Nov A.D. 2006 at 1:10 o'clock P M. and duly recorded in Book 527 on Page 292
Fee $ 12.00
REGISTER OF DEEDS

519138-1

# EXHIBIT A

A tract of land in the West Half of Southeast Quarter of Section 23, Township 23 South, Range 6 West of the 6th Principal Meridian, all in the City of South Hutchinson, Reno County, Kansas: Commencing at the Northeast corner of the Southeast Quarter of Section 23; thence West along the North line of the Southeast Quarter of Section 23, for a distance of 1,979 feet to a point and the place of beginning; thence turning an angle of 90°37 minutes left and South along a line for a distance of 300 feet to a point; thence turning West parallel to the aforementioned North section line a distance of 125 feet to a point; thence turning South parallel to the East boundary of said Section 23 for a distance of 535 feet to a point; thence turning West parallel to the said North section line of Section 23 for a distance of 333 feet to a point; thence turning an angle of 90°37 minutes left and South for a distance of 100 feet to a point; thence turning an angle of 90°37 minutes right and West for a distance of 100 feet to a point; thence turning an angle of 89°23 minutes right and North for a distance of 25 feet; thence turning an angle of 90°37 minutes left and West for a distance of 12 feet; thence turning an angle of 89°23 minutes right and North for a distance of 910 feet to a point; thence turning an angle of 89°23 minutes right and East for a distance of 570 feet to a point and place of beginning.

AND

Beginning at a point in the south line of vacated West 6th Street, said point also being the Northeast corner of Lot 167, West 6th Street, in **BLANCHARD'S THIRD ADDITION** to the City of South Hutchinson, as originally platted; thence Southerly along the East line of said Lot 167, West 6th Street, and along the East line of Lot 126, West 5th Street, the East line of Lot 126, West 4th Street, and their extension, a distance of 880 feet to a point for corner, said corner being in the South line of vacated West 4th Street; thence right at angle of 90°37' in a Westerly direction and parallel with said south line of West 4th Street, a distance of 31.76 feet, more or less, to a point 50.0 feet Easterly from, measured at right angles to the centerline of The Atchison, Topeka and Santa Fe Railway's H & S District main track, as now located and operated; thence in a Northerly direction along a line 50.0 feet Easterly from and parallel with said main track center line, a distance of 880.0 feet, more or less, to a point in the North line of Lot 169, West 6th Street, said point also being in the South line of vacated West 6th Street; thence East along the North line of said Lots 169 and 167, said line also being the South line of vacated West 6th Street, a distance of 36.45 feet, more or less, to the point of beginning.