# Parcel Search Results

| Owner Information | Legal Description | Class | Apr Val Land | Apr Val Build | Apr Val Total | Year |
|---|---|---|---|---|---|---|
| 078-127-26-0-10-05-001-00-0-01<br>078-127-26-0-10-05-001-00-0-02<br>078-127-26-0-10-05-001-00-0-03<br>DIVERSIFIED BUILDINGS LLC<br>Property Address:<br>315 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS 3RD & 4TH S. HUTCH<br>TRCT DESC: BEGINNING 291 FT E AND 60 FT S OF THE N 1/4 COR NE 1/4 S 347<br>FT THENCE E 330 FT THENCE S<br>215 FT THENCE E 711.8 FT | CU<br>CU | $24740<br>$24740 | $459760<br>$467970 | $484500<br>$492710 | Current<br>Previous |
| 078-127-26-0-10-09-009-00-0-01<br>078-127-26-0-10-09-009-00-0-02<br>078-127-26-0-10-09-009-00-0-03<br>RAY ANDERSON CO INC<br>Property Address:<br>411 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 113-139 ODD INCL S MAIN AND LOT 2 AVE E W ALONG WITH<br>VAC ALLEY AND N 15FT W AVE E<br>VAC AND LOT 1 AND S 15FT W AVE | CU<br>CU | $80790<br>$74940 | $400620<br>$422150 | $481410<br>$497090 | Current<br>Previous |
| 078-127-26-0-10-05-002-00-0-01<br>J/JAK INC<br>Property Address:<br>424 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS 3RD & 4TH S. HUTCH<br>TRCT DESC: BEGINNING 407 FT S AND 291 FT<br>E OF THE N 1/4 COR NE 1/4 E<br>330 FT THENCE S 625 FT THENCE<br>W 30 FT THENCE S 724 FT | CU<br>CU | $19500<br>$19500 | $223800<br>$223800 | $243300<br>$243300 | Current<br>Previous |
| 078-127-26-0-10-03-001-00-0-01<br>078-127-26-0-10-03-001-00-0-02<br>078-127-26-0-10-03-001-00-0-03<br>078-127-26-0-10-03-001-00-0-04<br>SHAH DILIP H SHAH SHAKUXITALA D<br>Property Address:<br>207 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: LOTS 57 THRU 83 ODD INCL AND S 15 FT AVE B VACTED AND N 15<br>FT AVE C VACTED AND ALL OF THE<br>ALLEY ON W SIDE OF LOTS VAC | CU<br>RU<br>CU<br>RU | $92010<br>$8550<br>$88310<br>$8550 | $138260<br>$148880<br>$160490<br>$151430 | $230270<br>$157430<br>$248800<br>$159980 | Current<br>Current<br>Previous<br>Previous |
| 078-127-26-0-20-01-001-00-0-01<br>078-127-26-0-20-01-001-00-0-02<br>CHAMBERS MELINDA S<br>Property Address:<br>515 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: TR BEG NE COR OF NW 1/4 SEC 26<br>S 377 FT W 205 FT N 377 FT E<br>205 FT TO POB EXC ROAD ROW AND<br>A TR COM AT NE COR NW/4 TH S | CU<br>CU | $20420<br>$21640 | $167580<br>$160720 | $188000<br>$182360 | Current<br>Previous |

TAB 30-B

Page 2 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 078-127-26-0-10-05-003-00-0-01<br>078-127-26-0-10-05-003-00-0-02<br>078-127-26-0-10-05-003-00-0-03<br>FI KANSAS REMEDIATION TRUS & MCMURTRY, DAVID C<br>Property Address:<br>00000 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS 3RD & 4TH S. HUTCH<br>TRCT DESC: BLANCHARD 3RD ADD S OF BLANCHARD AVE W EXCEPT A TRACT BEGINNING 60 FT S AND 291 FT E OF THE N 1/4 COR OF SEC 26 | CU<br>VU<br>AU<br>CU<br>VU<br>AU | $9000<br>$15140<br>$3320<br>$9000<br>$15140<br>$3650 | $157410<br><br><br>$157410 | $166410<br>$15140<br>$3320<br>$166410<br>$15140<br>$3650 | Current<br>Current<br>Current<br>Previous<br>Previous<br>Previous |
| 078-127-26-0-10-10-007-00-0-01<br>VICK CHRISTIAN E VICK LYNN M<br>Property Address:<br>404 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: N 1/2 LOTS 37 39 AND 41 AVE D WEST AND S 15 FT W AVE D VACATED | RU<br>RU | $1720<br>$1720 | $141680<br>$143580 | $143400<br>$145300 | Current<br>Previous |
| 078-127-26-0-10-02-004-00-0-01<br>ALEX'S AUTO AND PAINT LLC<br>Property Address:<br>123 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: LOTS 1 THRU 11 ODD AND AVE A WEST AND LOTS 29 THRU 55 ODD INCL AND VAC ST AND ALLEY | CU<br>CU | $32780<br>$32780 | $99420<br>$99120 | $132200<br>$131900 | Current<br>Previous |
| 078-127-26-0-20-01-007-00-0-01<br>HINZ VERA N TRUST<br>Property Address:<br>100 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: TR COM AT NW COR NE/4 TH S 335.97' FOR POB TH E 207' TH S 145.52' TH W 207' TH N 145.52' TO POB LESS RD R/W | RR<br>RR | $2460<br>$2460 | $116030<br>$118980 | $118490<br>$121440 | Current<br>Previous |
| 078-127-26-0-10-13-010-00-0-01<br>GAGNEBIN, GLENN L & DONNA J<br>Property Address:<br>120 W AVENUE F 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: LOTS 30 32 AND E 26 FT LOT 34 AVE F WEST AND N 30 FT W AVE F VACATED | RU<br>RU | $2220<br>$2220 | $108940<br>$107090 | $111160<br>$109310 | Current<br>Previous |
| 078-127-26-0-10-14-003-00-0-01<br>BONTRAGER, MAYNARD A & FANNIE MAE<br>Property Address:<br>502 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: S 90 FT OF LOTS 1 THRU 11 ODD INCLUSIVE AVE E WEST ALONG WITH 10 FT VACATED WASHINGTON ST ON THE W SIDE OF LOT 11 | RU<br>RU | $2210<br>$2210 | $105660<br>$103860 | $107870<br>$106070 | Current<br>Previous |
| 078-127-26-0-10-11-003-00-0-01<br>BUCK, SHIRLEY D TRUST<br>Property Address: | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: S 90 FT LOTS | RU<br>RU | $2250<br>$2250 | $104750<br>$94250 | $107000<br>$96500 | Current<br>Previous |

| | | | | | | |
|---|---|---|---|---|---|---|
| 409 S ADAMS ST 67505 | 43 45 47 49<br>51 53 AND 55 AVE D<br>WEST | | | | | |
| 078-127-26-0-10-01-001-00-0-01<br>TYSON PREPARED FOODS INC<br>Property Address:<br>2 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: LOTS 1-13<br>ODD S MAIN AND LOTS<br>1-11 ODD W BLANCHARD<br>AND LOTS<br>4-12 EVEN W AVE A & 1/2<br>ALL<br>ALLEYS ADJACENT TO<br>ABOVE DESC | CU<br>CU | $102530<br>$102380 | $4420<br>$4420 | $106950<br>$106800 | Current<br>Previous |
| 078-127-26-0-10-07-002-00-0-01<br>BERMUDEZ, ANTONIO &<br>JOSEFINA<br>Property Address:<br>118 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: N 59.99FT OF<br>LOTS 26 28 AND 30<br>AND ALL OF LOTS 32 34<br>AND 36<br>AND THE N 15FT OF WEST<br>AVE D<br>VACATED | RU<br>RU | $2690<br>$2690 | $102770<br>$100990 | $105460<br>$103680 | Current<br>Previous |
| 078-127-26-0-10-07-002-02-0-01<br>SAUNDERS, DIANE S TRUST<br>Property Address:<br>124 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 38-40 &<br>42 AND N 15 FT<br>AVE D WEST ADJ THEREOF<br>AND<br>EAST 30 FT OF ADAMS ST | RU<br>RU | $2780<br>$2780 | $100970<br>$99230 | $103750<br>$102010 | Current<br>Previous |
| 078-127-26-0-10-13-011-00-0-01<br>BERNARD, DANIEL R & JULIE L<br>Property Address:<br>116 W AVENUE F 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: W 11 FT LOT<br>24 AND LOTS 26 AND<br>28 AVE F WEST AND N 30<br>FT W<br>AVE F VACATED | RU<br>RU | $1980<br>$1980 | $99930<br>$98460 | $101910<br>$100440 | Current<br>Previous |
| 078-127-26-0-10-04-002-00-0-01<br>CITY OF SOUTH HUTCHINSON<br>Property Address:<br>00000 W AVENUE C 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE C WEST S. HUTCH<br>TRCT DESC: LOTS 14<br>THRU 56 EVEN INCL W<br>AVE C AND LOTS 13 THRU<br>56 INCL<br>W AVE B AND INCLUDING<br>ALL<br>STREETS AND ALLEYS<br>VACATED | EM<br>EM | $10290<br>$10290 | $90000<br>$90000 | $100290<br>$100290 | Current<br>Previous |
| 078-127-26-0-40-03-003-00-0-01<br>BROWN, DANA<br>Property Address:<br>1001 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: E 423.5 FT OF<br>S 360 FT OF N<br>1/2 SE 1/4 SE 1/4 EXC 56<br>FT<br>FOR STREET R/W OFF E<br>SIDE EXC | RU<br>RU | $5970<br>$5970 | $91330<br>$89840 | $97300<br>$95810 | Current<br>Previous |

| | | | | | | |
|---|---|---|---|---|---|---|
| | .16 AC FOR HWY R/W | | | | | |
| 078-127-26-0-20-01-010-00-0-01<br>WALKER WILLIAM L WALKER BETTY J<br>Property Address:<br>212 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: BEGINNING 873.165 FT S OF THE NW COR SEC 26 E 417.421 FT<br>THENCE S 100 FT THENCE W<br>417.421 FT THENCE N 100 FT | RR<br>RR | $2780<br>$2780 | $94430<br>$92930 | $97210<br>$95710 | Current<br>Previous |
| 078-127-26-0-40-03-001-00-0-01<br>078-127-26-0-40-03-001-00-0-02<br>CORDERO ISMAEL CORDERO ANN K<br>Property Address:<br>901 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: TR BEG NE COR SE 1/4 SE 1/4 S 144.5 FT W 1326.5 FT N 144.5<br>FT E 1326.5 FT TO POB EXC E<br>56 FT FOR STREET R/W * 144.5 | RU<br>RU | $6540<br>$6540 | $89150<br>$88680 | $95690<br>$95220 | Current<br>Previous |
| 078-127-26-0-40-03-002-00-0-01<br>LAWSON BOBBY JOE REV TRUST<br><br>Property Address:<br>925 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: N 1/2 SE 1/4 SE 1/4 EXC N<br>144.5 FT AND EXC COM NE COR SE<br>1/4 SE 1/4 S 330 FT TO POB W<br>423 FT S 360 FT E 423 FT | RU<br>RU | $10620<br>$10620 | $84600<br>$83580 | $95220<br>$94200 | Current<br>Previous |
| 078-127-26-0-10-11-001-00-0-01<br>GRAJEDA, GERARDO & GRACIELA<br>Property Address:<br>405 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: N 75 FT LOTS 43 THRU 51 ODD INCLUSIVE AVE D WEST ALONG<br>WITH VACATED 15 FT AVE D WEST<br>ADJACENT | RU<br>RU | $2090<br>$2090 | $93080<br>$95010 | $95170<br>$97100 | Current<br>Previous |
| 078-127-26-0-10-14-001-00-0-01<br>078-127-26-0-10-14-001-00-0-02<br>CISNEROS, ANTONIO BERMUDEZ<br>Property Address:<br>511 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: LOTS 141 THRU 167 ODD INCL AND S 15 FT W AVE E VACATED AND N<br>30 FT W AVE F VACATED | CU<br>CU | $61990<br>$62810 | $32670<br>$33090 | $94660<br>$95900 | Current<br>Previous |
| 078-127-26-0-10-10-008-00-0-01<br>TOEWS FRIEDA N ETAL<br>Property Address:<br>408 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: S 1/2 LOTS 37 39 AND 41 AVE<br>D WEST | RU<br>RU | $1530<br>$1530 | $92170<br>$90840 | $93700<br>$92370 | Current<br>Previous |
| 078-127-26-0-10-12-004-00-0-01 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. | RU<br>RU | $1530<br>$1530 | $91470<br>$86470 | $93000<br>$88000 | Current<br>Previous |

Page 5 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| BRYANT, RANDALL A & MARJORIE K<br>Property Address:<br>503 S ADAMS ST 67505 | HUTCH<br>TRCT DESC: S 1/2 LOTS 43 45 AND 47 AVE E WEST | | | | | |
| 078-127-26-0-10-11-002-00-0-01<br>SCOTT, LEE W & JACQUELINE K<br>Property Address:<br>215 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: N 75 FT LOTS 53 AND 55 AVE D WEST ALONG WITH VACATED 15 FT AVE D WEST ADJACENT | RU<br>RU | $1260<br>$1260 | $91240<br>$96220 | $92500<br>$97480 | Current<br>Previous |
| 078-127-26-0-10-13-002-00-0-01<br>KALLAUS RONALD E<br>Property Address:<br>503 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: S 90 FT LOTS 13 15 17 AND 19 AVE E WEST AND E 10 FT S WASHINGTON ST VACATED | RU<br>RU | $1950<br>$1950 | $90550<br>$84750 | $92500<br>$86700 | Current<br>Previous |
| 078-127-26-0-10-12-002-00-0-01<br>NICHOLS, JEFFREY V & ANITA C<br>Property Address:<br>205 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: N 1/2 LOTS 49 51 AND 53 AVE E WEST ALONG WITH THE VACATED 15 FT OF AVE E ADJACENT | RU<br>RU | $1660<br>$1660 | $86840<br>$87620 | $88500<br>$89280 | Current<br>Previous |
| 078-127-26-0-10-14-002-00-0-01<br>EDWARDS, FLOYD W & PATRICIA L<br>Property Address:<br>500 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: N 75 FT LOTS 1 THRU 11 ODD INCLUSIVE AND 15 FT OF VACATED AVE E ON THE N AND 10 FT OF VACATED WASHINGTON ON THE W | RU<br>RU | $2210<br>$2210 | $85260<br>$83860 | $87470<br>$86070 | Current<br>Previous |
| 078-127-26-0-10-03-003-00-0-01<br>SOUTHARDS, RONALD EUGENE & KAY L<br>Property Address:<br>28 W AVENUE C 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE C WEST S. HUTCH<br>TRCT DESC: LOTS 2 THRU 12 EVEN INCL AND E 10 FT S WASHINGTON ST VACATED AND N 15 FT W AVE C VACATED AND NORTH ADJACENT | RU<br>RU | $4170<br>$4170 | $82580<br>$64930 | $86750<br>$69100 | Current<br>Previous |
| 078-127-26-0-10-10-005-00-0-01<br>YODER, ALINE L<br>Property Address:<br>109 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 29 & 31 AND S 15 FT W AVE D VACATED | RU<br>RU | $1760<br>$1760 | $84740<br>$75340 | $86500<br>$77100 | Current<br>Previous |
| 078-127-26-0-10-12-007-00-0- | SEC 26 TWP 23 RNG 6W | RU | $1850 | $82350 | $84200 | Current |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01<br>MORGAN BRIAN K MORGAN PEGGY J<br>Property Address:<br>208 W AVENUE F 67505 | SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: S 1/2 LOTS 50 52 AND 54 AVE F WEST ALONG WITH VACATED N 30 FT W AVE F | RU | $1850 | $81250 | $83100 | Previous |
| 078-127-26-0-10-07-002-04-0-01<br>HODGKINSON ALDA G REVO TRUST<br>Property Address:<br>112 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 26-28-30 EXC NORTH 59.99' THEREOF AND N 15' WEST AVE D VACATED | RU<br>RU | $4120<br>$4120 | $79920<br>$81200 | $84040<br>$85320 | Current<br>Previous |
| 078-127-26-0-10-12-005-00-0-01<br>YODER, JOHN J & IRENE<br>Property Address:<br>505 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: N 1/2 LOTS 44 46 AND 48 AVE F WEST | RU<br>RU | $1530<br>$1530 | $82470<br>$79570 | $84000<br>$81100 | Current<br>Previous |
| 078-127-26-0-10-12-003-00-0-01<br>MCCONNELL, DOUGLAS A & MARY LOU<br>Property Address:<br>207 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: S 1/2 LOTS 49 51 AND 53 AND ALL LOT 55 AVE E WEST ALONG WITH THE VACATED 15 FT OF AVE E ALONG THE N SIDE LOT 55 | RU<br>RU | $1390<br>$1390 | $82310<br>$81910 | $83700<br>$83300 | Current<br>Previous |
| 078-127-26-0-10-06-002-00-0-01<br>JASSO, KATHY J<br>Property Address:<br>202 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 44 THRU 50 EVEN INCL AND N 15 FT W AVE D VACATED AND W 30 FT OF VAC S ADAMS ST | RU<br>RU | $3360<br>$3360 | $80310<br>$78960 | $83670<br>$82320 | Current<br>Previous |
| 078-127-26-0-10-12-006-00-0-01<br>KELLEY, FLOYD C & PAULA L<br>Property Address:<br>210 W AVENUE F 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: N 1/2 LOTS 50 52 AND 54 AND ALL OF LOT 56 AVE F WEST ALONG WITH VACATED N 30 F W AVE F | RU<br>RU | $1400<br>$1400 | $81800<br>$81000 | $83200<br>$82400 | Current<br>Previous |
| 078-127-26-0-10-06-002-01-0-01<br>BERGMAN, JAMES E & GREATHOUSE, DEANNA R<br>Property Address:<br>212 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 52 54 56 AVE D WEST AND N 15 FT WEST D ADJ TO SOUTH SIDE OF LOTS 2 THRU 56 (EVEN) AS VACATED ORD NO. 113 | RU<br>RU | $2300<br>$2300 | $80580<br>$79670 | $82880<br>$81970 | Current<br>Previous |

| | | | | | | |
|---|---|---|---|---|---|---|
| 078-127-26-0-10-11-006-00-0-01<br>NELSON, CLINT E & FULTON, ADRIENNE N<br>Property Address:<br>200 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: S 90 FT LOTS 44 46 48 AND 50 AVE E WEST AND N 15 FT W AVE E VACATED | RU<br>RU | $2200<br>$2200 | $80000<br>$70980 | $82200<br>$73180 | Current<br>Previous |
| 078-127-26-0-10-10-012-00-0-01<br>EARL, NINA F<br>Property Address:<br>114 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 26 AND 28 AND N 15 FT W AVE E VACATED | RU<br>RU | $1760<br>$1760 | $78540<br>$77640 | $80300<br>$79400 | Current<br>Previous |
| 078-127-26-0-10-09-003-00-0-01<br>GALEMORE, JERRY L & LYNDA J<br>Property Address:<br>15 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 3 & 5 AND S 15 FT W AVE D VACATED | RU<br>RU | $1760<br>$1760 | $77960<br>$79550 | $79720<br>$81310 | Current<br>Previous |
| 078-127-26-0-10-10-002-00-0-01<br>BRITAIN, DAVID DWAYNE & HEATHER RACHELLE<br>Property Address:<br>103 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 17 & 19 AND S 15 FT W AVE D VACATED | RU<br>RU | $1760<br>$1760 | $77740<br>$78140 | $79500<br>$79900 | Current<br>Previous |
| 078-127-26-0-10-10-001-00-0-01<br>WEBB KATHY L<br>Property Address:<br>403 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 13 & 15 AND W 10 FT S WASHINGTON ST VACATED AND S 15 FT W AVE D VACATED | RU<br>RU | $2340<br>$2340 | $76980<br>$75580 | $79320<br>$77920 | Current<br>Previous |
| 078-127-26-0-10-11-004-00-0-01<br>ANDSAGER, CYNTHIA JEAN<br>Property Address:<br>206 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 52 54 & 56 | RU<br>RU | $2300<br>$2300 | $76300<br>$68200 | $78600<br>$70500 | Current<br>Previous |
| 078-127-26-0-10-10-004-00-0-01<br>DIRKS KENNETH W DIRKS ZONA B<br>Property Address:<br>107 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 25 & 27 AND S 15 FT W AVE D VACATED | RU<br>RU | $1760<br>$1760 | $74740<br>$73750 | $76500<br>$75510 | Current<br>Previous |
| 078-127-26-0-10-13-013-00-0-01<br>MEIER HARLEY D MEIER PATRICIA L<br>Property Address:<br>513 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: S 1/2 LOTS 14 16 AND 18 AVE F WEST AND W 10 FT S WASHINGTON ST VACATED EXC N 15' S/2 LOTS 14-16-18 THEREOF | RU<br>RU | $1800<br>$1800 | $73300<br>$71980 | $75100<br>$73780 | Current<br>Previous |

| | | | | | | |
|---|---|---|---|---|---|---|
| 078-127-26-0-20-01-008-00-0-01<br>ESTES, ARLINE M & MARK ALLEN<br>Property Address:<br>118 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: BEGINNING 660 FT S OF THE NW COR THENCE E 417.42 FT THENCE<br>S 110 FT THENCE W 417.42 FT<br>THCNE N 110 FT TO POB EXC | RR<br>RR | $2970<br>$2970 | $69410<br>$68170 | $72380<br>$71140 | Current<br>Previous |
| 078-127-26-0-10-02-002-00-0-01<br>ALEX'S AUTO AND PAINT LLC<br>Property Address:<br>00000 W AVENUE A 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE A WEST S. HUTCH<br>TRCT DESC: LOTS 1 THRU 11 ODD INCL AND<br>S 15FT W AVE A VACATED AND<br>E 10FT S WASHINGTON ST VACATED<br>AND LOTS 29 THRU 41 ODD INCL | VU<br>VU | $71760<br>$71910 | | $71760<br>$71910 | Current<br>Previous |
| 078-127-26-0-10-13-014-00-0-01<br>RIGGS DIANA KAY<br>Property Address:<br>511 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: N 1/2 LOTS 14 16 AND 18 AVE F WEST AND VACATED W 10 FT<br>WASHINGTON ST ADJACENT & VAC<br>N30 FT W AVE F ADJACENT & N 15 | RU<br>RU | $1800<br>$1800 | $69780<br>$69300 | $71580<br>$71100 | Current<br>Previous |
| 078-127-26-0-10-13-009-00-0-01<br>KALLAUS, ELAINE & RICHARD N<br>Property Address:<br>124 W AVENUE F 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: LOTS 36 38 40 42 AND 34<br>EXCEPT THE E 26 FT OF LOT 34<br>AND N 30 FT OF W AVE F VACATED | RU<br>RU | $3060<br>$3060 | $67240<br>$60210 | $70300<br>$63270 | Current<br>Previous |
| 078-127-26-0-10-10-003-00-0-01<br>SCHMIDT, MELINDA S<br>Property Address:<br>105 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 21 & 23 AND S 15 FT W AVE<br>D VACATED | RU<br>RU | $1760<br>$1760 | $68460<br>$67230 | $70220<br>$68990 | Current<br>Previous |
| 078-127-26-0-10-10-009-00-0-01<br>GARIBAY, RUBEN C & DAVIS, ESTHER L<br>Property Address:<br>128 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 38 40 AND 42 AND N 15 FT<br>W AVE E VACATED | RU<br>RU | $2300<br>$2300 | $67200<br>$66800 | $69500<br>$69100 | Current<br>Previous |
| 078-127-26-0-10-13-006-00-0-01<br>FAIRBANKS, PHILIP H<br>Property Address:<br>129 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 33 & 35 AND S 15 FT W AVE<br>E VACATED | RU<br>RU | $1760<br>$1760 | $65640<br>$64440 | $67400<br>$66200 | Current<br>Previous |

| | | | | | | |
|---|---|---|---|---|---|---|
| 078-127-26-0-10-13-004-00-0-01<br>BAYLES, GLENDA BOND<br>Property Address:<br>115 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOT 27 AND THE W 31 FT LOT 25<br>AVE E WEST AND S 15 FT W AVE E<br>VACATED | RU<br>RU | $1730<br>$1730 | $61170<br>$55370 | $62900<br>$57100 | Current<br>Previous |
| 078-127-26-0-10-13-012-00-0-01<br>CASEY, LAWRENCE M & SHERYL A<br>Property Address:<br>110 W AVENUE F 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: LOTS 20 22 AND 24 EXCEPT THE<br>W 11 FT OF LOT 24 AVE F WEST<br>AND N 30 FT OF W AVE F<br>VACATED | RU<br>RU | $2160<br>$2160 | $60640<br>$60240 | $62800<br>$62400 | Current<br>Previous |
| 078-127-26-0-10-13-005-00-0-01<br>HUDDLESTON DONNA D<br>Property Address:<br>127 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 29 & 31 AND S 15 FT W AVE<br>E VACATED | RU<br>RU | $1760<br>$1760 | $60560<br>$55440 | $62320<br>$57200 | Current<br>Previous |
| 078-127-26-0-10-09-004-00-0-01<br>GREEN ALAN P GREEN JUDY A<br>Property Address:<br>404 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: N 90 FT LOTS 7 9 AND 11 AND S<br>15 FT W AVE D VACATED AND W 10<br>FT S WASHINGTON ST<br>VACATED | RU<br>RU | $1910<br>$1910 | $60390<br>$60390 | $62300<br>$62300 | Current<br>Previous |
| 078-127-26-0-10-10-015-00-0-01<br>BRUCE, WILLIAM F & DIANA LYNN<br>Property Address:<br>102 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 14 16 AND THE E 10 FT<br>LOT 18 AVE E WEST AND N 15 FT<br>W AVE E AND N 10 FT S WASHINGTON ST<br>VACATED | RU<br>RU | $2080<br>$2080 | $60120<br>$54320 | $62200<br>$56400 | Current<br>Previous |
| 078-127-26-0-10-14-004-00-0-01<br>BERNARD, LEONARD STEPHEN<br>Property Address:<br>24 W AVENUE F 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: LOTS 2 THRU 12 EVEN INCL AND E<br>10 FT S WASHINGTON ST<br>VACATED<br>AND N 30 FT W AVE F<br>VACATED | RU<br>RU | $4140<br>$4140 | $57080<br>$57070 | $61220<br>$61210 | Current<br>Previous |
| 078-127-26-0-10-10-011-00-0-01<br>GOBLE, LEROY C & NANCY S<br>Property Address:<br>118 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 30 & 32 AND N 15 FT W AVE<br>E VACATED | RU<br>RU | $1760<br>$1760 | $59410<br>$59300 | $61170<br>$61060 | Current<br>Previous |
| 078-127-26-0-10-10-006-00-0- | SEC 26 TWP 23 RNG 6W | RU | $1760 | $59160 | $60920 | Current |

Page 10 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 01<br>RIGGS, GUY H & BETTY JEAN<br>Property Address:<br>123 W AVENUE D 67505 | SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 33 & 35 AND S 15 FT W AVE D VACATED | RU | $1760 | $58350 | $60110 | Previous |
| 078-127-26-0-10-08-001-00-0-01<br>BLUE HOLE INVESTMENT, LTD<br>Property Address:<br>00000 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: LOTS 85 THRU 111 ODD INCL AND S 15 FT W AVE C VACATED AND N 15 FT W AVE D VACATED | VU<br>VU | $59850<br>$59850 | | $59850<br>$59850 | Current<br>Previous |
| 078-127-26-0-10-07-002-01-0-01<br>GOERING, MATTHEW JOE<br>Property Address:<br>100 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 14-16-18 AND N 15 FT AVE D VAC AND W 10 FT S WASHINGTON ST VAC | RU<br>RU | $2460<br>$2460 | $57380<br>$56650 | $59840<br>$59110 | Current<br>Previous |
| 078-127-26-0-20-01-009-00-0-01<br>ESTES, MARK ALLEN & CYNTHIA S<br>Property Address:<br>202 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: BEGINNING 770 FT S OF THE NW COR SEC 26 E 417.42 FT THENCE S 103.16 FT THENCE W 417.42 FT THENCE N 103.16 FT TO POB | RR<br>RR | $2910<br>$2910 | $54170<br>$53190 | $57080<br>$56100 | Current<br>Previous |
| 078-127-26-0-10-13-003-00-0-01<br>ESTEP, DAVID L & CHERIE L<br>Property Address:<br>111 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 21 23 AND THE E 2 FT OF LOT 25 AVE E WEST AND S 15 FT W AVE E VACATED | RU<br>RU | $1790<br>$1790 | $53330<br>$52370 | $55120<br>$54160 | Current<br>Previous |
| 078-127-26-0-10-11-005-00-0-01<br>BONTRAGER, JOAN M<br>Property Address:<br>413 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: N 75 FT LOTS 44 46 48 AND 50 AVE E WEST | RU<br>RU | $1680<br>$1680 | $51880<br>$50950 | $53560<br>$52630 | Current<br>Previous |
| 078-127-26-0-10-13-001-00-0-01<br>MILLER, RAYMOND L & YODER, REGINA K<br>Property Address:<br>501 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 13 15 17 AND 19 EXCEPT THE S 90 FT AVE E WEST AND S 15 FT W AVE E VACATED AND W 10 FT WASHINGTON ST VACATED | RU<br>RU | $1950<br>$1950 | $51050<br>$51050 | $53000<br>$53000 | Current<br>Previous |
| 078-127-26-0-10-09-005-00-0-01 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. | RU<br>RU | $1520<br>$1520 | $50980<br>$56950 | $52500<br>$58470 | Current<br>Previous |

| | | | | | | |
|---|---|---|---|---|---|---|
| LONGHORN LLC<br>Property Address:<br>406 S WASHINGTON ST 67505 | HUTCH<br>TRCT DESC: S 75 FT LOTS 7 9 AND 11 AVE D WEST AND VACATED 10 FT OF WASHINGTON ST ADJACENT | | | | | |
| 078-127-26-0-10-13-007-00-0-01<br>BRYANT, MARANDA K<br>Property Address:<br>131 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: N 75 FT LOTS 37 39 AND 41 AVE E WEST AND S 15 FT W AVE E VACATED | RU<br>RU | $1640<br>$1640 | $49760<br>$47460 | $51400<br>$49100 | Current<br>Previous |
| 078-127-26-0-10-09-008-00-0-01<br>YODER, RAYMOND E & JOYCE K<br>Property Address:<br>6 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 4 & 6 AND N 15 FT W AVE E VACATED AND THE S 99 FT LOTS 8 10 & 12 AVE E WEST ALONG WITH VACATED 15 FT AVE E WEST ADJ | RU<br>RU | $3170<br>$3170 | $44710<br>$44120 | $47880<br>$47290 | Current<br>Previous |
| 078-127-26-0-20-01-011-00-0-01<br>SIEGRIST BILLY D<br>Property Address:<br>214 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: BEGINNING 973.16 FT S OF THE NW COR SEC 26 E 417.42 FT THENCE S 208.91 FT THENCE W 417.42 FT THENCE N 208.91 FT | RR<br>RR | $4220<br>$4220 | $42720<br>$42200 | $46940<br>$46420 | Current<br>Previous |
| 078-127-26-0-10-10-014-00-0-01<br>RUSSELL RONALD T RUSSELL BRENDA J<br>Property Address:<br>106 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOT 20 AND THE W 23 FT LOT 18 AVE E WEST AND N 15 FT W AVE E VACATED | RU<br>RU | $1600<br>$1600 | $44020<br>$42100 | $45620<br>$43700 | Current<br>Previous |
| 078-127-26-0-10-12-001-00-0-01<br>BRANSCOM, KATHY SUE<br>Property Address:<br>201 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: N 1/2 LOTS 43 45 AND 47 AVE E WEST ALONG WITH THE VACATED ALLEY ADJACENT | RU<br>RU | $1660<br>$1660 | $42840<br>$37830 | $44500<br>$39490 | Current<br>Previous |
| 078-127-26-0-10-01-002-00-0-01<br>078-127-26-0-10-01-002-00-0-02<br>078-127-26-0-10-01-002-00-0-03<br>SHAH DILIP H SHAH SHAKUXITALA D | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: LOTS 15 17 AND 19 & THE E 105 FT OF LOTS 21 & 23 TOGETHER WITH THE VAC ALLEY ADJ | CU<br>CU | $23730<br>$23730 | $19360<br>$16670 | $43090<br>$40400 | Current<br>Previous |

Page 12 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address:<br>13 S MAIN ST 67505 | TO LOTS<br>15-17-19 & THE N 65 FT<br>OF THE | | | | | |
| 078-127-26-0-30-01-001-00-0-01<br>078-127-26-0-30-01-001-00-0-02<br>JUDY STACY E TRUST<br>Property Address:<br>912 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: SW/4 SEC 26<br>EXC ROAD ROW AND<br>EXC HWY R/W | AR<br>FR<br>AR<br>FR | $28230<br>$2240<br>$29050<br>$2240 | $13930<br>$5920<br>$13700<br>$5820 | $42160<br>$8160<br>$42750<br>$8060 | Current<br>Current<br>Previous<br>Previous |
| 078-127-26-0-10-07-002-03-0-01<br>SELECT RENTAL MANAGEMENT LLC<br>Property Address:<br>106 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 20-22-24 AND THE N 15 FT<br>OF AVE D WEST ADJ<br>THERETO | RU<br>RU | $2300<br>$2300 | $38960<br>$59340 | $41260<br>$61640 | Current<br>Previous |
| 078-127-26-0-20-01-002-00-0-01<br>WEVE JONATHAN W<br>Property Address:<br>517 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: TR COM NE COR OF NW 1/4 SEC 26<br>W 205 FT FOR POB S 377 FT W<br>116 FT N 377 FT E 116 FT TO<br>POB EXC ROAD ROW | RU<br>RU | $5190<br>$5190 | $35790<br>$35170 | $40980<br>$40360 | Current<br>Previous |
| 078-127-26-0-10-10-013-00-0-01<br>BRUCE, WILLIAM F & DIANA LYNN<br>Property Address:<br>110 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE E WEST S. HUTCH<br>TRCT DESC: LOTS 22 & 24 AND N 15 FT W AVE<br>E VACATED | RU<br>RU | $1760<br>$1760 | $38420<br>$37740 | $40180<br>$39500 | Current<br>Previous |
| 078-127-26-0-10-12-008-00-0-01<br>REIMER CHARLES D<br>Property Address:<br>525 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE F WEST S. HUTCH<br>TRCT DESC: S 1/2 LOTS<br>44 46 AND 48 AVE F<br>WEST AND N 30 FT W AVE F<br>VACATED | RU<br>RU | $1900<br>$1900 | $36230<br>$35580 | $38130<br>$37480 | Current<br>Previous |
| 078-127-26-0-10-01-004-00-0-01<br>078-127-26-0-10-01-004-00-0-02<br>EVANS, BENNIE D<br>Property Address:<br>27 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: E 105 FT<br>LOTS 25 AND 27 SO<br>MAIN AND N 15 FT W AVE A<br>VACATED | CU<br>CU | $12180<br>$12180 | $22820<br>$20120 | $35000<br>$32300 | Current<br>Previous |
| 078-127-26-0-10-04-001-00-0-01<br>DOSKOCIL COMPANIES INC<br>Property Address:<br>00000 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE A WEST S. HUTCH<br>TRCT DESC: LOTS 13<br>THRU 55 ODD INCL W<br>BLANCHARDS AVE AND<br>LOTS 13<br>THRU 56 INCL W AVE A<br>AND W 10 | CU<br>CU | $23540<br>$23540 | $9820<br>$9820 | $33360<br>$33360 | Current<br>Previous |

Page 13 of 16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FT S WASHINGTON ST VACATED | | | | | | |
| 078-127-26-0-40-03-005-00-0-01<br>JUDY HAL E<br>Property Address:<br>00000 W K50 HWY 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: W 3 AC S 1/2 SE 1/4 SE 1/4 EXC HWY R/W | RU<br>RU | $5920<br>$5920 | $26480<br>$24380 | $32400<br>$30300 | Current<br>Previous |
| 078-127-26-0-10-02-003-00-0-01<br>ALEX'S AUTO AND PAINT LLC<br>Property Address:<br>00000 W AVENUE B 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE B WEST S. HUTCH<br>TRCT DESC: LOTS 2 THRU 12 EVEN INCL AND E 10 FT S WASHINGTON ST VACATED<br>AND N 15 FT W AVE B VACATED | CU<br>CU | $25850<br>$25850 | $2600<br>$2600 | $28450<br>$28450 | Current<br>Previous |
| 078-127-26-0-10-08-002-00-0-01<br>BLUE HOLE INVESTMENT, LTD<br>Property Address:<br>00000 W AVENUE C 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE C WEST S. HUTCH<br>TRCT DESC: LOTS 1 THRU 11 ODD INCL AND S 15 FT W AVE C VACATED AND E 10<br>FT S WASHINGTON ST VACATED | VU<br>VU | $25850<br>$25850 | | $25850<br>$25850 | Current<br>Previous |
| 078-127-26-0-10-08-003-00-0-01<br>BLUE HOLE INVESTMENT, LTD<br>Property Address:<br>00000 W AVENUE D 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: AVE D WEST S. HUTCH<br>TRCT DESC: LOTS 2 THRU 12 EVEN INCL AND W 10 FT S WASHINGTON ST<br>VACATED AND N 15 FT W AVE DE<br>VACATED | VU<br>VU | $25850<br>$25850 | | $25850<br>$25850 | Current<br>Previous |
| 078-127-26-0-30-01-001-01-1-01<br>JUDY, STACY E TRUST<br>Property Address:<br>00000 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: BLDG ON LEASED LAND SW 1/4 SEC 26 | AR<br>AR | | $23630<br>$24130 | $23630<br>$24130 | Current<br>Previous |
| 078-127-26-0-10-01-003-00-0-01<br>DOSKOCIL, LARRY D<br>Property Address:<br>10 W AVENUE A 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SOUTH MAIN S. HUTCH<br>TRCT DESC: E 8 FT LOT 2 EXCEPT THE N 65<br>FT AND W 45 FT LOTS 21 23 25<br>AND 27 SO MAIN ALONG WITH<br>VACATED ALLEY | CU<br>CU | $14220<br>$14220 | $9040<br>$9040 | $23260<br>$23260 | Current<br>Previous |
| 078-127-26-0-20-01-007-01-0-01<br>JUDY STACY E TRUST<br>Property Address:<br>00000 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W<br>SubDiv: RENO TWP<br>TRCT DESC: SE/4 OF NW/4 SEC 26 & W/2 OF NW/4 SEC 26 EXC TR COM NW COR | AR<br>AR | $20910<br>$21640 | | $20910<br>$21640 | Current<br>Previous |

Page 14 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| | OF NW/4 SEC 26 S 660' FOR POB S 626.4' E 417.4' N 626.4' W | | | | | |
| 078-127-26-0-20-01-012-00-0-01 MARKER ROBERT A Property Address: 304 S VALLEY PRIDE RD 67501 | SEC 26 TWP 23 RNG 6W SubDiv: RENO TWP TRCT DESC: BEGINNING 1182.36 FT S OF THE NW COR SEC 26 E 417.42 FT THENCE S 104.45 FT THENCE W 417.44 FT THENCE N 104.45 FT | RR RR | $2910 $2910 | $15320 $15780 | $18230 $18690 | Current Previous |
| 078-127-26-0-10-10-010-00-0-01 STOVALL, EARSEL E Property Address: 120 W AVENUE E 67505 | SEC 26 TWP 23 RNG 6W SubDiv: AVE E WEST S. HUTCH TRCT DESC: LOTS 34 & 36 AND N 15 FT W AVE E VACATED | RU RU | $1760 $1760 | $15740 $13940 | $17500 $15700 | Current Previous |
| 078-127-26-0-10-09-006-00-0-01 ROPER VELMA Property Address: 416 S WASHINGTON ST 67505 | SEC 26 TWP 23 RNG 6W SubDiv: AVE E WEST S. HUTCH TRCT DESC: N 66 FT LOTS 8 10 AND 12 AVE E WEST & E 10 FT S WASHINGTON ST VACATED | RU RU | $1400 $1400 | $12640 $16410 | $14040 $17810 | Current Previous |
| 078-127-26-0-10-07-001-00-0-01 CITY OF SOUTH HUTCHINSON Property Address: 00000 W AVENUE C 67505 | SEC 26 TWP 23 RNG 6W SubDiv: AVE C WEST S. HUTCH TRCT DESC: LOTS 13 THRU 55 ODD INCL AND S 15 FT W AVE C VACATED AND W 10 FT S WASHINGTON ST VACATED AND S ADAMS ST VACATED | EM EM | $13670 $13670 | | $13670 $13670 | Current Previous |
| 078-127-26-0-10-13-008-00-0-01 THRASH DARIN THRASH DEREK Property Address: 502 S ADAMS ST 67505 | SEC 26 TWP 23 RNG 6W SubDiv: AVE E WEST S. HUTCH TRCT DESC: S 90 FT LOTS 37 39 AND 41 AVE E WEST | RU RU | $1630 $1630 | $6730 $9290 | $8360 $10920 | Current Previous |
| 078-127-26-0-40-02-002-00-0-01 CITY OF HUTCHINSON Property Address: 00000 W ILLINOIS AVE 67501 | SEC 26 TWP 23 RNG 6W SubDiv: RENO TWP TRCT DESC: E 150FT OF THE W 250FT OF THE SW/4 SE/4 EXC S 259FT M/L FOR HWY R/W | EM EM | $6770 $6770 | | $6770 $6770 | Current Previous |
| 078-127-26-0-40-02-003-00-0-01 JUDY, MARTHA HELEN TRUST Property Address: 00000 W K50 HWY 67501 | SEC 26 TWP 23 RNG 6W SubDiv: RENO TWP TRCT DESC: SW 1/4 SE 1/4 EXCEPT THE W 250 FT & EXC RD ROW | AR AR | $6020 $6220 | | $6020 $6220 | Current Previous |
| 078-127-26-0-40-02-001-00-0- | SEC 26 TWP 23 RNG 6W | AR | $5800 | | $5800 | Current |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01<br>HOLLOWAY GEORGE A<br>Property Address:<br>00000 W AVENUE F 67501 | SubDiv: RENO TWP<br>TRCT DESC: NW 1/4 SE 1/4 EXC W 100 FT AT SF RR R/W | AR | $6190 | | $6190 | Previous |
| 078-127-26-0-40-03-004-00-0-01<br>JUDY, STACY E TRUST<br>Property Address:<br>00000 S MAIN ST 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: S 1/2 SE 1/4 SE 1/4 EXC E 3 AC AND EXC E 56 FT FOR STREET R/W AND EXC U.S. 50 HWY R/W OFF S SIDE | AU<br>AU | $2720<br>$2830 | | $2720<br>$2830 | Current<br>Previous |
| 078-127-26-0-20-01-006-00-0-01<br>JUDY STACY E TRUST<br>Property Address:<br>00000 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: NE 1/4 OF NW 1/4 SEC 26 EXC E 627 FT AND EXC ROAD ROW | AU<br>AU | $2590<br>$2770 | | $2590<br>$2770 | Current<br>Previous |
| 078-127-26-0-20-01-004-00-0-01<br>WELTY CHARLES ROBERT<br>WELTY BETTY M<br>Property Address:<br>00000 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: TR COM NE COR OF NW 1/4 SEC 26 S 377 FT FOR POB S 943 FT W 462 FT N 1320 FT E 60 FT S 377 FT E 402 FT TO POB EXC | AU<br>AU | $1390<br>$1490 | | $1390<br>$1490 | Current<br>Previous |
| 078-127-26-0-40-01-001-00-0-01<br>HOLLOWAY GEORGE A<br>Property Address:<br>00000 S K96 HWY 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: BLANCHARDS 3RD & 4TH S. HUTCH<br>TRCT DESC: NE 1/4 SE 1/4 EXC TR BEG SE COR NE 1/4 SE 1/4 N 95.2 FT W 536 FT NWLY ALG 260.25 FT RAD CURVE TO RT 265.6 FT TO PT | AU<br>AU | $1100<br>$1600 | | $1100<br>$1600 | Current<br>Previous |
| 078-127-26-0-20-01-005-00-0-01<br>078-127-26-0-20-01-005-00-0-02<br>FLORANCE, S P & MARY<br>Property Address:<br>523 W BLANCHARD AVE 67505 | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: * TR 165.0 X 1271.8 TR COM NE COR OF NW 1/4 SEC 26 W 462 FT S 50 FT FOR POB W 165 FT S 1271.8 FT E 165 FT N 1271.8 FT | AU<br>FU<br>AU<br>FU | $560<br>$8020<br>$600<br>$8020 | <br>$45870<br><br>$45050 | $560<br>$53890<br>$600<br>$53070 | Current<br>Current<br>Previous<br>Previous |
| 078-127-26-0-20-01-003-00-0-01<br>DUNCAN, ANTHONY LEE & MARY FRANCES<br>Property Address:<br>00000 W BLANCHARD AVE | SEC 26 TWP 23 RNG 6W<br>SubDiv: SO HUTCHINSON CITY<br>TRCT DESC: TR COM NE COR OF NW 1/4 SEC 26 W 321 FT FOR POB S 377 | AU<br>AU | $120<br>$120 | | $120<br>$120 | Current<br>Previous |

Page 16 of 16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67505 | FT W 81<br>FT N 377 FT E 81 FT TO<br>POB EXC<br>ROAD ROW | | | | | | |

Back to Search Page --- Home