


TAB
31


South
Hutchinson


South
Hutchinson
Nature Trail

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 07-693L |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Honorable Nancy B. Firestone |
| Defendant. | ) | |

**AFFIDAVIT OF RICHARD GREEVER**

I, Richard Greever, am above the age of 18, am of sound mind, and have personal knowledge of the matters contained in this affidavit.

On or about July 14, 2008, I took the pictures attached to this Affidavit.

These pictures are a true and accurate depiction of the former railroad right-of-way located in South Hutchinson, Reno County, Kansas, as it appeared on July 14, 2008. As the pictures reflect, there are no longer ties or tracks upon the right-of-way and the right-of-way has been converted into a public-access hiking trail.

No person has sought to unduly influence my decision to make this affidavit or any of the decisions that are reflected in this affidavit. This affidavit and the decisions reflected herein are made of my own free will and accord.

IN WITNESS WHEREOF, I have hereunto signed my name this 15 day of July, 2008.

Richard Greever

STATE OF Kansas )

COUNTY OF Reno )

On this 15th day of July, 2008, personally appeared before me Richard Greever, known to me to be the person described in the foregoing Affidavit, and in my presence subscribed his signature to said Affidavit, declaring that he did so of his own free act and deed for the purposes therein set out.

Dale Anderson

Notary Public
My Commission Expires: 11-17-2010

11-17-10