466 pg 60
5 MK

State of Kansas } Butler County } Report of Commissioners heretofore appointed by the Hon. W. P. Campbell Judge of the District Court of Butler County Kansas to lay off [illegible]

[illegible] Railway Company [illegible]

[illegible] marked Exhibit "a" and made [illegible]

[illegible] appear by the original [illegible] the hearing of said application at [illegible]

[illegible] August [illegible] 1879 did upon due consid- [illegible]

[illegible] appraisement [illegible]

Appendix B

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straup Decl.)

JS, No. 07-693L & 07-675L

[illegible] for the purpose of [illegible] as aforesaid and as will more
making such appraisement and assessment of damages as aforesaid Commissioners in writing under the
fully appear by reference to the appointment of such Commissioners in writing under the
hand of said Judge hereto attached marked Exhibit "B" and made a part of this
report. That said application hereinbefore referred to and hereto attached and marked Exh-
ibit "A" and said appointment of Commissioners in writing under the hand of said Judge
and hereto attached and marked Exhibit "B" as aforesaid were after the appointment of
said Commissioners by said Judge were by him as required by law delivered by
him delivered to the said Railway Company and by it on the 25 day of August
A.D. 1879 duly filed for record in the Register of Deeds in and for Butler County
in the State of Kansas and by such Register of Deeds the same were duly Rec-
orded in Book "Q" pages 574-5-76. The undersigned were first duly sworn to
honestly and faithfully discharge their duties as such Commissioners. Before said
Commissioners proceeded to lay off the Route of said Railway and make the appr-
aisement and assessment of damages as provided by law they caused to be published
a notice that they would on the 6th day of October A.D. 1879 that they would proceed
to lay off the Route of said Railway and appraise the value of Lands taken
and assess the damages as aforesaid, which notice was published for more
than thirty days next preceding October 6th 1879 in the Southern Kansas Gazette
a weekly newspaper published at Augusta in Butler County Kansas and of
general circulation in said County the first publication of said notice being
made therein on the 4th day of September A.D. 1879 and being contained in each
issue of said paper from last said named date up to and including the [illegible]
6th day of October A.D. 1879. A copy of said notice so as aforesaid published toge-
ther with the proof of the publication thereof is hereto attached marked Exhibit "E" and [illegible]
a part of this report. That after having given said notice by publication one
the Commissioners hereinbefore mentioned and heretofore appointed by said Judge
declined to act as such Commissioner whereupon the said St. Louis [illegible]
Western Railway Company did in writing on the 7th day of October A.D. 1879 make
application to the Hon. W. P. Campbell Judge of the District Court in and [illegible]
Butler County Kansas as required by law for the appointment of [illegible]
sioner to fill the vacancy occasioned by the resignation of the said A. J. Uhl to
and discharge the duties assigned to said Uhl as such Commissioner
the said Judge upon the hearing of said application at his Chambers at [illegible]
Kansas on the 7th day of October A.D. 1879 did upon due [illegible]
being fully advised in the premises then and there appoint said [illegible]
undersigned James A. Rhoades to act as such Commissioner [illegible]
with the original application and appointment hereto attached marked [illegible]
"C" and made a part of this report
on the 13th day of October [illegible]
according [illegible]
[illegible]

Bk 5
pg 467

[illegible] of Railway and therefrom [illegible] 1 to section 32 Township 27 of Range 7 East of the 6th Principal meridian in Kansas and proceeded from said point in a Northwesterly direction on a point selected by said Railway Company and proceed to lay off said route, side tracks etc. for such distance through said County as was desired by by said Company the width of the same being such as was desired by said Company and upon the location selected and desired by them. The width of the route so as aforesaid by us laid out being one hundred feet and is more particularly described in the Plat and Profile of the route intended to be adopted by said Company in said County which was on the 25th day of October A.D. 1879 filed by said Company in the Office of County Clerk in and for said County of Butler in the State of Kansas. That we had the said route carefully surveyed and ascertained carefully the quantity of land necessary for the purpose aforesaid out of each quarter section or other lot of land in said County through which said route side tracks water stations etc was located and appraised the value of such portion of any quarter section or other lot of land and assessed the damages of the land out of which it was taken. all of which is more particularly described on the plat and profile now on file in the office of the County Clerk of Butler County. And where we ascertained that any portion of such quarter section or other lot of land belonged to different owners we appraised the value and assessed the damages of each such owners ~~interest~~ all of which is more particularly set forth as Exhibit "K" and made a part of this report which is as follows to wit:

| Name of owner | Part of Section | Section | Township | Range | No of acres Taken | value per acre | value of Land Taken | Damage | Total value Land and Damages |
|---|---|---|---|---|---|---|---|---|---|
| P.F. Rickey | NE¼ | 22 | 27 | 6 | 6.40 | 12.00 | 76.80 | 123.20 | 400.00 |
| S.N. Wood | N½ NE¼ & | 26 | 27 | 6 | [illegible] | 12.00 | 148.32 | 52.00 | 200.32 |
| | N [illegible] NE¼ | 27 | 27 | 6 | [illegible] | 16.00 | 98.40 | 40.00 | 138.40 |
| J. Benninghall | NW¼ | 22 | 27 | 6 | 2.50 | 5.00 | 12.50 | 2.50 | 15.00 |
| S. Elnall | W½ NW¼ | 21 | 27 | 6 | 2.75 | 5.00 | 13.75 | 4.75 | 18.50 |
| J. Cecil | E½ SE¼ | 20 | 27 | 6 | 2.34 | 2.00 | 4.68 | 2.00 | 6.68 |
| R. Cecil | NW¼ SE¼ | 20 | 27 | 6 | 1.00 | 5.00 | 5.00 | 1.00 | 6.00 |
| R.P. Chenoweth | NE | 20 | 27 | 6 | 7.23 | 6.25 | 45.18 | 75.00 | 120.18 |
| F.C. Chenoweth | NW | 20 | 27 | 6 | 6.25 | 5.00 | 31.25 | 40.00 | 71.25 |
| J.W. Snodgrass | NE | 19 | 27 | 6 | 6.18 | 8.00 | 49.44 | 100.00 | 149.44 |
| J.N. Butt | NW | 19 | 27 | 6 | 6.14 | 8.00 | 49.12 | 54.00 | 103.12 |
| James Rettiger | NE | 24 | 27 | 5 | 6.12 | 8.00 | 48.96 | 60.00 | 108.96 |
| D. Butt | NW | 24 | 27 | 5 | [illegible] | 8.00 | [illegible] | 31.00 | [illegible] |
| A. Butt | E½ NE¼ | 23 | 27 | 5 | 3.05 | 8.00 | 24.40 | [illegible] | [illegible] |

| Name of Owner | Part of Section | Section | Township | Range | No of acres Taken | value per acre | value of Land Taken | Damage | Total value Land and Damages |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 44.40 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] .00 | 65.60 |
| | | | | | | | | [illegible] | 129 [illegible] |

Book 5
Pg 468

(3)



DEC/14/2007/FRI 10:22 AM BUTLER CO - DEEDS FAX No. 316-322-4309

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | |
| L. Ridge | N½ N.W. | 21 | 27 | 5 | 3 47 | 8 00 | 24 56 | 47 44 | 72 00 |
| Jno. Winger | [illegible] | 20 | 27 | 5 | 6 30 | 6 00 | 38 10 | 25 00 | 63 10 |
| N. M. Winger | E½ S.W. | 20 | 27 | 5 | 3 45 | 5 00 | 17 50 | 12 50 | 30 00 |
| Geo. Runyon | W½ S.W.¼ | 20 | 27 | 5 | 3 02 | 8 00 | 24 16 | 30 00 | 54 16 |
| Jno Balding | S.E. | 19 | 27 | 5 | 4 07 | 8 00 | 32 56 | 18 00 | 50 56 |
| Kreal | W½ N.E. & E½ N.W.¼ & S.W. N.W. | 19 | 29 | 5 | 8 09 | 10 00 | 80 90 | 38 00 | 118 90 |
| James Williams | E½ N.W. | 24 | 27 | 4 | 1 17 | 16 00 | 18 72 | 5 00 | 23 72 |
| A Kester | E½ S.W. | 24 | 27 | 4 | 2 19 | 16 00 | 35 04 | 20 00 | 55 04 |
| N. D. Hill | W½ S.W. | 24 | 27 | 4 | 3 29 | 16 00 | 52 64 | 20 00 | 72 64 |
| Wallace Schaffer | W½ N.W. | 27 | 27 | 4 | 6 27 | 16 00 | 100 32 | 25 00 | 125 32 |
| Mrs Jane Carter | N½ N.E. | 28 | 27 | 4 | 1 32 | 16 00 | 21 12 | 3 88 | 25 00 |
| John Wilday | S½ N.E. | 28 | 27 | 4 | 5 43 | 16 00 | 86 88 | 63 12 | 150 00 |
| Phillips | S½ N.W. & N.W. S.W. | 28 | 27 | 4 | 3 20 | 16 00 | 51 20 | 10 00 | 61 20 |
| A A Burget | N.E. S.W.¼ | 28 | 27 | 4 | 3 05 | 16 00 | 48 80 | 16 00 | 64 80 |
| G W Burget | E½ S.E.¼ | 29 | 27 | 4 | 4 56 | 10 00 | 45 60 | 10 00 | 55 60 |
| Henry Garlick | W½ S.E.¼ | 29 | 27 | 4 | 3 05 | 10 00 | 30 50 | 13 00 | 43 50 |
| Nelson Folks | S.W. | 29 | 27 | 4 | 6 16 | 4 00 | 24 64 | 25 00 | 49 64 |
| Mrs. Britton | S.E. | 30 | 27 | 4 | 2 48 | 6 00 | 14 88 | 10 00 | 24 88 |
| Wm Darnell | N.E. | 30 | 27 | 4 | 4 24 | 5 00 | 21 20 | 15 00 | 36 20 |
| John Shaw | N.W. | 30 | 27 | 4 | 5 63 | 7 00 | 39 41 | 25 00 | 64 41 |
| Arnold | S.E.¼ N.E.¼ | 25 | 27 | 3 | [illegible] | [illegible] | 12 65 | 10 00 | 22 65 |
| Rev. E. B. Abbott | N½ N.E. | 25 | 27 | 3 | 4 70 | 6 00 | 28 20 | 40 00 | 68 20 |
| C G Manly | N.E.¼ N.W.¼ | 25 | 27 | 3 | .42 | | | | |
| A. C. Kimball | S.W.¼ S.E.¼ | [illegible] | 27 | 3 | .11 | | | | 10 27 |

| Names of Grantors | Part of Section | Section | Township | Range | No. of Acres Taken | Value per Acre | Value of Land Taken | Damage | Total of Land & Damage |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | S.W. | 24 | 27 | 3 | 8 31 | 5 00 | 41 55 | 25 00 | [illegible] |
| " | S.E. | 23 | 27 | 3 | .54 | 5 00 | 2 70 | 1 00 | [illegible] |
| Wm Cameron | N.W. | 23 | 27 | 3 | 6 68 | 7 00 | 46 76 | 25 00 | [illegible] |
| [illegible] | N.E. | [illegible] | 27 | 3 | 1 10 | 7 00 | 7 70 | 5 00 | 12 70 |
| Watson | S.W. | [illegible] | 27 | 3 | 6 73 | 6 00 | 40 38 | 35 00 | [illegible] |
| James McLean | S.E. | [illegible] | 27 | 3 | 1 41 | 8 00 | 11 28 | 5 00 | 16 28 |
| Geo Evans | S.E. N.E. | 16 | 27 | 3 | [illegible] | [illegible] | 11 92 | 12 00 | [illegible] |
| Chas Perry | N½ N.E. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 20 [illegible] | 20 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 40 60 | 20 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| R. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Book 5
Pg 469

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straub Decl.)

(4)

Biery v. US, No. 07-693L & 07-675L

DEC/14/2007/FRI 04:22 AM BUTLER CO - DEEDS FAX No. 3163224118 P. 008

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | SW | 7 | 27 | 3 | 72 | [illegible] 00 | [illegible] 76 | 1 00 | 6 76 |
| Mundell | NW | 7 | 27 | 3 | 5 04 | 6 00 | 30 24 | 2 00 | 32 24 |
| | | | | | | | | | 604.30 |

City of Augusta

| | Lots | Block | Price per lot | | Total | |
|---|---|---|---|---|---|---|
| M. Moyle | 10 | 27 | 10 00 | – | 10 00 | |
| Unknown | 9 | 27 | 10 00 | – | 10 00 | |
| C M James | 8, 9 + 10 | 26 | 15 00 | – | 45 00 | |
| " " " | 16 and 17 | 26 | 22 50 | – | 45 00 | |
| Unknown | 8 | 25 | 25 00 | – | 25 00 | Settled |
| A Ryan | 21 | 25 | 30 00 | – | 30 00 | |
| D M Friend | 12 + 13 | 24 | 30 00 | – | 60 00 | settled with owner |
| Unknown | 29 and 30 | 24 | 20 00 | – | 40 00 | |
| " | Settled and 6 | 23 | 15 00 | – | 15 00 | Lot 5 settled |
| L. J. McIlvane | 8 | 27 | 10 00 | – | 50 00 | damages for moving house |
| | | | | | ~~___~~.01 | |

We further report that all the lands herein before described is in Butler County State of Kansas and that the amounts appearing on the original plat and the copies of the various portions thereof and the amount contained in the various strips of land herein before described on Exhibit "X" is the quantity of land we have carefully ascertained is necessary for the said route, side tracks, depots, work shops and water stations and the said strips described as being across the various quarter sections and other lots of land as designated on the plat and profile now on file in the office of the County Clerk of Butler County as herein before set forth are the various amounts out of each quarter section or other lots of land necessary for such purposes. We further report that the various amounts herein before mentioned as the appraisement of the various strips of land in a fair and reasonable value of the land per acre as herein before set forth and the damages awarded by us are fair and reasonable damages to the various quarter sections or other lots of land hereinbefore set forth and that the appraisement and assessment as herein before set forth is a fair and reasonable appraisement and assessment of each owners ~~interest~~ therein all of which is respectfully submitted.

Witness our hands and seal this the 25 day of October A. D. 1879

M. A. Palmer
J. A. Rhoades } Commissioners
L. A. Hamlin

State of Kansas }
County of Butler } ss I M A Palmer do solemnly swear that I will faithfully and honestly discharge the [illegible] commissioner to lay off a route for the St Louis Wichita and Western Railway Company along the line of said proposed Railroad through the County of Butler and State of Kansas as located by said Company and to [illegible] appraisement of the land taken on [illegible] lot of land or part of [illegible]

S AC
Pg 470

Defendant's Exhibit 10-1 (2)
(Exhibit 1 to Pankratz Straub Decl.)

DEC/14/2007/FRI 04:23 AM BUTLER CO - DEEDS FAX No. 3163224178

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 10 of 17

in accordance with the [illegible] of the [illegible] in such cases made and provided. So help me God.

M. A Palmer

Taken subscribed and sworn to before me a Justice of the Peace within and for the County of Butler State of Kansas This 2d day of September A.D. 1879

F. M. Tong J.P.

State of Kansas }
County of Butler } ss I Lincoln Hamlin do solemnly swear that I will honestly and faithfully discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railway Company along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said company and to make appraisement of the value of the land taken and the damages to each quarter section or lot of land or part of a quarter section or lot of land through which such proposed railroad shall be located by reason of the location construction and operation of said railroad in accordance with the provisions regulations and restrictions of the statutes of Kansas in such cases made and provided. So help me God.

Lincoln Hamlin

Taken subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas This 2d day of September A.D. 1879

Seal

W. A Sallee
Notary Public

State of Kansas }
County of Butler } I A J Uhl do solemnly swear that I will honestly and faithfully discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railroad along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said company and to make appraisement of the value of the land taken and the damages to each quarter section or lot of land or part of a quarter section or lot of land through which said proposed railroad shall be located by reason of the location construction and operation of said railroad in accordance with the provisions regulations and restrictions of the statutes of Kansas in such cases made and provided. So help me God.

[illegible]

[illegible] to before me a Notary Public within and for [illegible] State of Kansas this first day of September [illegible]

Book S
Pg 471
(6)

[illegible] Company [illegible] Western Railway

State of Kansas }
County of Butler } ss I James A Rhoades do solemnly swear that I will honestly and faithfully discharge the duties of a Commissioner to lay off a route for the St Louis Wichita and Western Railway Company's railroad through the County of Butler State of Kansas along the line of said proposed railroad as located by said Railway Company and appraise the land taken and assess the damages to each quarter section or lot of land or fraction of quarter section or lot of land through which said railroad is located by reason of location construction and operation of said railroad as prescribed by the laws of the State of Kansas. So help me God

James A Rhoades

Taken subscribed and sworn to before me a Notary Public within and for the County of Butler State of Kansas this the __ day of October A.D. 1879

{ seal }

F C Rickard
Notary Public.

In the matter of the appropriation of lands for the use of the St Louis Wichita and Western Railway Company in the County of Butler State of Kansas.

To Honorable W P Campbell
Judge of the District Court of the County of Butler State of Kansas.

The St Louis Wichita and Western Railway Company represents that it is a duly chartered and organized Railway Corporation incorporated and organized as such under and in pursuance of the laws of the State of Kansas. That the said St Louis Wichita and Western Railway Company is incorporated to construct a line of railroad from the city of Oswego in the County of Labette State of Kansas in a westerly and westerly direction to the city of Wichita in the County of Sedgwick State of Kansas and in a Westerly direction from said city of Wichita. That the said St Louis Wichita and Western Railway Company propose to construct its road through the County of Butler in the State of Kansas as the line of said railroad has been located by said Railway Corporation from the East line of said County of Butler in a general westerly direction through the said County of Butler. That the said St Louis Wichita and Western Railway Company [illegible] line of the proposed railroad [illegible] for road [illegible] and embankments [illegible] the purpose of cutting and security of said railroad [illegible] the proper construction [illegible] of land of said County [illegible] of Butler from the [illegible] said lands as [illegible] and water [illegible] and a right

Book 5
Pg 472

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 12 of 17

[illegible] company [illegible] and repairs to roads and stations [illegible] and the right of making proper drains.

Wherefore the St Louis Wichita and Western Railway Company prays that you as such Judge appoint three commissioners to lay off said route and lands and stations and make the appraisement and assessment of damages to each owner interested on account of the taking such lands and the construction and operation of said line of railroad under and in conformity with the provisions of the laws of Kansas in such cases made and provided.

Respectfully submitted

The Saint Louis Wichita and Western Railway Company by H. C. [illegible] its attorney

In the matter of the appropriation of lands for the use of the St Louis Wichita and Western Railway Company in the County of Butler State of Kansas

Be it Remembered That on this 1st day of August 1879 The St Louis Wichita and Western Railway Company by its authorized attorney has presented to me the undersigned Judge of the District Court of the County of Butler State of Kansas its petition by which it is shown that the St Louis Wichita and Western Railway Company is a duly chartered and organized Railway corporation incorporated and organized as such under and in pursuance of the laws of the State of Kansas. That the said St Louis Wichita and Western Railway Company is incorporated to construct a line of railroad from the City of [illegible] in the County of Labette State of Kansas in a westerly and southerly direction to the city of Wichita in the County of Sedgwick State of Kansas and in a westerly direction from the said city of Wichita. That the said St Louis Wichita [illegible] Railway Company proposes to construct its road through the [illegible] the line of said railroad has been [illegible] from the East line of said county on a general [illegible] to the west line of said County. That the said St Louis [illegible] Railway Company desires to have laid off for the use of [illegible] of the said proposed Road as located by said railway Company [illegible] one hundred feet in width [illegible] it shall be necessary to take [illegible] the east line of said County [illegible] as shall be deemed necessary for [illegible] and materials [illegible] lands [illegible] and repairs to roads and stations [illegible] right of making [illegible]

Book 5
Pg [illegible]


DEC/14/2007 [illegible] FAX No. 31[illegible] - DEEDS

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 13 of 17

... stations and make the appraisement ... assessment of damages to each ... said lands and owners interest on account of the taking of such lands and the construction and operation of said line of railroad in conformity with the laws of the State of Kansas in such cases made and provided.

Upon consideration of said Petition and being fully advised in the premises it is by me ordered that M. A. Palmer, A. J. Uhl and Lincoln Hamlin they being three freeholders and residents of said County of Butler State of Kansas be and they are hereby appointed Commissioners to make the appraisement and assessment of damages occasioned to each owners interest by reason of the taking such lands for the use of said railroad company and the construction and operation of said line of railroad as located by the said St Louis Wichita and Western Railroad Company through the said County of Butler. Said appraisement and assessment to be made under and in conformity to the laws of Kansas in such cases made and provided.

In Witness Whereof I have hereunto set my hand the first day of August A.D 1879

W. P. Campbell
Judge of the District Court of the County of Butler State of Kansas

State of Kansas
Butler County } ss This instrument was filed for record on the 20th day of August A.D 1879 at 9 o'clock A.M. and duly recorded in Book "Q" of Deeds at Pages 574-5-6
Fee $1.50 pd.

J. D. Porter
Register of Deeds

In the matter of the right of way of the St Louis Wichita and Western Railway Company through the County of Butler in the State of Kansas

To Hon. W. P. Campbell Judge of the District Court of the County of Butler in the State of Kansas.

The St Louis Wichita and Western Railway Company respectfully represents that the 1st day of August A.D. 1879 M. A. Palmer, A. J. Uhl and Lincoln Hamlin were by your honor appointed Commissioners to lay off a route for the St Louis Wichita and Western Railway Company's railroad along the line of said proposed railroad through the County of Butler in the State of Kansas as located by said company and make appraisement of the value of land taken for and assess the damages to the land ... by reason of the location construction and operation of said railroad. That ... A. J. Uhl fails and refuses to serve as one of said Commissioners ... said refusal of said A. J. Uhl ... of said Commission ... occurred in the said Board of ... that you appoint ... provided by law

Book 5
pg 474

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 14 of 17

to fill said vacancy

The St. Louis Wichita & Western Railway Company
by Stuss & Hatton
Its Attorneys

The foregoing Petition having this day been presented to me, and it being shown to my satisfaction that A. J. Uhl one of the Commissioners therein named appointed by me as therein stated refuses to serve on said Board of Commissioners: and it appearing to me that James A. Rhoades is a freeholder and resident of the said County of Butler and is a suitable person to act as one of said Commissioners. It is by me ordered that the said James A. Rhoades be and is hereby appointed one of the Commissioners to lay off the route and make the appraisement and assessment of damages mentioned in the foregoing and annexed Petition to fill the vacancy occasioned by the refusal of the said A. J. Uhl to serve on said Board of Commissioners.
As Witness my hand this the 7th day of October A.D. 1879

W. P. Campbell
Judge of the District Court of Butler County, State of Kansas

State of Kansas }
Butler County } ss This instrument was filed for record on the 13th day of October A.D. 1879 at 8 45 o'clock A. M. and duly recorded in Book "B" of Mis. Records at Page 75.
J. D. Porter Reg of Deeds

Affidavit of Publication

State of Kansas }
Butler County } ss On this 6 day of October 1879 personally appeared before me, Chas. N. Kratz [illegible] duly sworn says he is one of the printers of the Southern Kansas Gazette a weekly paper of general circulation printed and published at Augusta County and State aforesaid and that the notice a copy of which is attached hereto was published therein for five consecutive weeks commencing Sept 4 1879 and further deponent saith not.

Chas. N. Kratz

Subscribed and sworn to before me the day and year first above written
{ seal } W. A. Shannon
Notary Public

State of Kansas }
County of Butler } ss I, Vincent Brown County Clerk in and for the County and State aforesaid hereby certify that the above and foregoing is a true and correct copy of Report of Right of way Commissioners St. Louis Wichita and Western Railway Company filed in my office Oct 25 1879 and now on file therein
{ Oct 28th 1879 } Vincent Brown
{ seal } County Clerk

Book "5"
pg 475

Case 1:07-cv-00693-NBF Document 34-4 Filed 06/02/2008 Page 15 of 17

This instrument filed with me this 29th day of Oct. A.D. 1879

E.B. Brainerd
Co. Tr.

$3569.62

Rec'd Oct 29th 1879 of the St Louis Wichita and Western Railway Company Thirty five hundred Sixty nine & 62/100 dollars for right of way through land described herein

E.B. Brainerd
Co. Tr.

State of Kansas Butler County, ss:
This instrument was filed for record on the 4th day of November A.D. 1879 at 7 30/60 O'clock P.M. and duly recorded.
J.C. Porter Register of Deeds
By A. L. [illegible] Deputy

This Indenture Made this 11 day of December in the year of our Lord one thousand eight hundred and sixty nine between Luther H. Hill of the County of Butler and State of Kansas of the first part and Samuel Langdon of the second part: Witnesseth, that the party of the first part in consideration of the sum of Seventeen Hundred ($1700 "") dollars to him duly paid has sold and by these presents does grant and convey to the said party of the second part his heirs and assigns all that tract or parcel of land situated in Butler County and State of Kansas and described as follows to wit: —
The S.W ¼ Sec. 35 Town 25 Range 5 Containing One Hundred & Sixty acres more or less according to the Government Survey with the appurtenances and all the estate title and interest of the said party of first part therein. And the said Luther H. Hill does hereby covenant and agree that at the delivery hereof that he is the lawful owner of the premises above granted and seized of a good and indefeasible estate of inheritance therein free and clear of all encumbrances and that he will Warrant & Defend the same in the quiet and peaceable possession of said party of the second part his heirs and assigns forever. In Witness Whereof, the said party of the first part has hereunto set his hand and seal the day and year above written
Sealed and delivered in presence of

Luther H. Hill. Seal

State of Kansas
Butler County
On this 11 day of [illegible] before me a Notary Public in and for [illegible] to be the identical

Book S
Pg 476

Bilby v. US, No. 07-693L & 07-675L

FAX No. 3163224118

Defendant's Exhibit 10-1
(Exhibit 1 to Pankratz Straun Decl.)

DEC/14/2007/FRI 04:25 AM BUTLER CO - DEEDS

Case 1:07-cv-00693-NBF Document 31-4 Filed 06/02/2008 Page 16 of 17



before me George L. Goodwin a Notary Public within and for the County and State aforesaid. Personally came Thomas Nickerson George C. Lord F. H. Peabody Jos. Nickerson and A. G. Runyon who are personally known to me to be the same persons who executed the foregoing Deed as Trustees as therein stated: and they each duly acknowledged the execution of the same as such Trustees.

In Testimony Whereof I have hereunto set my hand and Notarial Seal the day and year last above written.

} seal { Geo L Goodwin
Notary Public

State of Kansas Butler County s.s.

This instrument was filed for record on the 28th day of October A.D. 1879 at 3½ O'clock P.M. and duly recorded.

Jno. D. Potter Register of Deeds
By S. C. [illegible] Deputy

V-5

Deed

Know all Men by these Presents: That for the consideration of Thirty Five Dollars to them in hand paid by the Saint Louis Wichita and Western Railway Company the receipt whereof is hereby acknowledged. William McShane and Anna McShane his wife of the County of Butler State of Kansas do hereby bargain sell convey and quit claim to said Railway Company the following described tract and parcel of land situate lying and being in the County of Butler and State of Kansas to wit:

A strip of land One hundred feet wide across the South side of the North East Quarter (¼) of Section Twenty Three (23) Town Twenty Seven (27) Range 3 East as the line is now located.

Said Railway Company its assigns and successors to have and to hold the same [illegible] for the purpose of constructing and operating said Railway [illegible] necessary [illegible] and [illegible] thereto [illegible] and their heirs executors and administrators forever. Provided [illegible] Railway Company shall fail to [illegible] said land for [illegible] to establish the Station and build a depot [illegible] the grant and title shall revert to the undersigned grantors their heirs or assigns.

In Testimony Whereof we have hereunto set our hands and seals on this [illegible] day of October A.D. 1879

Wm. [illegible]
Anna McShane

**Transcribed Version of Defendant's Exhibit 10-1**

State of Kansas
_____ County

Report of Commissioners heretofore appointed by the _____________....

(CAN'T READ THE REST OF THE PAGE)

....______ such _________ _____________ and as will _____ fully ______ by references to the appointment of such commissioner in ______ ________ _____ of said judge hereto attached marked Exhibit "__" and made a part of this report. That said application herein before referred to ad hereto attached ad marked ____ that a and said appointment of commissioner in writing _____ the ____ of said judge and hereto _____ of said marked Exhibit "__" as aforesaid ____ after the appointment of said commissioner by said judge ___ by him as required by law ______ ____ delivered to the said Railway ______ and by it _____ ___ ______ ________. A.D. 1879 duly filed for ____ _______ Register of Deeds in and for _____ County in the State of Kansas ____ by such Register of Deeds the same more duly _____ in Book "Q" pages 574-576. The undersigned _____ duly sworn to _____ said faithfully discharges their duties as such commissioners. Before said commissioners proceeded to lay off the _____ of said Railway and make ___ appointment and assessment of _______ provided by law _____ _____ to be published as notice that they ______ _____ day of October A.D. 1879 that they would proceed to lay off the Route of said Railway _____ ____ ______ of ______ taken and assess the damages _____ aforesaid which notice was published for more than thirty days _____ preceding October 6, 1879 ______ ____________ a ____ ________ published ____ in _____ County Kansas ____ of _________ _____ ________ ___ the first publication of such notice being made therein ______ __ day of September A.D. 1879 ad being ____ in _____ issue of said ______ ____ last _____ _____ dates of ____ including the 6th day of October A.D. 1879. A copy of said notice is as aforesaid published _____with the proof of the publication thereof is hereto attached and marked Exhibit "E" _____ a part of this report. That after ______ ____ _____ ____ publication ____ the commissioner hereinbefore ________ and heretofore appointed by said judge decline to ______ such commissioner whereupon the ____________ Western Railway _______ in writing on the 7th day of October A.D. 1879 and ________ to ________ W.D. ______ Judge of the District Court _____ ______ County Kansas as required by law for the appointment of ____ to fill the _________ by the _______ of the said __________and discharges the duties assigned to said ________ the said judge ________ of said application at _________Kansas on the ___ day of October A.D. 1879 did ________ ________ fully _______ _____________undersigned James A. _______ ______________with the ____ application and _________

(CAN'T READ THE REST OF THE PAGE)

.... ______ section __ township ___ of range of east ____ ______ meridian in Kansas and proceeded from said point in a northwesterly direction o a point selected by said Railway Company and proceed to lay of said route side tracts ____ for such _____ _____ said county as was desired by said company ____ of the same being such as was desired by said Company and upon the location selected and desired by them. The width of the



STLDOCS 219819v1

**Transcribed Version of Defendant's Exhibit 10-1**

route is as aforesaid by _____ and being one hundred feet ____ is more particularly described in the ____ and profile of the route intended to be adapted by said company in said county which was on the 20th day of October A.D. 1879 filed by said company in the office of County Clerk in and for said County of _____ in the state of Kansas _____ had the said ______ surveyed and ______ carefully the __________ for the _____ aforesaid ____ each quarter section ___ in said county _____ which said route side tracts ______ etc. was located and appraised the value of such portion of any quarter section or ________ and assessed the damages after land out of which it was taken. All of which is more particularly described on the plat said profile ____ on file in the office of the county clerk of _____ County. _____ we ascertained that any portion of such __________ land belonged to different owners we appraised the value and assessed the damages of each such owners interest all of which is more particularly set forth on Exhibit "K" and made a part of this report which is __________.

| Name of Owner | ___ of Section | Section | ___ | Range | __ of action taken | value ___ | value ___ | damages | date ___ land and damages |
|---|---|---|---|---|---|---|---|---|---|
| ___ Rickey | ______ | 22 | ___ | 6 | ___ | ___ | ___ | 123.20 | _____ |
| ___ Wood | ______ | 26 | ___ | 6 | ___ | ___ | ___ | 52.00 | ______ |
| ______ Penninghall | ______ | ___ | ___ | 6 | ___ | ___ | 98.40 | ___ | 138.40 |
| ___ El___ | ______ | 21 | 27 | 6 | ___ | ___ | 12.20 | 2.00 | 15.00 |
| J ___ | ______ | 20 | 27 | 6 | ___ | ___ | 13.75 | ___ | ___ |
| R _____ | ______ | 20 | 27 | 6 | ___ | ___ | 4.68 | 2.00 | 6.68 |
| R P _____ | ______ | 20 | 27 | 6 | ___ | ___ | ___ | 1.00 | 6.00 |
| ________ | NW | 20 | 27 | 6 | ___ | ___ | ___ | 75.00 | ___ |
| ________ | NW | 19 | 27 | 6 | ___ | ___ | ___ | 40.00 | 71.25 |
| J. H. Bush | W | 19 | 27 | 6 | ___ | ___ | ___ | 100.00 | 149.44 |
| James _____ | E | ___ | 27 | ___ | 6.14 | ___ | ___ | ___ | ___ |
| _______ | NW | ___ | ___ | ___ | ___ | ___ | ___ | 60.00 | ___ |
| _______ | ______ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

(CAN'T READ THE REST OF THE PAGE)

**Transcribed Version of Defendant's Exhibit 10-1**

| Name of Owner | ___ of Section | Section | ____ | Range | __ of action taken | value ____ | value ____ | damages | date ___ land and damages |
|---|---|---|---|---|---|---|---|---|---|
| _____ | | 20 | 27 | 5 | 6.35 | 6.00 | 38.10 | 47.44 | 72.00 |
| _____ | | 20 | 27 | 5 | 3.45 | 5.00 | 17.50 | 25.00 | 63.10 |
| _____ | | 20 | 27 | 5 | 3.02 | 8.00 | 24.16 | 12.50 | 30.00 |
| _____ | | 19 | 27 | 5 | 4.07 | 8.00 | 32.56 | 30.00 | 54.16 |
| _____ | | 19 | 27 | 5 | 8.49 | 10.00 | 80.90 | 18.00 | 50.56 |
| James Williams | | 24 | 27 | 4 | 1.17 | 16.00 | 18.72 | 38.00 | 118.90 |
| A Kuster | | 24 | 27 | 4 | | 16.00 | 35.04 | 5.00 | 23.72 |
| _____ | | 24 | 27 | 4 | 3.29 | 16.00 | 52.64 | 20.00 | 55.04 |
| Wallace Schaffer | | 27 | 27 | 4 | 6.27 | 16.00 | 100.3 2 | 20.00 | 125.32 |
| Mrs. Jane Eastern | | 28 | 27 | 4 | 1.32 | 16.00 | 21.12 | 25.00 | 25.00 |
| John _____ | | 28 | 27 | 4 | 5.43 | 16.00 | 86.88 | 3.88 | 100.00 |
| _____ | | 28 | 27 | 4 | 3.20 | 16.00 | 27.20 | 63.12 | 61.20 |
| __ Burge | | 28 | 27 | 4 | 3.05 | 16.00 | 48.80 | 10.00 | 64.80 |
| __ Burge | | 28 | 27 | 4 | 4.56 | 10.00 | 45.60 | 16.00 | 55.60 |
| _____ | | 29 | 27 | 4 | 3.65 | 10.00 | 30.50 | 10.00 | 43.00 |
| _____ | | 29 | 27 | 4 | 6.16 | 4.00 | 24.64 | 13.00 | 49.64 |
| Mrs. _____ | | 30 | 27 | 4 | 2.38 | 6.00 | 14.88 | 25.00 | |
| Wm _____ | | 30 | 27 | 4 | 4.24 | 5.00 | 21.20 | 10.00 | |
| John _____ | | 30 | 27 | 4 | 5.63 | 7.00 | 39.41 | 15.00 | |
| _____ | | 28 | 27 | 3 | | | 12.65 | 25.00 | |
| _____ | | 25 | 27 | 3 | 4.70 | | 28.20 | 10.00 | |
| __ Manling | | 25 | | 3 | | | | 40.00 | |
| ___ Kimball | | | | 3 | | | | | |

(CAN'T READ THE REST OF THE PAGE)



STLDOCS 219819v1

**Transcribed Version of Defendant's Exhibit 10-1**

City of Augusta

| | Lots | ____ | Price per Lot | Total | |
|---|---|---|---|---|---|
| ______ | 10 | 27 | 10.00 | 10.00 | |
| _____ | 8 | 27 | 10.00 | 10.00 | |
| ___ James | 8, 9 & 10 | 26 | 15.00 | 45.00 | |
| ___ James | 16 and 7 | 26 | 22.00 | 45.00 | |
| Unknown | 8 | 25 | 25.00 | 25.00 | settled |
| A Ryan | 21 | 25 | 30.00 | 30.00 | |
| D M ____ | 12 & 13 | 24 | 30.00 | 60.00 | settled with owner |
| Unknown | 29 and 30 | 24 | 20.00 | 40.00 | |
| Unknown | 5 & 6 | 28 | 15.00 | 15.00 | Lot 5 settled |
| L J ______ | 8 | 27 | 10.00 | 50.00 | damages for ______ |

We further report that all the lands herein before described in ______ County State of Kansas and that the amounts appearing on the original plat and the _____ of the _____ thereof and ___________ in the __________ herein before described on Exhibit "K" is the quantity ______ carefully ascertained in ______ for the said route side tracks depots _____________ the said _____ described as _____________ guarantee _______ and _______ as designated ____ plat and ____ on file in the office of the County Clerk of ____ County as hereinbefore set forth _____ the _______ amounts out of each quarter section as other lots of land necessary for __________. We further report that the _____ amounts herein before mentioned as the _________ _______ in a fair and reasonable _____ land for ____________ set forth and the damages _______ by _____ and reasonable damages to the _______quarter sections or other lots _______ hereinbefore set forth and that the ______ and assessment as hereinbefore set forth is a fair and reasonable appointment and assessment of each ________ all of which is respectfully submitted.

Witness our hands ______ the ___ day of October A.D. 1879.

________, ___________, _________ Commissioners

State of Kansas
County of _________



STLDOCS 219819v1

**Transcribed Version of Defendant's Exhibit 10-1**

I _________ will faithfully and honestly discharge ____________ off a route for the ____________ along the line of said proposed _____________ State of Kansas ______________.

(CAN'T READ REST OF PAGE)

.... in such case made and provided. So help me God.

M.A. Palmer

Taken, subscribed and sworn to before me as Justice of the Peace _____ and for the county of ________ State of Kansas this __ day of September A.D. 1879.

T.M. _____ J.P.

State of Kansas
County of ________

I ______________ do solemnly swear that I will honestly and faithfully discharge the duties of ___ commissioner to lay off a route for the St. Louis Wichita and Western Railway Company along the line of said proposed railroad ______ county of ______ State of Kansas as located by said ________ to make ____________ ___________ and _______ the ______ to each quarter section ________ of ______ as part of a quarter section ___ lot of _____ through which such proposed railroad shall be located by reason of the location _______ and _____ of said railroad in accordance with the provisions, regulations and restrictions of the statutes of Kansas in such _____ and _______ so help me God.

Linda _________

Taken, subscribed and sworn to before me a Notary Public _____ and for the county of _____ State of Kansas ______ this ___ day of September A.D. 1879.

______, Notary Public

State of Kansas
County of __________

___________ do solemnly swear that I will honestly and ________________ duties of _____ commissioner to lay off ________________________ along the line of said ____________________ State of Kansas and ___________________ of the land _________________ quarter section ___________________

(CAN'T READ THE REST OF THE PAGE)

State of Kansas
County of ________

**Transcribed Version of Defendant's Exhibit 10-1**

I, James ________ do solemnly swear that I will honestly and faithfully discharge the duties of a commissioner to lay off routes for the St. Louis Wichita and Western Railway Company railroad through the County of ______ State of Kansas along the ____ of said proposed railroad allocated by said Railway Company and appraises the land taken and assess the damages to such quarter section or lot of land ______ of quarter section or lot of land through which said railroad located by _______allocation ______ and operation of said railroad as prescribed by the laws of the State of Kansas. So help me God.

James A. ___________

Taken, subscribed and sworn to before me a Notary Public ________ for the county of ________ State of Kansas this ___ day of _________ A. D. 1879.

________, Notary Public

In the matter of the __________ of land for the _______ St. Louis Wichita and Western Railway Company in the County of ____ State of Kansas.

To Honorable _________ judge of the District Court of the County of ______ State of Kansas

The St. Louis Wichita and Western Railway Company represents that it is a duly _______ and acquired railway corporation incorporated and organized as such _____ and _______ of the laws of the State of Kansas that the ____ St. Louis Wichita and Western Railway Company is incorporated to _________ ______ of railroad _____ the city of ______ in the County of ______ State of Kansas _________ to the city of Wichita ______ County of _____ State of Kansas and in a westerly direction from said city of Wichita. ____ the said St. Louis Wichita and Western Railway Company may ______ its _________ for the County of ___ in the State of Kansas as the ______ of said _____________ located by said Railway Company from __________ said Count of ______ ______ County of ________ St. Louis Wichita and Western Railway Company _____ to ___________ of its _______

(CAN'T READ THE REST OF THE PAGE)

... and repair to _____________ and the ___________.

Wherefore the St. Louis Wichita and Western Railway Company prays that you as such judge ___________ commissioner to lay off said route and _____________ and _________ and assessment of damages ____________ an account of this taking such lands __________ line of ___________ the ____________ Kansas in such cases _____________.

_____________

St. Louis Wichita and Western Railway Company by the __________ attorney

In the matters of this appropriations of line ________ ____________of its St. Louis, Wichita _____ and Western Railway Company in the ___________ ___________

**Transcribed Version of Defendant's Exhibit 10-1**

Pacific Notes of Kansas Be it Remembered _______ in this ______ ______ day of August 1899 The St. Louis Wichita and Western Railway Company by its authorized attorney has presented to ________ the undersigned Judges of the District Court of the County of ____ ______ State of Kansas with petition by indicated is shown that this St. Louis Wichita and Western Railway Company is a duly _________ and ________ Railway corporation incorporated and organized as such under any ___________ ___________ ___________ ____________ State of Kansas. That the said St. Louis Wichita and Western Railway Company is as incorporated to antitrust as line railroad from the _____________ ______ ______ ___________ ___________ ___________ ___________ a ___________ ____________ and ________ ___________ ___________ Wichita in the County of Sedgwick State of Kansas and in as _______ direction __________ to a said city of Wichita. That the said St. Louis _________ ___________ ___________ Company proposes to constrict it ___________ ___________ ___________ ___________ line of sand railroad has been ___________ ___________ ___________ ___________ from its East line of said County in a general ___________ ___________ ___________ it lines of __________ County. That ___________ said St. Louis ___________ ___________ ___________ ___________ ___________ to _________ laid off from the __________ ___________ ___________ ___________ ___________ ___________ ___________ said proposed ____________ ___________ by said railway Company ________ ______ ______ ___________ ___________ ___________ ___________ ___________ width _ ___________ ___________ ___________ ___________ ___________ ___________ necessary [CAN'T READ REST OF PAGE]

Book 5
Pg. 474

___________ ___________ ___________ ___________ ___________ and lands and stations and ________ after the __________ ___________ ___________ of __________ ages to each ________ interest on account of the taking of such lands __________ the construction and operations of said line of railroad in conformity with the laws of the State of Kansas in _________ ___________ and provided.

Upon consideration of said petition and being fully advised in its premises it is by one ordered that M. A. Palmer, A. J. Uhl and Lincoln Hamlin they being the feeholders and residents of said County of Butler, State of Kansas be and they are hereby appointed Commissioners to make the appointment and assessment of damages/occasions ________ each owners interest by reason of the taking such lands for the use of said railroad company and the construction made operations of said lines of railroad as located by the said St. Louis Wichita and Western Railroad Company through the said ________ ______ ______. Said ____________ and assessment to e made under and in Conformity to the laws of Kansas in such cases made and provided.

In Witness whereof I have herewith set my h and the first day of August A.D. 1879.

W.P. Campbell

Judge of the District Court of the County of
Butler State of Kansas

State of Kansas )
) ss
Butler County ) This instrument was filed for record on the 25th day of August A.D. 1879 at 9:00 O'clock A.M. and duly recorded in Book "Q" of Deeds at pages 574-576. J.D. Porters
Fee $1.50 pd. Register of Deeds

In the matter of the right of way of the St. Louis Wichita and Western Railway Company through the County of Richter in the State of Kansas.

___________ W.D. Campbell Judge of the District Court of the County of Butler in the State of Kansas.

The St. Louis Wichita and Western Railway Company respectfully represents ____ ______ the _________ day of August A.D. 1879 M. A. Palmer, A. J. Uhl and Lincoln Hamlin ___________ by _________ herein appointed Commissioner to lay-off a route for the St. Louis Wichita and Western Railway Company railroad along the line of said proposed railroad through the County of _________ the state of Kansas as located by said Company and make appointment of the value of land taken for and assess _________ damages (in the loss of ___________ through ___________ by reason of _______ locations consideration of operations of said railroad ___________ ___________ A. J. Uhl fails and _______ to _________ ___________ of _________ Commissioners _____ ______ ___________ ___________ said refusal of said A. J. Uhl ___________ of said Commissioners ___________ ___________ ___________ the said __________ of [CAN'T READ REST OF PAGE]

Book 5
Pg. 475

___________ ___________ ___________ ___________ ___________ ___________
The St. Louis Wichita & Western Railway Company
by Office of Katton
its attorneys

The foregoing petition having this day been presented to me and it being shown to my satisfaction that A. J. Uhl one of the Commissioners herein named appointed by me as herein stated refuses to serve on said Board of Commissioners; and it appearing to me that James A. Rhoades is a feeholder and resident of the said County of Butler and is a said able person to act as one of said Commissioners. It is by me ordered that the said James A Rhoades be and is hereby appointed one of the Commissioners to lay off the route and made the apportionment and assessment of damages mentioned in the foregoing of and amended Petition to fill the vacancy occasioned by the refusal of the said A. J. Uhl to serve on said Board of Commissioners.

**Transcribed Version of Defendant's Exhibit 10-1**

As Witness my hand this the ______ day of October A.D. 1879.

W. P. Campbell
Judge of the District Court of Butler
County State of Kansas

State of Kansas )
) ss
Butler County ) This instrument was filed for record on the 13th day of October A.D. 1879 at 8:00 o'clock A.M. and duly recorded in Book "B" of Miss. Recorded at Page 75.

J.D. Porter Regs. of Deeds

Affidavit of Publication

State of Kansas )
) ss
Butler County ) On this 6 day of October 1879 personally appeared before Alias H. Kusty who being of duly ________ ____________ of the ____________ of the ____________ Kansas Gazette a weekly paper of general circulation printed and published at Augusta County and state aforesaid and that the notice a copy of which is attached hereto was published ___________ for five consecutive weeks commencing Sept. 4 1879 and further deponent saith not.

Olias H. Kusty

Subscribed and ___________ to before me this day and year first above written.

[ Seal ]

W. A. Shannon
Notary Public

State of Kansas )
) ss
County of Butler ) I Vincent Broom County _________ and for the county and state aforesaid hereby certify that the above and foregoing is a true and ______ ____________ ____________ of right of way. Commissioners St. Louis Wichita and Western Railway Company filed in my office Oct. _______ 1879 and _________ file this _______________.

[Oct. 28, 1879]
[ Seal ]

Vincent Broom
[CAN'T READ REST OF SIGNATURE BLOCK]

**Transcribed Version of Defendant's Exhibit 10-1**

Book 5
Pg. 476

__________ __________ __________ __________ _____ Day of Oct. A.D. 1879

E. B. Brainerd

$3569.62

Recd. Oct. 29, 1879 of the St. Louis Wichita and Western Railway Company Thirty five hundred sixty nine & 62/100 dollars for right of way through land described herein.

E. B. Brainard

State of Kansas, Butler County, as:

This instrument was filed for record on the 4th day of November A.D. 1879 at 7:28 o'clock P.M. and duly recorded.

John Porter, Registerer of Deeds
By _______________ Deputy

[REMAINDER OF DOCUMENT IS CROSSED OUT -- NOT TRANSCRIBED]