Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 21 of 30

2-501

Patent Deed

Know all men by these presents, That I Charles W. Snyder of Reno County and State of Kansas did obtain Letters Patent from the United States of America for an improved Centrifugal Steam Washing Machine which Letters Patent bear date of March 29th 1887 and No 360059. And whereas John T. St John of Reno County State of Kansas is desirous of acquiring an undivided one fourth interest therein. This indenture therefore Witnesseth

That for and in consideration of the sum of Eight Hundred & Twenty five Dollars ($825.00) to me in hand paid by the said John T. St John the receipt hereof is acknowledged I have assigned, sold and set over and do hereby assign, sell and set over unto the said John T. St John his heirs or assigns a full and undivided one fourth (¼) interest or title to and in the said invention or Patent of said Centrifugal Steam Washing Machine as secured to me by said Letters Patent No 360059. In Witness Whereof I have hereunto set my hand & Seal this the 12th day of July 1888.

Witness
W. H. Cofield } Hutchinson
J. T. Parsons } Kansas

Charles W. Snyder

Received for Record Dec 13 1888 and Recorded in Liber M 39, page 109 of Transfers of Patents

(Seal) In Testimony Whereof I have caused the Seal of the Patent Office to be hereunto affixed.

Benton J. Hall.
Commissioner of Patents.

Filed for Record May 27 1889 at 1 Oclock P.M.
J. N. Worddell Reg. Deeds.

Application for the Appointment of Commissioners to Condemn Lands.

To the Honorable L. Houk, Judge of the District Court of Reno County, Kansas:

The Hutchinson, Oklahoma and Gulf Rail Road Company respectfully represents unto Your Honor that it is a duly chartered and organized railway corporation, and authorized under the laws of the State of Kansas to construct, operate, and maintain a line of railroad into and through the County of Reno, in the State of Kansas; that it is necessary for the proper construction, operation, and maintenance of its said line of proposed railroad, as located in said county, to acquire for said purposes certain lands for its said route, not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such land as may be deemed necessary for side-tracks, depots, workshops, water stations, materials for construction, except timber, the right of way over adjacent lands sufficient to enable said company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains.



Appendix
E

Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 22 of 30

The said railroad company therefore hereby makes applica[tion] to Your Honor, for the appointment of three Commissioners, having the qualifications required by law, to lay off along the line of said proposed railroad such route, side-tracks, etc., upon the location desired by said company and of such width, within the limits aforesaid, (which location will be shown by the duly certified map and profile which will be filed in the office of the County Clerk of said county as required by law) having the same carefully surveyed, and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route, side-tracks, etc., are so located; and that said commissioners, so appointed, shall be required to make the appraisement and assessment of damages as required by law and to do and perform all other acts and things required by law to be done and performed in the premises. And your petitioners will ever pray.

Dated this 16th day of May, A.D. 1889.

The Hutchinson Oklahoma & Gulf Railroad Company
by Whitelaw & Van Winkle its Atty's duly authori[zed]

Filed May 28" 1889 at 5 30 P.M. I.N. Woddell Reg. of Deeds.

2-502

Appointment of Commissioners to Condemn Lands.

I, E. Houk, Judge of the District Court of Reno County, Kansas, by virtue of the power in me vested, and upon the written application therefor by the Hutchinson Oklahoma and Gulf Railroad Company, do hereby appoint J.W. St. Omag and Nelson Constant, and Rivers Banks, each a free holder and resident of said county, as commissioners to lay off along the line of said Hutchinson Oklahoma & Gulf railroad a route for such proposed rail road, upon such location as may be desired by said company not exceeding one hundred feet in width, except for the purpose of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said Company, and also such lands as may be deemed necessary for side tracks, depots, work-shops, water stations, material for constructions, except timber, and right of way over adjacent lands sufficient to enable such company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains; to have the same carefully surveyed and ascertain carefully the quantity of land necessary for said purposes out of each quarter section or other lot of land through which said route, side-tracks etc., is so located; and to appraise the value of such portion of any such quarter section or other lot of land, and assess the damages thereto: and when such commissioners shall ascertain that such portion of such quarter section or lot, belongs to different owners, they shall

appraise the value and assess the damages of each owners interest. All of which doings the board of commissioners shall embody in a written report and file in the office of the County Clerk of said Reno County.

And said commissioners are further directed to proceed to perform their duties in all respects as required by law, and to do and perform all other acts and things required by the law to be done and performed by them in the premises.

Witness my hand this 16th day of May A.D. 1889

L. Houk

Judge of the District Court of Reno County, Kansas

Filed May 28th 1889 at 5[30] P.M. J.N. Wooddell Reg. of Deeds.

X X

Letter Testamentary

The State of Rhode Island and Providence Plantations.

Providence, sc. By the Municipal Court of the City of Providence in the County of Providence, and State aforesaid exercising Probate jurisdiction

(Municipal Court Seal)

To Salmon C Hibbard of the City of Boston, County of Suffolk and State of Massachusetts.

Greeting.

Whereas, this Court has this day proved, approved, allowed and caused to be recorded, the Last Will and Testament of Charles Hibbard late of said City, deceased, wherein you are named as the Executor thereof, and you having accepted said trust, and given bond as the law directs, are by these presents, authorized and empowered to recover, receive and take possession of, the Estate whereof the said Charles Hibbard died, seized and possessed, and the same to administer, according to law, and to the provisions of said Last Will and Testament.

For the performance and execution thereof, this shall be your sufficient warrant.

Witness, Joseph E Sprink Esquire, Judge of the Municipal Court of the City of Providence, this 26th day of December in the year of our Lord, one thousand eight hundred and eighty-seven.

E. A. Harrington Clerk.

The aforegoing Letter is duly recorded in Records of "Letters Testamentary," Book no — page —

E. A. Harrington Clerk

Filed June 1st 1889 at 2[30] P.M. J.N. Wooddell Reg. of Deeds.

Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 24 of 30

5-~~009~~
218

## Report of Condemnation Commissioners

Whereas The Honorable L. Houk Judge of the District Court of Reno County, in the State of Kansas, did, on the 16th day of May A.D. 1889, upon the written application of the The Hutchinson Oklahoma & Gulf Railroad Company, a duly chartered and organized railway corporation under the laws of the State of Kansas, appoint in writing the undersigned commissioners to lay off for said company through said County of Reno, for its proposed railroad, and along the line of such proposed railroad as located by such company, a route for such proposed railroad not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such land as may be deemed necessary for side-tracks, depots, and workshops, and water stations, materials for construction, except timber, a right of way over adjacent land sufficient to enable said company to construct and repair its roads and stations, and a right to conduct water by aqueducts, and the right of making proper drains, and which said application and appointment are recorded in the office of Register of Deeds of said Reno County, Kansas, in Book 2 at pages 501 & 502, and are hereby referred to for greater certainty, and,

Whereas, by such appointment and according to law, said commissioners are required to embody their doings in a written report and file the same in the office of the County Clerk of said County:

Now, therefore, we, the undersigned, acting as such commissioners, so appointed as aforesaid, make this, our report, as follows, to wit:

That on the 29 day of June, A.D. 1889, we duly qualified by taking and subscribing an oath, of which the following is a copy, to wit:

~~That on the 29 day of June A.D. 1889, we duly qualified by taking and subscribing an oath,~~

We, the undersigned, do solemnly swear that we will support the Constitution of the United States, the Constitution of the State of Kansas, and faithfully discharge the duties of commissioners to lay off and condemn a route and lands for the Hutchinson Oklahoma & Gulf Railroad Company, as required by the appointment of the Honorable L. Houk, Judge of the District Court of Reno County Kansas, to the best of our abilities so help us God.

J. H. Kavanaugh.
Amos Banks.
Nelson Constant.

Subscribed and sworn to before me this 29 day of June, A. D. 1889.

(Seal)

S. J. Morris
County Clerk

And afterwards, on the 29 day of May, A. D. 1889, we caused to be published in the Hutchinson Daily News, a newspaper published in said Reno County, a notice of which the following is a copy:

Notice of Condemnation.

Notice is hereby given that we the undersigned commissioners thereunto duly appointed by the Honorable L. Houk, Judge of the District Court of Reno County Kansas will on the 29th day of June A. D. 1889 proceed to lay off according to law for the Hutchinson Oklahoma & Gulf Railroad company along the line of its proposed road as located through the County of Reno a route for said proposed rail-road not exceeding one hundred feet in width except for the purpose of cuttings and embankments, it shall be necessary to take more for the proper construction and security of the road through as much of said county as may be desired by said company and also such lands as may be deemed necessary for said tracks, Depots, Work shops, Water stations Material for construction except timber. the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and a right conduct water by aqueducts and the right of making proper drains. And will carefully survey and carefully ascertain the quantity of land necessary for such purpose out of each quarter section or other lots of land through which said route, side tracks, etc is so located, and appraise the value of such portions of any such quarter section or other lots of land. And assess the damages thereto, and when we shall ascertain that such portion of such quarter section or lot, belongs to different owners. We will appraise the value and assess the damages of each of such owners interest.

We will commence to lay off said route, side tracks etc, Etc, as aforesaid on the line of said companys railroad as located. At the north east corner of the north west quarter of section 35. Township

Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 26 of 30

Range 6 West at 10 o'clock on said day and will adjourn from time to time until our labors in this behalf are completed.
Dated this 29th day of May A.D. 1889.
J. A. Kanaga
Pinos Banks
Nelson Constant.

Which said notice was published for thirty days before the time fixed for proceedings to lay off such route: And afterwards, and on to wit: the 29th day of June A.D. 1889, at the time and place mentioned in said notice aforesaid, we met and proceeded to lay off such route, side tracks, etc, for such distance through said county as was desired, and of such width, within the limits aforesaid, and upon such location as was desired by said company, as shown by the map and profile of said railroad filed in the Office of the County Clerk of said County, having the same carefully surveyed, and ascertaining carefully the quantity of land necessary for such purposes both of each quarter section, or other lot of land through which said route, side tracks, etc, is so located, and did appraise the value of such portion of any such quarter section, or other lott of land, and assess the damages thereto: and when we ascertained that such portion of such quarter section or lot belonged to different owners, we appraised the value and assessed the damages of each owner's interest, all of which proceedings are fully shown by schedule attached to this report and made a part thereof and marked Exhibit A, all of which proceedings were had on the day named, and at meetings held from time to time upon adjournment according to law.
Witness our hands this 24th day of July, A.D. 1889.

J. A. Kanaga
Pinos Banks } Commissioners

State of Kansas, County of Reno. ss.
Be it Remembered that on this 24th day of July A.D. 1889. Before me the undersigned a Notary Public in and for said Reno County State of Kansas personally appeared J. A. Kanaga and Pinos Banks, to me personally known to be the same persons who executed the foregoing instrument of writing and they and each of them duly acknowledged the execution of the same

Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 27 of 30

In Testimony Whereof, I have hereunto subscribed my name and affixed my Notarial Seal on the day and year aforesaid.

G. V. Ricksecker
Notary Public.

(Seal)

Commission Expires Dec. 29/89

(See Next Page)

Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 28 of 30

Reno and Lincoln Township. Reno

Exhibit

| Name of Owner. | Description of Land over which road is located. | Sec. | Twp. | Range | E–W |
|---|---|---|---|---|---|
| Ben Blanchard | S.E. 1/4 | 26- | 23- | 6 | W. |
| Thos. Frair | E. 1/2 | 35- | 23- | 6 | " |
| Tierney | N.E. 1/4 | 2- | 24- | 6 | " |
| A. M. Switzer | S.E. 1/4 | 2- | 24- | 6 | " |
| Tierney | E. 1/2 | 11- | 24- | 6 | " |
| Umstott | N.E. 1/4 | 14- | 24- | 6 | " |
| W. H. & W. E. McMurry | S.E. 1/4 | 14- | 24- | 6 | " |
| W. H. McMurry | N.E. 1/4 | 23- | 24- | 6 | " |
| D. M. Stewart | N 1/2 S.E. 1/4 | 23- | 24- | 6 | " |
| S. A. Freeman | S 1/2 S.E. 1/4 | 23- | 24- | 6 | " |
| M. J. Dix | N.E. 1/4 | 26- | 24- | 6 | " |
| D. V. Shaw | S.E. 1/4 | 26- | 24- | 6 | " |
| Heirs at Law of J. A. Dyne Decd. | E 1/2 | 35- | 24- | 6 | |
| R. A. Campbell | S.W. 1/4 | 35- | 24- | 6 | |

Castleton Township Reno Co.

| Name of Owner. | Description | Sec. | Twp. | Range | E–W |
|---|---|---|---|---|---|
| Horace Wheeler | W. 1/2 | 2- | 25- | 6 | W. |
| Unknown | N.E. 1/4 | 11- | 25- | 6 | " |
| Leo Albright | N.E. 1/4 | 10- | 25- | 6 | " |
| John Mayor | S.E. 1/4 | 10- | 25- | 6 | " |
| Ringler | E. 1/2 S.W. 1/4 | 15- | 25- | 6 | " |
| Ohler | W 1/2 | 22- | 25- | 6 | " |
| Dry Ford Grant | N.W. 1/4 | 27- | 25- | 6 | " |
| John Modbury | N.W. 1/4 | 27- | 25- | 6 | " |
| O'Halloran | N.E. 1/4 | 28- | 25- | 6 | |
| O'Malley | S.E. 1/4 | 28- | 25- | 6 | |
| Unknown | N.E. 1/4 | 33- | 25- | 6 | |
| M. Roach | N.W. 1/4 | 33- | 25- | 6 | |
| L. A. Biggin | S.W. 1/4 | 33- | 25- | 6 | |

Albion Tp. Reno Co.

| Name of Owner. | Description | Sec. | Twp. | Range | E–W |
|---|---|---|---|---|---|
| J. E. Modborn | N.E. 1/4 | 5- | 26- | 6 | W. |
| J. A. & J. G. Collingwood | N 1/2 | 5- | 26- | 6 | " |
| Graber | N.W. 1/4 | 8- | 26- | 6 | " |
| Shmidt | S.E. 1/4 | 7- | 26- | 6 | " |
| H. W. Collingwood | N.E. 1/4 | 18- | 26- | 6 | " |
| M. Collingwood | N.W. 1/4 | 18- | 26- | 6 | " |
| J. A. Collingwood | S.W. 1/4 | 18- | 26- | 6 | " |
| Fisher | S.E. 1/4 | 18- | 26- | 6 | " |
| Collingwood | N 1/2 | 19- | 26- | 6 | " |
| Jacob Albright | S.W. 1/4 | 19- | 26- | 6 | " |
| Peter Graalt | S.E. 1/4 | 19- | 26- | 6 | " |
| H. C. Graalt | Strip 14 rods Wide | 30- | 26- | 6 | " |
| Watkins | N.E. 1/4 | 30- | 26- | 6 | " |
| Unknown | N.W. 1/4 | 30- | 26- | 6 | " |
| John Shaw | S.W. 1/4 | 30- | 26- | 6 | " |
| | N.W. 1/4 | 31- | 26- | 6 | " |
| [illegible] | S.W. 1/4 | 31- | 26- | 6 | W. |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Rans.

| Amount of Land Taken | Value of Land Taken | Amount of Damage to land not taken | Damage to Crops | Total | Remarks |
|---|---|---|---|---|---|
| 6 8/100 | 364.80 | | 15 | 379.80 | Paid. |
| 11 74/100 | 645.70 | | 30 | 675.70 | |
| 6 34/100 | 317. | | 15 | 332. | |
| 6 6/100 | 303 | | 30 | 333. | Paid Apr 8th 379 [illegible] for Amt |
| 12 6/100 | 542.70 | | 7.50 | 550.20 | Cond. of S.C. 26-25-6. |
| 6 13/100 | 245.20 | | 20 | 265.20 | D.O. Carter County Treas. |
| 6 5/100 | 242. | | 10 | 252. | |
| 6 8/100 | 212.80 | | 65 | 277.80 | |
| 3 4/100 | 106.40 | | | 106.40 | |
| 3 4/100 | 106.40 | | 15 | 121.40 | |
| 6 15/100 | 184.50 | | 15 | 199.50 | |
| 6 15/100 | 184.50 | | 15 | 199.50 | |
| 10 42/100 | 312.60 | | 53 | 365.60 | |
| 1 45/100 | 43.50 | | 60 | 44.10 | |
| 13 31/100 | 199.65 | 800. | 12. | 1011.65 | [illegible] Cattle Dog. Guarant[illegible] |
| 42/100 | 7 | [illegible] | | 7. | [illegible] Company |
| 7 38/100 | 113.70 | 186.30 | | 300. | [illegible] |
| 6 15/100 | 92.25 | 207.75 | | 300. | " " " " |
| 12 31/100 | 184.50 | 315.50 | | 500. | " " " " |
| 13 | 162.50 | 337.50 | 10 | 510. | |
| 3/8 | 5.65 | 1.35 | | 7 | |
| 4 31/250 | 62.30 | 187.70 | | 250. | |
| 1 90/100 | 28.50 | 71.50 | | 100. | |
| 7 29/100 | 109.35 | 240.65 | | 350 | |
| 2 45/100 | 36.75 | 113.25 | | 150. | |
| 5 26/100 | 78.90 | 221.10 | | 300. | " " " " |
| 6 79/100 | 101.85 | 198.15 | | 300. | |
| 9 8/100 | 136.20 | 213.80 | | 350 | |
| 6 80/100 | 102. | 60. | | 162. | |
| 8 10/100 | 121.50 | 378.50 | 20 | 520. | [illegible] |
| 8 4/100 | 120.60 | 379.40 | 20 | 520 | |
| 4 14/100 | 62.10 | 37.90 | 20 | 120. | |
| 2 26/100 | 33.90 | | 18. | 51.90 | |
| 3 91/100 | 58.50 | | 19.50 | 78. | |
| 2 24/100 | 33.60 | | 101.40 | 135. | |
| 6 10/100 | 91.50 | | 30. | 121.50 | |
| 1 69/100 | 40.35 | | 5 | 45.35 | |
| 4 44/100 | 66.60 | | 5 | 71.60 | |
| [illegible] | 7.75 | | | 7.75 | |
| 45/100 | 7.50 | | | 7.50 | |
| 5 84/100 | 87.60 | 62.40 | | 150. | |
| 6 29/100 | 94.35 | 105.65 | 30. | 230. | |
| 6 23/100 | 93.45 | 106.55 | | 240. | [illegible] |
| 6 47/100 | 96.75 | 128.25 | | 225. | |
| 10 42/100 | 312.60 | | 53 | 365.60 | |

Case 1:07-cv-00693-NBF Document 31-7 Filed 06/02/2008 Page 30 of 30



named as follows to wit:
Martha D. Freeman
J. C. Moore
George A. Moore
Caroline Gordon
Eleanor R. Moore
Elizabeth Tucker
Mary A. Moore
W. D. Moore
Louisa Moore
Barbie Moore
Dixie Peachy } 3 minor heirs.

This is copied from Report on file in my office.
S. J. Morris
Co. Clk.

no seal

Filed for record Oct. 27 – 1899 at 11 A. M.
B. J. Ragland
Register of Deeds.

Application for this Appointment of Commissioners to ________________

To the Honorable L. Wouke, Judge of the District Court of Reno County, Kansas.

The Hutchinson Oklahoma and Gulf of Rail Road Company respectfully represents unto your honor that it is a duly chartered and organized railway corporation, and authorized under the laws of the State of Kansas to construct, operate and maintain a line of railroad into and through the County of Reno in the State of Kansas; that it is necessary for the proper construction, operation, and maintenance of its said line of proposed railroad as located in said county, to acquire for said purposes certain lands for its said route, not exceeding one hundred feet in width except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and all such land as may be deemed necessary for such tracts, depots, workshops, water stations, materials for construction except timber, the right of way over adjacent lands sufficient to enable said company to construct and repair its roads and stations and a right to conduct water by aqueducts and the right of making proper drains.

The said railroad company therefore hereby makes application to your Honor for the appointment of three commissioners having the qualifications required by law to lay off along the line of said proposed railroad such route, side-tracts, est. upon the location desired by said company and of such width within the limits aforesaid (which location will be shown by the duly certified map and profile which will be filed in the office of the County Clerk of said county as required by law) having the same carefully surveyed, and purposes out of each quarter section or either lot of __________ through which said route, side-tracks, etc. are so located, and that said commissioners so appointed shall be required to make the appraisement and assessment of damages as required by law and to do and perform all other acts and things required by law to be done and performed on the premises. And your petitioners will ever pray.

Dated this 16th day f May, A.D. 1889.

The Hutchinson Oklahoma Gulf Railroad Company by Whitelaw ______________ its attorney's duly authorized.

Filed May 28, 1889 at 5:30 p.m. I.N. Wooddell Reg. of Deeds.

2-502

Appointment of Commissioners is Gondemn Bands, I.J. Wouk, Judge of the District Court of Reno County, Kansas by ___________ of the power in me used and upon the written application therefor by the Hutchinson Oklahoma and Gulf Railroad Company, do hereby appoint J. W. ___________ and Nelson Constant and Rivers Banks, each a free holder and resident of said county, as commissioners to lay off along the line of said Hutchinson Oklahoma & Gulf railroad a route for such proposed railroad upon such location as may be desired by said company not excluding one hundred feet in width, except for the purpose of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such lands as

may be deemed necessary for side tracks, depots, work-shops, water stations, material for construction except timber, and right of way over adjacent lands sufficient to enable such company is construct and repair its roads and stations, and a right to conduct water by aqueducts and the right of making proper drains; to have the same carefully surveyed and ascertain carefully the quantity of land necessary for said purposes out of each quarter section or other lot of land through which said route, side-tracks, etc. is so located; and to appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto, and when such commissioners shall ascertain that such portion of such quarter section or lot belongs to different owners, they shall appraise the value and assess the damages of each owners interest, all of which doings the board of commissioners shall embody in a written report and file in the office of the County ___________ of said Reno County.

And said commissioners are further directed to proceed to perform their duties in all aspects as required by law, and to do and perform all other acts and things required by the law to be done and performed by them in the premises.

Witness my hand this 16th day of May, A.D. 1889.

L. Wouck
Judge of the District Court of Reno County, Kansas

Filed May 28, 1889 at 5:30 p.m. J.M. Wooddell Reg. of Deeds.

Letter Testamentary

The State of Rhode Island and Providence Plantations, Providence, S.C.

By the Municipal Court of the City of Providence in the County of Providence and State aforesaid
___________ Probate jurisdiction
To Salmon O. Willard
Of the City of Boston, County of Suffolk and State of Massachusetts greeting.