Case 1:07-cv-00693-NBF Document 34-3 Filed 06/02/2008 Page 17 of 17



State of Kansas,
Butler County, ss

Be it Remembered that on this 24 day of October A.D. 1879 before me a Justice of the Peace in and for said County and State came William H. [illegible] and Anna M. [illegible] his wife to me personally known to be the same persons who executed the foregoing instrument and duly acknowledged the execution of the same.

In Witness Whereof I have hereunto subscribed my name and affixed my official signature on the day and year last above written.

D. J. [illegible] J.P.

State of Kansas, Butler County, ss.

This Instrument was filed for record on the 3d day of November A.D. 1879 at 9½ O'clock A.M. and duly recorded.

J. [illegible] Register of Deeds
By S. L. [illegible] Deputy

Deed General Warranty

This Indenture, Made this 25 day of October A.D. 1879 between Geo. W. Brown and M. J. Brown of Butler County in the State of Kansas of the first part and The St. Louis, Wichita and Western Railway Company of [illegible] County in the State of Kansas of the second part. Witnesseth: That said parties of the first part in consideration of the sum of One Dollars the receipt of which is hereby acknowledged, do by these Presents grant, bargain, sell and convey unto said parties of the second part, their heirs and assigns all the following described Real Estate situated in the County of Butler and State of Kansas, to wit:

Lot No. Eight (8) in Block Twenty five (25) and Lot No. Five (5) in Block Twenty Three (23) all in the Original Townsite of Augusta, Butler County, Kansas

[illegible] Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining forever. And said Geo. W. Brown and M. J. Brown [illegible] [illegible]

**Transcribed Version of Defendant's Exhibit 10-2**

Before me, George L. Goodwin, a Notary Public within and for the County and State aforesaid personally come Otismass Dickerson, George G. Lord, J. H. Grabody, Jas Dickerson and A. G. Bryson who are personally known to me to be the same persons who executed the foregoing Duly ____________ ________________ stated: and they each duly _______ ___________ the execution of the same as such Trustees.

In Testimony Whereof I have herewith set my hand and ________ of the day and year ________ written.

[ Seal ] Gosh Goodwin
Notary Public

State of Kansas Butler County, KS.

This instrument was filed for same on the 28th day of October A.D. 1879 at 3____ o'clock P.M. and duly recorded.

J. D. _______ Register of Deeds
B. L. ____________ Deputy

V 5

Deed

Know all Men by this ___________ that for the consideration of Thirty Five Dollars to those in ________ paid by the Saint Louis Wichita and Western Railway Company ______________ ________________ ________________ hereby acknowledged. _______________ ________________ ________________ _____ ___________ of the County of Butler, State of Kansas as a ________________ _____ ___________ ________________ and quit claim to said Railway Company the following ______________ ________________ and _____________ of land situate ________________ ________________ ________________ ________________ in the County of __________ and State of Kansas that:

A strip of land one hundred feet _________ __________ __________ _____ _____ __________ South East Quarter of Saline County Three (2:3) Iron County from 671 Range & ____________ __________ __________ __________ located.

Said Railway Company its assigns and descendants to have & to hold
[CAN'T READY NEXT 5 LINES]
this grant [CAN'T READ REST OF PAGE OR SIGNATURE]

**REPORT OF COMMISSIONERS**

Be it remembered, that on this 10th day of June, 1891 at a special meeting of the Board of County Commissioners of Reno County, Kansas, duly called and held in the office of the County Clerk of Reno County, Kansas, came the Hutchinson & Southern Railroad Company a corporation duly organized and existing under and by virtue of the laws of the State of Kansas, by its attorney, K.M. Whitelaw and applied in writing as the said Board of County Commissioners of Reno, County, Kansas, to lay off along the line of its proposed railroad, as located by such company, a route for such proposed railroad. That sad, Board of County Commissioners having duly considered said application made this order in the following words and figures to wit.

Be it remembered, that on this 10th day of June, 1891, came the Hutchinson and Southern Railroad Company, by its attorney K.M. Whitelaw and presented its application in writing to the Board of County Commissioners of Reno County, Kansas, praying the said Board to lay off according to law for the railroad of said Company as route along the line as located by said Company in Reno County, Kansas, ad not excepting 100 feet in width according to law n such cases made and provided, and if appearing to the board that the said Hutchinson and Southern Railroad Company is a duly chartered and organized railroad corporation, organized and existing under the laws of the State of Kansas and that said prayer was reasonable.

It is hereby ordered by the Board of County Commissioners of Reno County, Kansas, that such Board proceed to lay off according to law for the Hutchinson and Southern Railroad Company along the line of its proposed route for said proposed railroad not exceeding One Hundred feet in width. ______________________________

____________________________________________________________

it shall be necessary to have more for the proper construction and secured of the road through as much of the said County as may be leased by said Company and also such land as may deemed necessary for side tracts, depots, workshops, water stations, material for construction, except timber, the right of way over adjacent lands sufficiently to enable such company to construct and repair its road and stations and the rights of making proper drain and carefully survey and ascertain the quantity of and for such purposes out of each quarter section or other lot of land through which said road, side tracks, as located, and appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto according to law.

It is further ordered that this Board commence to lay off said route, side tracks, as aforesaid, along the line of said Company's railroad as located of the Northwest corner of Lot No. One Hundred and Twenty Seven (127) Tenth (10th) Avenue West n Blanchard's Second Addition to the City of South, Hutchinson, Reno County, Kansas at 10 o'clock a.m. on sad 13th day of July, 1891.

Signed __.M. _______, Chairman

A.P.D. Fleming _____________



Appendix
D

________ said Board of County Commissioners caused to be published in the Hutchinson News, a newspaper printed and published and of general circulation n Reno County, Kansas, a notice of condemnation which said notice is in following words and figures, to wit:

**Notice of Condemnation**

Notice is hereby given that we the undersigned, the board of county commissioners, of the county of Reno and State of Kansas, wall on the 13th day of July, A.D. 1891 proceed to lay off according to law for the Hutchinson and Southern Railroad Company along the line of its proposed road a route for said proposed railroad, not exceeding one hundred feet in width, except for its purpose of cuttings and ebankments it shall be necessary to take more for the proper construction and security of the road through as much of said county as may be desired by said Company and also such lands as may be deemed necessary for side tracks, depots, workshops, water stations, material for construction, except timer, the right of way over adjacent lands sufficient to enable such company to construct and repair its road and stations and a right to conduct water by aqueducts and the right of making proper drains and will carefully survey and carefully ascertain the quantity of land for such purposes out of each water section or other lot of land through which said route, side tracks etc. is so located and appraise the value of such portion of any such water section, or other lot of land and assess the damage thereto, and when we shall ascertain such portion of such water section or lot belongs to different owners we will appraise the value and assess the damage of each such owners interest. We will commence to lay off said route, side tracks, etc. as aforesaid on the line of said company's railroad as located at the northwest corner of lot o. 127, Tenth Avenue west in Blanchard's Second Addition to the city of South Hutchinson, Reno County, Kansas, at 10 o'clock on said day, and will adjourn from time to time until our labors in this behalf are completed.

Dated this 10th day of June, A.D., 1891.

(Seal)

G.M. Rimmermann

_____ Fleming William Potter

Attest: S.J. Morris, County Clerk

which said notice was published for thirty before the time fixed for proceeding to lay off such route.

_________________ on the 13th day of July, 1891, at the time and place mentioned in said notice aforesaid the said Board of County Commissioners met and proceeded to lay off for such road, side tracks __, for such distance through said county as was desired and of said width within the limits aforesaid, not upon such location as was desired by said company as shown by the map ____ people of said railroad filed in the office of the County Clerk of Reno County, Kansas, the same carefully __________ and _________ carefully the quantity of land necessary for such purposes, ____ of each quarter section or other lot of land through which said road, side tracks ___ as so located, and did appraise the value of such portion of any such quarter section or other lot of land and assess the damages thereto, and when said Board ascertained that said portion of such quarter section or other lot of land belonged to different owners the sad Board appraised the value and assessed the damages of each owner's interest.

All of such proceedings are fully shown by schedules attached to this report and made a part thereof and marked Exhibits "A', "B", "C", "D" and "E", respectively, which proceedings were had on the day _____ and at a meeting held for such purpose.

**Exhibit A**

| Name of Owner | Description of Land Over Which Land is Located | Amount of Land Taken | Value of Land Taken | Total |
|---|---|---|---|---|
| ____ Town Company | Lot 127 Ninth Ave. S. | 1/3 of lot | $.62 ½ | $.62 ½ |
| ____ Town Company | Lot 125 Ninth Ave. S. | None | -- | -- |
| ____ Town Company | Lot 128 Eighth Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 126 Eighth Ave. S. | 14/15 | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 127 Eighth Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 125 Eighth Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 128 Seventh Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 126 Seventh Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 127 Seventh Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 125 Seventh Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 128 Sixth Ave. S. | All | 1.87 ½ | 1.87 ½ |
| ____ Town Company | Lot 126 Sixth Ave. S. | All | 1.87 ½ | 1.87 ½ |

The above sixteen lots are all in Blanchard's Second Addition to the City of South Hutchinson, Reno, County, Kansas.

Commencing at the intersection of the ____________________ west line of _______ S.E. ¼ of __________, ___________ west along ______ of said river 2.44 feet, _____________ 140 feet, __________ ________ south 140 feet to place of beginning having ___________ to ____________ Company __________.
Appraisement $35.00
Pd. to ___ _________ atty 11/31/99

Pd in 8/1/99

No. 34 – a strip of land 50 feet ____ the west side of the _____ of the railroad of said Company, ______________ northwest quarter of Section 23, ____ 23, south, range 6, west in Reno County, Kansas, land taken ____ of name of owner Joy _____, Cook County, Ill.
Appraisement $36.00

Pd in 8/1/99

No. 35 – A strip of land 50 feet wide east of the _____ of the railroad of said Company, as now located in the land of the Kansas Salt Company, in the northwest quarter of Section 23, _____ 23, range 6, west in Reno County, Kansas, land taken ____ of an acre, name of owner, The Kansas Salt Company.
Appraisement $40.00

Pd in 8/1/99

No. 36 – A strip of land 50 feet wide on the west side of the ____ of the railroad for said Company, as now located south of the C.R.. & P. Ry. Co., in the northwest quarter of Section 23, ____ 23, range 6 west of Reno County, Kansas, and taken 55/100 of an acre, name of owner, ___ Phillips Investment Company.
Appraisement $33.00

X

No. 37 – A strip of land described as follows: Beginning at a point 23 feet north of the northeast corner of lot 85, South ____ Street in the City of Hutchinson, Kansas, ____ north 35 feet, thence west 162 ½ feet, thence south 35 feet, thence east 162 ½ feet to place of beginning, land taken 13/100 of an acre, name of owner, J.E. Conklin.
Appraisement $400.00

X

CAN'T READ

**REPORT OF CONDEMNATION COMMISSIONERS**

Whereas that Honorable L. Hank Judge of the District Court of Reno County in the State of Kansas, did, on the 16 day of May, A.D. 1889, upon the written application of the Hutchinson, Oklahoma & Gulf Ry. Company, a duly chartered and organized railway corporation under the laws of the State of Kansas, appoint for writing the undersigned commissioners to lay off for said company through said County of Reno, for its proposed railroad, and along the line of such proposed railroad as located by such company, a route for such proposed railroad, not exceeding one hundred feet in width, except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company and also such land as may be deemed necessary for side tracks, depots and workshops, and water stations, material for construction, except timber, a right of way over adjacent land sufficient to enable said company to construct and repair its roads and stations and a right to conduct water by aqueducts and the right of making proper drains and which said application and appointment are recorded in the office of Register of Deeds of said Reno County, Kansas, in Book 2, pages 501 & 502, and are hereby referred to for greater _______, and

Whereas, by such appointment and according to law, said commissioners are required to embody their doings in a written report and file the same in the office of the County Clerk of said County:

Now, therefore, ____ the undersigned acting as such commissioners, so appointed as aforesaid make this, our supplemental report as follows, to wit:

That on the 29 day of June, A.D. 1889, we duly qualified by taking and subscribing on oath, of which the following is a copy, to wit:

We, the undersigned, do solemnly swear that we will support the Constitution of the United States, the Constitution of the State of Kansas, and faithfully discharge the duties of commissioners to lay off and condemn a route and lands for the Hutchinson Oklahoma & Gulf Railway Company, as required, by the appointment of the Honorable L. Hank, Judge of the District Court of Reno County, Kansas, to the list of our activities, so help us God.

Rivers Banks ___________
Nelson ___________

Subscribed and sworn to before me this 29 day of June, A.D. 1889.

Seal

S.J. Morris, County Clerk

And, afterward on the 29 day of May, A.D. 1889, we caused to be published in the Hutchinson Daly News, a newspaper published in said Reno County, a notice of which the following is a copy.

**Notice of Condemnation**

Notice is hereby given that we, the undersigned Commissioners, thereunto duly appointed by the Hon. L. Hank, Judge of the District Court of Reno Co., Kansas, ___ on the 29th day of June, A.D. 1989 proceed to lay off according to law, for the Hutchinson, Oklahoma and Gulf Railroad Company along the line of its proposed road as located through the County of Reno, a route for said proposed railroad not exceeding one hundred feet in width except for the purposes of cuttings and embankments it shall be necessary to take more for the proper construction and security of the road, through as much of said county as may be desired by said company, and also such lands as may be deemed necessary for side tracks, depots, workshops, water stations, material for construction, except timber, the right of way over adjacent lines, sufficient to enable such Company to construct and repave its road and stations and a right to conduct water by aqueducts and the ____ of making a proper drains and will carefully survey and carefully ascertain the quantity of land necessary for such purposes out of each quarter section or other lot of land through which said route, side tracks it is so located and appraise the value of such portion of any such quarter section or other lot of land, and assess the damages thereto and when we shall ascertain that such portion of such quarter section or lot belongs to different owners we will appraise the value and assess the damages of each such owners interest. We will commence to lay off said route, side track etc. as aforesaid on the line of said Company's railroad ___________ corner of the ______ quarter of Section 35, ____ 23, Range 6 W. at 10 o'clock on said day and will adjourn from time to time until our labors in this behalf are completed.

Dated this 29th day of May, A.D. 1889.

_______________
Rivers Banks
Nelson ___________

Which said notice was published for thirty days before the time fixed for proceeding to lay off such route.

And afterwards, and on, to wit: the 29 day of June A.D. 1889, at the time and place mentioned in said notice aforesaid, we met and proceeded to lay off such route, side tracks, etc. for such distance through said county as was desired and of such width within the limits aforesaid, and upon such location as was desired by said company as shown by the map and profile of said railroad filed in the office of the County Clerk of said County having the same, carefully surveyed, and ascertaining carefully the quantity of land necessary for such purposes out of each quarter section, or other lot of land through which said route, side tracks, etc. is so located, and did appraise the value of such portion of any such quarter section, or other lot of land, and assess the damages thereto, and when we ascertained that such portion of such quarter section or lot belonged to different

owners, we appraised the value and assessed the damages of each owner's interest, all of which proceedings are fully shown by schedule attached to this report and made a part thereof and marked Exhibit A and B, all of which proceedings were had on the day named, and at meetings held from time to time upon adjournment according to law.

Witness our hands this 1st day of August A.D. 1889.

____________________

____________________

________________ Commissioners

| Name of Owner | Description of Land Over Which Road is Located | Amt of Land Taken | Value of Land Taken | Amount of Damages to Land Taken | Damage to Crops | Total | Remarks |
|---|---|---|---|---|---|---|---|
| Ben Blanchard | S.E. 4, 26-23-6-W | 6.08 | 364.80 | | 15.00 | 379.80 | |
| ____ A. Tair | E. ½ 35-23-6-W | 11.74 | 645.70 | | 30.00 | 675.70 | |
| Chas. Hasblard | 1/8 6-W | | | | | | |
| Leonard P. Gumby | ½ 6-W | | | | | | |
| Saml J. Hitchcock | N.E. ¼ 2-24-6-W | 6.34 | 317.00 | | 15.00 | 332.00 | Pd. |
| Tramas J. Chuts | 1/8 | | | | | | |
| Alexander M. Switzer | S.E. ¼ 2-24-6-W | 6.06 | 303.00 | | 30.00 | 333.00 | Pd. |
| John Turmie | E. ½ 11-24-6-W | 12.06 | 542.70 | | 7.50 | 550.20 | Pd. |
| Samuel Unstot | N.E. ¼ 14-24-6-W | 6.13 | 245.20 | | 20.00 | 265.20 | Pd. |
| Chas. & Nan E. McMurry | S.E. ¼ 14-24-6-W | 6.05 | 242.00 | | 10.00 | 252.00 | Pd. |
| Nan H. McMurry | N.E. ¼ 23-24-6-W | 6.08 | 212.80 | | 65.00 | 277.80 | |
| Mary H. Stiwalt | N ½ of S.E. ¼ 23-24-6-W | 3.04 | 106.40 | | | 106.40 | Pd. |
| Stephen A. Treeman | S. ½ of S.E. ¼ 23-24-6-W | 3.04 | 106.40 | | 15.00 | 121.40 | Pd. |
| Madison J. Dicks | N.E. ¼ 26-24-6-W | 6.15 | 184.50 | | 15.00 | 199.50 | Pd. |
| David Shaw | S.E. ¼ 26-24-6-W | 6.15 | 184.50 | | 15.00 | 199.50 | |
| James A. Moore | E. ½ 35-24-6-W | 10.42 | 312.60 | | 53.00 | 365.60 | Pd. |
| Deceased to wit: | Elmer B. Moore, Martha D. Truman, Caroline & Geo. W. Moore, James C. Moore, William D.B. Elinbeth Tucker, P.J. Piachy and Vermon, Bertha & Dermitt Peachy, Mary A. Moore, Louisa Moore and Barcie Moore | | | | | | |
| R.A. Campbell | S.W. ¼ 35-24-6-W | 1.45 | 43.50 | | .60 Paid | 44.10 | |
| Horace Wheeler | N ½ 2-2-25-6-W | 13.31 | 199.65 | 800.00 | 12.00 Paid | 1011.65 | Cattle Graf. |
| David Stewart | N.E. ¼ 11-25-6-W | .42 | 7.00 | | | 7.00 | |
| Clarissa Albright | N.E. ¼ 10-25-6-W | 7.58 | 113.70 | 186.30 | | 300.00 | Cattle Graf. |
| John A. Myers | S.E. ¼ 10-25-6-W | 6.15 | 92.25 | 207.75 | | 300.00 | Cattle Graf. |
| Jacob C. Rimple | E. ½ & S.W. ¼ 15-25-6-W | 12.30 | 184.50 | 315.50 | | 500.00 | Cattle Graf. |
| William H. Cole | W ½ 22-25-6-W | 13.00 | 162.50 | 337.50 | 10.00 | 510.00 | |
| Aaron Tord | Part of N.W. ¼ 27-25-6-W | .375 | 5.65 | | 1.35 | 7.00 | |
| John Madbery | Part of N.W. ¼ 27- | 4.31 | 62.30 | 187.70 | | 250.00 | |

| Name of Owner | Description of Land Over Which Road is Located | Amt of Land Taken | Value of Land Taken | Amount of Damages to Land Taken | Damage to Crops | Total | Remarks |
|---|---|---|---|---|---|---|---|
| | 25-6-W | | | | | | |
| Unknown | N.E. ¼ 28-25-6-W | 1.90 | 28.50 | 71.50 | | 100.00 | Nothing of Record |
| Anthony Malley | S.E. ¼ 28-25-6-W | 7.29 | 109.35 | 240.65 | | 350.00 | |
| ___ Williams | N.E. ¼ 33-25-6-W | 2.45 | 36.75 | 113.25 | | 150.00 | |
| Michael Roach | N.W. ¼ 33-25-6-W | 5.26 | 78.90 | 221.10 | | 300.00 | Cattle Graf. |
| L.A. Bigger | S.W. ¼ 33-25-6-W | 6.79 | 101.85 | 198.15 | | 300.00 | |
| ohn _______ | N.E. ¼ 5-26-6-W | 9.08 | 136.20 | 213.80 | | 350.00 | |
| John A. Collingwood | W. ½ 5-26-6-W | 6.80 | 102.00 | 60.00 | 34.00 | 196.00 | |
| John C. Graber | N.W. ¼ 8-26-6-W | 8.10 | 121.50 | 378.50 | 20.00 | 520.00 | |
| J.B. Collingwood | S of N.E. ¼ 7-26-6-W | .05 | 7.50 | 17.50 | | 25.00 | |
| Daniel A. Schmidt | S.E. ¼ 7-26-6-W | 8.04 | 120.60 | 379.40 | 20.00 | 520.00 | |
| James A. Collingwood | N.E. ¼ 18-26-6-W | 4.14 | 62.10 | 37.90 | 20.00 | 120.00 | |
| Mary Collingwood | N.W. ¼ 18-26-6-W | 2.26 | 33.90 | | 18.00 | 51.90 | |
| John A. Collingwood | S.W. ¼ 18-26-6-W | 3.91 | 58.50 | | 19.50 | 78.00 | |
| Joseph L. Tischer | S.E. ¼ 18-26-6-W | 2.24 | 33.60 | | 101.40 | 135.00 | Pd. |
| John A. Collingwood | N ½ 19-26-6-W | 6.10 | 91.50 | | 30.00 | 121.50 | |
| Mary Albright | S.W. ¼ 19-26-6-W | 1.69 | 40.35 | | 5.00 | 45.35 | Pd. |
| ____ Graber | S.E. ¼ 19-26-6-W | 4.44 | 66.60 | | 5.00 | 71.60 | |
| ______________ | Lots 8 & 9 __ 30-26-6-W | 5.25 | 7.75 | | | _____ | |
| Ky. ___ and ___ Land & Cattle Co. | N.E. ¼ 30-26-6-W<br>N.W. ¼ 30-26-6-W | .45<br>5.84 | 7.50<br>87.60 | <br>62.40 | | 7.50<br>150.00 | Pd.<br>Pd. |
| John L. Shore | S.W. ¼ 30-26-6-W | 6.29 | 94.35 | 105.65 | 30.00 | 230.00 | Pd. |
| Cassina M. McClellan | S of N.W. ¼ 31-26-6-W | 3.23 | 46.73 | 53.27 | | 100.00 | Pd. |
| Samuel McCowan | N of N.W. ¼ 31-26-6-W | 3.23 | 46.73 | 53.27 | | 100.00 | Pd. |
| L. Mathews | S.W. 31-26-6-W | 6.45 | 96.75 | 128.25 | | 225.00 | Pd. |

| Mortgagor | Mortgagee | Condemnation of Mortgage |
|---|---|---|
| Ben Blanchard ____<br>______________<br>______________<br>______________ | Kansas Land & Trust Company<br>________________<br>________________<br>________________ | 2000.00<br>______<br>______<br>______ |
| Robert H. Myers | Scott & Brier | 1600.00 |
| Alexander M. Switzer | Equitable Trust & Investment Co. assigned to Hartford Stream Boiler Inspection & ______ Co.<br>Equitable Trust & Investment Co. | 2200.00<br>55.00 |
| Henry P. Miller | J.W. Turkle | 900.00 |
| W.K. McMurry<br>___ E. McMurry | J.E. Bowman, assigned to Mrs. Maria E. Todd<br>J.E. Bowman | 300.00<br>600.00 |
| Daniel M. Stewart | Central Loan & Land Co. assigned to Tramis ____<br>Central Loan & Land Co. | 1800.00<br>80.00 |
| Stephen A. Freeman | Kansas First Mortgage Co. | 600.00 |
| John A. Pool et al | Morris & Harrison assigned to Amelia C. Weaver<br>Warren & Harrison | 1000.00<br>150.00 |
| Madison J. Dicks | Sophia Rhoades | 300.00 |
| David Shaw | John Termie | 700.00 |

| Mortgagor | Mortgagee | Condemnation of Mortgage |
|---|---|---|
| R.A. Campbell | J.C. Bowman assigned to ______ | 500.00 |
| Horace T. Wheller | Kansas Trust Mortgage Co. assigned to the Mortgage Trust Company of Pennsylvania<br>Mrs. Mary E. Bicker<br>Citizens Bank of _____ | 1500.00<br>1000.00<br>1665.00<br>869.00 |
| David Stewart | Pennsylvania Mutual Life ns. Co. | 1500.00 |
| Clarissa Albright & hus. | G.W. Shurtleff | 1625.00 |
| John Myers et ux | Scott & Bruer | 800.00 |
| Jacob C. Ringle et us | Kansas Trust Mortgage Co. assigned to The Mortgage Trust Co. of Pennsylvania<br>Simon A. Ringle | 2500.00<br>1000.00<br>1500.00 |
| Aaron Ford et ux | John H. Mollory | 90.00 |
| John H. Midbory | Timothy B. Sweet<br>W.H. Hurd | 1100.00<br>1100.00 |
| Anthony A. Molley | Lombard Investment Co. | 800.00 |
| John W. Romedy | Timothy B. Smart | 1400.00 |
| Michael Roach | Western Farm Mortgage Trust Co. | 2000.00<br>200.00 |
| Amos H. Robinson | Timothy B. Swift<br>E.M. Sholden | 3000.00<br>150.00 |

| Mortgagor | Mortgagee | Condemnation of Mortgage |
|---|---|---|
| | Timothy B. Smart<br>E.M. Sheldon | 3000.00<br>150.00 |
| John C. Galor | N.. Naith assigned to American Land & Trust Co.<br>Western Farm Mortgage Co. | 3600.00<br>360.00 |
| Daniel W. Schmitt | Kansas Trust Mortgage Co. assigned to Board of Trustees of ____ College | 1700.00 |
| John McRanie | National Loan & Trust Co. | 1200.00 |
| Joseph L. Foster | Anna T. Brownlee | 400.00 |
| Jacob Albright | Globe Investment Co. | 2000.00 |
| ____ A. Grabor | Shupe Tressler & Lank | 1600.00<br>160.00 |
| ___ Kans. & Tex. Land & Cattle Co. | National Loan & Trust Co. | 2000.00 |
| John L. Shore | Kansas Loan & Trust Co. | 1400.00 |
| Cassera M. McClellan | Peoples Savings Bank | 250.00 |
| Samuel McCowan | | 350.00 |
| Cessena M. McClellan | Davidson Loan Co. | 2500 |
| Samuel McCowan | | 35.00 |
| Stephen P. Sanders | National Loan & Trust Co. | 1200.00<br>200.00 |

| Mortgagor | Mortgagee | Condemnation of Mortgage |
|---|---|---|
| R.H. Cole | A. Mandis assigned to J.E. Blbrough | 280.00 |

April 8, 1893. Received $379.80 ___ Condemnation S.E. 26-23-6____
April 8, 1893 Received ____ Dollars ___ Condemnation N & S.E. of S.E. 26-23-6____
for Kans. L & T. Co.

G.N. Cooter
County Treas.

| Name of Owner | Portion of Land Owned by Mortgagee | |
|---|---|---|
| Ben Blanchard | N 2 S.E. 4 of S.E. 4 26-23-6 | 1.00 |
| Interstate Investment Co. | N.W. 4 & S.E. 4 26-23-6 | |
| Thomas A. Tair | E2 of 35-23-6 | |
| Charles Hubbard | 1/8 Interest in N.E. 4 2-24-6 | |
| Leonard P. Tumby | ½ Interest in N.E. 4 2-24-6 | 1.00 |
| Samuel J. Hitchcock | ¼ Interest in N.E. 4 2-24-6 | |
| Francs J. Clute | 1/8 Interest in N.E. 4 2-24-6 | |
| Alexander M. Switzer | S.E. 4 2-26-6 | 1.00 |
| John Tiermie | E 2 11-24-6 | |
| Samuel Unstot | N.E. 4 14-24-6 | 1.00 |
| Charles McMurry | S 2 of S.E. 4 14-24-6 | 1.00 |
| William E. McMurry | N 2 of S.E. 4 14-24-6 | 1.00 |
| N.H. McMurry | N.E. 4 23-24-6 | |
| Mary H. Stewart | N2 of S.E. 4 23-24-6 | 1.00 |
| Stephen A. Freeman | S2 of S.E. 4 23-24-6 | 1.00 |
| Madison J. Dicks | N.E. 4 26-24-6 | 1.00 |
| David Shaw | S.E. 4 26-24-6 | 1.00 |
| James A. Moore | E 2 35-24-6 | |
| R.A. Campbell | S.W. 4 35-24-6 | 1.00 |

| Name of Owner | Portion of Land Owned by Mortgagee | |
|---|---|---|
| Horace T. Wheeler | N.W. 4 2-25-6- | 1.00 |
| David Stewart | S.W. 4 2-25-6- | 1.00 |
| Clarissa Albright | N.E. 4 10-25-6 | 1.00 |
| John A. Myers | S.E. 4 10-25-6 | 1.00 |
| Jacob C. Ringle | N.E. 4 S.E. 4 & S.W. 4 15-25-6 | 1.00 |
| William H. Cole | N 2 22-25-6 | |
| Aaron Ford | Part of N.W. 4 27-25-6 | 1.00 |
| John H. Molbery | Part of N.W. 4 27-25-6<br>N.E. 4 28-25-6- Nothing of Record | 1.00 |
| Anthony O'Malley | S.E. 4 28-25-6 | 1.00 |
| W.T. Williams | N.E. 4 33-25-6 | 1.00 |
| Michael Roach | N.W. 4 33-25-6 | 1.00 |
| John H. Modbery | N.E. 4 5-26-6 | 1.00 |
| John A. Collingwood | N 2 5-26-6 | 1.00 |
| L.A. Bigger | S.W. 4 33-25-6 | 1.00 |
| John C. Graber | N.W. 4 8-26-6 | 1.00 |
| Daniel W. Schmidt | S.E. 4 7-26-6 | 1.00 |
| James A. Collingwood | N.E. 4 18-26-6 | |
| Mary Collingwood | .W. 4 18-26-6 | |
| John A. Collingwood | S.W. 4 18-26-6 | |

| Name of Owner | Portion of Land Owned by Mortgagee |
|---|---|
| Joseph L. Fisher | S.E. 4 18-26-6 1.00 |
| John A. Collingwood | N.E. 4 19-26-6 |
| Mary Albright | N.W. 4 19-26-6 Nothing of record |
| Peter A. Grahr | S.E. 4 19-26-6 1.00 |
| Hugh C. Grant | Lots 8 & 9 Sec. 30-26-6 |
| ___ Kans. & Tex. L & Co Co. | Lots H2 and S & Lots 3, 4, 5, & SE 4 30-26-6 1.00 |
| John L. Shore | S.W. 4 30-26-6- 1.00 |
| Cassema M. McClellan | S2 N.W. 4 31-26-6 1.00 |
| Samuel McCowan | N2 N.W. 4 31-26-6 1.00 |
| Cassema M. McClellan | S 2 N.W. 4 31-26-6 1.00 |
| Samuel McCow | N 2 N.W. 4 31-26-6 1.00 |
| L. Mathews | S.W. 4 31-26-6 1.00 |

_____ Morris County Clerk of Reno County, Kansas, do hereby verify that the within is a true copy of the Supplemental Report of Condemnation Commissioners of H. C. G. Railway filed in my office Aug. 1st 1899.

S.J. Morris, County Clerk

Filed for record Oct. 27 1899 at 11 a.m.

B.J. Ragland, Register of Deeds

**Affidavit**

Topeka, Kansas, April 22, 1904. Office of Auditor of State _____ Seth J. Wells, Auditor of State and Register of State Lands of the State of Kansas, do hereby certify that the ____ Nathan Mathias as it is _____ in the Patent for N.E. ¼ of S.E. ¼ and S.W. ¼ of S.E. ¼ S 36, T. 26, R. 9 W. of Sixth P.M., hereto attached, of which this certificate is a correction, should ___ Nathan L. Mathis as it is spelled in the assignment in the certificate of purchase. I certify that the foregoing certificate is recorded in volume 25, page 145.

In witness whereof, I have hereunto set my hand and affixed any official seal this 22nd day of April, 1904.

Seth G. Wells

Auditor of State and Register of State Lands.

Filed for Record April 27 1904 at 8 a.m.

Fred S. ____, Register of Deeds