# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.*, and<br><br>JERRAMY and ERIN PANKRATZ,<br>for Themselves and a Class of Similarly<br>Situated Persons,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | Case No. 1:07-cv-693<br>(Consolidated with<br>Case No. 1:07-cv-695)<br><br>Honorable Nancy B. Firestone |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY

Comes now Plaintiffs and in Response to Defendant's Motion to Stay respectfully respond as follows:

1. On August 6, 2008, the government filed a Motion to Stay (Doc. 45) proceedings in this case pending the resolution of the government's Motion to Strike (Doc. 44) filed on July 29, 2008.

2. On August 7, 2008, Plaintiffs responded to the government's Motion to Strike (Doc. 45) and re-filed their Response to the Government's Cross-Motion for Summary Judgment in a format that was 60-pages with double-spaced text. (Doc. 46).

3. Therefore, the government no longer should have a need to stay and delay the filing of its Reply to Plaintiffs' Response to Defendant's Cross-Motion for Summary Judgment.

4. While the Plaintiffs do not believe the Government's motion to strike the Plaintiffs' pleading was well taken, the Plaintiffs have no objection to the time for the

Government to file any reply to begin to run from August 7th, the date when the Plaintiffs re-filed their memorandum of law with their response to the government's motion to strike.

5. Accordingly, Plaintiffs request this Court deny Defendant's Motion to Stay and order the government to file its reply brief pursuant to RCFC 7.2(c).

WHEREFORE, Plaintiffs respectfully request this Court deny Defendant's Motion to Stay, order Defendant to file its reply within the amount of time specified in the Rules of the Federal Court of Claims, and for such other relief as this Court deems just and proper.

Respectfully submitted,

LATHROP & GAGE L.C.

DATE: August 12, 2008.

By /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
ATTORNEYS FOR PLAINTIFFS