# In the United States Court of Federal Claims

**No. 07-693L and No. 07-675L**
**CONSOLIDATED**
**(Filed: August 14, 2008)**

* * * * * * * * * * * * * * * * * *

**DOROTHY L. BIERY, et al.,**

**and**

**JERRAMY and ERIN PANKRATZ, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## O R D E R

Pending before the court are (1) the defendant's motion to strike the plaintiffs' summary judgment response brief and (2) the defendant's motion to stay the filing deadline for the defendant's reply brief pending resolution of the defendant's motion to strike. The court is also in receipt of the plaintiffs' response to each of these motions.

In its motion to strike, the defendant argues that the plaintiffs' summary judgment response brief violated the form requirements set forth in RCFC 5.4(c) and exceeded the sixty-page limit set by the court, in part because it included a two and a half page Appendix "A" containing citations to and quotations from state court decisions. In its motion to stay, the defendant argues that the deadline for filing its reply should be stayed pending resolution of the motion to strike.

In response, the plaintiffs have re-filed their brief to conform to the margin and line spacing requirements in RCFC 5.4(c) but argue that their Appendix "A" is

appropriate under RCFC 5.3(b)(1)(B). In addition, the plaintiffs contend the time for the government's reply brief should begin to run from August 7, 2008, the date on which the plaintiffs re-filed their brief.

The court hereby **ORDERS** as follows:

(1) The form of the plaintiffs' brief as re-filed on August 7, 2008, including Appendix "A," is deemed acceptable, and the brief shall be considered filed as of August 7, 2008. Accordingly, the defendant's motion to strike is **DISMISSED** as moot.

(2) The defendant's motion to stay the deadline for its reply brief is **GRANTED**. The fourteen-day time period for the defendant to submit its reply brief pursuant to RCFC 7.2(c) shall begin to run as of the date of this Order. Accordingly, the defendant shall submit its reply brief **on or before August 28, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge