3-104

# RAILROAD DEED RECORD.

Hamilton, Woodruff & Co., Manufacturers, Topeka, Kansas

This Indenture, Made this Twenty Eighth day of July one thousand eight hundred and eighty Two by and between the "ATCHISON, TOPEKA & SANTA FE RAILROAD COMPANY," a Corporation doing business under the laws of the State of Kansas, and Thomas Nickerson and George C Lord F H Peabody S L Thorndike and A J Benyon all of the County of Suffolk, in the Commonwealth of Massachusetts, as Trustees, as hereinafter stated, parties of the first part, and Thomas A Fair of the County of Choctaw in the State of Mississippi party of the second part:

WITNESSETH, That the said "Atchison, Topeka & Santa Fe Railroad Company," for and in consideration of the sum of Four Thousand 00 ($4000 00) DOLLARS to it duly paid by the said Thomas A Fair

the receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents doth grant, bargain, sell and convey unto the said party of the second part his heirs and assigns forever, all that tract, piece and parcel of land situate in the County of Reno in the State of Kansas, to-wit:

(All of Section Thirty Five (35) Township Twenty three (23) South Range Six 6 West of Sixth 6th Principal Meridian containing Six Hundred and Forty (640) acres more or less according to the United States Survey)

Reserving, however, to the said Atchison, Topeka & Santa Fe Railroad Company all that portion of the land hereby conveyed (if there be any such) lies within lines drawn parallel with and fifty feet on each side distant from the centre line of its Railroad, as now constructed, or hereafter be constructed, and any greater width where necessary permanently to include all their cuts, embankments and ditches, and other necessary to secure and protect the main line of said Railroad.

TO HAVE AND TO HOLD, the said premises with the appurtenances, unto the said party of the second part his heirs and assigns forever. And the Atchison, Topeka & Santa Fe Railroad Company doth hereby covenant with the said party of the second part his heirs and assigns, that it is lawfully seized of the premises aforesaid, said premises are free and clear of all incumbrance whatsoever; and the said Atchison, Topeka & Santa Fe Railroad Company will forever warrant and defend the same, with the appurtenances, unto the said party of the second part his heirs and assigns, against the lawful claims of all persons whom-

Except taxes that may have been levied thereon for the year 1873 or subsequent thereto

AND THIS INDENTURE ALSO WITNESSETH, That we, the said Thomas Nickerson George C Lord Trustees, under an Indenture or Deed of Trust dated November 1st, A. D. 1870, executed and delivered to us by the said Atchison, Topeka & Railroad Company, in consideration of Four Thousand $4000 00 to us paid by the said Railroad Company, the receipt whereof is hereby ackno- being the proceeds of the sale of the herein conveyed premises), and we the said F H Peabody S L Thorndike A J Benyon Trustees, under an Indenture or Deed of Trust dated A. D. 1873, executed and delivered to us by the said Railroad Company, in consideration of one dollar to us paid by the said Railroad C

Form 6. Published and for sale by Woody Printing Co., 119 W. 8th St., Tel. 1668, Kansas City, Mo.

**KANSAS WARRANTY DEED.** 12407

**This Indenture,** Made this — fourth — day of August A. D. One Thousand Eight Hundred and Ninety- nine — by and between the Phillips Investment Company, a corporation organized under the laws of Missouri —

of — Jackson — County, in the State of — Missouri — of the first part, and The Hutchinson and Southern Railway Company —

~~of County, in the State of~~ of the second part,—

**Witnesseth:** That the said party of the first part, in consideration of the sum of — One hundred and Seventeen (117) — AND /100 DOLLARS, the receipt of which is hereby acknowledged, does by these presents Grant, Bargain, Sell and Convey unto said party of the second part, its successors ~~heirs~~ and assigns, all the following described Real Estate, situated in the County of — Reno — and State of Kansas to wit: All that part of the East half of the North west Quarter of Section Twenty three (23) Township Twenty three (23) South of Range Six (6) west, lying South of the South line of Tenth Avenue extended and East of a line thirty five (35) feet west and parallel to the center of the track of the Hutchinson and Southern Railway Company, containing 1 16/100 acres, more or less, and being the tract on which condemnation proceedings were filed in the County Treasurer's office on July 25th 1899.

Also, Lots One hundred and sixty eight (168) and One hundred and Seventy (170) Sixth Avenue West in Blanchard's Second Addition to the City of Hutchinson. —

**To Have and to Hold the Same,** Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, forever. And said — Phillips Investment Company — for itself, its successors and assigns ~~heirs, executors or administrators~~, do es hereby covenant, promise and agree to and with said party of the second part, that at the delivery of these presents — it is — lawfully seized in its own right of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above granted and described premises, with the appurtenances; that the same are free, clear, discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and incumbrances, of what nature or kind soever; —

and that it will warrant and forever defend the same unto said party of the second part, its successors ~~heirs~~ and assigns, against said party of the first part, its successors ~~heirs~~, and all and every person or persons whomsoever, lawfully claiming or to claim the same, except as to taxes.

**In Witness Whereof,** The said party of the first part has hereunto set — its — hand and corporate seal the day year first above written.



Phillips Investment Company [SEAL]

by Arthur Young [SEAL]

President [SEAL]

[SEAL]

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 27
Page 1 of 2

STATE OF *Illinois* } ss.
COUNTY OF *Cook*

On this *7th* day of *August*, 189*9*, before me *Charles L. Hine*, a Notary Public in and for the County and State aforesaid, personally appeared *Arthur Young* to me personally known to be the person who executed the foregoing instrument on behalf of the PHILLIPS INVESTMENT COMPANY, who being by me duly sworn did say that he is the *—* President of the Phillips Investment Company, and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its board of directors, and said *Arthur Young* acknowledged said instrument to be the free act and deed of said corporation, for the purposes and consideration therein expressed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office in said County, the day and year first above written.

My term expires *Oct 10, 1902*

*Charles L. Hine*

Notary Public in and for *Cook* County, State of *Illinois*

*6/8 — 900*
*E. P. Cartlidge*

Treasurer's No. *12407 W*

~~RIGHT OF WAY~~ *Warranty* DEED.

FROM

*Phillips Investment Co*

TO

*The Hutchinson & Southern Railway Co*

CONVEYING

*Part S½ NW¼ 33-23-6 W.*
*Lots 168 to 170 N 6th Ave Blanchards 2 add Hutchinson*

*Reno* County, *8/4* 18*95*

CONSIDERATION. PAID ON VOUCHER.

$*117.00* No. Ser.

Entered in Transfer Record in my office this *11* day of *Aug* A. D. 18*99*

*W. O. Yeager*
County Clerk.

State of Kansas, } ss.
COUNTY OF *Reno*

This instrument was filed for record on the *11* day of *Aug* A. D. 18*99* at *3* o'clock *P*.M., and duly recorded in Book *66 D* on page *193*

*S. J. Ragland*
Register of Deeds.

Fees, $*1.30*

The within Deed has been examined ~~and ap-~~ ~~proved by me~~, and notes taken for my office.

*May 16* A. D. *1900*

*James Dun*
Chief Engineer.

*1/2*

PQ

Biery v. US, No. 07-693L & 07-675L
Defendant's Exhibit 27