# In the United States Court of Federal Claims

**No. 07-693L and No. 07-675L**
**CONSOLIDATED**
**(Filed: August 21, 2008)**

* * * * * * * * * * * * * * * * *

**DOROTHY L. BIERY, et al.,**

**and**

**JERRAMY and ERIN PANKRATZ, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed August 19, 2008, to exceed by 10 pages the page limit of its reply in support of its cross-motion for summary judgment is **GRANTED**. Accordingly, defendant's reply shall not exceed 40 pages.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge