**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DOROTHY L. BIERY, *et al.*, and | ) | |
| | ) | |
| JERRAMY and ERIN PANKRATZ, | ) | |
| for Themselves and a Class of Similarly | ) | Case No. 1:07-cv-693 |
| Situated Persons, | ) | (Consolidated with |
| | ) | Case No. 1:07-cv-695) |
| Plaintiffs, | ) | |
| v. | ) | Honorable Nancy B. Firestone |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Comes now Plaintiffs and respectfully request this Court schedule a date and time for a status conference to establish a date for oral argument on Plaintiffs' Motion for Partial Summary Judgment. Plaintiffs are eager for oral argument in this matter and wish to schedule argument at the Court's earliest convenience.

Respectfully submitted,

LATHROP & GAGE L.C.

DATE: August 22, 2008.

By /s/ Mark F. (Thor) Hearne, II

MARK F. (THOR) HEARNE, II
LINDSAY S.C. BRINTON
MEGHAN S. LARGENT
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500
(314) 613-2550 (fax)
ATTORNEYS FOR PLAINTIFFS